UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| IN RE:<br><br>JOE MONGE and<br>ROSANA MONGE<br><br>Debtors. | CASE NO. 09-30881<br><br>CHAPTER 11 |

### DISCLOSURE OF COMPENSATION OF SIDNEY J. DIAMOND UNDER 11 U.S.C. §329 AND BANKRUPTCY RULE 2016(b)

I, Sidney J. Diamond, certify that I am the attorney for the above named Debtor and that the compensation paid or agreed to be paid to this attorney for services rendered or to be rendered on behalf of the Debtor in connection with a case under Title 11 of the United States Code, such payment or agreement having been made within one year before the date of the filing of the petition, is $7,500.00, plus filing fees and other expenses totally $1169.00, approximately $1000.00 of which has been expended pre-petition, leaving a post-petition retainer balance of $6,500.00, to be applied against an hourly rate of $285.00 an hour and legal assistant fees at $100.00 an hour, plus reimbursement of expenses, all of which is subject to the approval of the Court reduced by services rendered and expenses incurred pre-petition.

DATED: April 27, 2009.

Respectfully submitted,

SIDNEY DIAMOND, P.C.

BY: _____
Sidney J. Diamond
Attorney for Debtor
SBN: 5803000
3800 N. Mesa, Suite C-4
El Paso, Texas 79902
(915) 532-3327 Voice
(915) 532-3355 Fax
sidney@sidneydiamond.com

**DISCLOSURE OF COMPENSATION OF SIDNEY J. DIAMOND UNDER 11 U.S.C. §329 AND BANKRUPTCY RULE 2016(b) - Page 1**