**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | § | CASE NO. | 09-30881 |
| JOE JESSE MONGE & ROSANA ELENA MONGE | § | | |
| DEBTOR(S), | § | CHAPTER | 11 |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**CITY OF El Paso**

secured creditor in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditors in care of the undersigned at the address set forth below.

> LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
> 711 NAVARRO, SUITE 300
> SAN ANTONIO, TX 78205
> Telephone: (210)225-6763
> Facsimile: (210)225-6410
> Email: sanantonio.bankruptcy@publicans.com
>
> By:*/s/ David G. Aelvoet*
> David G. Aelvoet     State Bar No.     00786959

Certificate of Service

I do hereby certify that a true and correct copy of the above and foregoing has been this date served electronically or mailed to the parties listed below.

| | |
|---|---|
| SIDNEY J. DIAMOND | UNITED STATES TRUSTEE-EP12 |
| ATTORNEY AT LAW | U.S. TRUSTEE'S OFFICE |
| 3800 N MESA ST STE C4 | 615 E. HOUSTON, SUITE 533 P.O. BOX 1539 |
| EL PASO, TX 79913-0890 | SAN ANTONIO, TX 78295-1539 |

Dated this  12th day of May, 2009.     */s/ David G. Aelvoet*
    David G. Aelvoet