IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Monge, Joe Jesse and | § | Case No. 09-30881-LMC |
| Rosana Elena, | § | Chapter 11 |
| | § | |
| Debtor. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR DUPLICATE NOTICE COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002(a) & (b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULES 3017(a) AND 9007

COMES NOW The Law Firm of Carlos A. Miranda III, P.C. pursuant to Bankruptcy Rules 9010(b), 2002(a) & (b), 3017(a), 9007, and files this Notice of Appearance and Demand for Service of Papers as Counsel for El Paso Area Teachers Federal Credit Union, its successors and/or assigns, a secured creditor and party in interest in this case. Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any case consolidated herewith, be given to and served upon the undersigned attorneys at the address and telephone number as follows:

Law Firm of Carlos A. Miranda III, P.C.
5915 Silver Springs, Bldg. 3A
El Paso, Texas  79912
(915) 587-5000
(915) 587-5001 (fax)
cmiranda@mirandafirm.com

This request encompasses all notices and pleadings including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this Court in this case.

The Law Firm of Carlos A. Miranda III, P.C. additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

Respectfully submitted,

**The Law Firm of
Carlos A. Miranda III, P.C.**

Attorney for El Paso Teachers FCU
5915 Silver Springs, Bldg. 3A
El Paso, Texas 79912
(915) 587-5000
(915) 587-5001 (fax)

_____
Carlos A. Miranda, Esq.
Texas State Bar No. 14199582

### CERTIFICATE OF SERVICE

I certify that on May 11th, 2009, a true and correct copy of the above and foregoing Notice of Appearance was served upon the following parties via electronic means as listed on the court's ECF noticing system or by regular first class mail.

_____
CARLOS A. MIRANDA, Esq.

**Chapter 13 Trustee**
Stuart C. Cox
1760 N. Lee Trevino
El Paso, Texas 79936

**Counsel for Debtor**
Sidney J. Diamond
3800 N. Mesa C-4
El Paso, Texas 79902

**Debtor**
Joe Jesse and
Rosana Elena Monge
51 Sierra Crest Drive
El Paso, Texas 79902

**Movant**
El Paso Area Teachers FCU
Attn: Linda Aldeis,
Collections Manager
12020 Rojas Drive
El Paso, Texas 79936