**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO. 08-30881-LMC** |
| **JOE MONGE, and** | |
| **ROSANA MONGE,** | **CHAPTER 11** |
| **Debtors.** | |

**NOTICE OF WITHDRAWAL OF MOTION TO AUTHORIZE THE DEBTORS TO MAINTAIN AND USE THEIR PRE-PETITION BANK ACCOUNT AT WELLS FARGO BANK ON NEGATIVE NOTICE**

**TO THE HONORABLE LEIF M. CLARK, UNITED STATES BANKRUPTCY JUDGE**:

**NOW COMES Joe Monge and Rosana Monge,** Debtors in the above entitled and numbered case by and through Sidney J. Diamond of Sidney Diamond, P.C, their attorney of record and files this Notice of Withdrawal of Motion to Authorize the Debtor To Maintain and Use Their Pre-Petition Bank Account at Wells Fargo Bank on Negative Notice, and would respectfully show the Court the following:

1. The Debtors filed their Motion to Authorize the Debtor To Maintain and Use Their Pre-Petition Bank Account at Wells Fargo Bank on Negative Notice on May 15, 2009.

2. The Debtor's Pre-Petition Bank Account is actually at First Light Federal Credit Union - Fort Bliss and not at Wells Fargo Bank.

3. A Motion to Authorize the Debtor To Maintain and Use Their Pre-Petition Bank Account at First Light Federal Credit Union on Negative Notice is being filed in its place.

4. For that reason Debtors desire to withdraw their Motion to Authorize the Debtor To Maintain and Use Their Pre-Petition Bank Account at Wells Fargo Bank on Negative Notice.

DATED: May 22, 2009.

Respectfully submitted,

SIDNEY DIAMOND, P.C.

By: /s/ Sidney J. Diamond
    Sidney J. Diamond
    Attorney For Debtor
    Texas Bar Card No.: 5803000
    3800 N. Mesa, Suite C-4
    El Paso, Texas 79902
    915-532-3327 Voice
    915-532-3355 Fax
    Sidney@sidneydiamond.com  Email

## CERTIFICATE OF SERVICE

I, Sidney J. Diamond, do hereby certify that on May 22, 2009, a true and correct copy of the foregoing Notice of Withdrawal of Motion To Authorize the Debtors to Maintain and Use Their Pre-Petition Bank Account at Wells Fargo Bank on Negative Notice, by depositing the same in the United States Mail, properly addressed and postage prepaid, or by fax or email as noted, to the following parties:

**DEBTORS:**
Joe and Rosana Monge
51 Sierra Crest Drive
El Paso, Texas 79902

**AFFECTED PARTY:**
Wells Fargo Bank
Deposits Bankruptcy Dept
P.O. Box 3908
Portland, OR 97208-3908

**UNITED STATES TRUSTEE**:
Office of the U.S. Trustee
P.O. Box 1539
San Antonio, TX 78295-1539

**PARTIES IN INTEREST
PREVIOUSLY REQUESTING NOTICE:**
City of El Paso
c/o David G. Aelvoet
711 Navarro, Suite 300
San Antonio, TX 78205

El Paso Area Teachers FCU
c/o Carlos Miranda II, P.C.
5915 Silver Springs Dr., Bldg. 3A
El Paso, TX 79912

Ascension Capital Group
ONYX Acceptance Corp.
Capital One Bank
PO Box 20137
Arlington, TX 76006

    /s/ Sidney J. Diamond
    Sidney J. Diamond

**MOTION TO AUTHORIZE THE DEBTORS TO MAINTAIN AND USE THEIR PRE-PETITION BANK ACCOUNT AT WELLS FARGO BANK, Page 2**
G:\BankruptcyPRO\Monge, Joe Jesse Monge, Rosana Elena\090507 Notice of Withdrawal Motion Authorizing The Use Of Non Designated Depository.wpd