**SO ORDERED.**

**SIGNED this 21st day of May, 2009.**

_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE:

JOE MONGE, and
ROSANA MONGE,

    Debtors.

CASE NO. 08-30881-LMC

CHAPTER 11

**ORDER GRANTING EX PARTE MOTION FOR FIRST EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS PURSUANT TO BANKRUPTCY RULE 1007**

On this day came on to be considered the Ex Parte Motion For First Extension Of Time To File Schedules and Statement Of Financial Affairs Pursuant To Bankruptcy Rule 1007 And L. Rule 1007 filed by the **Debtors** and the Court finds that 11 U.S.C. §109 has been complied with and further finds that the Motion is well taken and it is **ACCORDINGLY,**

**ORDERED** that the time for the Debtors to file Schedules and Statement of Financial Affairs required by Bankruptcy Rule 1007 be, and the same, hereby is extended to and including the 26th day of May, 2009.

####

**ORDER GRANTING MOTION FOR FIRST EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS, Page 1**
G:\BankruptcyPRO\Monge, Joe Jesse Monge, Rosana Elena\090515 Order on Motion Ext Time Sch and Stmts.wpd

**This order was prepared and is being submitted by:**
**Sidney J. Diamond**
**Attorney at Law**
**3800 N. Mesa, Suite C-4**
**El Paso, TX 79903**
**(915) 532-3327**
**(915) 532-3355 (fax)**

**ORDER GRANTING MOTION FOR FIRST EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS, Page 2**
G:\BankruptcyPRO\Monge, Joe Jesse Monge, Rosana Elena\090515 Order on Motion Ext Time Sch and Stmts.wpd