UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
JUN -2 2009
U.S. BANKRUPTCY COURT
BY_____DEPUTY

IN RE: §
§
JOE JESSE MONGE and § Case No. 09-30881
ROSANA ELENA MONGE, §
§ Chapter 11
Debtors. §

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of ALICIA ROJAS and FRANCISCO JAYME, secured creditors in the above-referenced proceeding. The undersigned hereby requests notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the Court, and any other documents or instrument filed in the above-referenced proceeding and any other matter in which notice is required pursuant to 11 U.S.C. Section 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditors in care of the undersigned at the address set forth below.

Respectfully submitted,

GUEVARA, BAUMANN, COLDWELL & REEDMAN, LLP
4171 North Mesa Street, Suite B-201
El Paso, Texas 79902
Tel.: (915) 544-6646
Fax.: (915) 544-8305

By: _____
Lane C. Reedman
Texas State Bar No. 16698400

Attorneys for Alicia Rojas and Francisco Jayme

CERTIFICATE OF SERVICE

I do hereby certify that on this the \_\_2d\_\_ day of ~~May~~ June, 2009, a true and correct copy of the above and foregoing has been mailed to the parties listed below:

| Mr. Sidney J. Diamond<br>Attorney at Law<br>3800 North Mesa Street, #C-4<br>El Paso, Texas 79902 | United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P. O. Box 1539<br>San Antonio, Texas 78295-1539 |

_____
LANE C. REEDMAN

L:\BANKRUPT\RojasAlicia.NtcAppearanceMongeBankruptcy.wpd       -2-