POLK, PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
C.094-4708

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF TEXAS (EL PASO)

| | |
|---|---|
| In re | Bk. No. 09-30881-lmc |
| JOE JESSE MONGE dba J AND M CORPORATION dba MONROJ CORPORATION dba ONE TWO THREE BAR & GRILL dba NORTH EAST PATRIOT Dba J AND M BUILDERS, INC. dba MONROJ INVESTMENTS, INC. | Chapter 11 |
| Debtors. | REQUEST FOR SPECIAL NOTICE |

   IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant BAC Home Loans Servicing, LP, its assignees and/or successors in interest, is entitled to service or notice, also be sent to the agent for BAC Home Loans Servicing, LP, its assignees and/or successors in interest, addressed as follows:

      POLK, PROBER & RAPHAEL, A LAW CORPORATION
      20750 Ventura Boulevard, Suite 100
      Woodland Hills, California 91364

Dated: June 2, 2009

      By /s/ Dean Prober, Esquire
       DEAN PROBER, ESQ., #106207

1

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Danielle Seth-Hunter, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On June 4, 2009, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Joe Jesse Monge
Rosana Elena Monge
51 Sierra Crest Drive
El Paso, TX 79902
Debtors

Sidney J. Diamond, Esquire
3800 north Mesa C-4
El Paso, TX 79902
Attorney for Debtors

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2009, at Woodland Hills, California.

/s/ Danielle Seth-Hunter
Danielle Seth-Hunter