B6A (Official Form 6A) (12/07)

In re **Joe Jesse Monge**          Case No.   __09-30881_____
    **Rosana Elena Monge**                        (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 51 Sierra Crest, El Paso, Texas<br>House and Lot located at 51 Sierra Crest, El Paso, TX | Fee Simple | C | $592,847.24 | $592,847.24 |
| House & Lot - 105 Through Bred<br>House and Lot located at 105 Thorough Bred, Santa Teresa, NM  88008 - Rental to Alicia Rojas - Needs to be evicted - has not paid since 4/2008 | Fee Simple | C | $702,150.00 | $702,190.00 |
| Star Island Condo<br>Vacation Break Resorts Time Share<br>Timeshare at Star Island, 5000 Ave of Stars, Kissimmee, FL  34746 - Contract #83-35611, Unit/Week 19467/35 | Fee Simple | C | $30,000.00 | $30,000.00 |
| Wyndham Vacation Resorts Time Share | Fee Simple | C | $3,925.00 | $3,925.40 |
| Gateway North Lot<br>Unimproved Lot - 6 Del Norte Acres, South 50 feet North 150 feet of West 130 feet of 4, El Paso, Texas | Fee Simple | C | $6,500.00 | $177.04 |
| Tierra Del Sol Lot, Hudspeth Co.<br>Unimproved Lot-<br>76 TSP, 6 SEC 5 T&P 23 Tierra Del Sol, TR1, 21.426 Acres | Fee Simple | C | $5,571.00 | $110.54 |
| | | Total: | **$1,340,993.24** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Joe Jesse Monge**
    **Rosana Elena Monge**

Case No.   **09-30881**
                (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on Hand | C | $10.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | First Light Federal Credit Union # 7450 Share Account | C | $4,124.00 |
| | | First Light Federal Credit Union # 7450 Money Market | C | $27.83 |
| | | First Light Federal Credit Union # 7450 Simply 50 Share Draft Account | C | $8,098.50 |
| | | First Light Federal Credit Union # 5891 Share Account | C | $5.00 |
| | | First Light Federal Credit Union # 7450 Simply Fee Sharedraft | C | $1.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | El Paso Electric Co. Security Deposit | C | $300.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Household goods, furnishings and provisions for consumption | C | $7,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Wearing apparel and costume jewelry | C | $500.00 |
| 7. Furs and jewelry. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Joe Jesse Monge**              Case No.     **09-30881**
**Rosana Elena Monge**                                (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | 357 Magnum | C | $500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | New York Life Ins. Co. Policy #47171511 Stephanie Monge PO Box 130539 Dallas, TX  75313 Loan on Policy $2,474.64 | C | $763.91 |
| | | New York Life Ins. Co. #015-869-154 - Joe Monge | C | $9,910.60 |
| | | New York Life Ins. Co. - #47 197 782 - Rosana Monge PO Box 130539 Dallas, TX  75313-0539 Loan on Insurance - $6,420.06 | C | $2,033.10 |
| | | New York Life Ins. Co. #47 779 074 - Rosana Monge PO Box 130539 Dallas, TX  75313-0539 Loan on Insurance - $3,220.31 | C | $2,250.00 |
| | | State Farm Ins. Life Ins. on Marilyn Monge Account #09519942 Loan on Insurance - $4,720.71 | C | $5,186.85 |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Joe Jesse Monge**
**Rosana Elena Monge**

Case No.  **09-30881**

(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | State Farm Life Insurance Co.<br>Pension Annuities Retirement Profit Sharing IRA Insurance Contracts. | C | $8,653.90 |
| | | FERS Retirement Account #7003356763002<br>Loans on Retirement Account $14,587.55 and $22,227.48 | C | $77,623.80 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | J&M Corporation dba J&M Builders - 100% of Stock | C | $1.00 |
| | | Monroj Corporation fdba Monroj Investments, Inc. - 50% of stock - 25% owned by Alicia Rojas - 25% owned by Javier Jayme - File #80664345 | C | $1.00 |
| | | One Two Three Bar and Grill fdba MVP Corporation - 60% of Stock owned by Debtors | C | $1.00 |
| | | North East Patriot - Alicia Rojas - 33 1/3% - Robert Martinez 33 1/3% and Joe Monge 33 1/3% | C | $1.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Joe Jesse Monge**
    **Rosana Elena Monge**

Case No.  **09-30881**  _____
                  (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Note signed by Alicia Rojas | C | $15,000.00 |
| | | Current wages for personal service - Co-Debtor | C | $1.00 |
| | | Rental owed by Alicia Rojas on property located 105 Thorough Bred, Santa Teresa, NM | C | Unknown |
| | | PMSI on Trailer, Lot & Unfinished Bldg sold to Bernardo Vela in 2006, 314 Poplar Ct., Sunland Park, NM  88063. Being paid at $400.00 per month. | C | $40,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Debt owed by Carlos R. Mata of 123 Bar & Grill | C | $0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Joe Jesse Monge**
    **Rosana Elena Monge**

Case No.  **09-30881**
               (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Hyundai | C | $10,000.00 |
| | | 2001 Ford Expedition | C | $3,000.00 |
| | | 1996 Mystique | C | $1,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 1 Dog | C | $10.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Joe Jesse Monge**　　　　　　　　　　　　　Case No.　**09-30881**
**Rosana Elena Monge**　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

　　　　　　　　　　　　　　　　　　　　　　5　　　continuation sheets attached　　**Total >**　　**$196,003.49**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re  **Joe Jesse Monge**
    **Rosana Elena Monge**

Case No.  **09-30881**
            (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 51 Sierra Crest, El Paso, Texas House and Lot located at 51 Sierra Crest, El Paso, TX | 11 U.S.C. § 522(d)(1) | $0.00 | $592,847.24 |
| Cash on Hand | 11 U.S.C. § 522(d)(5) | $10.00 | $10.00 |
| First Light Federal Credit Union # 7450 Share Account | 11 U.S.C. § 522(d)(5) | $4,124.00 | $4,124.00 |
| First Light Federal Credit Union # 7450 Money Market | 11 U.S.C. § 522(d)(5) | $27.83 | $27.83 |
| First Light Federal Credit Union # 7450 Simply 50 Share Draft Account | 11 U.S.C. § 522(d)(5) | $8,098.50 | $8,098.50 |
| First Light Federal Credit Union # 5891 Share Account | 11 U.S.C. § 522(d)(5) | $5.00 | $5.00 |
| First Light Federal Credit Union # 7450 Simply Fee Sharedraft | 11 U.S.C. § 522(d)(5) | $1.00 | $1.00 |
| El Paso Electric Co. Security Deposit | 11 U.S.C. § 522(d)(5) | $300.00 | $300.00 |
| Household goods, furnishings and provisions for consumption | 11 U.S.C. § 522(d)(3) 11 U.S.C. § 522(d)(5) | $7,000.00 $0.00 | $7,000.00 |
| Wearing apparel and costume jewelry | 11 U.S.C. § 522(d)(3) 11 U.S.C. § 522(d)(5) | $500.00 $0.00 | $500.00 |
| 357 Magnum | 11 U.S.C. § 522(d)(5) | $500.00 | $500.00 |
| | | $20,566.33 | $613,413.57 |

06/08/2009 04:36:33pm

B6C (Official Form 6C) (12/07) -- Cont.

In re  **Joe Jesse Monge**
     **Rosana Elena Monge**
                               Case No.   **09-30881**
                                                       (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| New York Life Ins. Co. Policy #47171511 Stephanie Monge PO Box 130539 Dallas, TX  75313 Loan on Policy $2,474.64 | 11 U.S.C. § 522(d)(7) | $763.91 | $763.91 |
| New York Life Ins. Co. #015-869-154 - Joe Monge | 11 U.S.C. § 522(d)(7) | $9,910.60 | $9,910.60 |
| New York Life Ins. Co. - #47 197 782 - Rosana Monge PO Box 130539 Dallas, TX  75313-0539 Loan on Insurance - $6,420.06 | 11 U.S.C. § 522(d)(7) | $2,033.10 | $2,033.10 |
| New York Life Ins. Co. #47 779 074 - Rosana Monge PO Box 130539 Dallas, TX  75313-0539 Loan on Insurance - $3,220.31 | 11 U.S.C. § 522(d)(7) | $2,250.00 | $2,250.00 |
| State Farm Ins. Life Ins. on Marilyn Monge Account #09519942 Loan on Insurance - $4,720.71 | 11 U.S.C. § 522(d)(7) | $5,186.85 | $5,186.85 |
| State Farm Life Insurance Co. Pension Annuities Retirement Profit Sharing IRA Insurance Contracts. | 11 U.S.C. § 541(b)(5) 11 U.S.C. § 522(d)(12) | $8,653.90 $0.00 | $8,653.90 |
| FERS Retirement Account #7003356763002 Loans on Retirement Account $14,587.55 and $22,227.48 | 11 U.S.C. § 541(b)(5) 11 U.S.C. § 522(d)(12) | $77,623.80 $0.00 | $77,623.80 |
| J&M Corporation dba J&M Builders - 100% of Stock | 11 U.S.C. § 522(d)(5) | $1.00 | $1.00 |
| | | **$126,989.49** | **$719,836.73** |

B6C (Official Form 6C) (12/07) -- Cont.

In re  **Joe Jesse Monge**
     **Rosana Elena Monge**

Case No.  **09-30881**
                (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Monroj Corporation fdba Monroj Investments, Inc. - 50% of stock - 25% owned by Alicia Rojas - 25% owned by Javier Jayme - File #80664345 | 11 U.S.C. § 522(d)(10)(E) | $1.00 | $1.00 |
| One Two Three Bar and Grill fdba MVP Corporation - 60% of Stock owned by Debtors | 11 U.S.C. § 522(d)(10)(E) | $1.00 | $1.00 |
| North East Patriot - Alicia Rojas - 33 1/3% - Robert Martinez 33 1/3% and Joe Monge 33 1/3% | 11 U.S.C. § 522(d)(10)(E) | $1.00 | $1.00 |
| Note signed by Alicia Rojas | 11 U.S.C. § 522(d)(5) | $9,332.67 | $15,000.00 |
| Current wages for personal service - Co-Debtor | 11 U.S.C. § 522(d)(5) | $0.00 | $1.00 |
| Rental owed by Alicia Rojas on property located 105 Thorough Bred, Santa Teresa, NM | 11 U.S.C. § 522(d)(5) | Unknown | Unknown |
| PMSI on Trailer, Lot & Unfinished Bldg sold to Bernardo Vela in 2006, 314 Poplar Ct., Sunland Park, NM  88063.  Being paid at $400.00 per month. | 11 U.S.C. § 522(d)(5) | $0.00 | $40,000.00 |
| Debt owed by Carlos R. Mata of 123 Bar & Grill | 11 U.S.C. § 522(d)(5) | $0.00 | $0.00 |
| 2005 Hyundai | 11 U.S.C. § 522(d)(2)<br>11 U.S.C. § 522(d)(5) | $20.00<br>$0.00 | $10,000.00 |
| 2001 Ford Expedition | 11 U.S.C. § 522(d)(2)<br>11 U.S.C. § 522(d)(5) | $0.00<br>$0.00 | $3,000.00 |
| 1996 Mystique | 11 U.S.C. § 522(d)(2)<br>11 U.S.C. § 522(d)(5) | $1,000.00<br>$0.00 | $1,000.00 |
| 1 Dog | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| | | **$137,355.16** | **$788,850.73** |

B6D (Official Form 6D) (12/07)

In re **Joe Jesse Monge**                                           Case No.  **09-30881**
           **Rosana Elena Monge**                                                (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Bill Issac**<br>**5880 Kingfield Ave**<br>**El Paso, TX 79912** | | C | DATE INCURRED:  **06/26/2006**<br>NATURE OF LIEN:<br>**Conventional Real Estate Mortgage**<br>COLLATERAL:<br>**Monroj Properties- Unfinished Home**<br>REMARKS:<br><br><br>VALUE:   **$0.00** | X | X | X | **$450,000.00** | **$450,000.00** |
| ACCT #: **62062198586581001**<br><br>**Capital One Auto Finance**<br>**3901 N Dallas Pkwy**<br>**Plano, TX 75093** | | C | DATE INCURRED:  **11/2005**<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**2001 Ford Expedition**<br>REMARKS:<br><br><br>VALUE:  **$3,000.00** | | | | **$3,220.00** | **$220.00** |
| **Representing:**<br>**Capital One Auto Finance** | | | **Ascension Capital Group, Inc.**<br>**Attn: Onyx Acceptance Corp.**<br>**for Capital One Auto Finance**<br>**P. O. Box 201347**<br>**Arlington, TX 76006** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **D361-999-0060-5800**<br><br>**City of El Paso Tax Assessor/Collector**<br>**P. O. Box 2992**<br>**El Paso, TX 79999-2992** | | C | DATE INCURRED:  **03/01/2009**<br>NATURE OF LIEN:<br>**Taxes-Property**<br>COLLATERAL:<br>**Gateway North Lot**<br>REMARKS:<br><br><br>VALUE:  **$6,500.00** | | | | **$177.04** | |

Subtotal (Total of this Page) >   **$453,397.04**   **$450,220.00**

Total (Use only on last page) >

_____**3**_____ continuation sheets attached

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Joe Jesse Monge**
**Rosana Elena Monge**

Case No.  **09-30881**

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **Representing:** **City of El Paso Tax Assessor/Collector** | | | **Linebarger, Goggan Blair & Sampson, LLP** **711 Navarro, Ste. 200** **San Antonio, TX 78205** **Attn: David G. Aelvoet** **Attn: Don Stecker** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **125979360** **Countrywide Home Lending** **Attention: Bankruptcy  SV-314B** **PO Box 5170** **Simi Valley, CA 93062** | C | | DATE INCURRED:  **02/2006** NATURE OF LIEN: **Conventional Real Estate Mortgage** COLLATERAL: **105 Thorough Bred Court, Santa Teresa, NM** REMARKS: <br><br> VALUE:  **$702,150.00** | | | | **$702,190.00** | **$40.00** |
| ACCT #: **73441777** **Countrywide Home Lending** **Attention: Bankruptcy  SV-314B** **PO Box 5170** **Simi Valley, CA 93062** | C | | DATE INCURRED:  **08/2006** NATURE OF LIEN: **Conventional Real Estate Mortgage** COLLATERAL: **51 Sierra Crest Drive, El Paso, Texas** REMARKS: **Dispute yearly Insurance amount of $3457.00 (Identify Theft)** <br> VALUE:  **$592,847.24** | X | X | X | **$473,570.24** | |
| ACCT #: **74091658** **Countrywide Home Lending** **Attention: Bankruptcy  SV-314B** **PO Box 5170** **Simi Valley, CA 93062** | C | | DATE INCURRED:  **08/2006** NATURE OF LIEN: **Home Equity  Loan** COLLATERAL: **51 Sierra Crest,El Paso, Texas** REMARKS: **Dispute yearly Insurance amount of $2620.00 (Identify Theft)** <br> VALUE:  **$592,847.24** | X | X | X | **$119,277.00** | |

Sheet no. _____**1**_____ of _____**3**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >  **$1,295,037.24**  |  **$40.00**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Joe Jesse Monge**                          Case No.  **09-30881**
      **Rosana Elena Monge**                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **50204**<br><br>**Dona Ana County**<br>**Jim D. Schoonover, Treasurer**<br>**Property Tax Assessor**<br>**845 N. Motel Blvd.**<br>**Las Cruces, NM 88007** | | C | DATE INCURRED: **06/30/2008**<br>NATURE OF LIEN:<br>**Property Taxes**<br>COLLATERAL:<br>**Poplar Ct, Sunland Park, NM**<br>REMARKS:<br><br>VALUE: **$0.00** | | | | $201.15 | $201.15 |
| ACCT #: **1394800400**<br><br>**El Paso Area Teachers Federal CU**<br>**C/o Carlos Miranda**<br>**5915 Silver Springs, Bldg 3A**<br>**El Paso, TX 79912** | | C | DATE INCURRED: **06/2005**<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**2005 Hyundai**<br>REMARKS:<br><br>VALUE: **$10,000.00** | | | | $9,980.00 | |
| ACCT #: **R27982**<br><br>**Hudspeth Appraisal District**<br>**P. O. Box 429**<br>**Sierra Blanca, TX 79851** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Property Taxes**<br>COLLATERAL:<br>**Tierra Del Sol Lot**<br>REMARKS:<br><br>VALUE: **$5,571.00** | | | | $110.54 | |
| ACCT #:<br><br>**Metal Buidling Specialites, LLC**<br>**c/o Alfonso L. Flores** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Lien on Real Property**<br>COLLATERAL:<br>**Lot**<br>REMARKS:<br>**Lawsuit filed in State of New Mexico**<br><br>VALUE: **$0.00** | | | | $40,000.00 | $40,000.00 |

Sheet no. ____**2**____ of ____**3**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >  **$50,291.69**  **$40,201.15**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Joe Jesse Monge**                    Case No.  **09-30881**
          **Rosana Elena Monge**                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **83-3561-Unit 1946 Week 35**<br><br>**Vacation Break Resorts & Club Star Island Condominium Association P. O. Box 850001 Orlando, FL 32885** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Time Shares**<br>COLLATERAL:<br>**Star Island Condo**<br>REMARKS:<br>**Taxes and Maintenance**<br><br>VALUE: **$30,000.00** | | | | **$30,000.00** | |
| ACCT #: **000580727261**<br><br>**Wyndham Vacation Resorts P. O. Box 98940 Las Vegas, NV 89193-8940** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Time Share**<br>COLLATERAL:<br>**Wyndham Vacation Resorts Time Share**<br>REMARKS:<br><br>VALUE: **$3,925.00** | | | | **$3,925.40** | **$0.40** |
| **Representing: Wyndham Vacation Resorts** | | | **Wyndham Vacation Resorts P. O. Box 3630 Boston, MA 02241** | | | | **Notice Only** | **Notice Only** |
| | | | | | | | | |

Sheet no. _____**3**_____ of _____**3**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | **$33,925.40** | **$0.40** |
| Total (Use only on last page) > | **$1,832,651.37** | **$490,461.55** |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re  **Joe Jesse Monge**                                  Case No.   **09-30881**
       **Rosana Elena Monge**                                              _____
                                                                           (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**_____continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re  **Joe Jesse Monge**                                    Case No.  **09-30881**
     **Rosana Elena Monge**                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: xxx-xx-3212<br><br>**State of New Mexico**<br>**Taxation and Revenue Department**<br>**PO Box 8390**<br>**Santa Fe, NM  87504-8390** | | C | DATE INCURRED:  **12/16/2008**<br>CONSIDERATION:<br>**Personal Income Tax**<br>REMARKS:<br>**2003 Personal Income Tax** | | | | $8,699.85 | $0.00 | $8,699.85 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. _____1_____ of _____1_____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals (Totals of this page) > | $8,699.85 | $0.00 | $8,699.85 |
|---|---|---|---|---|
| | Total > **(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)** | $8,699.85 | | |
| | Totals > **(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)** | | $0.00 | $8,699.85 |

06/08/2009 04:36:36pm

B6F (Official Form 6F) (12/07)

In re   **Joe Jesse Monge**                                      Case No.   **09-30881**
        **Rosana Elena Monge**                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Alicia Rojas**<br>**105 Thoroughbred**<br>**Santa Teresa, NM 88008** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Bernardo Vela**<br>**317 Poplar Ct**<br>**Sunland Park, NM  88063** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Real Estate Contract**<br>REMARKS:<br>**Real Estate Contract - Property sold** | | | | **Unknown** |
| ACCT #:<br>**Carlos Mata**<br>**5019 Alabama**<br>**El Paso, TX 79930** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:<br>**Carlos Rivera Mata**<br>**6733 Morningside Circle**<br>**El Paso, TX  79904** | | C | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | X | X | X | **Unknown** |
| ACCT #:   **546616007395**<br>**Citi**<br>**Attn: Centralized Bankruptcy**<br>**PO Box 20507**<br>**Kansas City, MO 64915** | | C | DATE INCURRED:   **06/2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$7,834.00** |
| ACCT #:   **37603732**<br>**Credit Management**<br>**4200 International Pwy**<br>**Carrolton, TX 75007** | | C | DATE INCURRED:   **08/2008**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | **$588.00** |
| | | | Subtotal > | | | | **$8,422.00** |
| | | | Total > (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | |

_____**5**_____continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joe Jesse Monge**                                    Case No.  **09-30881**
      **Rosana Elena Monge**                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **990.00**<br>**Hector Phillips, P.C.**<br>**1017 Montana Avenue**<br>**El Paso, Texas 79902** | | C | DATE INCURRED:  **01/5/2009**<br>CONSIDERATION:  **Supplies and/or Services**<br>REMARKS: | | | | $886.05 |
| ACCT #:<br>**Hugo Maynez Maldonado**<br>**5401 Thread Gill**<br>**El Paso, TX  79924** | | C | DATE INCURRED:<br>CONSIDERATION:  **Sale of Property**<br>REMARKS: | | | X | $1.00 |
| ACCT #:<br>**Javier Francisco Jayme**<br>**105 Thoroughbred**<br>**Santa Teresa, NM 88008** | | C | DATE INCURRED:<br>CONSIDERATION:  **Unknown**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:  **1556491**<br>**Lease Financial Groupl**<br>**233 N Michigan Ave Ste 1**<br>**Chicago, IL 60601** | | C | DATE INCURRED:  **07/2007**<br>CONSIDERATION:  **Lease**<br>REMARKS: | | | | $3,900.00 |
| ACCT #:  **1556491**<br>**LFG Lease Finance Group, LLC**<br>**P. O. Box 1027**<br>**Sioux Falls, SD 57101** | | C | DATE INCURRED:  **06/23/08**<br>CONSIDERATION:  **Supplies and Services**<br>REMARKS: | | | | $5,241.89 |
| ACCT #:  **399**<br>**Los Ranchos Del Rio**<br>**Property Owners Assoc.**<br>**P. O. Box 2914**<br>**SUNLAND PARK, NM 88063** | | C | DATE INCURRED:  **12/1/2008**<br>CONSIDERATION:  **Home Owners Association Fees**<br>REMARKS: | | | | $871.03 |

Sheet no. _____**1**_____ of _____**5**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$10,899.97**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Joe Jesse Monge**      Case No. __09-30881_____
     **Rosana Elena Monge**      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Margarita Maria Mata Flores**<br>**5019 Alabama**<br>**El Paso, TX 79930** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**unknown**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #:  **6019440600790947**<br>**Military Star**<br>**Attention: Bankruptcy**<br>**PO Box 650062**<br>**Dallas, TX 75236** | | C | DATE INCURRED:  **07/21/1996**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$3,427.00** |
| ACCT #:  **47171511**<br>**New York Life Ins. Co.**<br>**PO Box 130539**<br>**Dallas, TX  75313** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Loan on Insurance Policy**<br>REMARKS:<br>**Ins. Policy on Stephanie Monge** | | | | **$2,474.64** |
| ACCT #:  **4701970782**<br>**New York Life Ins. Co.**<br>**PO Box 130539**<br>**Dallas, TX  75313** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Loan on Insurance Policy**<br>REMARKS:<br>**Insurance Policy on Rosana Monge** | | | | **$6,420.06** |
| ACCT #:  **47 779 074**<br>**New York Life Ins. Co.**<br>**PO Box 130539**<br>**Dallas, TX  75313** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Loan on Insurance Policy**<br>REMARKS:<br>**Insurance Policy on Rosana Monge** | | | | **$3,220.31** |
| ACCT #:  **0612**<br>**Pablo Aguirre Jr.**<br>**1012 Chiricahua Dr.**<br>**El Paso, TX 79912** | | C | DATE INCURRED:  **06/29/2006**<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$8,400.00** |

Sheet no. ____**2**____ of ____**5**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

               Subtotal >     **$23,942.01**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Joe Jesse Monge**         Case No. **09-30881** _____
      **Rosana Elena Monge**                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Sitework Engineering**<br>**444 Executive Center, Ste. 134**<br>**El Paso, TX 79902** | | C | DATE INCURRED: **10/03/2007**<br>CONSIDERATION:<br>**Supplies and Services**<br>REMARKS: | | | | **$2,800.00** |
| ACCT #: **26758493**<br>**Southwest Credit Systems, L.P.**<br>**5910 W Plano Parkway, Suite 100**<br>**Plano, TX  75093-4638** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting on A T & T BSC Texas**<br>REMARKS: | | | | **$489.38** |
| **Representing:**<br>**Southwest Credit Systems, L.P.** | | | **AT&T**<br>**Attn: Bankruptcy Dept**<br>**P O Box 57907**<br>**Salt Lake City, UT 84157** | | | | **Notice Only** |
| ACCT #:<br>**Speesoil Inc.**<br>**3600 Esper Drive**<br>**El Paso, TX 79936** | | C | DATE INCURRED: **09/26/2007**<br>CONSIDERATION:<br>**Supplies and/or Services**<br>REMARKS: | | | | **$2,000.00** |
| ACCT #: **09519942**<br>**State Farm Insurance Companies**<br>**PO Box 2329**<br>**Bloomington, IL  61702-2329** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Loan on Insurance Policy**<br>REMARKS:<br>**Insurance Policy on Marilyn Monge** | | | | **$4,720.71** |
| ACCT #: **93-ug-7034-7**<br>**State Farm Lloyds**<br>**8900 Amberglen Blvd.**<br>**Austin, TX 78729** | | C | DATE INCURRED: **07/21/2008**<br>CONSIDERATION:<br>**Supplies and/or Services**<br>REMARKS: | | | | **$329.57** |

Sheet no. ____**3**____ of ____**5**____ continuation sheets attached to                      **Subtotal >**      **$10,339.66**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                           **Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

06/08/2009 04:36:36pm

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joe Jesse Monge**           Case No.  **09-30881**
       **Rosana Elena Monge**                        (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **480434**<br>**Sysco**<br>**601 Comanche Rd. N.E.**<br>**Albuquerque, NM 87125** | | C | DATE INCURRED:  **12/11/2007**<br>CONSIDERATION:<br>**Supplies and Services**<br>REMARKS: | | | | $511.98 |
| ACCT #:  **47104550400001**<br>**Verizon Wireless**<br>**15900 Se Eastgate Way**<br>**Bellevue, WA 98008** | | C | DATE INCURRED:  **09/2007**<br>CONSIDERATION:<br>**Agriculture**<br>REMARKS: | | | | $363.00 |
| ACCT #:  **87038143500001**<br>**Verizon Wireless**<br>**15900 Se Eastgate Way**<br>**Bellevue, WA 98008** | | C | DATE INCURRED:  **03/2005**<br>CONSIDERATION:<br>**Agriculture**<br>REMARKS: | | | | $298.00 |
| ACCT #:<br>**City of El Paso**<br>**El Paso Tax Assessor/Collector**<br>**PO Box 2992**<br>**El Paso, TX 79999-2992** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| ACCT #:<br>**City of El Paso Tax Assessor Collector**<br>**c/o Linebarger, Goggan Blair & Sampson**<br>**711 Navarro, Ste. 200**<br>**San Antonio, TX 78205** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| ACCT #:<br>**IRS - Special Procedures Staff**<br>**Stop 5022 AUS**<br>**300 E. 8th Street**<br>**Austin, TX 78701** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |

Sheet no. ___**4**___ of ___**5**___ continuation sheets attached to       **Subtotal >**    $1,172.98
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    **Total >**
                          **(Use only on last page of the completed Schedule F.)**
                    **(Report also on Summary of Schedules and, if applicable, on the**
                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joe Jesse Monge**                                    Case No.  **09-30881**
       **Rosana Elena Monge**                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **U.S. Attorney** <br> **FHZ/HUD/VA/IRS** <br> **601 N.W. Loop 410, Suite 600** <br> **San Antonio, TX 78216** | | | DATE INCURRED: <br> CONSIDERATION: <br> **Required Notification** <br> REMARKS: | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. _____5_____ of _____5_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal >** | **$0.00** |
| **Total >** | **$54,776.62** |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  **Joe Jesse Monge**  
　　　**Rosana Elena Monge**

Case No.  **09-30881**　　　　　　　　　
　　　　　　　　(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re **Joe Jesse Monge**    Case No. **09-30881**
     **Rosana Elena Monge**      (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re  **Joe Jesse Monge**                                              Case No.   **09-30881**
     **Rosana Elena Monge**                                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): Daughter<br>son<br>grandson<br>Son's girlfriend | Age(s): 22<br>17<br>6 months<br>17 | Relationship(s): | Age(s): |

| **Employment:** | Debtor | Spouse |
|---|---|---|
| Occupation | Mental Health Therapist | Nurse Practioner |
| Name of Employer | School Base Health Center | Veterans Administration |
| How Long Employed | 10 years | 10 years |
| Address of Employer | 6301 Hwy 28<br>Anthony, NM 88021 | 5021 N. Piedras<br>El Paso, TX 79930 |

INCOME:  (Estimate of average or projected monthly income at time case filed)

| | | **DEBTOR** | **SPOUSE** |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | $8,144.00 |
| 2. | Estimate monthly overtime | $0.00 | $0.00 |
| 3. | SUBTOTAL | **$0.00** | **$8,144.00** |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | $960.73 |
| | b. Social Security Tax | $0.00 | $497.83 |
| | c. Medicare | $0.00 | $116.43 |
| | d. Insurance | $0.00 | $96.40 |
| | e. Union dues | $0.00 | $13.00 |
| | f. Retirement _____ / Mandatory | $0.00 | $64.24 |
| | g. Other (Specify) _____ / Savings | $0.00 | $488.64 |
| | h. Other (Specify) _____ / VCS Deduction | $0.00 | $122.52 |
| | i. Other (Specify) _____ / TSP Loans | $0.00 | $277.68 |
| | j. Other (Specify) _____ | $0.00 | $0.00 |
| | k. Other (Specify) _____ | $0.00 | $0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | **$0.00** | **$2,637.47** |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | **$0.00** | **$5,506.53** |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8. | Income from real property | $0.00 | $0.00 |
| 9. | Interest and dividends | $0.00 | $0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. | Social security or government assistance (Specify):<br>  VA Disability | $1,933.00 | $0.00 |
| 12. | Pension or retirement income | $1,129.00 | $0.00 |
| 13. | Other monthly income (Specify):<br>a. Property Mortgage Income Mountain Estate | $400.00 | $0.00 |
| | b. _____ | $0.00 | $0.00 |
| | c. _____ | $0.00 | $0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | **$3,462.00** | **$0.00** |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$3,462.00** | **$5,506.53** |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$8,968.53** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE: **Joe Jesse Monge**          Case No.  __09-30881__
       **Rosana Elena Monge**                  (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $6,803.46 |
|    a. Are real estate taxes included?  ☑ Yes  ☐ No | |
|    b. Is property insurance included?  ☑ Yes  ☐ No | |
| 2. Utilities:  a. Electricity and heating fuel | $504.00 |
|           b. Water and sewer | $120.00 |
|           c. Telephone | $75.57 |
|           d. Other:  Cell & Internet | $150.00 |
| 3. Home maintenance (repairs and upkeep) | |
| 4. Food | $500.00 |
| 5. Clothing | $300.00 |
| 6. Laundry and dry cleaning | |
| 7. Medical and dental expenses | $100.00 |
| 8. Transportation (not including car payments) | $650.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $250.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|           a. Homeowner's or renter's | |
|           b. Life | |
|           c. Health | $133.00 |
|           d. Auto | $100.00 |
|           e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|           a. Auto: | |
|           b. Other:  House Pmt to Countrywide on property at | $7,011.99 |
|           c. Other: | $300.00 |
|           d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: | |
| 17.b. Other: | |
| **18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)** | **$16,998.02** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.**

20. STATEMENT OF MONTHLY NET INCOME
a. Average monthly income from Line 15 of Schedule I ........................................................ $8,968.53
b. Average monthly expenses from Line 18 above .............................................................. $16,998.02
c. Monthly net income (a. minus b.) ..................................................................................... ($8,029.49)

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

In re  **Joe Jesse Monge**              Case No.  **09-30881**
       **Rosana Elena Monge**

                                        Chapter  **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $1,340,993.24 | | |
| B - Personal Property | Yes | 6 | $196,003.49 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | $1,832,651.37 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $8,699.85 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $54,776.62 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $8,968.53 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $16,998.02 |
| TOTAL | | 26 | $1,536,996.73 | $1,896,127.84 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

In re  **Joe Jesse Monge**
      **Rosana Elena Monge**

Case No.   **09-30881**

Chapter   **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☑  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| **TOTAL** | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4.  Total from Schedule F | | |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

06/08/2009 04:36:37pm

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Joe Jesse Monge**                                    Case No.  **09-30881**
    **Rosana Elena Monge**                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **28**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **06/08/2009**                              Signature  **/s/ Joe Jesse Monge**
                                                                **Joe Jesse Monge**


Date  **06/08/2009**                              Signature  **/s/ Rosana Elena Monge**
                                                               **Rosana Elena Monge**
                                                   [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

In re:  **Joe Jesse Monge**
      **Rosana Elena Monge**

Case No.   **09-30881** _____

                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $124,203.00 | 2006 - Debtors' Income from Wages, Salaries, etc. |
| $20,070.00 | 2006 - Debtors' Business Incom |
| $11,132.00 | 2006 - Debtors' Rental Income |
| $38,971.00 | 2007 - Debtor Joe Monge's Income from El Paso Center For Children, Inc. |
| $26,340.00 | 2007 - Debtor's Income From The Healthcare Foundation of Southern New Mexico |
| ($10,323.00) | 2007 - Debtors' Rental Income |
| $396.00 | 2007 - Debtors' Pension Income |

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $6,549.92 | 2008 State Farm Life Insurance Co |
| $3,621.00 | 2006 - Debtor's Interest Income |
| ($17,035.00) | 2006 - Debtors' Loss From Sale of Property |
| $2,144.00 | 2007 - Debtors' Interest Income |

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☐

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Capital One Auto Finance**<br>**3901 N Dallas Pkwy**<br>**Plano, TX 75093** | **Monthly**<br>**(Last 90 days)** | **$288.00** | **$3,220.00** |

B7 (Official Form 7) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

In re:  **Joe Jesse Monge**                              Case No.  **09-30881**
       **Rosana Elena Monge**                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
Continuation Sheet No. 1

| | | | |
|---|---|---|---|
| **Countrywide Home Lending**<br>**Attention: Bankruptcy  SV-314B**<br>**PO Box 5170**<br>**Simi Valley, CA 93062** | **Monthly**<br>**(Last 90 days)** | **$6,245.00** | **$473,570.24** |
| **Countrywide Home Lending**<br>**Attention: Bankruptcy  SV-314B**<br>**PO Box 5170**<br>**Simi Valley, CA 93062** | **Monthly**<br>**(Last 90 days)** | **$1,200.63** | **$119,277.00** |
| **El Paso Area Teachers Federal CU**<br>**C/o Carlos Miranda**<br>**5915 Silver Springs, Bldg 3A**<br>**El Paso, TX 79912** | **Monthly**<br>**(Last 90 days)** | **$390.00** | **$9,980.00** |

None ☑    b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑    c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐    a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND<br>CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **Isaac W et al v. Monroj et al -**<br>**Case No. D-307-CV-200801957** | **Non payment on note** | **New Mexico Courts -**<br>**Las Cruces District** | **Set for trial** |

None ☑    b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☑    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None ☑    a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

In re:  **Joe Jesse Monge**
        **Rosana Elena Monge**

Case No.  **09-30881** _____
                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 7. Gifts

None ☑ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Sidney Diamond, PC**<br>**3800 N. Mesa Street, Ste C-4**<br>**EL PASO, Texas 79902** | 05/04/2009 | $7,500.00 |

---

## 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑ b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

## 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

In re:  **Joe Jesse Monge**                                   Case No.   **09-30881**
            **Rosana Elena Monge**                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

In re:  **Joe Jesse Monge**
      **Rosana Elena Monge**

Case No.  **09-30881** _____
                  (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

### 18. Nature, location and name of business

None ☐

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **J&M Corporation aka J&M Builders File No. 0800627946** | **Building construction** | **2007 to Present** |
| **Monroj Corporation aka Monroj Investments, Inc. Taxpayer number 32019952061 File No. 0800664345** | **Real Estate Development** | **2006 - Present** |
| **1,2,3 Bar & Grill fdba MVP - Taxpayer No. 3-20335-0955-8** | **Bar & Restaurant** | **7/2007 - Present** |
| **North East Patriot** | **Real Estate Development** | **2006 - Present** |

None ☑

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None ☐

a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Randall Smith, CPA, 414 Executive Center #100, El Paso, Texas 79902** | |

B7 (Official Form 7) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

In re:    **Joe Jesse Monge**
         **Rosana Elena Monge**

Case No.    **09-30881** _____
                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None
☑

b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☑

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

---

None
☑

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

### 20. Inventories

None
☑

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☑

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None
☑

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
☑

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders

None
☑

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None
☑

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

### 23. Withdrawals from a partnership or distributions by a corporation

None
☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

### 24. Tax Consolidation Group

None
☑

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

B7 (Official Form 7) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

In re: **Joe Jesse Monge**
**Rosana Elena Monge**

Case No. **09-30881** _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

None

☑

**25. Pension Funds**

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **06/08/2009** _____

Signature _____ **/s/ Joe Jesse Monge** _____
of Debtor        **Joe Jesse Monge**

Date **06/08/2009** _____

Signature _____ **/s/ Rosana Elena Monge** _____
of Joint Debtor  **Rosana Elena Monge**
(if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B22B (Official Form 22B) (Chapter 11) (01/08)

In re:  **Joe Jesse Monge**
      **Rosana Elena Monge**
Case Number:  **09-30881**

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| Part I. CALCULATION OF CURRENT MONTHLY INCOME | | |
|---|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | **Marital/filing status.**  Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐  Unmarried.  **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☐  Married, not filing jointly.  **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>c. ☑  Married, filing jointly.  **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | |
| 1 | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br><br>**Debtor's Income** | **Column B**<br><br>**Spouse's Income** |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $0.00 | $0.00 |
| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3.  If more than one business, profession or farm, enter aggregate numbers and provide details on an attachment.  Do not enter a number less than zero.<br><table><tr><td>a.</td><td>Gross receipts</td><td>$0.00</td><td>$0.00</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$0.00</td><td>$0.00</td></tr><tr><td>c.</td><td>Business income</td><td colspan="2">Subtract Line b from Line a.</td></tr></table> | $0.00 | $0.00 |
| 4 | **Net rental and other real property income.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  Do not enter a number less than zero.<br><table><tr><td>a.</td><td>Gross receipts</td><td>$0.00</td><td>$0.00</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$0.00</td><td>$0.00</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td colspan="2">Subtract Line b from Line a.</td></tr></table> | $0.00 | $0.00 |
| 5 | **Interest, dividends, and royalties.** | $0.00 | $0.00 |
| 6 | **Pension and retirement income.** | $0.00 | $0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.**  Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. | $0.00 | $0.00 |
| 8 | **Unemployment compensation.**  Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><table><tr><td>Unemployment compensation claimed to be a benefit under the Social Security Act</td><td>Debtor<br>$0.00</td><td>Spouse<br>$0.00</td></tr></table> | $0.00 | $0.00 |
| 9 | **Income from all other sources.**  Specify source and amount.  If necessary, list additional sources on a separate page.  Total and enter on Line 9.  **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.  Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><table><tr><td>a.</td><td></td><td></td></tr><tr><td>b.</td><td></td><td></td></tr></table> | $0.00 | $0.00 |

06/08/2009 04:36:38pm

**B22B (Official Form 22B) (Chapter 11) (01/08)**

| 10 | **Subtotal of current monthly income.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B.  Enter the total(s). | **$0.00** | **$0.00** |
|---|---|---|---|
| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 10, Column A. | | **$0.00** |

| | **Part II: VERIFICATION** |
|---|---|
| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br><br>Date:  __06/08/2009__              Signature:  __/s/ Joe Jesse Monge__<br>                                                                   Joe Jesse Monge<br><br>Date:  __06/08/2009__              Signature:  __/s/ Rosana Elena Monge__<br>                                                                   Rosana Elena Monge |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2009