UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
DIVISION

IN RE:

                    CASE NO.
                    CHAPTER 11

<u>PROCEEDING MEMO - §341 MEETING</u> ON                    , AT

1. Disclosure statement filed by attorney for debtor pursuant to 11 U.S.C. § 329 and Bankruptcy Rule 2016(b):

2. Debtor(s) appeared:

3. Counsel for debtor(s) appeared:

4. Meeting adjourned to                    , at

    <u>OR</u>

    Meeting concluded:

5. Notes of Presiding Officer:

DATE PETITION FILED:
BAR DATE:
PLUS          DAYS:

CREDITORS' COMMITTEE FORMED:          NOTICE OF APPOINTMENT FILED:

                                              Presiding Officer