**SO ORDERED.**

**SIGNED this 22nd day of June, 2009.**

_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 08-30881-LMC |
| JOE MONGE, and ROSANA MONGE, | CHAPTER 11 |
| Debtors. | |

**ORDER GRANTING MOTION AUTHORIZING THE DEBTORS TO MAINTAIN AND USE THEIR PRE-PETITION BANK ACCOUNT AT WELLS FARGO BANK**

     Came on for consideration the Motion to Authorize the Debtor To Maintain and Use Their Pre-Petition Bank Account at Wells Fargo Bank on Negative Notice. The Debtors seek the issuance and entry of an Order authorizing the Debtors to maintain their bank account at Wells Fargo Bank; and there being no objection hereto by the United States Trustee; and after considering the Motion and the evidence presented, the Court finds that granting the Motion is appropriate and should be granted; IT IS THEREBY

ORDERED that the Motion, be and it is hereby granted and approved with the following conditions; IT IS FURTHER

ORDERED that the Debtors are hereby authorized to maintain their pre-petition bank account at Wells Fargo Bank; IT IS FURTHER,

ORDERED that the Debtors, within seven (7) business days from the entry of this Order, shall notify Wells Fargo Bank to change the style of the checking account to Debtor-in-Possession, Case No. 09-30881-LMC and will clearly imprint on each form the case number and "Debtor-in-Possession" on it. IT IS FURTHER,

ORDERED that nothing contained herein shall prevent the Debtor from opening or closing such bank accounts as it may deem necessary and appropriate, upon further Motion and by Court Order; IT IS FURTHER

ORDERED, that the Debtors will close all other pre-petition accounts. IT IS FURTHER,

ORDERED, that the Debtors will provide to the Office of the U.S. Trustee the location and account number of any additional Debtor-in-Possession accounts opened by the Debtors. IT IS FURTHER,

ORDERED, that the Debtors will provide to the United States Trustee a reconciliation for their checking account at Wells Fargo Bank, including copies of bank statements and lists of outstanding checks with dates, payees and amounts and attach a copy of the monthly bank statement at Wells Fargo Bank to their monthly operating reports. IT IS FURTHER,

ORDERED, that all institutions maintaining an account which constituted authorized depositories shall comply with the reporting requirements of the United States Trustee for such authorized depository; IT IS FURTHER,

ORDERED, Wells Fargo Bank, which is a federally insured institution that insurance covering total deposit of up to $100,000.00. That at no time shall the Debtors maintain balances in their bank account at Wells Fargo Bank which exceeds the federally-insured limit. IT IS

**ORDER GRANTING MOTION AUTHORIZING THE DEBTORS TO MAINTAIN AND USE THEIR PRE-PETITION BANK ACCOUNT AT WELLS FARGO BANK, Page 2**
G:\BankruptcyPRO\Monge, Joe Jesse Monge, Rosana Elena\090507 Order Granting Motion Authorizing Wells Fargo.wpd

FURTHER,

ORDERED, that the Debtors shall attach a copy of the monthly bank statements at Wells Fargo Bank to their monthly operating reports; IT IS FURTHER,

ORDERED, that nothing in this Order shall preclude the Debtors from seeking modification of this Order upon Motion to the Court.

### 

Submitted by:
Sidney J. Diamond
3800 N. Mesa, Suite C-4
El Paso, TX 79902

**ORDER GRANTING MOTION AUTHORIZING THE DEBTORS TO MAINTAIN AND USE THEIR PRE-PETITION BANK ACCOUNT AT WELLS FARGO BANK, Page 3**
G:\BankruptcyPRO\Monge, Joe Jesse Monge, Rosana Elena\090507 Order Granting Motion Authorizing Wells Fargo.wpd