**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**JOE JESSE MONGE and**<br>**ROSANA ELENA MONGE,**<br><br>Debtors.<br><br>---<br><br>**ELPASO AREA TEACHERS FEDERAL CREDIT UNION,**<br><br>Movant,<br><br>vs.<br><br>**JOE JESSE MONGE and**<br>**ROSANA ELENA MONGE,**<br><br>Respondents. | Case No.: 09-30881-LMC<br><br>CHAPTER 11 |

**RESPONSE TO MOTION OF FOR RELIEF FROM AUTOMATIC STAY AGAINST PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. SECTION 362(d) (WITH WAIVER OF THIRTY DAY HEARING REQUIREMENT)**

**TO THE HONORABLE LEIF M. CLARK, UNITED STATES BANKRUPTCY JUDGE:**

Now comes Joe Jesse Monge and Rosana Elena Monge, Debtors in the above entitled and numbered case by and through Sidney J. Diamond of Sidney Diamond, P.C., their attorney of record and files this Response to Motion for Relief from Automatic Stay Against Property of the Estate Pursuant to 11 U.S.C. Section 362(d) (With Waiver of Thirty Day Hearing Requirement) filed by El Paso Area Teachers Federal Credit Union and would respectfully show the Court the following:

    1.    The Debtors admit the allegation contained in paragraph 1 through 3 of the Motion.

    2.    The Debtors deny the allegations contained in paragraphs 4 through 12 of the Motion.

**AFFIRMATIVE DEFENSES**

    3.    The Property is necessary for the effective reorganization of the estate of the Debtors.

**RESPONSE TO MOTION OF EL PASO AREA TEACHERS FEDERAL CREDIT UNION FOR RELIEF FROM AUTOMATIC STAY Page - 1**

**WHEREFORE, THE DEBTORS PRAY:**

1. That the Motion of for Relief from Automatic Stay be denied; and,

2. For such other and further relief as the Debtors may show themselves to be justly entitled.

**DATED:** June 23, 2009

> Respectfully submitted,
>
> SIDNEY DIAMOND, P.C.
>
>    /s/ Sidney J. Diamond
> By: Sidney J. Diamond
> Attorney for Debtor
> Texas Bar Card No.: 5803000
> 3800 N. Mesa, Suite C-4
> El Paso, Texas 79902
> (915) 532-3327 Voice
> (915) 532-3355 Fax
> Sidney@sidneydiamond.com

## CERTIFICATE OF SERVICE

I, Sidney J. Diamond, do hereby certify that on June 23, 2009, a true and correct copy of the foregoing Response to Motion of for Relief from Automatic Stay filed by El Paso Area Teachers Federal Credit Union was served, via electronic means as listed on the Court's ECF noticing system or by depositing the same in the United States Mail, properly addressed and postage prepaid, to the following parties:

| **THE DEBTORS:** | **COUNSEL FOR MOVANT:** |
|---|---|
| Joe Jesse Monge | Carlos A. Miranda, III |
| Rosana Elena Monge | 5915 Silver Springs, Bldg. 3A |
| 51 Sierra Crest Drive | El Paso, TX 79912 |
| El Paso, Texas 79902 | |

**THE UNITED STATES TRUSTEE:**

Kevin Epstein
Office of the United States Trustee
P.O. Box 1539
San Antonio, TX 78295-1539

>    /s/Sidney J. Diamond
> Sidney J. Diamond

**RESPONSE TO MOTION OF EL PASO AREA TEACHERS FEDERAL CREDIT UNION FOR RELIEF FROM AUTOMATIC STAY Page - 2**