# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 09−30881−lmc
Chapter No.: 11
Judge: Leif M. Clark

IN RE: **Joe Jesse Monge and Rosana Elena Monge** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at   El Paso Courtroom 1, 8515 Lockheed, El Paso, TX 79925

on   **7/15/09 at   01:30 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): [23] Motion for Relief from Stay (30 Day Waiver Language) (15 Day Objection Language) ( Filing Fee: $ 150.00 ) filed by Carlos A. Miranda III for Creditor El Paso Area Teachers Federal Credit Union (Miranda, Carlos)) Hearing Scheduled For 7/15/2009 at 01:30 PM at El Paso Courtroom 1 (Yarbrough, Bobby)

Dated: 6/24/09

George D. Prentice II
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKap]