**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**CHARLES F. McVAY**
**UNITED STATES TRUSTEE**
**KEVIN M. EPSTEIN**
**TRIAL ATTORNEY**
**615 E. HOUSTON, RM. 533**
**P.O. BOX 1539**
**SAN ANTONIO, TX 78295-1539**
**Telephone: (210) 472-4640**
**Facsimile: (210) 472-4649**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **JOE JESSE MONGE** | § | **CASE NO.  09-30881-LMC** |
| **ROSANA ELENA MONGE** | § | **CHAPTER 11** |
| **DEBTOR IN POSSESSION** | § | |

**REPORT OF THE UNITED STATES TRUSTEE OF**
**INABILITY TO APPOINT A CREDITORS' COMMITTEE**

COMES NOW Charles F. McVay, the United States Trustee for Region 7 ("UST"), who,

by and through the undersigned attorney respectfully reports as follows:

1.      The voluntary petition in this case under chapter 11 of the Bankruptcy Code (11

U.S.C. § 1101, et seq.) was filed on April 27, 2009.

2.      The United States Trustee is responsible for appointing a committee of creditors

holding unsecured claims (Creditors' Committee) pursuant to 11 U.S.C. § 1102(a)(1).

3.      The United States Trustee has attempted to solicit creditors interested in serving

on the Unsecured Creditors' Committee from the 20 largest unsecured creditors.  After excluding

governmental units, secured creditors and insiders, the United States Trustee has been unable to

solicit sufficient interest in serving on the Committee, in order to appoint a proper Committee.

4.      A first meeting of creditors was held pursuant to 11 U.S.C. § 341(a) and upon notice to all creditors.   Unsecured creditors appearing at said meeting were insufficient in number to form an unsecured creditors committee.

THEREFORE, the United States Trustee has been unable to appoint an Unsecured Creditors' Committee as contemplated by 11 U.S.C. § 1102.

Respectfully submitted,

CHARLES F. McVAY
UNITED STATES TRUSTEE
REGION 7


By: //s//Kevin M. Epstein
        Kevin M. Epstein
        Trial Attorney
        Texas Bar No. 00790647
        615 E. Houston, Rm. 533
        P.O. Box 1539
        San Antonio, TX 78295-1539
        (210) 472-4640
        (210) 472-4649 Fax
        Kevin.M.Epstein@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing United States Trustee's Report of Inability to Appoint a Creditors' Committee was mailed, first class, postage paid, to those persons listed below and/or by electronic means for all Pacer system participants, on this the 1st day of July, 2009.


　//s//Kevin M. Epstein
Kevin M. Epstein

Label Matrix for local noticing
0542-3
Case 09-30881-lmc
Western District of Texas
El Paso
Tue Jun 23 11:17:22 CDT 2009

U.S. BANKRUPTCY COURT
P.O. BOX 971040
EL PASO, TX 79997-1040

AAFES/MIL STAR/EXCHANGE
P O Box 740933
Dallas,Tx 75374-0933

AT&T
Attn: Bankruptcy Dept
P O Box 57907
Salt Lake City, UT 84157-0907

Alicia Rojas
105 Thoroughbred
Santa Teresa, NM 88008-9130

Alicia Rojas and Francisco Jayme
c/o Lane C. Reedman
4171 North Mesa Street, Suite B-201
El Paso, TX 79902-1431

Ascension Capital Group, Inc.
Attn:  Onyx Acceptance Corp Dept.
P.O. Box 201347
Arlington, TX 76006-1347

BAC Home Loans Servicing, L.P.
7105 Corporate Drive
PTX-B-35
Plano, TX 75024-4100

BAC Home Loans Servicing, L.P.
Polk, Prober 7 Raphael
A Law Corportation
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364-6207

Bill Issac
5880 Kingfield Ave
El Paso, TX 79912

Capital One Auto Finance
3901 N Dallas Pkwy
Plano, TX 75093-7864

Carlos Mata
5019 Alabama
El Paso, TX 79930-2601

Citi
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195-0507

City of El Paso
El Paso Tax Assessor/Collector
PO Box 2992
El Paso, TX 79999-2992

City of El Paso
c/o David G. Aelvoet
711 Navarro, Suite 300
San Antonio, TX 78205-1749

City of El Paso Tax Assessor Collector
c/o Linebarger, Goggan Blair & Sampson
711 Navarro, Ste. 200
San Antonio, TX 78205-1711

City of El Paso Tax Assessor/Collector
P. O. Box 2992
El Paso, TX 79999-2992

Countrywide Home Lending
Attention: Bankruptcy  SV-314B
PO Box 5170
Simi Valley, CA 93062-5170

Credit Management
4200 International Pwy
Carrolton, TX 75007-1912

Dona Ana County
Jim D. Schoonover, Treasurer
Property Tax Assessor
845 N. Motel Blvd.
Las Cruces, NM 88007-8100

El Paso Area Tchrs Fcu
12020 Rojas Dr
El Paso, TX 79936-7711

El Paso Area Teachers Federal
Credit Union
c/o Carlos A. Miranda III, P.C.
5915 Silver Springs, Bldg. 3A
El Paso, TX 79912-4126

El Paso Area Teachers Federal Credit Union
Attn: Linda Aldeis, Collections Manager
12020 Rojas Drive
El Paso, Texas 79936-7711

Hector Phillips, P.C.
1017 Montana Avenue
El Paso, Texas 79902-5411

Hudspeth Appraisal District
P. O. Box 429
Sierra Blanca, TX 79851-0429

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Javier Francisco Jayme
105 Thoroughbred
Santa Teresa, NM 88008-9130

Joe Jesse Monge
51 Sierra Crest Dr.
El Paso, TX 79902-1928

Kevin Epstein
United States Trustee
P.O. Box 1539
San Antonio, TX 78295-1539

LFG Lease Finance Group, LLC
P. O. Box 1027
Sioux Falls, SD 57101-1027

Lease Financial Group1
233 N Michigan Ave Ste 1
Chicago, IL 60601-5502

Los Ranchos Del Rio
Property Owners Assoc.
P. O. Box 2914
SUNLAND PARK, NM 88063-2914

Margarita Maria Mata Flores
5019 Alabama
El Paso, TX 79930-2601

Military Star
Attention: Bankruptcy
PO Box 650062
Dallas, TX 75265-0062

Onyx Acceptance Corp (Serviced by Capital On
P.O. Box 201347
Arlington, TX 76006-1347

Pablo Aguirre Jr.
1012 Chiricahua Dr.
El Paso, TX 79912-1267

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Rosana Elena Monge
51 Sierra Crest Dr.
El Paso, TX 79902-1928

Sitework Engineering
444 Executive Center, Ste. 134
El Paso, TX 79902-1030

Southwest Credit Systems, L.P.
5910 W Plano Parkway, Suite 100
Plano, TX 75093-2202

Speesoil Inc.
3600 Esper Drive
El Paso, TX 79936-1373

State Farm Lloyds
8900 Amberglen Blvd.
Austin, TX 78729-1193

State of New Mexico
Taxation and Revenue Department
PO Box 8390
Santa Fe, NM  87504-8390

Sysco
601 Comanche Rd. N.E.
Albuquerque, NM 87107-4103

U.S. Attorney
FHZ/HUD/VA/IRS
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216-5512

United States Trustee - EP12
U.S. Trustee's Office
615 E. Houston, Suite 533
P.O. Box 1539
San Antonio, TX 78295-1539

Vacation Break Resorts & Club
Star Island Condominium Association
P. O. Box 850001
Orlando, FL 32885-0001

Verizon Wireless
15900 Se Eastgate Way
Bellevue, WA 98008-5757

Wyndham Vacation Resorts
P. O. Box 3630
Boston, MA 02241-0001

Wyndham Vacation Resorts
P. O. Box 98940
Las Vegas, NV 89193-8940

Wyndham Vacation Resorts, Inc.
10750 W Charleston Blvd Ste 130
Las Vegas, NV 89135-1049

Sidney J. Diamond
3800 N Mesa C-4
El Paso, TX 79902-1535

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

INTERNAL REVENUE SERVICE
INSOLVENCY OFFICE
300 E.8TH ST. M/S 5026AUS
AUSTIN, TX 78701

(d)IRS - Special Procedures Staff
Stop 5022 AUS
300 E. 8th Street
Austin, TX 78701

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Joe Jesse Monge<br>51 Sierra Crest Dr.<br>El Paso, TX 79902-1928 | (d)Rosana Elena Monge<br>51 Sierra Crest Dr.<br>El Paso, TX 79902-1928 | End of Label Matrix<br>Mailable recipients    51<br>Bypassed recipients     2<br>Total                   53 |