## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

IN RE:

JOE JESSE MONGE and
ROSANA ELENA MONGE,

      Debtors.

Case No.:  09-30881-lmc

Chapter 11 Proceedings

## DEBTOR JOE JESSE MONGE AND ROSANA ELENA MONGE'S SECOND MONTHLY OPERATING REPORT (06/01/09 - 06/30/09)

### TO THE HONORABLE LEIF M. CLARK, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Joe Jesse Monge and Rosana Elena Monge, Debtors in the above entitled and numbered case by and through their attorney of record, Sidney J. Diamond of Sidney Diamond, P.C. and files this their Second Monthly Operating Report (06/01/2009 - 06/30/2009) of the operation of their business, pursuant to 11 U.S.C. §704(8) and Bankruptcy Rule 2015(a)(3); such report being attached hereto as Exhibit "A" and incorporated herein by reference.

**DATED**: August 13, 2009.

Respectfully submitted,

SIDNEY DIAMOND, P.C.

/s/ Sidney J. Diamond
By: Sidney J. Diamond
    Attorney for Debtors
    Texas Bar Card No.: 5803000
    3800 N. Mesa, Suite C-4
    El Paso, Texas  79902
    (915) 532-3327 Voice
    (915) 532-3355 Fax

**SECOND MONTHLY OPERATING REPORT (06/01/2009 - 06/30/2009), Page 1**
G:\BankruptcyPRO\Monge, Joe Jesse Monge, Rosana Elena\090813 2nd MOR.wpd

## CERTIFICATE OF SERVICE

I, Sidney J. Diamond, do hereby certify that on August 13, 2009 a true and correct copy of the foregoing Second Monthly Operating Report (06/01/2009-06/30/2009) was served, by depositing the same in the United States Mail, properly addressed and postage prepaid, Electronic Mail Service, or by Facsimile to the following parties:

**THE DEBTORS:**
Joe Jesse Monge and
Rosana Elena Monge
51 Sierra Crest Dr.
El Paso, TX  79902

**UNITED STATES TRUSTEE:**
Kevin Epstein, Esq.
Office of the U.S. Trustee
P.O. Box 1539
San Antonio, TX  78295-1539
**By Email: USTPRegion07.SN.ECF@usdoj.gov**

**PARTIES PREVIOUSLY
REQUESTING NOTICE:**

David Alvoet
Linebarger, Goggan, Blair & Sampsom, LLP
711 Navarro, Suite 300
San Antonio, TX 78205
Attorney for City of El Paso

Carlos A. Miranda, III
5915 Silver Springs, Bldg. 3A
El Paso, TX 79912
Attorney for El Paso Area Teachers FCU

Lance C. Reedman
4171 N. Mesa St., Suite B-201
El Paso, TX 79902
Attorney for Francisco Jayme & Alicia Rojas

_/s/ Sidney J. Diamond_
Sidney J. Diamond

**SECOND MONTHLY OPERATING REPORT (06/01/2009 - 06/30/2009), Page 2**
G:\BankruptcyPRO\Monge, Joe Jesse Monge, Rosana Elena\090813 2nd MOR.wpd

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re   JOE JESSE AND ROSANA MONGE_____ ,                    Case No.    09-30881-LMC
                 *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   06/01/90 - 06/30/09                              Date filed:   07/26/2009

Line of Business:   Closed                                NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_Original Signature of Responsible Party_

JOE JESEE MONGE AND ROSANA ELENA MONGE

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☐ | ☑ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☑ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☑ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☑ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☑ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☐ | ☑ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☐ | ☑ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☐ | ☑ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☐ | ☑ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☑ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

14.   HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?          ☐    ☑

15.   DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?           ☐    ☑

16.   HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?                    ☐    ☑

17.   HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?         ☐    ☑

18.   HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?      ☑    ☐


## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX          ☐    ☑
OBLIGATIONS?

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL
BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR
THE PAYMENT.      *August 20 2009*
                      *(Exhibit A)*


## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST
SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE
MAY WAIVE THIS REQUIREMENT.)*

                                        **TOTAL INCOME**  $  8 736.89

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month   *Checking*         $  10568.06
Cash on Hand at End of Month   *Money Market Savings*   $  3872.48
PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL**  $  23177.43
                      *(Exhibit B)*


## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK
ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE
PURPOSE AND THE AMOUNT.  *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

                                        **TOTAL EXPENSES**  $  4,377.06

                      *(Exhibit C)*


## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*                $  23,177.43
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*              $  4377.06
        *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH**  $  18 800.37

B 25C (Official Form 25C) (12/08)

### UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $  *Will Provide Statement July Report*

*(Exhibit D)*

### MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

*Alicia Rojas*
*Past Due Rent.*

TOTAL RECEIVABLES  $  *Pending Totals*

*(Exhibit E)*

### BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

### EMPLOYEES

*Bussiness Closed*

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?                                             0

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?                0

### PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING
PERIOD?                                                                                                            $ _____

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING
OF THE CASE?                                                                                                  $ _____

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS
REPORTING PERIOD?                                                                                      $ _____

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE
FILING OF THE CASE?                                                                                      $ _____

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 18000.00 | $ 8736.89 | $ 9263.11 |
| EXPENSES | $ 18,000.00 | $ 4377.06 | $ 13622.94 |
| CASH PROFIT | $ ⊘ | $ 4.359.83 (Income) | $ |

*No Rental Income Loss of Job Joe*

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:  $ 18,000.00

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:  $ 18,000.00

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:  $ ⊘

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.**

CHECKING

Checking
7/28/2009

Page 1

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|------|-----|-------------|---------|---|---------|---------|
| 6/1/2009 | DIV C... | | | | 0.33 | 5,527.78 |
| | | cat:    Div Income | | | | |
| 6/1/2009 | CREDIT | VA BENEFITS | | | 1,835.00 | 7,362.78 |
| | | cat:    Salary | | | | |
| 6/1/2009 | CREDIT | CRSC PAY | | | 1,064.00 | 8,426.78 |
| | | cat:    Salary | | | | |
| | | memo:   JOE RETIREMENT COMBAT RELATED | | | | |
| 6/1/2009 | DEBIT | NEW YORK LIFE | 14.25 | | | 8,412.53 |
| | | cat:    Insurance:Life Insurance | | | | |
| 6/1/2009 | DEBIT | NEW YORK LIFE | 237.55 | | | 8,174.98 |
| | | cat:    Insurance:Life Insurance | | | | |
| 6/2/2009 | DEBIT | CRICKET | 47.80 | | | 8,127.18 |
| | | cat:    Utilities:Telephone | | | | |
| 6/2/2009 | DEBIT | EPCC RIO GRANDE CAMPUS | 444.50 | | | 7,682.68 |
| | | cat:    Education | | | | |
| | | memo:   STEPHANIE | | | | |
| 6/3/2009 | EFT | AMERICAN EXPRESS Collection | 5.95 | | | 7,676.73 |
| | | cat:    Miscellaneous, Bus | | | | |
| 6/3/2009 | DEBIT | AFEES | 36.05 | | | 7,640.68 |
| | | cat:    Groceries | | | | |
| 6/3/2009 | 4914 | COSTCO | 267.74 | | | 7,372.94 |
| | | cat:    Groceries | | | | |
| 6/5/2009 | BILL P... | FBFCU | 288.73 | | | 7,084.21 |
| | | cat:    Car | | | | |
| | | memo:   EXPEDITION | | | | |
| 6/6/2009 | DEBIT | FT BLISS COMMISSARY | 77.30 | | | 7,006.91 |
| | | cat:    Groceries | | | | |
| 6/6/2009 | DEBIT | GRAND ASIA BUFFET | 23.46 | | | 6,983.45 |
| | | cat:    Dining | | | | |
| 6/6/2009 | DEBIT | TIERRA DEL SOL | 6.90 | | | 6,976.55 |
| | | cat:    Dining | | | | |
| 6/6/2009 | DEBIT | AFEES | 21.74 | | | 6,954.81 |
| | | cat:    Auto:Fuel | | | | |
| 6/6/2009 | DEBIT | CHECKERS AUTO | 8.65 | | | 6,946.16 |
| | | cat:    Auto:Service | | | | |
| 6/6/2009 | DEBIT | FT BLISS EXCHANGE | 18.15 | | | 6,928.01 |
| | | cat:    Household | | | | |
| 6/7/2009 | 1006 | ALBERTSon's | 48.78 | | | 6,879.23 |
| | | cat:    Groceries | | | | |
| 6/8/2009 | DEBIT | VA CANTEEN | 6.97 | | | 6,872.26 |
| | | cat:    LUNCH | | | | |
| 6/8/2009 | 4915 | | 173.16 | | | 6,699.10 |
| 6/9/2009 | BILL P... | HOME OWNERS ASSOC | 175.00 | | | 6,524.10 |
| | | cat:    Homeowner's Fees | | | | |
| | | memo:   51 sIERRA cREST dRIVE | | | | |
| 6/9/2009 | ATM | MED SCHOOL | 111.75 | | | 6,412.35 |
| | | cat:    Education | | | | |
| | | memo:   MED SCHOOL | | | | |
| 6/9/2009 | EFT | | 1.00 | | | 6,411.35 |
| | | cat:    ATM | | | | |

## CHECKING

**Checking**                                                                    **Page 2**
7/28/2009

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|------|-----|-------------|---------|---|---------|---------|
| 6/12/2009 | CREDIT | VA SALARY<br>cat:      Salary<br>memo:   ROSANA | | | 2,382.73 | 8,794.08 |
| 6/12/2009 | DEBIT | VALERO<br>cat:      Auto:Fuel | 38.10 | | | 8,755.98 |
| 6/12/2009 | DEBIT | CIRCKLE K<br>cat:      Auto:Fuel | 40.22 | | | 8,715.76 |
| 6/12/2009 | DEBIT | SOUTHWEST DALLAS<br>cat:      Miscellaneous, Bus<br>memo:   SEMINAR | 424.90 | | | 8,290.86 |
| 6/12/2009 | DEBIT | DIAMOND<br>cat:      Groceries | 3.39 | | | 8,287.47 |
| 6/15/2009 | CREDIT | <br>cat:      [Checking]<br>memo:   REFUND ROSANA SEMINAR | | | 681.00 | 8,968.47 |
| 6/15/2009 | EFT | NEW YORK LIFE<br>cat:      Insurance:Life Insurance | 365.50 | | | 8,602.97 |
| 6/15/2009 | EFT | NEW YORK LIFE<br>cat:      Insurance:Life Insurance | 506.81 | | | 8,096.16 |
| 6/16/2009 | BILL P... | AT AND T<br>cat:      Household | 75.57 | | | 8,020.59 |
| 6/17/2009 | 4917 | | 17.55 | | | 8,003.04 |
| 6/17/2009 | 4918 | | 215.37 | | | 7,787.67 |
| 6/19/2009 | DEBIT | HILTON HOTEL<br>cat:      SEMINAR RURAL HEALTH | 828.29 | | | 6,959.38 |
| 6/20/2009 | Cash ... | <br>memo:   SCHOOL EXPENSES | 100.00 | | | 6,859.38 |
| 6/22/2009 | | US TREASURE<br>cat:      Other Inc | | | 250.00 | 7,109.38 |
| 6/22/2009 | | VA BENEFITS<br>cat:      SEMINAR RURAL HEALTH | | | 543.23 | 7,652.61 |
| 6/22/2009 | DEBIT | CIRCKLE K<br>cat:      Auto:Fuel | 15.27 | | | 7,637.34 |
| 6/24/2009 | | VA BENEFITS<br>cat:      SEMINAR RURAL HEALTH | | | 1,093.07 | 8,730.41 |
| 6/24/2009 | DEBIT | FT BLISS COMMISSARY<br>cat:      Groceries | 88.29 | | | 8,642.12 |
| 6/24/2009 | DEBIT | DIAMOND<br>cat:      Auto | 26.60 | | | 8,615.52 |
| 6/25/2009 | BILL P... | ELECTRIC CO<br>cat:      Utilities | 154.89 | | | 8,460.63 |
| 6/26/2009 | CREDIT | VA SALARY<br>cat:      Salary<br>memo:   ROSANA | | | 2,396.62 | 10,857.25 |
| 6/26/2009 | DEBIT | SUPER STOP<br>cat:      Auto | 15.01 | | | 10,842.24 |
| 6/26/2009 | DEBIT | TIERRA DEL SOL<br>cat:      Dining | 15.60 | | | 10,826.64 |
| 6/27/2009 | DEBIT | FT BLISS EXCHANGE<br>cat:      Household | 127.91 | | | 10,698.73 |
| 6/29/2009 | DEBIT | AFEES<br>cat:      Auto:Fuel | 35.65 | | | 10,663.08 |

# CHECKING

**Checking**
**7/28/2009**

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|------|-----|-------------|---------|---|---------|---------|
| 6/30/2009 | BILL P... | EL PASO WATER<br>cat:          Utilities:Water | 95.00 | | | 10,568.08 |

*Printed*

**REGISTER**

Checking

Page 1

7/28/2009

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|------|-----|-------------|---------|---|---------|---------|
| 6/1/2009 | DIV C... | | | | 0.33 | 5,527.78 |
| | | cat:          Div Income | | | | |
| 6/1/2009 | CREDIT | VA BENEFITS | | | 1,835.00 | 7,362.78 |
| | | cat:          Salary | | | | |
| 6/1/2009 | CREDIT | CRSC PAY | | | 1,064.00 | 8,426.78 |
| | | cat:          Salary | | | | |
| | | memo:      JOE RETIREMENT COMBAT RELATED | | | | |
| 6/1/2009 | DEBIT | NEW YORK LIFE | 14.25 | | | 8,412.53 |
| | | cat:          Insurance:Life Insurance | | | | |
| 6/1/2009 | DEBIT | NEW YORK LIFE | 237.55 | | | 8,174.98 |
| | | cat:          Insurance:Life Insurance | | | | |
| 6/2/2009 | DEBIT | CRICKET | 47.80 | | | 8,127.18 |
| | | cat:          Utilities:Telephone | | | | |
| 6/2/2009 | DEBIT | EPCC RIO GRANDE CAMPUS | 444.50 | | | 7,682.68 |
| | | cat:          Education | | | | |
| | | memo:      STEPHANIE | | | | |
| 6/3/2009 | EFT | AMERICAN EXPRESS Collection | 5.95 | | | 7,676.73 |
| | | cat:          Miscellaneous, Bus | | | | |
| 6/3/2009 | DEBIT | AFEES | 36.05 | | | 7,640.68 |
| | | cat:          Groceries | | | | |
| 6/3/2009 | 4914 | COSTCO | 267.74 | | | 7,372.94 |
| | | cat:          Groceries | | | | |
| 6/5/2009 | BILL P... | FBFCU | 288.73 | | | 7,084.21 |
| | | cat:          Car | | | | |
| | | memo:      EXPEDITION | | | | |
| 6/6/2009 | DEBIT | FT BLISS COMMISSARY | 77.30 | | | 7,006.91 |
| | | cat:          Groceries | | | | |
| 6/6/2009 | DEBIT | GRAND ASIA BUFFET | 23.46 | | | 6,983.45 |
| | | cat:          Dining | | | | |
| 6/6/2009 | DEBIT | TIERRA DEL SOL | 6.90 | | | 6,976.55 |
| | | cat:          Dining | | | | |
| 6/6/2009 | DEBIT | AFEES | 21.74 | | | 6,954.81 |
| | | cat:          Auto:Fuel | | | | |
| 6/6/2009 | DEBIT | CHECKERS AUTO | 8.65 | | | 6,946.16 |
| | | cat:          Auto:Service | | | | |
| 6/6/2009 | DEBIT | FT BLISS EXCHANGE | 18.15 | | | 6,928.01 |
| | | cat:          Household | | | | |
| 6/7/2009 | 1006 | ALBERTSon's | 48.78 | | | 6,879.23 |
| | | cat:          Groceries | | | | |
| 6/8/2009 | DEBIT | VA CANTEEN | 6.97 | | | 6,872.26 |
| | | cat:          LUNCH | | | | |
| 6/8/2009 | 4915 | | 173.16 | | | 6,699.10 |
| 6/9/2009 | BILL P... | HOME OWNERS ASSOC | 175.00 | | | 6,524.10 |
| | | cat:          Homeowner's Fees | | | | |
| | | memo:      51 sIERRA cREST dRIVE | | | | |
| 6/9/2009 | ATM | MED SCHOOL | 111.75 | | | 6,412.35 |
| | | cat:          Education | | | | |
| | | memo:      MED SCHOOL | | | | |
| 6/9/2009 | EFT | | | | 1.00 | 6,411.35 |
| | | cat:          ATM | | | | |

# REGISTER

**Checking**                                                                                    **Page 2**
**7/28/2009**

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|------|-----|-------------|---------|---|---------|---------|
| 6/12/2009 | CREDIT | VA SALARY<br>cat: Salary<br>memo: ROSANA | | | 2,382.73 | 8,794.08 |
| 6/12/2009 | DEBIT | VALERO<br>cat: Auto:Fuel | 38.10 | | | 8,755.98 |
| 6/12/2009 | DEBIT | CIRCKLE K<br>cat: Auto:Fuel | 40.22 | | | 8,715.76 |
| 6/12/2009 | DEBIT | SOUTHWEST DALLAS<br>cat: Miscellaneous, Bus<br>memo: SEMINAR | 424.90 | | | 8,290.86 |
| 6/12/2009 | DEBIT | DIAMOND<br>cat: Groceries | 3.39 | | | 8,287.47 |
| 6/15/2009 | CREDIT | cat: [Checking]<br>memo: REFUND ROSANA SEMINAR | | | 681.00 | 8,968.47 |
| 6/15/2009 | EFT | NEW YORK LIFE<br>cat: Insurance:Life Insurance | 365.50 | | | 8,602.97 |
| 6/15/2009 | EFT | NEW YORK LIFE<br>cat: Insurance:Life Insurance | 506.81 | | | 8,096.16 |
| 6/16/2009 | BILL P... | AT AND T<br>cat: Household | 75.57 | | | 8,020.59 |
| 6/17/2009 | 4917 | | 17.55 | | | 8,003.04 |
| 6/17/2009 | 4918 | | 215.37 | | | 7,787.67 |
| 6/19/2009 | DEBIT | HILTON HOTEL<br>cat: SEMINAR RURAL HEALTH | 828.29 | | | 6,959.38 |
| 6/20/2009 | Cash ... | memo: SCHOOL EXPENSES | 100.00 | | | 6,859.38 |
| 6/22/2009 | | US TREASURE<br>cat: Other Inc | | | 250.00 | 7,109.38 |
| 6/22/2009 | | VA BENEFITS<br>cat: SEMINAR RURAL HEALTH | | | 543.23 | 7,652.61 |
| 6/22/2009 | DEBIT | CIRCKLE K<br>cat: Auto:Fuel | 15.27 | | | 7,637.34 |
| 6/24/2009 | | VA BENEFITS<br>cat: SEMINAR RURAL HEALTH | | | 1,093.07 | 8,730.41 |
| 6/24/2009 | DEBIT | FT BLISS COMMISSARY<br>cat: Groceries | 88.29 | | | 8,642.12 |
| 6/24/2009 | DEBIT | DIAMOND<br>cat: Auto | 26.60 | | | 8,615.52 |
| 6/25/2009 | BILL P... | ELECTRIC CO<br>cat: Utilities | 154.89 | | | 8,460.63 |
| 6/26/2009 | CREDIT | VA SALARY<br>cat: Salary<br>memo: ROSANA | | | 2,396.62 | 10,857.25 |
| 6/26/2009 | DEBIT | SUPER STOP<br>cat: Auto | 15.01 | | | 10,842.24 |
| 6/26/2009 | DEBIT | TIERRA DEL SOL<br>cat: Dining | 15.60 | | | 10,826.64 |
| 6/27/2009 | DEBIT | FT BLISS EXCHANGE<br>cat: Household | 127.91 | | | 10,698.73 |
| 6/29/2009 | DEBIT | AFEES<br>cat: Auto:Fuel | 35.65 | | | 10,663.08 |

# REGISTER

Checking
7/28/2009

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|------|-----|-------------|---------|---|---------|---------|
| 6/30/2009 | BILL P... | EL PASO WATER<br>cat:    Utilities:Water | 95.00 | | | 10,568.08 |

```
          #   913801005463 002 May 18
MAY19# DEBIT PURCHASE                                    32.99              2034.24
       #   VALERO 1746 EL PASO T
       #   913902197970 1 May 19
MAY20# DEBIT PURCHASE                                    28.83              2005.41
       #   OHASHI JAPANESE REST EL PASO T
       #   914001861842 18207601 May 20
MAY21# DEBIT PURCHASE                                    27.17              1978.24
       #   SORRENTO INC EL PASO T
       #   914106026480 00396315 May 21
MAY25# BILL PAY WITHDRAWAL                              154.89              1823.35
       #   ELECTRIC COM
       #   949610 ORCC WW May 25 @ 11:09am
MAY22# DEBIT PURCHASE                                     5.95              1817.40
       #   TIERRA DEL SOL MEXICAN EL PASO T
       #   914202779101 00027553 May 22
MAY23# DEBIT PURCHASE                                    64.76              1752.64
       #   VILLAGE INN PANCAKE HO EL PASO T
       #   914301623174 00132075 May 23
MAY29  DFAS-CLEVELAND/FED SALARY/052909                        (2374.17)   4126.81
       ACH DIST TOTAL $2,374.17
MAY29  BILL PAY WITHDRAWAL                               95.00              4031.81
       EL PASO WATE
       997138 ORCC WW May 29 @ 11:15am
```

Continued on page 5

ALL ACCOUNTS, EXCEPT SHARE DRAFT ACCOUNTS, ARE NOT TRANSFERABLE AS DEFINED IN REGULATION D.

# FIRSTLIGHT

JOE J MONGE
51 SIERRA CREST DR
** **** ** *****

**NCUA**

| Member No. | Social Security No. |
|---|---|
| ****** | *********** |

**Statement Period: 28APR09 to 27JUL09**

| Tran<br>Date | E<br>F<br>F | # - Means Effective Dated<br><br>Description | Periodic<br>Finance<br>Charge | Late<br>Payment<br>Charge | Debits | Credits | New<br>Balance |
|---|---|---|---|---|---|---|---|
| MAY27# | | DEBIT PURCHASE | | | 22.48 | | 4009.33 |
| | # | FORT BLISS EXCH 228 EL PASO T | | | | | |
| | # | 914700349471 106500 May 27 | | | | | |
| MAY28# | | DEBIT PURCHASE | | | 41.26 | | 3968.07 |
| | # | UNCLE BAOS EL PASO T | | | | | |
| | # | 914801951941 00484784 May 28 | | | | | |
| MAY28# | | DEBIT PURCHASE | | | 2.74 | | 3965.33 |
| | # | VETERANS CANTEEN #756 EL PASO T | | | | | |
| | # | 914804522100 61835857 May 28 | | | | | |
| JUN1 | | DIVIDEND CREDIT | | | | 0.33 | 3965.66 |
| JUN1 | | Annual Percentage Yield Earned: 0.15% | | | | | |
| JUN1 | | For the Period from 05/01 through 05/31. | | | | | |
| JUN1 | | US TREASURY 220/VA BENEFIT/060109 | | | | 1835.00 | 5800.66 |
| JUN1 | | DFAS-CLEVELAND/CRSC PAY/052109 | | | | 1064.00 | 6864.66 |
| | | ACH DIST TOTAL $1,064.00 | | | | | |
| MAY29# | | DEBIT PURCHASE | | | 32.93 | | 6831.73 |
| | # | FT BLISS CASSIDY GAS FORT BLISS T | | | | | |
| | # | 914901186666 B62799 May 29 | | | | | |
| MAY28# | | DEBIT PURCHASE | | | 14.00 | | 6817.73 |
| | # | TIERRA DEL SOL MEXICAN EL PASO T | | | | | |
| | # | 914805771196 00027553 May 28 | | | | | |
| MAY28# | | DEBIT PURCHASE | | | 48.18 | | 6769.55 |
| | # | LOWES #01137* EL PASO T | | | | | |

```
        #    914804316290  May 28
MAY29#  DEBIT PURCHASE                              58.36              6711.19
        #    BURLINGTON COA00003459 EL PASO T
        #    914900140211 003 May 29
JUN1    NEW YORK LIFE/INS. PREM./JUN 09            14.25              6696.94
JUN1    NEW YORK LIFE/INS. PREM./JUN 09            50.75              6646.19
MAY30#  DEBIT PURCHASE                            237.55              6408.64
        #    THE HOME DEPOT 523 EL PASO T
        #    915003014354  May 30
MAY30#  DEBIT PURCHASE                             25.92              6382.72
        #    THE HOME DEPOT 523 EL PASO T
        #    915003014355  May 30
MAY30#  DEBIT PURCHASE                            183.97              6198.75
        #    BED BATH & BEYOND #129 EL PASO T
        #    915001030254 00511291 May 30
MAY30#  DEBIT PURCHASE                              4.32              6194.43
        #    BED BATH & BEYOND #129 EL PASO T
        #    915001030255 00511291 May 30
JUN2    DEBIT PURCHASE                             47.80              6146.63
             CKT*CRICKETCOMM 800-274-2538 C
             915304135974  Jun 2
JUN3    AMERICAN EXPRESS/COLLECTION/090603          5.95              6140.68
JUN3    SHARE DRAFT # 4914                         571.05              5569.63
JUN2 #  DEBIT PURCHASE                             444.50              5125.13
        #    EPCC RIO GRANDE CAMPUS EL PASO T
        #    915304447804 04221487 Jun 2
JUN5    BILL PAY WITHDRAWAL                        288.73              4836.40
             EXPEDITION
             996460 ORCC WW Jun 5 @ 11:16am
JUN3 #  DEBIT PURCHASE                              36.05              4800.35
        #    AAFES JEB STUART SHOPP FORT BLISS T
        #    915400450444 B70099 Jun 3
JUN6 #  DEBIT PURCHASE                              77.30              4723.05
        #    FT BLISS COMMISSARY FORT BLISS T

             Continued on page 6
```

Continued on page 6

ALL ACCOUNTS, EXCEPT SHARE DRAFT ACCOUNTS, ARE NOT TRANSFERABLE AS DEFINED IN REGULATION D.



**FIRSTLIGHT**
FEDERAL CREDIT UNION

JOE J MONGE
51 SIERRA CREST DR
** **** ** *****

**NCUA**

| Member No. | Social Security No. |
|------------|---------------------|
| ******* | *********** |

Statement Period: 28APR09 to 27JUL09

| Tran E | # - Means Effective Dated | Periodic Late | Debits | Credits New |
|--------|---------------------------|---------------|--------|-------------|
| Date F | | Finance Payment | | Balance |
| F | Description | Charge Charge | | |

```
        #    915703615596 38448251 Jun 6
JUN6 #  DEBIT PURCHASE                              23.46              4699.59
        #    GRAND ASIA BUFFET INC EL PASO T
        #    915703479290 01475580 Jun 6
JUN8    SHARE DRAFT # 4915                         173.16              4526.43
JUN7 #  DEBIT PURCHASE                              48.78              4477.65
        #    ALBERTSONS #1006 EL PASO T
        #    915804791280 1601006 Jun 7
JUN6 #  DEBIT PURCHASE                               6.90              4470.75
        #    TIERRA DEL SOL MEXICAN EL PASO T
        #    915702569217 00027553 Jun 6
JUN9    BILL PAY WITHDRAWAL                        175.00              4295.75
             HOMEOWNERS A
```

```
            912750 ORCC WW Jun 9 @ 11:10am
✓ JUN6  # DEBIT PURCHASE                         21.74           4274.01
        #    AAFES HAAN RD SHOP GAS FT BLISS T
        #    915700154936 2O2299 Jun 6
✓ JUN6  # DEBIT PURCHASE                          8.65           4265.36
        #    OREILLY AUTO 00027953 EL PASO T
        #    915701755971 025 Jun 6
✓ JUN6  # DEBIT PURCHASE                         18.15           4247.21
        #    FORT BLISS EXCH 228 EL PASO T
        #    915700154995 106500 Jun 6
✓ JUN8  # DEBIT PURCHASE                          6.97           4240.24
        #    VETERANS CANTEEN #756 EL PASO T
        #    915904309556 80569695 Jun 8
✓ JUN9    ATM WITHDRAWAL                        111.75           4128.49
             BANCO SANTANDER, S.A. CD. JUAREZ
             MX000000418708 X99421 Jun 9 @
             4:45pm
  JUN9    ATM NETWORK FEE                         1.00           4127.49
✓ JUN12   DFAS-CLEVELAND/FED SALARY/061209               2382.73 6510.22
             ACH DIST TOTAL $2,382.73
✓ JUN12 # POS PURCHASE                           38.10           6472.12
        #    VALERO 1259 EL PASO TX
        #    916326723700 64528401
        #    Jun 12 @ 9:28pm
✓ JUN12 # DEBIT PURCHASE                         40.22           6431.90
        #    CIRCLE K 00278 Q47 LAS CRUCES N
        #    916301633297 102 Jun 12
✓ JUN12 # DEBIT PURCHASE                        424.90           6007.00
        #    SOUTHWESTAIR5262135672 DALLAS T
        #    916302782824  Jun 12
✓ JUN12 # DEBIT PURCHASE                          3.39           6003.61
        #    DIAMOND 1259 SHAMROCK EL PASO T
        #    916302604605 1 Jun 12
  JUN15   36 TREAS 220/MISC PAY/061509                  681.00   6684.61
             REF*VV*TO756T92115*(915)564-6100 EL
             756\
✓ JUN15   NEW YORK LIFE/INS. PREM./JUN 09       365.50           6319.11
✓ JUN15   NEW YORK LIFE/INS. PREM./JUN 09       506.81           5812.30
✓ JUN16   BILL PAY WITHDRAWAL                    75.57           5736.73
             AT AND T
             916458 ORCC WW Jun 16 @ 11:10am
✓ JUN17   SHARE DRAFT # 4917                     17.55           5719.18
✓ JUN17   SHARE DRAFT # 4918                    215.37           5503.81
✓ JUN20   BILL PAY WITHDRAWAL                   100.00           5403.81
```

Continued on page 7

ALL ACCOUNTS, EXCEPT SHARE DRAFT ACCOUNTS, ARE NOT TRANSFERABLE AS DEFINED IN REGULATION D.



FIRSTLIGHT
FEDERAL CREDIT UNION

JOE J MONGE
51 SIERRA CREST DR
** **** ** *****

NCUA

| Member No. | Social Security No. |
|---|---|
| ******* | *********** |

Statement Period: 28APR09 to 27JUL09

| Tran E<br>Date F<br>F | # - Means Effective Dated<br><br>Description | Periodic<br>Finance<br>Charge | Late<br>Payment<br>Charge | Debits | Credits | New<br>Balance |
|---|---|---|---|---|---|---|
| | TEXAS GAS SE<br>912977 ORCC WW Jun 20 @ 11:08am | | | | | |
| JUN22 | US TREASURY 220/VA ERP/062209 | | | | 250.00 | 5653.81 |

```
JUN19#  DEBIT PURCHASE                              828.29              4825.52
     #     HILTON HOTELS PALMR HS CHICAGO I
     #     917006622866 00008647 Jun 19
JUN22   36 TREAS 220/MISC PAY/062209                         543.23    5368.75
           REF*VV*TV756T9204501*(915)564-6100 E
           L 756\
JUN24   US TREASURY 220/VA BENEFIT/062409                   1093.07    6461.82
JUN22#  DEBIT PURCHASE                               15.27              6446.55
     #     CIRCLE K 01227 Q47 EL PASO T
     #     917300894445 102 Jun 22
JUN25   BILL PAY WITHDRAWAL                         154.89              6291.66
           ELECTRIC COM
           946173 ORCC WW Jun 25 @ 11:14am
JUN24#  DEBIT PURCHASE                               88.29              6203.37
     #     FT BLISS COMMISSARY FORT BLISS T
     #     917504377315 40649228 Jun 24
JUN26   DFAS-CLEVELAND/FED SALARY/062609                    2396.62    8599.99
           ACH DIST TOTAL $2,396.62
JUN24#  DEBIT PURCHASE                               26.60              8573.39
     #     DIAMOND 1259 SHAMROCK EL PASO T
     #     917502224242 1 Jun 24
JUN26#  DEBIT PURCHASE                               15.01              8558.38
     #     SUPER STOP NO. 28 EL PASO T
     #     917700060692 LK632602 Jun 26
JUN26#  DEBIT PURCHASE                               15.60              8542.78
     #     TIERRA DEL SOL MEXICAN EL PASO T
     #     917702544286 00027553 Jun 26
JUN30   BILL PAY WITHDRAWAL                          95.00              8447.78
           EL PASO WATE
           924550 ORCC WW Jun 30 @ 2:45pm
JUN27#  DEBIT PURCHASE                              127.91              8319.87
     #     FORT BLISS EXCH 228 EL PASO T
     #     917800494193 106500 Jun 27
JUL1    US TREASURY 220/VA BENEFIT/070109                   2267.00   10586.87
JUL1    DIVIDEND CREDIT                                        1.18    10588.05
JUL1       Annual Percentage Yield Earned: 0.25%
JUL1       For the Period from 06/01 through 06/30.
JUL1    FED W/H TAX                                   0.33             10587.72
JUL1    DFAS-CLEVELAND/CRSC PAY/062309                      1064.00   11651.72
           ACH DIST TOTAL $1,064.00
JUL1    NEW YORK LIFE/INS. PREM./JUL 09              14.25             11637.47
JUL1    NEW YORK LIFE/INS. PREM./JUL 09              50.75             11586.72
JUN29#  DEBIT PURCHASE                               35.65             11551.07
     #     AAFES VAN HORNE GAS PU FT BLISS T
     #     918000360088 206799 Jun 29
JUL1    DEBIT PURCHASE                               47.80             11503.27
           CKT*CRICKETCOMM 800-274-2538 C
           918204236331 Jul 1
JUL1 #  DEBIT PURCHASE                               55.18             11448.09
     #     U OF TX-EL PASO BKST#1 EL PASO T
     #     918204538445 39608051 Jul 1
JUL1    DEBIT PURCHASE                               21.92             11426.17
     #     U OF TX-EL PASO BKST#1 EL PASO T
     #     918204629511 39608044 Jul 1

           Continued on page 8
```



ALL ACCOUNTS, EXCEPT SHARE DRAFT ACCOUNTS, ARE NOT TRANSFERABLE AS DEFINED IN REGULATION D.

FirstLight
MEDICAL CREDIT UNION

JOE J MONGE
51 SIERRA CREST DR
** **** ** *****

| Member No. | Social Security No. |
|---|---|
| ******* | *********** |