# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 09–30881–lmc
Chapter No.: 11
Judge: Leif M. Clark

IN RE: **Joe Jesse Monge and Rosana Elena Monge** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at    El Paso Courtroom 1, 8515 Lockheed, El Paso, TX 79925

on    **9/21/09 at   01:00 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): [36] Motion for Relief from Stay (30 Day Waiver Language)(15 Day Objection Language) ( Filing Fee: $ 150.00 ) filed by Thomas Matthew Corea for Creditor New Century Mortgage Corp (Corea, Thomas) Modified on 8/7/2009 (Yarbrough, Bobby).) Hearing Scheduled For 9/21/2009 at 01:00 PM at El Paso Courtroom 1 (Yarbrough, Bobby)

Dated:  8/24/09

George D. Prentice II
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKap]