# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| IN RE:<br><br>JOE JESSE MONGE and<br>ROSANA ELENA MONGE,<br><br>Debtors. | Case No.: 09-30881-lmc<br><br>Chapter 11 Proceedings |

## DEBTOR JOE JESSE MONGE AND ROSANA ELENA MONGE'S THIRD MONTHLY OPERATING REPORT (07/01/09 - 07/31/09)

**TO THE HONORABLE LEIF M. CLARK, UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW, Joe Jesse Monge and Rosana Elena Monge, Debtors in the above entitled and numbered case by and through their attorney of record, Sidney J. Diamond of Sidney Diamond, P.C. and files this their Third Monthly Operating Report (07/01/2009 - 07/31/2009) of the operation of their business, pursuant to 11 U.S.C. §704(8) and Bankruptcy Rule 2015(a)(3); such report being attached hereto as Exhibit "A" and incorporated herein by reference.

**DATED**: September 7, 2009.

                                              Respectfully submitted,

                                              SIDNEY DIAMOND, P.C.

                                              /s/ Sidney J. Diamond
                                   By: Sidney J. Diamond
                                       Attorney for Debtors
                                       Texas Bar Card No.: 5803000
                                       3800 N. Mesa, Suite C-4
                                       El Paso, Texas 79902
                                       (915) 532-3327 Voice
                                       (915) 532-3355 Fax

## CERTIFICATE OF SERVICE

I, Sidney J. Diamond, do hereby certify that on September 7, 2009 a true and correct copy of the foregoing Third Monthly Operating Report (07/01/2009-07/31/2009) was served, by depositing the same in the United States Mail, properly addressed and postage prepaid, Electronic Mail Service, or by Facsimile to the following parties:

**THE DEBTORS:**
Joe Jesse Monge and
Rosana Elena Monge
51 Sierra Crest Dr.
El Paso, TX 79902

**UNITED STATES TRUSTEE:**
Kevin Epstein, Esq.
Office of the U.S. Trustee
P.O. Box 1539
San Antonio, TX 78295-1539
**By Email: USTPRegion07.SN.ECF@usdoj.gov**

**PARTIES PREVIOUSLY
REQUESTING NOTICE:**

David Alvoet
Linebarger, Goggan, Blair & Sampsom, LLP
711 Navarro, Suite 300
San Antonio, TX 78205
Attorney for City of El Paso

Carlos A. Miranda, III
5915 Silver Springs, Bldg. 3A
El Paso, TX 79912
Attorney for El Paso Area Teachers FCU

Lance C. Reedman
4171 N. Mesa St., Suite B-201
El Paso, TX 79902
Attorney for Francisco Jayme & Alicia Rojas

/s/ Sidney J. Diamond
Sidney J. Diamond

**THIRD MONTHLY OPERATING REPORT (07/01/2009 - 07/31/2009), Page 2**
G:\BankruptcyPRO\Monge, Joe Jesse Monge, Rosana Elena\090813 3nd MOR.wpd

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re   JOE JESSE AND ROSANA MONGE   ,      Case No.   09-30881-LMC
        *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   07/01/90 - 07/31/09      Date filed:   07/26/2009

Line of Business:   Closed      NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*/s/ Rosana E. Monge*
Original Signature of Responsible Party

JOE JESEE MONGE AND ROSANA ELENA MONGE
Printed Name of Responsible Party

| # | Questionnaire: *(All questions to be answered on behalf of the debtor.)* | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☐ | ☒ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☒ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☒ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☒ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☒ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☐ | ☒ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☐ | ☒ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☐ | ☒ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☐ | ☒ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☒ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

B 25C (Official Form 25C) (12/08)

| | | |
|---|---|---|
| 14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☑ | ☐ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐   ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.     08/20/2009

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 8,463.83

SUMMARY OF CASH ON HAND   *Money Market and Savings*   Rent 400.00
Cash on Hand at Start of Month   $ 3872.68
Cash on Hand at End of Month   $ 3,872.68
PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL   $ 3872.68

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $ 11,446.17

*(Exhibit C)*

## CASH PROFIT

Rent 400.00
INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*   $ 8,463.83
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $ 11,446.17
*(Subtract Line C from Line B)*   CASH PROFIT FOR THE MONTH   $ -0-
None

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 18000.00 | $ 8863.83 | $ 9136.17 |
| EXPENSES | $ 18000.00 | $ 11446.17 | $ 6553.83 |
| CASH PROFIT | $ -0- | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 18000.00
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: (if Alicia Rojas pays) $ 18000.00
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: Her Rent Past Due $ -0-
or she is evicted by
Mr. Diamond

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

## CHECKING

**Checking**            **Page 1**
**8/3/2009**

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|
| 7/1/2009 | DEP | VA BENEFITS<br>cat: Salary<br>memo: JOE | | | 2,267.00 | 12,405.58 |
| 7/1/2009 | DIV C... | <br>cat: Div Income | | | 1.18 | 12,406.76 |
| 7/1/2009 | CREDIT | CRSC PAY<br>cat: SPOUSE INCOME<br>memo: JOE RETIREMENT COMBAT RELATED | | | 1,064.00 | 13,470.76 |
| 7/1/2009 | DEBIT | FED WITHOLDING TAX<br>cat: Tax | 0.33 | | | 13,470.43 |
| 7/1/2009 | DEBIT | NEW YORK LIFE<br>cat: Insurance:Life Insurance | 14.25 | | | 13,456.18 |
| 7/1/2009 | DEBIT | NEW YORK LIFE<br>cat: Insurance:Life Insurance | 50.75 | | | 13,405.43 |
| 7/1/2009 | DEBIT | CRICKET<br>cat: Utilities:Telephone | 47.80 | | | 13,357.63 |
| 7/1/2009 | DEBIT | UNIVERSITY OF TEXAS<br>cat: Education | 55.18 | | | 13,302.45 |
| 7/1/2009 | DEBIT | UNIVERSITY OF TEXAS<br>cat: Education | 55.18 | | | 13,247.27 |
| 7/1/2009 | DEBIT | EPCC RIO GRANDE CAMPUS<br>cat: Education<br>memo: JOSEPH | 150.25 | | | 13,097.02 |
| 7/1/2009 | DEBIT | FT BLISS CASSIDY<br>cat: Auto:Fuel | 36.69 | | | 13,060.33 |
| 7/1/2009 | DEBIT | FT BLISS CASSIDY<br>cat: Groceries | 9.57 | | | 13,050.76 |
| 7/1/2009 | DEBIT | WINNERSCHNITZEL<br>cat: LUNCH | 4.88 | | | 13,045.88 |
| 7/3/2009 | EFT | AMERICAN EXPRESS Collection<br>cat: Miscellaneous, Bus | 7.95 | | | 13,037.93 |
| 7/3/2009 | DEBIT | NUCLEO DE Esp<br>cat: DENTAL | 64.54 | | | 12,973.39 |
| 7/5/2009 | BILL P... | First Light Federal Credit<br>cat: Auto<br>memo: Expedition | 288.73 | | | 12,684.66 |
| 7/6/2009 | DEBIT | VCC INTERNATIONAL FEE<br>cat: Bank Charge<br>memo: UNKNOWN | 0.65 | | | 12,684.01 |
| 7/6/2009 | DEBIT | FT BLISS COMMISSARY<br>cat: Groceries | 33.53 | | | 12,650.48 |
| 7/6/2009 | DEBIT | FT BLISS CASSIDY<br>cat: Groceries | 33.78 | | | 12,616.70 |
| 7/6/2009 | DEBIT | DIAMOND<br>cat: Auto | 13.08 | | | 12,603.62 |
| 7/7/2009 | | Chevron<br>cat: Auto:Fuel | 13.08 | | | 12,590.54 |
| 7/7/2009 | DEBIT | SunCity Dairy Queen<br>cat: LUNCH | 3.45 | | | 12,587.09 |
| 7/8/2009 | DEBIT | Textbook Rental<br>cat: Education<br>memo: Joseph/Stephanie | 34.24 | | | 12,552.85 |

# CHECKING

Checking     Page 2
8/3/2009

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|---|---|---|---:|---|---:|---:|
| 7/8/2009 | DEBIT | CAEGG Textbook<br>cat: Education | 41.80 | | | 12,511.05 |
| 7/8/2009 | DEBIT | Uncle Baos<br>cat: LUNCH | 15.77 | | | 12,495.28 |
| 7/9/2009 | BILL P... | HOME OWNERS ASSOC<br>cat: Homeowner's Fees<br>memo: 51 sIERRA cREST dRIVE | 175.00 | | | 12,320.28 |
| 7/9/2009 | DEBIT | Texas Cafe<br>cat: LUNCH | 9.17 | | | 12,311.11 |
| 7/9/2009 | 4919 | Costco<br>cat: Utilities:Telephone | 129.89 | | | 12,181.22 |
| 7/9/2009 | 4920 | Costco<br>cat: Groceries | 276.24 | | | 11,904.98 |
| 7/9/2009 | 4921 | AFEES<br>cat: Household | 51.98 | | | 11,853.00 |
| 7/10/2009 | DEP | VA SALARY<br>cat: Salary<br>memo: ROSANA | | | 2,396.64 | 14,249.64 |
| 7/10/2009 | DEBIT | AfEES<br>cat: Auto:Fuel | 33.68 | | | 14,215.96 |
| 7/10/2009 | DEBIT | ReD LOBSTER<br>cat: Dining | 35.79 | | | 14,180.17 |
| 7/10/2009 | DEBIT | CIRCKLE K<br>cat: Auto:Fuel | 15.24 | | | 14,164.93 |
| 7/10/2009 | 4922 | CoSTCO<br>cat: Groceries | 19.79 | | | 14,145.14 |
| 7/12/2009 | DEBIT | GoLDEN CORRAL<br>cat: Dining | 20.82 | | | 14,124.32 |
| 7/13/2009 | credit | Treasury<br>cat: Salary | | | 353.82 | 14,478.14 |
| 7/13/2009 | DEBIT | Express Car Title<br>cat: Auto<br>memo: Registration | 70.51 | | | 14,407.63 |
| 7/13/2009 | DEBIT | AfEES<br>cat: Auto:Fuel | 35.73 | | | 14,371.90 |
| 7/13/2009 | DEBIT | AFEES<br>cat: Household | 7.53 | | | 14,364.37 |
| 7/13/2009 | DEBIT | Kentucky Fried Chicken | 2.15 | | | 14,362.22 |
| 7/14/2009 | DEBIT | TIERRA DEL SOL<br>cat: LUNCH | 14.37 | | | 14,347.85 |
| 7/15/2009 | DEBIT | NEW YORK LIFE<br>cat: Insurance:Life Insurance | 506.81 | | | 13,841.04 |
| 7/15/2009 | DEBIT | NEW YORK LIFE<br>cat: Insurance:Life Insurance | 365.50 | | | 13,475.54 |
| 7/16/2009 | BILL P... | AT AND T<br>cat: Utilities:Telephone | 75.57 | | | 13,399.97 |
| 7/18/2009 | DEBIT | AFEES<br>cat: Groceries | 3.02 | | | 13,396.95 |
| 7/18/2009 | 5009 | AFEES<br>cat: Education<br>memo: Computer | 468.99 | | | 12,927.96 |

## CHECKING

**Checking**  
8/3/2009

Page 3

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|
| 7/19/2009 | DEBIT | EL CHAPARRAL<br>cat: LUNCH | 19.27 | | | 12,908.69 |
| 7/19/2009 | DEBIT | BASKIN ROBBINS<br>cat: Dining | 6.48 | | | 12,902.21 |
| 7/20/2009 | BILL P... | TEXAS GAS<br>cat: Auto:Fuel | 100.00 | | | 12,802.21 |
| 7/20/2009 | BILL P... | DIRECT TV<br>cat: Entertainment | 133.12 | | | 12,669.09 |
| 7/20/2009 | BILL P... | VCC INTERNATIONAL FEE | 0.19 | | | 12,668.90 |
| 7/20/2009 | ATM | cat: EducationAL EXPENSES | 200.00 | | | 12,468.90 |
| 7/20/2009 | 5028 | | | | | 12,468.90 |
| 7/24/2009 | DEP | VA SALARY<br>cat: Salary<br>memo: ROSANA | | | 2,381.19 | 14,850.09 |
| 7/24/2009 | 5030 | FT BLISS COMMISSARY<br>cat: Groceries | 261.12 | | | 14,588.97 |
| 7/25/2009 | BILL P... | ELECTRIC CO<br>cat: Utilities | 154.89 | | | 14,434.08 |
| 7/25/2009 | DEBIT | PETER PIPER<br>cat: Dining<br>memo: JJIII | 179.72 | | | 14,254.36 |
| 7/26/2009 | DEBIT | PET SMART<br>cat: PET | 3.57 | | | 14,250.79 |
| 7/31/2009 | | BANK OF AMERICA<br>cat: Household<br>memo: mORTGAGE | 1,044.03 | | | 13,206.76 |
| 7/31/2009 | | BANK OF AMERICA<br>cat: Household<br>memo: mORTGAGE | 6,050.52 | | | 7,156.24 |

## Itemized Categories
### 7/1/2009 Through 7/31/2009

8/3/2009 Page 1

| Date | Account | Num | Description | Memo | Clr | Amount |
|---|---|---|---|---|---|---|
| **INCOME** | | | | | | |
| *Div Income* | | | | | | |
| 7/1/2009 | Checking | DIV CRE... | | | | 1.18 |
| **TOTAL Div Income** | | | | | | **1.18** |
| *Salary* | | | | | | |
| 7/1/2009 | Checking | DEP | VA BENE... JOE | | | 2,267.00 |
| 7/1/2009 | Checking | CREDIT | CRSC PAY JOE RETIREMENT... | | | 1,064.00 |
| 7/10/2009 | Checking | DEP | VA SALARYROSANA | | | 2,396.64 |
| 7/13/2009 | Checking | credit | Treasury | | | 353.82 |
| 7/24/2009 | Checking | DEP | VA SALARYROSANA | | | 2,381.19 |
| **TOTAL Salary** | | | | | | **8,462.65** |
| **TOTAL INCOME** | | | | | | **8,463.83** |
| **EXPENSES** | | | | | | |
| *Uncategorized* | | | | | | |
| 7/13/2009 | Checking | DEBIT | Kentucky ... | | | -2.15 |
| 7/20/2009 | Checking | BILL PAID | VCC INTE... | | | -0.19 |
| 7/20/2009 | Checking | 5028 | | | | 0.00 |
| **TOTAL Uncategorized** | | | | | | **-2.34** |
| *Auto* | | | | | | |
| 7/5/2009 | Checking | BILL PAID | First Light ...Expedition | | | -288.73 |
| 7/6/2009 | Checking | DEBIT | DIAMOND | | | -13.08 |
| 7/13/2009 | Checking | DEBIT | Express C... Registration | | | -70.51 |
| **SUBTOTAL Auto** | | | | | | **-372.32** |
| *Fuel* | | | | | | |
| 7/1/2009 | Checking | DEBIT | FT BLISS ... | | | -36.69 |
| 7/7/2009 | Checking | | Chevron | | | -13.08 |
| 7/10/2009 | Checking | DEBIT | AfEES | | | -33.68 |
| 7/10/2009 | Checking | DEBIT | CIRCKLE K | | | -15.24 |
| 7/13/2009 | Checking | DEBIT | AfEES | | | -35.73 |
| 7/20/2009 | Checking | BILL PAID | TEXAS G... | | | -100.00 |
| **TOTAL Fuel** | | | | | | **-234.42** |
| **TOTAL Auto** | | | | | | **-606.74** |
| *Bank Charge* | | | | | | |
| 7/6/2009 | Checking | DEBIT | VCC INTE...UNKNOWN | | | -0.65 |
| **TOTAL Bank Charge** | | | | | | **-0.65** |
| **DENTAL** | | | | | | |
| 7/3/2009 | Checking | DEBIT | NUCLEO ... | | | -64.54 |
| **TOTAL DENTAL** | | | | | | **-64.54** |
| *Dining* | | | | | | |
| 7/10/2009 | Checking | DEBIT | ReD LOB... | | | -35.79 |
| 7/12/2009 | Checking | DEBIT | GoLDEN ... | | | -20.82 |
| 7/19/2009 | Checking | DEBIT | BASKIN R... | | | -6.48 |

## Itemized Categories
### 7/1/2009 Through 7/31/2009

8/3/2009 Page 2

| Date | Account | Num | Description | Memo | Clr | Amount |
|---|---|---|---|---|---|---|
| 7/25/2009 | Checking | DEBIT | PETER PI... JJIII | | | -179.72 |
| **TOTAL Dining** | | | | | | **-242.81** |
| | | | | | | |
| **Education** | | | | | | |
| 7/1/2009 | Checking | DEBIT | UNIVERSI... | | | -55.18 |
| 7/1/2009 | Checking | DEBIT | UNIVERSI... | | | -55.18 |
| 7/1/2009 | Checking | DEBIT | EPCC RI... JOSEPH | | | -150.25 |
| 7/8/2009 | Checking | DEBIT | Texbook ... Joseph/Stephanie | | | -34.24 |
| 7/8/2009 | Checking | DEBIT | CAEGG T... | | | -41.80 |
| 7/18/2009 | Checking | 5009 | AFEES Computer | | | -468.99 |
| **TOTAL Education** | | | | | | **-805.64** |
| | | | | | | |
| **EducationAL EXPENSES** | | | | | | |
| 7/20/2009 | Checking | ATM | | | | -200.00 |
| **TOTAL EducationAL EXPENSES** | | | | | | **-200.00** |
| | | | | | | |
| **Entertainment** | | | | | | |
| 7/20/2009 | Checking | BILL PAID | DIRECT TV | | | -133.12 |
| **TOTAL Entertainment** | | | | | | **-133.12** |
| | | | | | | |
| **Groceries** | | | | | | |
| 7/1/2009 | Checking | DEBIT | FT BLISS ... | | | -9.57 |
| 7/6/2009 | Checking | DEBIT | FT BLISS ... | | | -33.53 |
| 7/6/2009 | Checking | DEBIT | FT BLISS ... | | | -33.78 |
| 7/9/2009 | Checking | 4920 | Costco | | | -276.24 |
| 7/10/2009 | Checking | 4922 | CoSTCO | | | -19.79 |
| 7/18/2009 | Checking | DEBIT | AFEES | | | -3.02 |
| 7/24/2009 | Checking | 5030 | FT BLISS ... | | | -261.12 |
| **TOTAL Groceries** | | | | | | **-637.05** |
| | | | | | | |
| **Homeowner's Fees** | | | | | | |
| 7/9/2009 | Checking | BILL PAID | HOME O... 51 sIERRA cREST ... | | | -175.00 |
| **TOTAL Homeowner's Fees** | | | | | | **-175.00** |
| | | | | | | |
| **Household** | | | | | | |
| 7/9/2009 | Checking | 4921 | AFEES | | | -51.98 |
| 7/13/2009 | Checking | DEBIT | AFEES | | | -7.53 |
| 7/31/2009 | Checking | | BANK OF ...mORTGAGE | | | -1,044.03 |
| 7/31/2009 | Checking | | BANK OF ...mORTGAGE | | | -6,050.52 |
| **TOTAL Household** | | | | | | **-7,154.06** |
| | | | | | | |
| **Insurance** | | | | | | |
| **Life Insurance** | | | | | | |
| 7/1/2009 | Checking | DEBIT | NEW YO... | | | -14.25 |
| 7/1/2009 | Checking | DEBIT | NEW YO... | | | -50.75 |
| 7/15/2009 | Checking | DEBIT | NEW YO... | | | -506.81 |
| 7/15/2009 | Checking | DEBIT | NEW YO... | | | -365.50 |
| **TOTAL Life Insurance** | | | | | | **-937.31** |
| **TOTAL Insurance** | | | | | | **-937.31** |
| | | | | | | |
| **LUNCH** | | | | | | |
| 7/1/2009 | Checking | DEBIT | WINNER... | | | -4.88 |

## Itemized Categories
### 7/1/2009 Through 7/31/2009

8/3/2009 Page 3

| Date | Account | Num | Description | Memo | Clr | Amount |
|---|---|---|---|---|---|---|
| 7/7/2009 | Checking | DEBIT | SunCity D... | | | -3.45 |
| 7/8/2009 | Checking | DEBIT | Uncle Baos | | | -15.77 |
| 7/9/2009 | Checking | DEBIT | Texas Cafe | | | -9.17 |
| 7/14/2009 | Checking | DEBIT | TIERRA D... | | | -14.37 |
| 7/19/2009 | Checking | DEBIT | EL CHAP... | | | -19.27 |
| **TOTAL LUNCH** | | | | | | **-66.91** |

**Miscellaneous, Bus**

| Date | Account | Num | Description | Memo | Clr | Amount |
|---|---|---|---|---|---|---|
| 7/3/2009 | Checking | EFT | AMERICA... | | | -7.95 |
| **TOTAL Miscellaneous, Bus** | | | | | | **-7.95** |

**PET**

| Date | Account | Num | Description | Memo | Clr | Amount |
|---|---|---|---|---|---|---|
| 7/26/2009 | Checking | DEBIT | PET SMA... | | | -3.57 |
| **TOTAL PET** | | | | | | **-3.57** |

**Tax**

| Date | Account | Num | Description | Memo | Clr | Amount |
|---|---|---|---|---|---|---|
| 7/1/2009 | Checking | DEBIT | FED WIT... | | | -0.33 |
| **TOTAL Tax** | | | | | | **-0.33** |

**Utilities**

| Date | Account | Num | Description | Memo | Clr | Amount |
|---|---|---|---|---|---|---|
| 7/25/2009 | Checking | BILL PAID | ELECTRI... | | | -154.89 |
| **SUBTOTAL Utilities** | | | | | | **-154.89** |

**Telephone**

| Date | Account | Num | Description | Memo | Clr | Amount |
|---|---|---|---|---|---|---|
| 7/1/2009 | Checking | DEBIT | CRICKET | | | -47.80 |
| 7/9/2009 | Checking | 4919 | Costco | | | -129.89 |
| 7/16/2009 | Checking | BILL PAID | AT AND T | | | -75.57 |
| **TOTAL Telephone** | | | | | | **-253.26** |
| **TOTAL Utilities** | | | | | | **-408.15** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL EXPENSES** | | | | | | **-11,446.17** |
| | | | | | **OVERALL TOTAL** | **-2,982.34** |

```
JUN19# DEBIT PURCHASE                                   828.29              4825.52
     #    HILTON HOTELS PALMR HS CHICAGO I
     #    917006622866 00008647 Jun 19
JUN22  36 TREAS 220/MISC PAY/062209                               543.23    5368.75
          REF*VV*TV756T9204501*(915)564-6100 E
          L 756\
JUN24  US TREASURY 220/VA BENEFIT/062409                         1093.07    6461.82
JUN22# DEBIT PURCHASE                                    15.27              6446.55
     #    CIRCLE K 01227 Q47 EL PASO T
     #    917300894445 102 Jun 22
JUN25  BILL PAY WITHDRAWAL                              154.89              6291.66
          ELECTRIC COM
          946173 ORCC WW Jun 25 @ 11:14am
JUN24# DEBIT PURCHASE                                    88.29              6203.37
     #    FT BLISS COMMISSARY FORT BLISS T
     #    917504377315 40649228 Jun 24
JUN26  DFAS-CLEVELAND/FED SALARY/062609                          2396.62    8599.99
          ACH DIST TOTAL $2,396.62
JUN24# DEBIT PURCHASE                                    26.60              8573.39
     #    DIAMOND 1259 SHAMROCK EL PASO T
     #    917502224242 1 Jun 24
JUN26# DEBIT PURCHASE                                    15.01              8558.38
     #    SUPER STOP NO. 28 EL PASO T
     #    917700060692 LK632602 Jun 26
JUN26# DEBIT PURCHASE                                    15.60              8542.78
     #    TIERRA DEL SOL MEXICAN EL PASO T
     #    917702544286 00027553 Jun 26
JUN30  BILL PAY WITHDRAWAL                               95.00              8447.78
          EL PASO WATE
          924550 ORCC WW Jun 30 @ 2:45pm
JUN27# DEBIT PURCHASE                                   127.91              8319.87
     #    FORT BLISS EXCH 228 EL PASO T
     #    917800494193 106500 Jun 27
JUL1   US TREASURY 220/VA BENEFIT/070109                         2267.00   10586.87
JUL1   DIVIDEND CREDIT                                              1.18   10588.05
JUL1    Annual Percentage Yield Earned: 0.25%
JUL1    For the Period from 06/01 through 06/30.
JUL1   FED W/H TAX                                        0.33             10587.72
JUL1   DFAS-CLEVELAND/CRSC PAY/062309                            1064.00   11651.72
          ACH DIST TOTAL $1,064.00
JUL1   NEW YORK LIFE/INS. PREM./JUL 09                   14.25             11637.47
JUL1   NEW YORK LIFE/INS. PREM./JUL 09                   50.75             11586.72
JUN29# DEBIT PURCHASE                                    35.65             11551.07
     #    AAFES VAN HORNE GAS PU FT BLISS T
     #    918000360088 206799 Jun 29
JUL1   DEBIT PURCHASE                                    47.80             11503.27
          CKT*CRICKETCOMM 800-274-2538 C
          918204236331 Jul 1
JUL1 # DEBIT PURCHASE                                    55.18             11448.09
     #    U OF TX-EL PASO BKST#1 EL PASO T
     #    918204538445 39608051 Jul 1
JUL1 # DEBIT PURCHASE                                    21.92             11426.17
     #    U OF TX-EL PASO BKST#1 EL PASO T
     #    918204629511 39608044 Jul 1
```

Continued on page 8

ALL ACCOUNTS, EXCEPT SHARE DRAFT ACCOUNTS, ARE NOT TRANSFERABLE AS DEFINED IN REGULATION D.



FIRSTLIGHT
FEDERAL CREDIT UNION

JOE J MONGE
51 SIERRA CREST DR
** **** ** *****

| Member No. | Social Security No. |
|---|---|
| ******* | ********** |

**NCUA**  Statement Period: 28APR09 to 27JUL09

```
Tran  E    # - Means Effective Dated       Periodic  Late      Debits     Credits   New
Date  F                                    Finance   Payment                        Balance
      F    Description                     Charge    Charge
```

| Tran Date | | Description | Debits | Credits | New Balance |
|---|---|---|---|---|---|
| JUL1 | # | DEBIT PURCHASE | 150.25 | | 11275.92 |
| | # | EPCC RIO GRANDE CAMPUS EL PASO T | | | |
| | # | 918204463402 01572692 Jul 1 | | | |
| JUN30 | # | DEBIT PURCHASE | 429.50 | | 10846.42 |
| | # | EL PASO CMTY COLLEGE 915-831-2226 T | | | |
| | # | 918101501513 00738711 Jun 30 | | | |
| JUL3 | | AMERICAN EXPRESS/COLLECTION/090703 | 7.95 | | 10838.47 |
| JUL1 | # | DEBIT PURCHASE | 36.69 | | 10801.78 |
| | # | FT BLISS CASSIDY GAS FORT BLISS T | | | |
| | # | 918200395695 B62799 Jul 1 | | | |
| JUL1 | # | DEBIT PURCHASE | 9.57 | | 10792.21 |
| | # | FT. BLISS CASSIDY SHOP FORT BLISS T | | | |
| | # | 918200395696 B62700 Jul 1 | | | |
| JUL5 | # | BILL PAY WITHDRAWAL | 288.73 | | 10503.48 |
| | # | EXPEDITION | | | |
| | # | 976172 ORCC WW Jul 5 @ 11:07am | | | |
| JUL1 | # | DEBIT PURCHASE | 4.88 | | 10498.60 |
| | # | WIENERSCHNITZEL-N. MES EL PASO T | | | |
| | # | 918204801438 73208920 Jul 1 | | | |
| JUL3 | # | DEBIT PURCHASE | 64.54 | | 10434.06 |
| | # | 08911802 NUCLEO DE ESP CD JUAREZ | | | |
| | # | CHI918408269506 P3335239 Jul 3 | | | |
| JUL6 | | VCC INTERNATIONAL FEE | 0.65 ? | | 10433.41 |
| JUL6 | # | DEBIT PURCHASE | 33.53 | | 10399.88 |
| | # | FT BLISS COMMISSARY FORT BLISS T | | | |
| | # | 918703948505 56719827 Jul 6 | | | |
| JUL6 | # | DEBIT PURCHASE | 33.78 | | 10366.10 |
| | # | FT BLISS CASSIDY GAS FORT BLISS T | | | |
| | # | 918700384298 B62799 Jul 6 | | | |
| JUL6 | # | DEBIT PURCHASE | 13.08 | | 10353.02 |
| | # | DIAMOND 1259 SHAMROCK EL PASO T | | | |
| | # | 918702178463 1 Jul 6 | | | |
| JUL9 | | SHARE DRAFT # 4919  Cosco - Cell Ph | 129.89 | | 10223.13 |
| JUL9 | | SHARE DRAFT # 4920  Cosco | 276.24 | | 9946.89 |
| JUL9 | | SHARE DRAFT # 4921  PX or Commm | 51.98 ? | | 9894.91 |
| JUL9 | | BILL PAY WITHDRAWAL | 175.00 | | 9719.91 |
| | | HOMEOWNERS A | | | |
| | | 949331 ORCC WW Jul 9 @ 11:12am | | | |
| JUL9 | | ATM WITHDRAWAL | 101.50 | | 9618.41 |
| | | VA/EL PASO EL PASO TX | | | |
| | | 000000052316 LK634353 | | | |
| | | Jul 9 @ 12:53pm | | | |
| JUL8 | # | DEBIT PURCHASE | 34.24 | | 9584.17 |
| | # | CHEGG TEXTBOOK RENT 888-992-4344 C | | | |
| | # | 918902935371 Jul 8 | | | |
| JUL8 | # | DEBIT PURCHASE | 41.80 | | 9542.37 |
| | # | CHEGG TEXTBOOK RENT 888-992-4344 C | | | |
| | # | 918902935372 Jul 8 | | | |
| JUL8 | # | DEBIT PURCHASE | 15.77 | | 9526.60 |
| | # | UNCLE BAOS EL PASO T | | | |
| | # | 918903579289 79777039 Jul 8 | | | |
| JUL8 | # | DEBIT PURCHASE | 28.15 | | 9498.45 |
| | # | BKST-ELPASO-CC #6770 EL PASO T | | | |
| | # | 918904363502 03741929 Jul 8 | | | |
| JUL7 | # | DEBIT PURCHASE | 13.08 | | 9485.37 |
| | # | CHEVRON 00209236 EL PASO T | | | |
| | # | 918801515283 15 Jul 7 | | | |

Continued on page 9

ALL ACCOUNTS, EXCEPT SHARE DRAFT ACCOUNTS, ARE NOT TRANSFERABLE AS DEFINED IN REGULATION D.

# FIRSTLIGHT
FEDERAL CREDIT UNION

JOE J MONGE
51 SIERRA CREST DR
** **** ** *****

NCUA

| Member No. | Social Security No. |
|---|---|
| ******* | *********** |

Statement Period: 28APR09 to 27JUL09

| Tran Date | E F F | # - Means Effective Dated  Description | Periodic Finance Charge | Late Payment Charge | Debits | Credits | New Balance |
|---|---|---|---|---|---|---|---|
| JUL7 | # # # | DEBIT PURCHASE SUN CITY DAIRY QUEEN I EL PASO T 918800833490 001 Jul 7 | | | 3.45 | | 9481.92 |
| JUL10 | | DFAS-CLEVELAND/FED SALARY/071009 ACH DIST TOTAL $2,396.64 | | | | 2396.64 | 11878.56 |
| JUL10 | | SHARE DRAFT # 4922 | | | 19.79 | | 11858.77 |
| JUL9 | # # # | DEBIT PURCHASE TEJAS CAFE EL PASO T 919001977146 01475793 Jul 9 | | | 9.17 | | 11849.60 |
| JUL10 | # # # | DEBIT PURCHASE AAFES JEB STUART SHOPP FORT BLISS T 919100167857 B70099 Jul 10 | | | 33.68 | | 11815.92 |
| JUL10 | # # # | DEBIT PURCHASE RED LOBSTER US00062141 EL PASO T 919100340163 003 Jul 10 | | | 35.79 | | 11780.13 |
| JUL13 | | 36 TREAS 220/MISC PAY/071309 REF*VV*TV756T9211501*(915)564-6100 E L 756\ | | | | 353.82 | 12133.95 |
| JUL12 | # # # | DEBIT PURCHASE GOLDEN CORRAL 547 LAS CRUCES N 919304212296 LK429387 Jul 12 | | | 20.82 | | 12113.13 |
| JUL10 | # # # | DEBIT PURCHASE CIRCLE K 01418 Q47 EL PASO T 919101888218 102 Jul 10 | | | 15.24 | | 12097.89 |
| JUL13 | # # # | DEBIT PURCHASE EXPRESS CAR TITLIN EL PASO T 919403482825 LK628087 Jul 13 | | | 70.51 Regist | | 12027.38 |
| JUL15 | | NEW YORK LIFE/INS. PREM./JUL 09 | | | 365.50 | | 11661.88 |
| JUL15 | | NEW YORK LIFE/INS. PREM./JUL 09 | | | 506.81 | | 11155.07 |
| JUL13 | # # # | DEBIT PURCHASE AAFES JEB STUART SHOPP FORT BLISS T 919400364719 B70099 Jul 13 | | | 35.73 | | 11119.34 |
| JUL13 | # # # | DEBIT PURCHASE AAFES WBMAC RETAIL STO FORT BLISS T 919400364762 B62800 Jul 13 | | | 7.53 | | 11111.81 |
| JUL13 | # # # | DEBIT PURCHASE KFC X743751 27437516 EL PASO T 919400147072 002 Jul 13 | | | 2.15 | | 11109.66 |
| JUL16 | | BILL PAY WITHDRAWAL AT AND T 958907 ORCC WW Jul 16 @ 11:18am | | | 75.57 | | 11034.09 |
| JUL14 | # # # | DEBIT PURCHASE TIERRA DEL SOL MEXICAN EL PASO T 919501749007 00027553 Jul 14 | | | 14.37 | | 11019.72 |
| JUL20 | | BILL PAY WITHDRAWAL TEXAS GAS SE 974835 ORCC WW Jul 20 @ 11:12am | | | 100.00 | | 10919.72 |
| JUL20 | | DIRECTV/DIRECTV/090718 | | | 133.12 | | 10786.60 |
| JUL19 | # # # | DEBIT PURCHASE 07016667 EL CHAPARRAL CD JUAREZ CHI 920005295918 P8952046 Jul 19 | | | 19.27 | | 10767.33 |
| JUL20 | | VCC INTERNATIONAL FEE | | | 0.19 | | 10767.14 |
| JUL20 | | SHARE DRAFT # 005028 | | | 14.00 | | 10753.14 |
| JUL20 | | CASH WITHDRAWAL | | | 200.00 | | 10553.14 |
| JUL18 | # # # | DEBIT PURCHASE FORT BLISS EXCH 228 EL PASO T 919900559810 106500 Jul 18 | | | 3.02 | | 10550.12 |

Continued on page 10

ALL ACCOUNTS, EXCEPT SHARE DRAFT ACCOUNTS, ARE NOT TRANSFERABLE AS DEFINED IN REGULATION D.



# FIRSTLIGHT
FEDERAL CREDIT UNION

JOE J MONGE
51 SIERRA CREST DR
** **** ** *****

NCUA

| Member No. | Social Security No. |
|---|---|
| ******* | ********** |

**Statement Period: 28APR09 to 27JUL09**

```
Tran  E    # - Means Effective Dated      Periodic  Late      Debits      Credits   New
Date  F                                   Finance   Payment                         Balance
      F    Description                    Charge    Charge

JUL19# DEBIT PURCHASE                                            6.48                10543.64
     #    BASKIN ROBBINS #41 EL PASO T
     #    920000394126 LK649693 Jul 19
JUL22  SHARE DRAFT # 5009                                      468.99                10074.65
JUL24  DFAS-CLEVELAND/FED SALARY/072409                                    2381.19   12455.84
          ACH DIST TOTAL $2,381.19
JUL24  ACH CHECK 5030                                          261.12                12194.72
          FT BLISS C/PAYMENT/090723/FORT/TX
JUL25  BILL PAY WITHDRAWAL                                     154.89                12039.83
          ELECTRIC COM
          915383 ORCC WW Jul 25 @ 11:08am
JUL26# DEBIT PURCHASE                                            3.57                12036.26
     #    PETSMART INC 212 EL PASO T
     #    920704361248 Jul 26
JUL25# DEBIT PURCHASE                                          179.72                11856.54
     #    PETER PIPER 121 Q78 EL PASO T
     #    920601310098 001 Jul 25
JUL27  Closing Date...New Balance                                                    11856.54

                              Cleared Share Draft Recap
    Draft #  Date     Amount    Draft #  Date     Amount    Draft #  Date     Amount
    -------  ------  --------   -------  ------  --------   -------  ------  --------
    4914     JUN03    571.05    4921     JUL09     51.98    *5009    JUL22    468.99
    4915     JUN08    173.16    4922     JUL10     19.79    *5027    MAY13    104.44
    *4917    JUN17     17.55    *5003    APR29    151.26    *5030    JUL24    261.12
    4918     JUN17    215.37    *5005    MAY08     18.90    *005028  JUL20     14.00
    4919     JUL09    129.89    5006     MAY04    120.00
    4920     JUL09    276.24    5007     MAY06    267.74
    Overdraft Fees-Period to Date         0.00
    Overdraft Fees-Year to Date           0.00
    Return Fees-Period to Date            0.00
    Return Fees-Year to Date              0.00

    L4 LOAN A/C - SHARE/CD SECURED (OPEN-END)
APR28  Previous Balance                                                                 0.00
JUL27  Closing Date...New Balance                                                       0.00

    L92 LOAN A/C - USED INDIRECT TEXAS
    (Co-Borrower ROSANA E MONGE)
APR28  Previous Balance                                                                 0.00
JUL27  Closing Date...New Balance                                                       0.00
```