# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| IN RE:<br><br>JOE JESSE MONGE and<br>ROSANA ELENA MONGE,<br><br>Debtors. | Case No.: 09-30881-lmc<br><br>Chapter 11 Proceedings |

## DEBTOR JOE JESSE MONGE AND ROSANA ELENA MONGE'S AMENDED THIRD MONTHLY OPERATING REPORT (07/01/09 - 07/31/09)

**TO THE HONORABLE LEIF M. CLARK, UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW, Joe Jesse Monge and Rosana Elena Monge, Debtors in the above entitled and numbered case by and through their attorney of record, Sidney J. Diamond of Sidney Diamond, P.C. and files this their Amended Third Monthly Operating Report (07/01/2009 - 07/31/2009) of the operation of their business, pursuant to 11 U.S.C. §704(8) and Bankruptcy Rule 2015(a)(3); such report being attached hereto as Exhibit "A" and incorporated herein by reference.

**DATED:** November 23, 2009.

                Respectfully submitted,

                SIDNEY DIAMOND, P.C.

                /s/ Sidney J. Diamond
            By: Sidney J. Diamond
                Attorney for Debtors
                Texas Bar Card No.: 5803000
                3800 N. Mesa, Suite C-4
                El Paso, Texas 79902
                (915) 532-3327 Voice
                (915) 532-3355 Fax

## CERTIFICATE OF SERVICE

I, Sidney J. Diamond, do hereby certify that on November 23, 2009 a true and correct copy of the foregoing Amended Third Monthly Operating Report (07/01/2009-07/31/2009) was served, by depositing the same in the United States Mail, properly addressed and postage prepaid, Electronic Mail Service, or by Facsimile to the following parties:

**THE DEBTORS:**
Joe Jesse Monge and
Rosana Elena Monge
51 Sierra Crest Dr.
El Paso, TX 79902

**UNITED STATES TRUSTEE:**
Kevin Epstein, Esq.
Office of the U.S. Trustee
P.O. Box 1539
San Antonio, TX 78295-1539
**By Email: USTPRegion07.SN.ECF@usdoj.gov**

**PARTIES PREVIOUSLY REQUESTING NOTICE:**

David Alvoet
Linebarger, Goggan, Blair & Sampsom, LLP
711 Navarro, Suite 300
San Antonio, TX 78205
Attorney for City of El Paso

Carlos A. Miranda, III
5915 Silver Springs, Bldg. 3A
El Paso, TX 79912
Attorney for El Paso Area Teachers FCU

Lance C. Reedman
4171 N. Mesa St., Suite B-201
El Paso, TX 79902
Attorney for Francisco Jayme & Alicia Rojas

                                                /s/ Sidney J. Diamond
                                                Sidney J. Diamond

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re Joe Jesse and Roseann Munoz  
      Debtor

Case No. 09-30881-hcm

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Corrected

Month: 07/01/09 – 07/31/09     Date filed: 07/25/2009

Line of Business: Closed     NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_/s/ Roseann Munoz_  
Original Signature of Responsible Party

_____  
Printed Name of Responsible Party

Questionnaire: (All questions to be answered on behalf of the debtor.)

| | Yes | No |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ☒ | ☐ |
| 6. HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☒ | ☐ |
| 11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☒ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☒ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☒ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☒ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☒ | ☐ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

Checking TOTAL INCOME $ 10514.83

SUMMARY OF CASH ON HAND Savings 27.88

Cash on Hand at Start of Month Savings $ 3872.68

Cash on Hand at End of Month $ -0-

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU TOTAL $ 14,415.34

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES $ 15,801.58

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* $ 14,415.84

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* $ 5801.58

*(Subtract Line C from Line B)* CASH PROFIT FOR THE MONTH $ 8613.76

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

Will provide on next report **TOTAL PAYABLES** $ –

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

Pending Past Due Rent from Alicia Rojas **TOTAL RECEIVABLES** $ ______
Will be scheduled to go to Court.

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

See attached

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? NA

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? NA

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ –

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ –

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ –

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ –

B 25C (Official Form 25C) (12/08)

**PROJECTIONS**

**COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.**

| | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 18,000.00 | $ 14,415.34 | $ 3,584.66 |
| EXPENSES | $ 18,000.00 | $ 5,801.58 | $ 12,198.42 |
| CASH PROFIT | $ 0 | $ 8,613.76 | $ -8,613.76 |

| | |
|---|---|
| **TOTAL PROJECTED INCOME FOR THE NEXT MONTH:** | $ 18,000.00 |
| **TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:** | $ 18000.00 |
| **TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:** | $ — |

**ADDITIONAL INFORMATION**

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

# Banking Summary

7/1/2009 Through 7/31/2009

11/18/2009 Page 1

| Category Description | 7/1/2009-7/31/2009 |
|---|---|
| **INCOME** | |
| Div Income | 1.18 |
| Salary Spouse | 5,131.65 |
| USA CRC RETIREMENT | 1,064.00 |
| VADISABILITY | 4,318.00 |
| TOTAL INCOME | 10,514.83 |
| **EXPENSES** | |
| Uncategorized | 1,124.62 |
| Auto | 15.24 |
| Diffogl | 201.83 |
| Education | 288.73 |
| Registration | 60.26 |
| TOTAL Auto | 566.06 |
| Cell Phone | 185.74 / 187.71 |
| | 567.60 |
| Entertainment | 133.12 |
| Groceries | 376.29 |
| Home Repair | 64.91 |
| Homeowner's Fees | 175.00 |
| Household | 91.19 |
| Insurance | |
| Home Insurance | 808.23 |
| Life Insurance | 937.31 |
| TOTAL Insurance | 1,745.54 |
| INT FEE | 0.65 |
| Lunch | 114.38 |
| Meals & Entertn | 6.48 |
| Misc | 14.00 |
| Office | 40.57 |
| One Two Three, Bussiness | 78.46 |
| Pet | 3.57 |
| Tax, Business | |
| Fed | 0.33 |
| TOTAL Tax, Business | 0.33 |
| Utilities | |
| Gas & Electric | 254.89 |
| Water | 95.00 |
| TOTAL Utilities | 349.89 |
| Utilities TELEPHONE | 75.57 |
| TOTAL EXPENSES | 5,801.58 |
| OVERALL TOTAL | 4,713.25 |

Page 1 of 6



**FIRSTLIGHT**
FEDERAL CREDIT UNION

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
** **** ** *****

NCUA

Member No. *******
Social Securi ********
Statement Period: 01JUL09 to 3

```
Tran E    # - Means Effective Dated      Periodic  Late     Debits      Credits   New
Date F                                   Finance   Payment                        Balance
     P    Description                    Charge    Charge
```

fbs50x

S1 SHARE A/C - SHARE ACCOUNT
(Joint with ROSANA E MONGE DEBTOR-IN-POSSESSION-09-30881-LMC)
JUL1   Previous Balance                                                            3844.82
JUL1   DIVIDEND CREDIT                                                    5.27     3850.09
JUL1     Annual Percentage Yield Earned: 0.54%
JUL1     For the Period from 04/01 through 06/30.
JUL1   FED W/H TAX                                          1.63                   3848.46
JUL31  Closing Date...New Balance                                                  3848.46 ✓

S66 SHARE A/C - MONEY MARKET
(Joint with ROSANA E MONGE DEBTOR-IN-POSSESSION-09-30881-LMC)
JUL1   Previous Balance                                                            27.87
JUL1   DIVIDEND CREDIT                                                    0.01     27.88
JUL1     Annual Percentage Yield Earned: 0.44%
JUL1     For the Period from 06/01 through 06/30.
JUL31  Closing Date...New Balance                                                  (27.88 ✓)

S74 SHARE A/C - SIMPLY 50 SHAREDRAFT
(Joint with ROSANA E MONGE DEBTOR-IN-POSSESSION-09-30881-LMC)
JUL1   Previous Balance                                                            8319.87
JUL1   US TREASURY 220/VA BENEFIT/070109                                 2267.00   10586.87
JUL1   DIVIDEND CREDIT                                                    1.18     10588.05
JUL1     Annual Percentage Yield Earned: 0.25%
JUL1     For the Period from 06/01 through 06/30.
JUL1   FED W/H TAX                                          0.33                   10587.72
JUL1   DFAS-CLEVELAND/CRSC PAY/062309                                   1064.00    11651.72
         ACH DIST TOTAL $1,064.00
JUL1   NEW YORK LIFE/INS. PREM./JUL 09                     14.25                   11637.47
JUL1   NEW YORK LIFE/INS. PREM./JUL 09                     50.75                   11586.72
JUN29# DEBIT PURCHASE                                      35.65                   11551.07
    #    AAFES VAN HORNE GAS PU FT BLISS T
    #    918000360088 206799 Jun 29
JUL1   DEBIT PURCHASE                                      47.80                   11503.27
         CKT*CRICKETCOMM 800-274-2538 C
         918204236331  Jul 1
JUL1 # DEBIT PURCHASE                                      55.18                   11448.09
    #    U OF TX-EL PASO BKST#1 EL PASO T
    #    918204538445 39608051 Jul 1
JUL1 # DEBIT PURCHASE                                      21.92                   11426.17
    #    U OF TX-EL PASO BKST#1 EL PASO T
    #    918204629511 39608044 Jul 1
JUL1 # DEBIT PURCHASE                                     150.25                   11275.92
    #    EPCC RIO GRANDE CAMPUS EL PASO T
    #    918204463402 01572692 Jul 1
JUN30# DEBIT PURCHASE                                     429.50                   10846.42
    #    EL PASO CMTY COLLEGE 915-831-2226 T
    #    918101501513 00738711 Jun 30
JUL3   AMERICAN EXPRESS/COLLECTION/090703                   7.95                   10838.47

Continued on page 2

https://rbserver.fbfcu.org/scripts/ibank.dll                                    11/17/2009

ALL ACCOUNTS, EXCEPT SHARE DRAFT ACCOUNTS, ARE NOT TRANSFERABLE AS DEFINED IN REGULATION D.

# FirstLight
FEDERAL CREDIT UNION

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
** **** ** *****

NCUA

Member No. *******
Social Security ********

Statement Period: 01JUL09 to 3

| Tran Date | E F P | # - Means Effective Dated Description | Periodic Finance Charge | Late Payment Charge | Debits | Credits | New Balance |
|---|---|---|---|---|---|---|---|
| JUL1 | # # # | DEBIT PURCHASE<br>FT BLISS CASSIDY GAS FORT BLISS T<br>918200395695 B62799 Jul 1 | | | 36.69 | | 10801.78 |
| JUL1 | # # # | DEBIT PURCHASE<br>FT. BLISS CASSIDY SHOP FORT BLISS T<br>918200395696 B62700 Jul 1 | | | 9.57 | | 10792.21 |
| JUL5 | # # # | BILL PAY WITHDRAWAL<br>EXPEDITION<br>976172 ORCC WW Jul 5 @ 11:07am | | | 288.73 | | 10503.48 |
| JUL1 | # # # | DEBIT PURCHASE<br>WIENERSCHNITZEL-N. MES EL PASO T<br>918204801438 73208920 Jul 1 | | | 4.88 | | 10498.60 |
| JUL3 | # # # | DEBIT PURCHASE<br>08911802 NUCLEO DE ESP CD JUAREZ<br>CHI918408269506 P3335239 Jul 3 | | | 64.54 | | 10434.06 |
| JUL6 | | VCC INTERNATIONAL FEE | | | 0.65 | | 10433.41 |
| JUL6 | # # # | DEBIT PURCHASE<br>FT BLISS COMMISSARY FORT BLISS T<br>918703948505 56719827 Jul 6 | | | 33.53 | | 10399.88 |
| JUL6 | # # # | DEBIT PURCHASE<br>FT BLISS CASSIDY GAS FORT BLISS T<br>918700384298 B62799 Jul 6 | | | 33.78 | | 10366.10 |
| JUL6 | # # # | DEBIT PURCHASE<br>DIAMOND 1259 SHAMROCK EL PASO T<br>918702178463 1 Jul 6 | | | 13.08 | | 10353.02 |
| JUL9 | | SHARE DRAFT # 4919 | | | 129.89 | | 10223.13 |
| JUL9 | | SHARE DRAFT # 4920 | | | 276.24 | | 9946.89 |
| JUL9 | | SHARE DRAFT # 4921 | | | 51.98 | | 9894.91 |
| JUL9 | | BILL PAY WITHDRAWAL<br>HOMEOWNERS A<br>949331 ORCC WW Jul 9 @ 11:12am | | | 175.00 | | 9719.91 |
| JUL9 | | ATM WITHDRAWAL<br>VA/EL PASO EL PASO TX<br>000000052316 LK634353<br>Jul 9 @ 12:53pm | | | 101.50 | | 9618.41 |
| JUL8 | # # # | DEBIT PURCHASE<br>CHEGG TEXTBOOK RENT 888-992-4344 C<br>918902935371 Jul 8 | | | 34.24 | | 9584.17 |
| JUL8 | # # # | DEBIT PURCHASE<br>CHEGG TEXTBOOK RENT 888-992-4344 C<br>918902935372 Jul 8 | | | 41.80 | | 9542.37 |
| JUL8 | # # # | DEBIT PURCHASE<br>UNCLE BAOS EL PASO T<br>918903579289 79777039 Jul 8 | | | 15.77 | | 9526.60 |
| JUL8 | # # # | DEBIT PURCHASE<br>BKST-ELPASO-CC #6770 EL PASO T<br>918904363502 03741929 Jul 8 | | | 28.15 | | 9498.45 |
| JUL7 | # # # | DEBIT PURCHASE<br>CHEVRON 00209236 EL PASO T<br>918801515283 15 Jul 7 | | | 13.08 | | 9485.37 |
| JUL7 | # # # | DEBIT PURCHASE<br>SUN CITY DAIRY QUEEN I EL PASO T<br>918800833490 001 Jul 7 | | | 3.45 | | 9481.92 |

https://rbserver.fbfcu.org/scripts/ibank.dll

11/17/2009

Fax sent by : RECEIVED 11/19/2009 14:21 9155233355 SIDNEY J DIAMOND LLP 11-19-09 03:26p Pg: 7/11

```
JUL10  DFAS-CLEVELAND/FED SALARY/071009                    2396.64    11878.56
           ACH DIST TOTAL $2,396.64
JUL10  SHARE DRAFT # 4922                          19.79              11858.77
JUL9 # DEBIT PURCHASE                               9.17              11849.60

           Continued on page 3
```

ALL ACCOUNTS, EXCEPT SHARE DRAFT ACCOUNTS, ARE NOT TRANSFERABLE AS DEFINED IN REGULATION D.

# FirstLight
FEDERAL CREDIT UNION

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
** **** ** *****

NCUA

Member No. *******
Social Security **********

Statement Period: 01JUL09 to 3

```
Tran E   # - Means Effective Dated    Periodic  Late      Debits    Credits   New
Date F                                 Finance   Payment                      Balance
     F   Description                   Charge    Charge

     #   TEJAS CAFE EL PASO T
     #   919001977146 01475793 Jul 9
JUL10# DEBIT PURCHASE                                      33.68               11815.92
     #   AAFES JEB STUART SHOPP FORT BLISS T
     #   919100167857 B70099 Jul 10
JUL10# DEBIT PURCHASE                                      35.79               11780.13
     #   RED LOBSTER US00062141 EL PASO T
     #   919100340163 003 Jul 10
JUL13  36 TREAS 220/MISC PAY/071309                                    353.82  12133.95
         REF*VV*TV756T9211501*(915)564-6100 E
         L 756\
JUL12# DEBIT PURCHASE                                      20.82               12113.13
     #   GOLDEN CORRAL 547 LAS CRUCES N
     #   919304212296 LK429387 Jul 12
JUL10# DEBIT PURCHASE                                      15.24               12097.89
     #   CIRCLE K 01418 Q47 EL PASO T
     #   919101888218 102 Jul 10
JUL13# DEBIT PURCHASE                                      70.51               12027.38
     #   EXPRESS CAR TITLIN EL PASO T
     #   919403482825 LK628087 Jul 13
JUL15  NEW YORK LIFE/INS. PREM./JUL 09                    365.50               11661.88
JUL15  NEW YORK LIFE/INS. PREM./JUL 09                    506.81               11155.07
JUL13# DEBIT PURCHASE                                      35.73               11119.34
     #   AAFES JEB STUART SHOPP FORT BLISS T
     #   919400364719 B70099 Jul 13
JUL13# DEBIT PURCHASE                                       7.53               11111.81
     #   AAFES WBMAC RETAIL STO FORT BLISS T
     #   919400364762 B62800 Jul 13
JUL13# DEBIT PURCHASE                                       2.15               11109.66
     #   KFC X743751 27437516 EL PASO T
     #   919400147072 002 Jul 13
JUL16  BILL PAY WITHDRAWAL                                 75.57               11034.09
         AT AND T
         958907 ORCC WW Jul 16 @ 11:18am
JUL14# DEBIT PURCHASE                                      14.37               11019.72
     #   TIERRA DEL SOL MEXICAN EL PASO T
     #   919501749007 00027553 Jul 14
JUL20  BILL PAY WITHDRAWAL                                100.00               10919.72
         TEXAS GAS SE
         974835 ORCC WW Jul 20 @ 11:12am
JUL20  DIRECTV/DIRECTV/090718                             133.12               10786.60
JUL19# DEBIT PURCHASE                                      19.27               10767.33
     #   07016667 EL CHAPARRAL CD JUAREZ CHI
```

https://rbserver.fbfcu.org/scripts/ibank.dll                                11/17/2009

Fax sent by :        RECEIVED 11/19/2009 14:21    9155323355    SIDNEY J DIAMOND LLP    11-19-09 03:26p    Pg: 8/11

```
          #   920005295918 P8952046 Jul 19
JUL20  VCC INTERNATIONAL FEE                         0.19              10767.14
JUL20  SHARE DRAFT # 005028                         14.00              10753.14
JUL20  CASH WITHDRAWAL                             200.00              10553.14
JUL18# DEBIT PURCHASE                                3.02              10550.12
   #    FORT BLISS EXCH 228 EL PASO T
   #    919900559810 106500 Jul 18
JUL19# DEBIT PURCHASE                                6.48              10543.64
   #    BASKIN ROBBINS #41 EL PASO T
   #    920000394126 LK649693 Jul 19
JUL22  SHARE DRAFT # 5009                          468.99              10074.65
JUL24  DFAS-CLEVELAND/FED SALARY/072409                     2381.19    12455.84
        ACH DIST TOTAL $2,381.19
JUL24  ACH CHECK 5030                              261.12              12194.72
```

Continued on page 4

ALL ACCOUNTS, EXCEPT SHARE DRAFT ACCOUNTS, ARE NOT TRANSFERABLE AS DEFINED IN REGULATION D.

# FirstLight
FEDERAL CREDIT UNION

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
** **** ** *****


NCUA

Member No. ******
Social Securi ********

Statement Period: 01JUL09 to 3

| Tran E Date F | # - Means Effective Dated Description | Periodic Finance Charge | Late Payment Charge | Debits | Credits | New Balance |
|---|---|---|---|---|---|---|
| | FT BLISS C/PAYMENT/090723/FORT/TX | | | | | |
| JUL25 | BILL PAY WITHDRAWAL ELECTRIC COM 915383 ORCC WW Jul 25 @ 11:08am | | | 154.89 | | 12039.83 |
| JUL26# | DEBIT PURCHASE | | | 3.57 | | 12036.26 |
| # | PETSMART INC 212 EL PASO T | | | | | |
| # | 920704361248 Jul 26 | | | | | |
| JUL25# | DEBIT PURCHASE | | | 179.72 | | 11856.54 |
| # | PETER PIPER 121 Q78 EL PASO T | | | | | |
| # | 920601310098 001 Jul 25 | | | | | |
| JUL27# | DEBIT PURCHASE | | | 16.77 | | 11839.77 |
| # | UNCLE BAOS EL PASO T | | | | | |
| # | 920803503259 79777039 Jul 27 | | | | | |
| JUL26# | DEBIT PURCHASE | | | 40.57 | | 11799.20 |
| # | OFFICE DEPOT #223 EL PASO T | | | | | |
| # | 920700503783 16537258 Jul 26 | | | | | |
| JUL26# | DEBIT PURCHASE | | | 88.17 | | 11711.03 |
| # | THE HOME DEPOT 523 EL PASO T | | | | | |
| # | 920701350391 Jul 26 | | | | | |
| JUL30 | ATM WITHDRAWAL Cardtronics CCS EL PASO TX 921100772249 CK026130 Jul 30 @ 8:52am | | | 102.00 | | 11609.03 |
| JUL30 | BILL PAY WITHDRAWAL EL PASO WATE 944824 ORCC WW Jul 30 @ 11:17am | | | 95.00 | | 11514.03 |
| JUL28# | DEBIT PURCHASE SUN CITY DAIRY QUEEN I EL PASO T 920900864566 001 Jul 28 | | | 7.99 | | 11506.04 |
| JUL31 | US TREASURY 220/VA BENEFIT/073109 | | | | 2051.00 | 13557.04 |
| JUL31 | SHARE DRAFT # 5031 | | | 64.91 | | 13492.13 |
| JUL31 | SHARE DRAFT # 5032 | | | 808.23 | | 12683.90 |
| JUL30# | DEBIT PURCHASE | | | 60.26 | | 12623.64 |

```
      #    EXPRESS CAR TITLIN EL PASO T
      #    921103619692 LK628087 Jul 30
JUL31 DEBIT PURCHASE                                        47.94           12575.70
           CKT*CRICKETCOMM 800-274-2538 C
           921204144882  Jul 31
JUL29# DEBIT PURCHASE                                        7.73           12567.97
      #    GUSSIES TAMALES AND BA EL PASO T
      #    921001990335 00519886 Jul 29
JUL31 Closing Date...New Balance                                             12567.97

                              Cleared Share Draft Recap
      Draft #  Date    Amount  Draft #  Date     Amount   Draft #  Date     Amount
      -------------------------  -----------------------  ------------------------
      4919     JUL09   129.89   4922    JUL10     19.79   5031     JUL31     64.91
      4920     JUL09   276.24  *5009    JUL22    468.99   5032     JUL31    808.23
      4921     JUL09    51.98  *5030    JUL24    261.12  *005028   JUL20     14.00
      Overdraft Fees-Period to Date       0.00
      Overdraft Fees-Year to Date         0.00
      Return Fees-Period to Date          0.00
      Return Fees-Year to Date            0.00

      L4 LOAN A/C - SHARE/CD SECURED (OPEN-END)
JUL1  Previous Balance                                                         0.00

             Continued on page 5
```

---

# FIRSTLIGHT
FEDERAL CREDIT UNION

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
** **** ** *****

NCUA

Member No. *******
Social Securit ********

Statement Period: 01JUL09 to 3

| Tran E Date F F | # - Means Effective Dated Description | Periodic Finance Charge | Late Payment Charge | Debits | Credits | New Balance |
|---|---|---|---|---|---|---|
| JUL31 | Closing Date...New Balance | | | | | 0.00 |
| | L92 LOAN A/C - USED INDIRECT TEXAS (Co-Borrower ROSANA E MONGE DEBTOR-IN-POSSESSION-09-30881-LMC) | | | | | |
| JUL1 | Previous Balance | | | | | 0.00 |
| JUL31 | Closing Date...New Balance | | | | | 0.00 |

ALL ACCOUNTS, EXCEPT SHARE DRAFT ACCOUNTS, ARE NOT TRANSFERABLE AS DEFINED IN REGULATION D.

https://rbserver.fbfcu.org/scripts/ibank.dll          11/17/2009