# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| IN RE:<br><br>JOE JESSE MONGE and<br>ROSANA ELENA MONGE,<br><br>Debtors. | Case No.: 09-30881-lmc<br><br>Chapter 11 Proceedings |

## DEBTOR JOE JESSE MONGE AND ROSANA ELENA MONGE'S FOURTH MONTHLY OPERATING REPORT (08/01/09 - 08/31/09)

**TO THE HONORABLE LEIF M. CLARK, UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW, Joe Jesse Monge and Rosana Elena Monge, Debtors in the above entitled and numbered case by and through their attorney of record, Sidney J. Diamond of Sidney Diamond, P.C. and files this their Fourth Monthly Operating Report (08/01/2009 - 08/31/2009) of the operation of their business, pursuant to 11 U.S.C. §704(8) and Bankruptcy Rule 2015(a)(3); such report being attached hereto as Exhibit "A" and incorporated herein by reference.

**DATED**: January 14, 2010.

                                              Respectfully submitted,

                                              SIDNEY DIAMOND, P.C.

                                              /s/ Sidney J. Diamond
                                      By: Sidney J. Diamond
                                          Attorney for Debtors
                                          Texas Bar Card No.: 5803000
                                          3800 N. Mesa, Suite C-4
                                          El Paso, Texas 79902
                                          (915) 532-3327 Voice
                                          (915) 532-3355 Fax
                                          Sidney@sidneydiamond.com

## CERTIFICATE OF SERVICE

I, Sidney J. Diamond, do hereby certify that on January 14, 2010, a true and correct copy of the foregoing Fourth Monthly Operating Report (08/01/2009-08/31/2009) was served, by depositing the same in the United States Mail, properly addressed and postage prepaid, Electronic Mail Service, or by Facsimile to the following parties:

**THE DEBTORS:**
Joe Jesse Monge and
Rosana Elena Monge
51 Sierra Crest Dr.
El Paso, TX 79902

**UNITED STATES TRUSTEE:**
Kevin Epstein, Esq.
Office of the U.S. Trustee
P.O. Box 1539
San Antonio, TX 78295-1539
**By Email: USTPRegion07.SN.ECF@usdoj.gov**

**PARTIES PREVIOUSLY REQUESTING NOTICE:**

David Alvoet
Linebarger, Goggan, Blair & Sampsom, LLP
711 Navarro, Suite 300
San Antonio, TX 78205
Attorney for City of El Paso

Carlos A. Miranda, III
5915 Silver Springs, Bldg. 3A
El Paso, TX 79912
Attorney for El Paso Area Teachers FCU

Lance C. Reedman
4171 N. Mesa St., Suite B-201
El Paso, TX 79902
Attorney for Francisco Jayme & Alicia Rojas

 

                                                 /s/ Sidney J. Diamond
                                                  Sidney J. Diamond

**FOURTH MONTHLY OPERATING REPORT (08/01/2009 - 08/31/2009), Page 2**
J:\Monge, Joe Jesse Monge, Rosana Elena\100114 4th MOR.wpd

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re  JOE JESSE AND ROSANA MONGE  ,  Case No.  09-30881-LMC
_Debtor_

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  08/01/90 - 08/31/09                    Date filed:

Line of Business:  Closed                      NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_/s/ Rosana E. Monge_
Original Signature of Responsible Party

JOE JESEE MONGE AND ROSANA ELENA MONGE
Printed Name of Responsible Party

**Questionnaire:** _(All questions to be answered on behalf of the debtor.)_

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☐ | ☒ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☒ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☒ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☒ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☒ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☐ | ☒ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☐ | ☒ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☐ | ☒ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☐ | ☒ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☑ | ☐ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐   ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT. *Pending Decision on hiring CPA*

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 5,954.64

**SUMMARY OF CASH ON HAND**   *Savings*  3,848.46

Cash on Hand at Start of Month   *Savings*  $ 27.89

Cash on Hand at End of Month   $ —

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL  $ 9,830.99

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $ 12,256.77

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*   $ 9,830.99

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $ 12,256.77

*(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH**   $ −2,425.78

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

*Will provide next report*     TOTAL PAYABLES $ —

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

*Pending Back Rent and scheduling of Legal Law Suit*    TOTAL RECEIVABLES $ —

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*Please see attached*

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?    NA   0

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?    NA   0

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $ —

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $ —

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $ —

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 18,000.00 | $ 9,830.99 | $ 08,169.01 |
| EXPENSES | $ 18,000.00 | $ 12,256.77 | $ 5,743.23 |
| CASH PROFIT | $ 0 | $ -2,425.78 | $ 2,425.78 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 18000.00

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 18,000.00

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ —

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

# Banking Summary
8/1/2009 Through 8/31/2009

8/2009                                                                                           Page 1

| Category Description | 8/1/2009-8/31/2009 |
|---|---:|
| **INCOME** | |
| Div Income | 2.36 |
| Salary Spouse | 4,744.28 |
| USA CRC RETIREMENT | 1,208.00 |
| **TOTAL INCOME** | **5,954.64** |
| **EXPENSES** | |
| Uncategorized | 332.25 |
| Auto | 37.37 |
|   Fuel | 211.62 |
|   Loan | 288.73 |
|   Service | 12.98 |
|   TOTAL Auto | 550.70 |
| Cell Phone | 267.86 |
| Education | 1,181.43 |
| Entertainment | 17.62 |
| Groceries | 156.93 |
| Homeowner's Fees | 175.00 |
| Household | 195.73 |
| Insurance | |
|   Life Insurance | 1,187.31 |
|   TOTAL Insurance | 1,187.31 |
| INT FEE | 0.18 |
| Lunch | 259.00 |
| Meals & Entertn | 126.14 |
| Misc | 85.00 |
| Miscellaneous, Bus | 193.00 |
| Mortgage Int | 6,050.52 |
| One Two Three, Bussiness | 7.95 |
| Rental Expenses | |
|   Mortgage Interest Expense | 1,044.03 |
|   TOTAL Rental Expenses | 1,044.03 |
| Tax, Business | |
|   Fed | 0.66 |
|   TOTAL Tax, Business | 0.66 |
| Utilities | |
|   Gas & Electric | 254.89 |
|   Water | 95.00 |
|   TOTAL Utilities | 349.89 |
| Utilities TELEPHONE | 75.57 |
| **TOTAL EXPENSES** | **12,256.77** |
| **OVERALL TOTAL** | **-6,302.13** |



# FIRSTLIGHT
FEDERAL CREDIT UNION

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
** **** ** *****



| Member No. | Social Secu |
|---|---|
| ******* | ******* |

Statement Period: 01AUG09 to

```
Tran  E    # - Means Effective Dated         Periodic  Late     Debits    Credits   New
Date  F                                      Finance   Payment                      Balance
      F    Description                       Charge    Charge


      fbs50r

      S1 SHARE A/C - SHARE ACCOUNT
      (Joint with ROSANA E MONGE DEBTOR-IN-POSSESSION-09-30881-LMC)
AUG1    Previous Balance                                                            3848.46
AUG31   Closing Date...New Balance                                                  3848.46

      S66 SHARE A/C - MONEY MARKET
      (Joint with ROSANA E MONGE DEBTOR-IN-POSSESSION-09-30881-LMC)
AUG1    Previous Balance                                                              27.88
AUG1    DIVIDEND CREDIT                                                    0.01       27.89
AUG1      Annual Percentage Yield Earned: 0.42%
AUG1      For the Period from 07/01 through 07/31.
AUG31   Closing Date...New Balance                                                    27.89

      S74 SHARE A/C - SIMPLY 50 SHAREDRAFT
      (Joint with ROSANA E MONGE DEBTOR-IN-POSSESSION-09-30881-LMC)
AUG1    Previous Balance                                                           12567.97
AUG1    DIVIDEND CREDIT                                                    2.36    12570.33
AUG1      Annual Percentage Yield Earned: 0.25%
AUG1      For the Period from 07/01 through 07/31.
AUG1    FED W/H TAX                                           0.66                 12569.67
AUG1  # POS PURCHASE                                         17.31                 12552.36
      #   WALGREEN COMPANY EL PASO TX
      #   921300703100 W0280703 Aug 1 @ 5:21pm
AUG1  # POS PURCHASE                                         21.69                 12530.67
      #   WALGREEN COMPANY EL PASO TX
      #   921300703101 W0280703 Aug 1 @ 5:23pm
AUG1  # POS PURCHASE                                         11.32                 12519.35
      #   WALGREEN COMPANY EL PASO TX
      #   921300706018 W0280706 Aug 1 @ 5:28pm
AUG3    DFAS-CLEVELAND/CRSC PAY/072409                                  1208.00    13727.35
          ACH DIST TOTAL $1,208.00
JUL30 # DEBIT PURCHASE                                       26.01                 13701.34
      #   FT BLISS CASSIDY GAS FORT BLISS T
      #   921104535225 B62799 Jul 30
AUG3    NEW YORK LIFE/INS. PREM./AUG 09                      14.25                 13687.09
AUG3    NEW YORK LIFE/INS. PREM./AUG 09                      50.75                 13636.34
AUG1  # DEBIT PURCHASE                                       45.89                 13590.45
      #   CATTLE BARON-EL PASO-0 EL PASO T
      #   921303413400 00338330 Aug 1
AUG2  # DEBIT PURCHASE                                       25.46                 13564.99
      #   GRAND ASIA BUFFET INC EL PASO T
      #   921404998647 01475590 Aug 2
AUG4    AMERICAN EXPRESS/COLLECTION/090804                    7.95                 13557.04
AUG1  # DEBIT PURCHASE                                        7.25                 13549.79
      #   FT BLISS STAYTON THEAT FT BLISS T
      #   921300363829 980358 Aug 1
AUG5    BILL PAY WITHDRAWAL                                 288.73                 13261.06
          EXPEDITION
```

Continued on page 2

ALL ACCOUNTS, EXCEPT SHARE DRAFT ACCOUNTS, ARE NOT TRANSFERABLE AS DEFINED IN REGULATION D.



# FIRSTLIGHT
FEDERAL CREDIT UNION

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
** **** ** *****



| Member No. | Social Secu |
|---|---|
| ******* | ******* |

Statement Period: 01AUG09 to

```
Tran  E    # - Means Effective Dated       Periodic  Late      Debits      Credits  New
Date  F                                    Finance   Payment                        Balance
      F    Description                     Charge    Charge


           913398 ORCC WW Aug 5 @ 11:11am
AUG3 # DEBIT PURCHASE                                            18.71              13242.35
     #    PIZZA HUT # 0286336369 EL PASO T
     #    921500117212 010 Aug 3
AUG4 # DEBIT PURCHASE                                            22.07              13220.28
     #    EL TACO TOTE Q24 EL PASO T
     #    921604221308 00481846 Aug 4
AUG7   DFAS-CLEVELAND/FED SALARY/080709                                    2383.65  15603.93
           ACH DIST TOTAL $2,383.65
AUG7   SHARE DRAFT # 1052                                      1044.03              14559.90
AUG5 # DEBIT PURCHASE                                            12.70              14547.20
     #    7-11 #57608 EL PASO T
     #    921701674436 33642813 Aug 5
AUG5 # DEBIT PURCHASE                                            19.64              14527.56
     #    SORRENTO INC EL PASO T
     #    921701940937 00396315 Aug 5
AUG9 # BILL PAY WITHDRAWAL                                      175.00              14352.56
     #    HOMEOWNERS A
     #    957326 ORCC WW Aug 9 @ 11:06am
AUG7 # DEBIT PURCHASE                                            39.22              14313.34
     #    FT BLISS CASSIDY GAS FORT BLISS T
     #    921901326850 B62799 Aug 7
AUG6 # DEBIT PURCHASE                                             5.27              14308.07
     #    TACO BELL1787900178798 EL PASO T
     #    921805290039 008 Aug 6
AUG8 # DEBIT PURCHASE                                             9.95              14298.12
     #    DRI*MSEHUP-US http://suppor M
     #    922000433348  Aug 8
AUG11  SHARE DRAFT # 5008                                       325.00              13973.12
AUG10# DEBIT PURCHASE                                            18.70              13954.42
     #    UNCLE BAOS EL PASO T
     #    922202592531 79777039 Aug 10
AUG12  SHARE DRAFT # 4957                                        17.30              13937.12
AUG10# DEBIT PURCHASE                                            15.16              13921.96
     #    VALERO 1746 EL PASO T
     #    922201936837 1 Aug 10
AUG12# ATM WITHDRAWAL                                            40.00              13881.96
     #    FirstLight Federal CU El Paso TX
     #    000044229098 ATM00984
     #    Aug 12 @ 9:37pm
AUG11# DEBIT PURCHASE                                            17.40              13864.56
     #    TIERRA DEL SOL MEXICAN EL PASO T
     #    922301529532 00027553 Aug 11
AUG12# DEBIT PURCHASE                                            20.48              13844.08
     #    VETERANS CANTEEN #756 EL PASO T
     #    922404244898 54350155 Aug 12
AUG12# DEBIT PURCHASE                                            37.22              13806.86
     #    FORT BLISS EXCH 228 EL PASO T
     #    922400379368 106500 Aug 12
AUG12# DEBIT PURCHASE                                             5.19              13801.67
     #    AAFES CHARLEY'S STEAKE FT BLISS T
     #    922400379369 A01200 Aug 12
AUG12# DEBIT PURCHASE                                             4.79              13796.88
```

```
    #    AAFES CINNABON FT BLISS T
    #    922400379370 A01100 Aug 12
AUG12# DEBIT PURCHASE                                2.80              13794.08
    #    AAFES ROBIN HOOD DELI FT BLISS T
```

Continued on page 3

ALL ACCOUNTS, EXCEPT SHARE DRAFT ACCOUNTS, ARE NOT TRANSFERABLE AS DEFINED IN REGULATION D.



# FIRSTLIGHT
FEDERAL CREDIT UNION

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
** **** ** *****



Member No. *******
Social Secu: *******

Statement Period: 01AUG09 to

| Tran Date | E F F | # - Means Effective Dated  Description | Periodic Finance Charge | Late Payment Charge | Debits | Credits | New Balance |
|---|---|---|---|---|---|---|---|
| | # | 922400379371 A00900 Aug 12 | | | | | |
| AUG12 | # | DEBIT PURCHASE | | | 4.89 | | 13789.19 |
| | # | AAFES BASKIN ROBBINS FT BLISS T | | | | | |
| | # | 922400379372 A01300 Aug 12 | | | | | |
| AUG12 | # | DEBIT PURCHASE | | | 5.09 | | 13784.10 |
| | # | BLS HOSPITAL STAR B FORT BLISS T | | | | | |
| | # | 922400379373 990687 Aug 12 | | | | | |
| AUG16 | # | BILL PAY WITHDRAWAL | | | 75.57 | | 13708.53 |
| | # | AT AND T | | | | | |
| | # | 954399 ORCC WW Aug 16 @ 11:07am | | | | | |
| AUG14 | # | DEBIT PURCHASE | | | 17.67 | | 13690.86 |
| | # | PIZZA HUT # 0286336369 EL PASO T | | | | | |
| | # | 922600058920 010 Aug 14 | | | | | |
| AUG13 | # | DEBIT PURCHASE | | | 2.15 | | 13688.71 |
| | # | TACO BELL1787900178798 EL PASO T | | | | | |
| | # | 922504416360 008 Aug 13 | | | | | |
| AUG13 | # | DEBIT PURCHASE | | | 11.56 | | 13677.15 |
| | # | LJS 31287 16912875 EL PASO T | | | | | |
| | # | 922505476559 002 Aug 13 | | | | | |
| AUG17 | | NEW YORK LIFE/INS. PREM./AUG 09 | | | 365.50 | | 13311.65 |
| AUG17 | | NEW YORK LIFE/INS. PREM./AUG 09 | | | 506.81 | | 12804.84 |
| AUG12 | # | DEBIT PURCHASE | | | 85.00 | | 12719.84 |
| | # | YOLIS FINE JEWELRY EL PASO T | | | | | |
| | # | 922402820121 00056718 Aug 12 | | | | | |
| AUG16 | # | DEBIT PURCHASE | | | 32.33 | | 12687.51 |
| | # | FT BLISS CASSIDY GAS FORT BLISS T | | | | | |
| | # | 922800422208 B62799 Aug 16 | | | | | |
| AUG16 | # | DEBIT PURCHASE | | | 32.59 | | 12654.92 |
| | # | APPLEBEES 899201000025 EL PASO T | | | | | |
| | # | 922800022899 001 Aug 16 | | | | | |
| AUG17 | # | DEBIT PURCHASE | | | 10.00 | | 12644.92 |
| | # | EPCC RIO GRANDE CAMPUS EL PASO T | | | | | |
| | # | 922904062156 04221487 Aug 17 | | | | | |
| AUG17 | # | DEBIT PURCHASE | | | 19.88 | | 12625.04 |
| | # | UNCLE BAOS EL PASO T | | | | | |
| | # | 922903548795 79777039 Aug 17 | | | | | |
| AUG14 | # | DEBIT PURCHASE | | | 17.62 | | 12607.42 |
| | # | SOUNDS CD JUAREZ CHI M | | | | | |
| | # | 922603834030 Aug 14 | | | | | |
| AUG18 | | VCC INTERNATIONAL FEE | | | 0.18 | | 12607.24 |
| AUG19 | | SHARE DRAFT # 1051 | | | 6050.52 | | 6556.72 |
| AUG17 | # | DEBIT PURCHASE | | | 930.50 | | 5626.22 |
| | # | EL PASO CMTY COLLEGE 915-831-2226 T | | | | | |

```
       #     922901146686 00738711 Aug 17
AUG20  BILL PAY WITHDRAWAL                                      100.00              5526.22
             TEXAS GAS SE
             946609 ORCC WW Aug 20 @ 11:12am
AUG21  DFAS-CLEVELAND/FED SALARY/082109                                   2360.63   7886.85
             ACH DIST TOTAL $2,360.63
AUG21  ATM WITHDRAWAL                                           200.93              7685.92
             H S B C JUAREZ, CHIHU  MX
             000000007098 I02091 Aug 21 @ 12:18pm
AUG19# DEBIT PURCHASE                                            36.15              7649.77
       #     AAFES JEB STUART SHOPP FORT BLISS T
       #     923102105245 6659 Aug 19
AUG8 # DEBIT PURCHASE                                            24.81              7624.96
       #     TUESDAY MORNING #0303 EL PASO T
```

Continued on page 4

ALL ACCOUNTS, EXCEPT SHARE DRAFT ACCOUNTS, ARE NOT TRANSFERABLE AS DEFINED IN REGULATION D.



# FIRSTLIGHT
FEDERAL CREDIT UNION

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
** **** ** *****



| Member No. | Social Secu |
|---|---|
| ******* | ******* |

Statement Period: 01AUG09 to

```
Tran  E   # - Means Effective Dated     Periodic  Late     Debits    Credits   New
Date  F                                 Finance   Payment                      Balance
      F   Description                   Charge    Charge

       #     922004520083 1 Aug 8
AUG21# DEBIT PURCHASE                                             5.40              7619.56
       #     MCDONALD'S M7639 OF TX EL PASO T
       #     923308516512 1 Aug 21
AUG21# DEBIT PURCHASE                                             3.34              7616.22
       #     MCDONALD'S M7621 OF TX EL PASO T
       #     923308516402 1 Aug 21
AUG22# DEBIT PURCHASE                                             8.93              7607.29
       #     WALGREENS #5274 EL PASO T
       #     923403619835 65356980 Aug 22
AUG22# DEBIT PURCHASE                                            52.27              7555.02
       #     SAVERS 1136 EL PASO T
       #     923400437617 01305896 Aug 22
AUG25  ACH CHECK 4958                                           250.00              7305.02
             SBP-RSFPP REMITT/PAYMENT/090824
AUG25  BILL PAY WITHDRAWAL                                      154.89              7150.13
             ELECTRIC COM
             909521 ORCC WW Aug 25 @ 11:14am
AUG24# DEBIT PURCHASE                                             7.45              7142.68
       #     SUN CITY DAIRY QUEEN I EL PASO T
       #     923603029499 001 Aug 24
AUG23# DEBIT PURCHASE                                            37.37              7105.31
       #     CIRCLE K 06130 Q47 EL PASO T
       #     923500919743 102 Aug 23
AUG25# DEBIT PURCHASE                                            12.45              7092.86
       #     PANDA EXPRESS 1789 EL PASO T
       #     923703630181 LK708452 Aug 25
AUG25# DEBIT PURCHASE                                           193.00              6899.86
       #     NM BOARD OF NURSING 505-8418344 N
       #     923703201206 71512556 Aug 25
AUG26# DEBIT PURCHASE                                            49.09              6850.77
       #     FAMILY DOLLAR #2527 EL PASO T
       #     923804309599 77883271 Aug 26
```

```
AUG26#  DEBIT PURCHASE                                    97.68        6753.09
     #     ALBERTSONS #936 EL PASO T
     #     923803691585 1600936 Aug 26
AUG26#  DEBIT PURCHASE                                    13.95        6739.14
     #     GUSSIES TAMALES AND BA EL PASO T
     #     923801590555 00519886 Aug 26
AUG30#  BILL PAY WITHDRAWAL                               95.00        6644.14
     #     EL PASO WATE
     #     947314 ORCC WW Aug 30 @ 11:06am
AUG28#  DEBIT PURCHASE                                    50.05        6594.09
     #     FT BLISS CASSIDY GAS FORT BLISS T
     #     924001264484 B62799 Aug 28
AUG31   Closing Date...New Balance                                     6594.09
          Overdraft Fees-Period to Date     0.00
          Overdraft Fees-Year to Date       0.00
          Return Fees-Period to Date        0.00
          Return Fees-Year to Date          0.00

        L4 LOAN A/C - SHARE/CD SECURED (OPEN-END)
AUG1    Previous Balance                                                  0.00
AUG31   Closing Date...New Balance                                        0.00
```

Continued on page 5

ALL ACCOUNTS, EXCEPT SHARE DRAFT ACCOUNTS, ARE NOT TRANSFERABLE AS DEFINED IN REGULATION D.

# FirstLight
FEDERAL CREDIT UNION

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
** **** ** *****



| Member No. | Social Secu |
|---|---|
| ******* | ******* |

Statement Period: 01AUG09 to

```
Tran  E     # - Means Effective Dated    Periodic  Late      Debits    Credits  New
Date  F                                  Finance   Payment                      Balance
      F     Description                  Charge    Charge


        L92 LOAN A/C - USED INDIRECT TEXAS
        (Co-Borrower ROSANA E MONGE DEBTOR-IN-POSSESSION-09-30881-LMC)
AUG1    Previous Balance                                                  0.00
AUG31   Closing Date...New Balance                                        0.00
```