**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| IN RE:<br><br>JOE JESSE MONGE and<br>ROSANA ELENA MONGE,<br><br>Debtors. | Case No.: 09-30881-lmc<br><br>Chapter 11 Proceedings |

**DEBTOR JOE JESSE MONGE AND ROSANA ELENA MONGE'S SIXTH MONTHLY OPERATING REPORT (10/01/09 - 10/31/09)**

**TO THE HONORABLE LEIF M. CLARK, UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW, Joe Jesse Monge and Rosana Elena Monge, Debtors in the above entitled and numbered case by and through their attorney of record, Sidney J. Diamond of Sidney Diamond, P.C. and files this their Sixth Monthly Operating Report (10/01/2009 - 10/31/2009) of the operation of their business, pursuant to 11 U.S.C. §704(8) and Bankruptcy Rule 2015(a)(3); such report being attached hereto as Exhibit "A" and incorporated herein by reference.

**DATED**: January 14, 2010.

Respectfully submitted,

SIDNEY DIAMOND, P.C.

/s/ Sidney J. Diamond

By: Sidney J. Diamond
Attorney for Debtors
Texas Bar Card No.: 5803000
3800 N. Mesa, Suite C-4
El Paso, Texas 79902
(915) 532-3327 Voice
(915) 532-3355 Fax
Sidney@sidneydiamond.com

# CERTIFICATE OF SERVICE

I, Sidney J. Diamond, do hereby certify that on January 14, 2010, a true and correct copy of the foregoing Sixth Monthly Operating Report (10/01/2009-10/31/2009) was served, by depositing the same in the United States Mail, properly addressed and postage prepaid, Electronic Mail Service, or by Facsimile to the following parties:

**THE DEBTORS:**
Joe Jesse Monge and
Rosana Elena Monge
51 Sierra Crest Dr.
El Paso, TX 79902

**UNITED STATES TRUSTEE:**
Kevin Epstein, Esq.
Office of the U.S. Trustee
P.O. Box 1539
San Antonio, TX 78295-1539
**By Email: USTPRegion07.SN.ECF@usdoj.gov**

**PARTIES PREVIOUSLY REQUESTING NOTICE:**

David Alvoet
Linebarger, Goggan, Blair & Sampsom, LLP
711 Navarro, Suite 300
San Antonio, TX 78205
Attorney for City of El Paso

Carlos A. Miranda, III
5915 Silver Springs, Bldg. 3A
El Paso, TX 79912
Attorney for El Paso Area Teachers FCU

Lance C. Reedman
4171 N. Mesa St., Suite B-201
El Paso, TX 79902
Attorney for Francisco Jayme & Alicia Rojas

/s/ Sidney J. Diamond
Sidney J. Diamond

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re JOE JESSE AND ROSANA MONGE ,
*Debtor*

Case No. 09-30881-LMC

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: 10/01/90 - 10/31/09

Date filed: ________

Line of Business: Closed

NAISC Code: ________

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

Original Signature of Responsible Party

JOE JESEE MONGE AND ROSANA ELENA MONGE

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☐ | ☑ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☑ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☑ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☑ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☑ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☐ | ☑ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☐ | ☑ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☐ | ☑ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☐ | ☑ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☑ | ☐ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME** $ 16 067.42

**SUMMARY OF CASH ON HAND**

| | | |
|---|---|---|
| Cash on Hand at Start of Month | Savings | $ 51.36 |
| Cash on Hand at End of Month | Savings | $ 27.91 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU | **TOTAL** | $ 16 146.69 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ 18516.66

*(Exhibit C)*

## CASH PROFIT

| | |
|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ 16 146.69 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ 18516.66 |
| *(Subtract Line C from Line B)* **CASH PROFIT FOR THE MONTH** | $ -2369.99 |

B 25C (Official Form 25C) (12/08)

**UNPAID BILLS**

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

Will provide in Nov 2009 Report **TOTAL PAYABLES** $ —

*(Exhibit D)*

**MONEY OWED TO YOU**

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

Pending Court Decision on Alicia Rojos Back Rent **TOTAL RECEIVABLES** $ —

*(Exhibit E)*

**BANKING INFORMATION**

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

attached

*(Exhibit F)*

**EMPLOYEES**

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | — 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | — 0 |

**PROFESSIONAL FEES**

*BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ — |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ — |

*NON-BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ — |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ — |

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

| | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 18 000.00 | $ 16,146.69 | $ 1,853.31 |
| EXPENSES | $ 18 000.00 | $ 18 516.66 | $ – 516.66 |
| CASH PROFIT | $ — | $ –2 369.97 | $ 1, 336.65 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 18 000.00

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 18000.00

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ —

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

# Banking Summary

10/1/2009 Through 10/31/2009



| Category Description | 10/1/2009-10/31/2009 |
|---|---|
| **INCOME** | |
| Uncategorized | 2.04 |
| Income Transfer From Savings To Checking | 3,800.00 |
| Other Inc | 425.36 |
| Salary Spouse | 6,938.02 |
| USA CRC RETIREMENT | 1,131.20 |
| VADISABILITY | 3,770.80 |
| **TOTAL INCOME** | **16,067.42** |
| | |
| **EXPENSES** | |
| Uncategorized | 171.23 |
| Auto | 36.56 |
| Fuel | 143.34 |
| Insurance | 64.57 |
| Loan | 288.73 |
| TOTAL Auto | 533.20 |
| Cell Phone | 371.35 |
| CHAPT 11 | 650.00 |
| Education | 102.50 |
| Groceries | 270.88 |
| Home Repair | 97.93 |
| Homeowner's Fees | 175.00 |
| Household | 575.81 |
| Insurance | |
| Home Insurance | 808.23 |
| Life Insurance | 937.31 |
| TOTAL Insurance | 1,745.54 |
| Lunch | 267.33 |
| Meals & Entertn | 234.48 |
| MED SEMINAR | 916.53 |
| Misc | 265.90 |
| Office | 142.22 |
| One Two Three, Bussiness | 98.05 |
| Pet | 3.38 |
| Rental Expenses | |
| Mortgage Interest Expense | 11,259.08 |
| TOTAL Rental Expenses | 11,259.08 |
| Utilities | 100.00 |
| Gas & Electric | 154.89 |
| Water | 95.00 |
| TOTAL Utilities | 349.89 |
| Utilities TELEPHONE | 212.41 |
| Vacation | |
| Travel | 73.95 |
| TOTAL Vacation | 73.95 |
| **TOTAL EXPENSES** | **18,516.66** |
| | |
| **OVERALL TOTAL** | **-2,449.24** |



FIRSTLIGHT
FEDERAL CREDIT UNION

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
** **** ** *****



| Member No. | Social Secur |
|---|---|
| ******* | ******** |

Statement Period: 01OCT09 to 3

| Tran Date | E F F | # - Means Effective Dated Description | Periodic Finance Charge | Late Payment Charge | Debits | Credits | New Balance |
|---|---|---|---|---|---|---|---|
| | | fbs50r | | | | | |
| | | S1 SHARE A/C - SHARE ACCOUNT | | | | | |
| | | (Joint with ROSANA E MONGE DEBTOR-IN-POSSESSION-09-30881-LMC) | | | | | |
| OCT1 | | Previous Balance | | | | | 3848.46 |
| OCT1 | | DIVIDEND CREDIT | | | | 4.21 | 3852.67 |
| OCT1 | | Annual Percentage Yield Earned: 0.43% | | | | | |
| OCT1 | | For the Period from 07/01 through 09/30. | | | | | |
| OCT1 | | FED W/H TAX | | | 1.31 | | 3851.36 |
| OCT29 | | T'FER TO 5357450S74 HB | | | 3800.00 | | 51.36 |
| OCT31 | | Closing Date...New Balance | | | | | 51.36 |
| | | S66 SHARE A/C - MONEY MARKET | | | | | |
| | | (Joint with ROSANA E MONGE DEBTOR-IN-POSSESSION-09-30881-LMC) | | | | | |
| OCT1 | | Previous Balance | | | | | 27.90 |
| OCT1 | | DIVIDEND CREDIT | | | | 0.01 | 27.91 |
| OCT1 | | Annual Percentage Yield Earned: 0.44% | | | | | |
| OCT1 | | For the Period from 09/01 through 09/30. | | | | | |
| OCT31 | | Closing Date...New Balance | | | | | 27.91 |
| | | S74 SHARE A/C - SIMPLY 50 SHAREDRAFT | | | | | |
| | | (Joint with ROSANA E MONGE DEBTOR-IN-POSSESSION-09-30881-LMC) | | | | | |
| OCT1 | | Previous Balance | | | | | 9375.87 |
| SEP30 | # | POS PURCHASE | | | 159.12 | | 9216.75 |
| | # | AAFES EL PASO XX | | | | | |
| | # | 927300020673 00047647 | | | | | |
| | # | Sep 30 @ 7:41pm | | | | | |
| OCT1 | | US TREASURY 220/VA BENEFIT/100109/ PPD/ | | | | 1935.80 | 11152.55 |
| OCT1 | | DIVIDEND CREDIT | | | | 2.04 | 11154.59 |
| OCT1 | | Annual Percentage Yield Earned: 0.25% | | | | | |
| OCT1 | | For the Period from 09/01 through 09/30. | | | | | |
| OCT1 | | FED W/H TAX | | | 0.57 | | 11154.02 |
| OCT1 | | DFAS-CLEVELAND/CRSC PAY/092309/PPD ACH DIST TOTAL $1,094.33 | | | | 1094.33 | 12248.35 |
| OCT1 | | NEW YORK LIFE/INS. PREM./OCT 09/PP D/ | | | 14.25 | | 12234.10 |
| OCT1 | | NEW YORK LIFE/INS. PREM./OCT 09/PP D/ | | | 50.75 | | 12183.35 |
| SEP29 | # | DEBIT PURCHASE | | | 15.48 | | 12167.87 |
| | # | 3 GARCIA'S EL PASO T | | | | | |
| | # | 927201696212 00282954 Sep 29 | | | | | |
| OCT1 | | DEBIT PURCHASE CKT*CRICKETCOMM 800-274-2538 C 927403752831 Oct 1 | | | 47.94 | | 12119.93 |
| OCT2 | | DFAS-CLEVELAND/FED SALARY/100209/P PD/ACH DIST TOTAL $2,299.04 | | | | 2299.04 | 14418.97 |
| OCT2 | | CHARGE FEE - TEMPORARY CHECKS | | | 2.00 | | 14416.97 |
| SEP30 | # | DEBIT PURCHASE | | | 14.82 | | 14402.15 |
| | # | CHA'S KOREAN RESTAURAN EL PASO T | | | | | |

Continued on page 2

ALL ACCOUNTS, EXCEPT SHARE DRAFT ACCOUNTS, ARE NOT TRANSFERABLE AS DEFINED IN REGULATION D.

FIRSTLIGHT
FEDERAL CREDIT UNION

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
** **** ** *****



| Member No. | Social Secur |
|---|---|
| ******* | ******** |

Statement Period: 01OCT09 to

| Tran Date | E F F | # - Means Effective Dated Description | Periodic Finance Charge | Late Payment Charge | Debits | Credits | New Balance |
|---|---|---|---|---|---|---|---|
| | # | 927301710369 00191361 Sep 30 | | | | | |
| OCT3 | # | POS PURCHASE | | | 22.35 | | 14379.80 |
| | # | KOHL'S #1356 EL PASO TX | | | | | |
| | # | 927600001057 00000012 Oct 3 @ 6:58pm | | | | | |
| OCT5 | | AMERICAN EXPRESS/COLLECTION/091003 | | | 7.95 | | 14371.85 |
| | | /CCD/ | | | | | |
| OCT2 | # | DEBIT PURCHASE | | | 3.24 | | 14368.61 |
| | # | USPS 48285201034815621 EL PASO T | | | | | |
| | # | 927507749760 098 Oct 2 | | | | | |
| OCT1 | # | DEBIT PURCHASE | | | 87.89 | | 14280.72 |
| | # | CANALES WATCH AND JEWE EL PASO T | | | | | |
| | # | 927405831042 46199303 Oct 1 | | | | | |
| OCT3 | # | DEBIT PURCHASE | | | 6.38 | | 14274.34 |
| | # | MCCOYS #75 EL PASO T | | | | | |
| | # | 927602890081 00178735 Oct 3 | | | | | |
| OCT3 | # | DEBIT PURCHASE | | | 25.00 | | 14249.34 |
| | # | CAPPETTOS ITALIAN REST EL PASO T | | | | | |
| | # | 927601668363 00502118 Oct 3 | | | | | |
| OCT1 | # | DEBIT PURCHASE | | | 30.12 | | 14219.22 |
| | # | PIZZA HUT # 0286336369 EL PASO T | | | | | |
| | # | 927404133446 010 Oct 1 | | | | | |
| OCT5 | | BILL PAY WITHDRAWAL | | | 288.73 | | 13930.49 |
| | | EXPEDITION | | | | | |
| | | 935942 ORCC WW Oct 5 @ 11:14am | | | | | |
| OCT4 | # | DEBIT PURCHASE | | | 45.11 | | 13885.38 |
| | # | POT-AU-FEU EL PASO T | | | | | |
| | # | 927704694898 LK752536 Oct 4 | | | | | |
| OCT3 | # | DEBIT PURCHASE | | | 26.58 | | 13858.80 |
| | # | RED LOBSTER US00062141 EL PASO T | | | | | |
| | # | 927601658133 007 Oct 3 | | | | | |
| OCT3 | # | DEBIT PURCHASE | | | 33.25 | | 13825.55 |
| | # | FT BLISS CASSIDY GAS FORT BLISS T | | | | | |
| | # | 927600365995 00B62799 Oct 3 | | | | | |
| OCT4 | # | DEBIT PURCHASE | | | 50.72 | | 13774.83 |
| | # | BIG LOTS #042400042457 EL PASO T | | | | | |
| | # | 927700078752 001 Oct 4 | | | | | |
| OCT7 | | SHARE DRAFT # 500 | | | 325.00 | | 13449.83 |
| OCT7 | | SHARE DRAFT # 501 | | | 325.00 | | 13124.83 |
| OCT5 | # | DEBIT PURCHASE | | | 25.98 | | 13098.85 |
| | # | DOLLAR-GENERAL #6131 EL PASO T | | | | | |
| | # | 927800545501 48405186 Oct 5 | | | | | |
| OCT5 | # | DEBIT PURCHASE | | | 13.07 | | 13085.78 |
| | # | 3 GARCIA'S EL PASO T | | | | | |
| | # | 927801705871 00282954 Oct 5 | | | | | |
| OCT8 | | BILL PAY WITHDRAWAL | | | 1044.03 | | 12041.75 |
| | | HOME SIERRA | | | | | |
| | | 060850 ORCC WW Oct 8 @ 12:42pm | | | | | |
| OCT6 | # | DEBIT PURCHASE | | | 34.89 | | 12006.86 |
| | # | VALERO 1746 EL PASO T | | | | | |
| | # | 927901918856 1 Oct 6 | | | | | |
| OCT6 | # | DEBIT PURCHASE | | | 5.04 | | 12001.82 |
| | # | GUSSIES TAMALES AND BA EL PASO T | | | | | |
| | # | 927901198273 00519886 Oct 6 | | | | | |

OCT7 # DEBIT PURCHASE 19.45 11982.37
# UNCLE BAOS EL PASO T
# 928003390624 79777039 Oct 7
OCT8 'BILL PAY WITHDRAWAL 4585.51 7396.86

Continued on page 3

ALL ACCOUNTS, EXCEPT SHARE DRAFT ACCOUNTS, ARE NOT TRANSFERABLE AS DEFINED IN REGULATION D.

FIRSTLIGHT
FEDERAL CREDIT UNION

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
** **** ** *****

NCUA

| Member No. | Social Secur |
|---|---|
| ******* | ******** |

Statement Period: 01OCT09 to :

| Tran Date | E F F | # - Means Effective Dated Description | Periodic Finance Charge | Late Payment Charge | Debits | Credits | New Balance |
|---|---|---|---|---|---|---|---|
| | | HOME 1777 | | | | | |
| | | 070660 ORCC WW Oct 8 @ 6:14pm | | | | | |
| OCT9 | | BILL PAY WITHDRAWAL | | | 175.00 | | 7221.86 |
| | | HOMEOWNERS A | | | | | |
| | | 997520 ORCC WW Oct 9 @ 11:14am | | | | | |
| OCT7 | # | DEBIT PURCHASE | | | 19.64 | | 7202.22 |
| | # | SORRENTO INC EL PASO T | | | | | |
| | # | 928001119800 00396315 Oct 7 | | | | | |
| OCT8 | # | DEBIT PURCHASE | | | 19.81 | | 7182.41 |
| | # | EL TACO TOTE Q24 EL PASO T | | | | | |
| | # | 928103901532 00481846 Oct 8 | | | | | |
| OCT9 | # | DEBIT PURCHASE | | | 33.69 | | 7148.72 |
| | # | DANE STK HOUSE EL PASO T | | | | | |
| | # | 928201930845 LK657466 Oct 9 | | | | | |
| OCT8 | # | DEBIT PURCHASE | | | 64.57 | | 7084.15 |
| | # | STATE FARM INSURANCE 800-956-6310 I | | | | | |
| | # | 928105361399 Oct 8 | | | | | |
| OCT9 | # | DEBIT PURCHASE | | | 14.92 | | 7069.23 |
| | # | BURGER KING #4439 EL PASO T | | | | | |
| | # | 928207610082 00388527 Oct 9 | | | | | |
| OCT11 | # | POS PURCHASE | | | 92.27 | | 6976.96 |
| | # | LOWE'S #1137 EL PASO TX | | | | | |
| | # | 928410781158 001 Oct 11 @ 7:04pm | | | | | |
| OCT11 | # | POS PURCHASE | | | 5.66 | | 6971.30 |
| | # | LOWE'S #1137 EL PASO TX | | | | | |
| | # | 928410782685 001 Oct 11 @ 7:04pm | | | | | |
| OCT13 | | SHARE DRAFT # 4959 | | | 30.00 | | 6941.30 |
| OCT14 | | DFAS-CLEVELAND/CRSC PAY/100809/PPD | | | | 36.87 | 6978.17 |
| | | ACH DIST TOTAL $36.87 | | | | | |
| OCT14 | | SHARE DRAFT # 5040 | | | 61.45 | | 6916.72 |
| OCT11 | # | DEBIT PURCHASE | | | 8.48 | | 6908.24 |
| | # | AAFES CASSIDY BURGER K FT BLISS T | | | | | |
| | # | 928400430423 00IA1200 Oct 11 | | | | | |
| OCT11 | # | DEBIT PURCHASE | | | 29.46 | | 6878.78 |
| | # | FT BLISS CASSIDY GAS FORT BLISS T | | | | | |
| | # | 928400430421 00B62799 Oct 11 | | | | | |
| OCT11 | # | DEBIT PURCHASE | | | 2.95 | | 6875.83 |
| | # | AAFES FT. BLISS PXTRA FORT BLISS T | | | | | |
| | # | 928400430422 00I09200 Oct 11 | | | | | |
| OCT13 | # | DEBIT PURCHASE | | | 19.88 | | 6855.95 |
| | # | UNCLE BAOS EL PASO T | | | | | |
| | # | 928603413397 79777039 Oct 13 | | | | | |
| OCT13 | # | DEBIT PURCHASE | | | 8.04 | | 6847.91 |

| Tran Date | Description | Debits | New Balance |
|---|---|---|---|
| | # FEDEX KINKO'S #0564 EL PASO T | | |
| | # 928604213057 22518407 Oct 13 | | |
| OCT11# | DEBIT PURCHASE | 157.57 | 6690.34 |
| | # FORT BLISS EXCH 228 EL PASO T | | |
| | # 928400430473 00106500 Oct 11 | | |
| OCT11# | DEBIT PURCHASE | 4.39 | 6685.95 |
| | # AAFES BASKIN ROBBINS FT BLISS T | | |
| | # 928400430474 00A01300 Oct 11 | | |
| OCT15 | SHARE DRAFT # 5011 | 13.23 | 6672.72 |
| OCT15 | SHARE DRAFT # 5041 | 125.80 | 6546.92 |
| OCT15 | NEW YORK LIFE/INS. PREM./OCT 09/PP D/ | 365.50 | 6181.42 |
| OCT15 | NEW YORK LIFE/INS. PREM./OCT 09/PP D/ | 506.81 | 5674.61 |

Continued on page 4

ALL ACCOUNTS, EXCEPT SHARE DRAFT ACCOUNTS, ARE NOT TRANSFERABLE AS DEFINED IN REGULATION D.

FIRSTLIGHT
FEDERAL CREDIT UNION




JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
** **** ** *****

| Member No. | Social Secur |
|---|---|
| ******* | ******* |

Statement Period: 01OCT09 to

| Tran Date | E F F | # - Means Effective Dated Description | Periodic Finance Charge | Late Payment Charge | Debits | Credits | New Balance |
|---|---|---|---|---|---|---|---|
| OCT15 | | SHARE DRAFT # 5042 | | | 100.00 | | 5574.61 |
| OCT13 | # | DEBIT PURCHASE | | | 232.20 | | 5342.41 |
| | # | SOUTHWESTAIR5262159376 DALLAS T | | | | | |
| | # | 928603290732 86 Oct 13 | | | | | |
| OCT13 | # | DEBIT PURCHASE | | | 232.20 | | 5110.21 |
| | # | SOUTHWESTAIR5262159376 DALLAS T | | | | | |
| | # | 928603290733 86 Oct 13 | | | | | |
| OCT14 | # | DEBIT PURCHASE | | | 148.02 | | 4962.19 |
| | # | EXPEDIA*TRAVEL 800-367-3476 N | | | | | |
| | # | 928700344361 Oct 14 | | | | | |
| OCT16 | | DFAS-CLEVELAND/FED SALARY/101609/P PD/ACH DIST TOTAL $2,319.49 | | | | 2319.49 | 7281.68 |
| OCT16 | | BILL PAY WITHDRAWAL AT AND T 911923 ORCC WW Oct 16 @ 11:15am | | | 75.57 | | 7206.11 |
| OCT14 | # | DEBIT PURCHASE | | | 9.28 | | 7196.83 |
| | # | TACO BELL1787900178798 EL PASO T | | | | | |
| | # | 928700129868 008 Oct 14 | | | | | |
| OCT15 | # | DEBIT PURCHASE | | | 2.50 | | 7194.33 |
| | # | VETERANS CANTEEN #756 EL PASO T | | | | | |
| | # | 928804192284 74801261 Oct 15 | | | | | |
| OCT18 | # | POS PURCHASE | | | 33.53 | | 7160.80 |
| | # | BCF - 6020 NORTH MESA STR EL PASO | | | | | |
| | # | TX929196487867 34502 Oct 18 @ | | | | | |
| | # | 1:33pm | | | | | |
| OCT18 | # | POS PURCHASE | | | 97.41 | | 7063.39 |
| | # | OFFICE DEPOT EL PASO TX | | | | | |
| | # | 929100010121 022301 Oct 18 @ 2:17pm | | | | | |
| OCT18 | # | POS PURCHASE | | | 29.96 | | 7033.43 |
| | # | WALGREEN COMPANY EL PASO TX | | | | | |
| | # | 929100428141 W0527428 | | | | | |
| | # | Oct 18 @ 4:15pm | | | | | |
| OCT15 | # | DEBIT PURCHASE | | | 8.96 | | 7024.47 |

```
    #    TIERRA DEL SOL MEXICAN EL PASO T
    #    928805616504 00027553 Oct 15
OCT16# DEBIT PURCHASE                                        73.95          6950.52
    #    AMTRAK .COM 2898256340 WASHINGTON D
    #    928902821793 00000001 Oct 16
OCT16# DEBIT PURCHASE                                        90.10          6860.42
    #    AMTRAK .COM 2898256315 WASHINGTON D
    #    928902821794 00000001 Oct 16
OCT18# DEBIT PURCHASE                                         3.38          6857.04
    #    PETSMART INC 212 EL PASO T
    #    929104278919  Oct 18
OCT16# DEBIT PURCHASE                                        14.48          6842.56
    #    3 GARCIA'S EL PASO T
    #    928902536212 00282954 Oct 16
OCT20  BILL PAY WITHDRAWAL                                  100.00          6742.56
         TEXAS GAS SE
         937125 ORCC WW Oct 20 @ 11:11am
OCT18# DEBIT PURCHASE                                        32.00          6710.56
    #    RED LOBSTER US00008870 EL PASO T
    #    929100997744 006 Oct 18
OCT21  T-MOBILE IVR/PCS SVC/091020/TEL                      170.54          6540.02
OCT22  ATT/Payment/102009/TEL                               136.84          6403.18
OCT19# DEBIT PURCHASE                                        36.56          6366.62
    #    AAFES BRIGGS SHOP GAS FT BLISS T
```

Continued on page 5

ALL ACCOUNTS, EXCEPT SHARE DRAFT ACCOUNTS, ARE NOT TRANSFERABLE AS DEFINED IN REGULATION D.



FIRSTLIGHT
FEDERAL CREDIT UNION

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
** **** ** *****




| Member No. | Social Secur |
|---|---|
| ******* | ******** |

Statement Period: 01OCT09 to 3

```
Tran E   # - Means Effective Dated          Periodic Late     Debits     Credits New
Date F                                      Finance  Payment                     Balance
     F   Description                        Charge   Charge

    #    929200520040 002O6A99 Oct 19
OCT19# DEBIT PURCHASE                                        16.13          6350.49
    #    YOUNG VIN RESTAURANT EL PASO T
    #    929201414005 90158112 Oct 19
OCT19# DEBIT PURCHASE                                        19.21          6331.28
    #    GUSSIES TAMALES AND BA EL PASO T
    #    929202737553 00519886 Oct 19
OCT20# DEBIT PURCHASE                                        20.55          6310.73
    #    DIAMOND 1256 SHAMROCK EL PASO T
    #    929302176462 1 Oct 20
OCT20# DEBIT PURCHASE                                       104.96          6205.77
    #    T-MOBILE #346 EL PASO T
    #    929300293765 00000001 Oct 20
OCT21# DEBIT PURCHASE                                        36.98          6168.79
    #    VETERANS CANTEEN #756 EL PASO T
    #    929404138926 48704328 Oct 21
OCT21# DEBIT PURCHASE                                        17.88          6150.91
    #    UNCLE BAOS EL PASO T
    #    929403469347 79777039 Oct 21
OCT21# DEBIT PURCHASE                                         6.00          6144.91
    #    VETERANS CANTEEN #756 EL PASO T
    #    929404255372 48704336 Oct 21
OCT22# DEBIT PURCHASE                                         2.25          6142.66
```

```
    #    VETERANS CANTEEN #756 EL PASO T
    #    929504237453 74908008 Oct 22
OCT25# BILL PAY WITHDRAWAL                         154.89            5987.77
    #    ELECTRIC COM
    #    919200 ORCC WW Oct 25 @ 11:08am
OCT25# ATM WITHDRAWAL                              102.50            5885.27
    #    6701 CONVAIR RD. EL PASO TX
    #    929800009522 0180182 Oct 25 @ 6:07pm
OCT25# DEBIT PURCHASE                              118.56            5766.71
    #    TERILLIS DALLAS DALLAS T
    #    929802030425 00251707 Oct 25
OCT24# DEBIT PURCHASE                               32.46            5734.25
    #    TGI FRIDAYS #0064 DALLAS T
    #    929701441468 93204154 Oct 24
OCT25# DEBIT PURCHASE                               79.49            5654.76
    #    Hotels.com 800-219-4606 T
    #    929801038375  Oct 25
OCT26  POS PURCHASE                                 33.53            5621.23
         OFFICE DEPOT EL PASO TX
         929900010032 019501 Oct 26 @ 6:43pm
OCT27  SHARE DRAFT # 4879                           75.00            5546.23
OCT25# DEBIT PURCHASE                               73.60            5472.63
    #    PAPPADEAUX SEAFOOD KIT DALLAS T
    #    929802321424  Oct 25
OCT26# DEBIT PURCHASE                               21.71            5450.92
    #    SORRENTO INC EL PASO T
    #    929901467855 00396315 Oct 26
OCT26# DEBIT PURCHASE                              165.90            5285.02
    #    YOLIS FINE JEWELRY EL PASO T
    #    929901688372 00056718 Oct 26
OCT29  SHARE DRAFT # 5043                          281.44            5003.58
OCT29  DEPOSIT TR#481                                       425.36   5428.94
OCT27# DEBIT PURCHASE                                6.25            5422.69
    #    TACO BELL 164400164475 EL PASO T
```

Continued on page 6

ALL ACCOUNTS, EXCEPT SHARE DRAFT ACCOUNTS, ARE NOT TRANSFERABLE AS DEFINED IN REGULATION D.

FIRSTLIGHT
FEDERAL CREDIT UNION

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
** **** ** *****




| Member No. | Social Secur |
|---|---|
| ******* | ******** |

Statement Period: 01OCT09 to

| Tran Date | E F F | # - Means Effective Dated Description | Periodic Finance Charge | Late Payment Charge | Debits | Credits | New Balance |
|---|---|---|---|---|---|---|---|
| | # | 930000094648 008 Oct 27 | | | | | |
| OCT27 | # | DEBIT PURCHASE | | | 1.93 | | 5420.76 |
| | # | TACO BELL 164400164475 EL PASO T | | | | | |
| | # | 930000094649 008 Oct 27 | | | | | |
| OCT27 | # | DEBIT PURCHASE | | | 10.77 | | 5409.99 |
| | # | DENNY'S #6910 EL PASO T | | | | | |
| | # | 930002069266 1 Oct 27 | | | | | |
| OCT29 | | T'FER FROM 5357450S1 HB | | | | 3800.00 | 9209.99 |
| OCT29 | | BILL PAY WITHDRAWAL | | | 1044.03 | | 8165.96 |
| | | HOME 1658 | | | | | |
| | | 057329 ORCC WW Oct 29 @ 5:53pm | | | | | |
| OCT29 | | BILL PAY WITHDRAWAL | | | 4585.51 | | 3580.45 |
| | | HOME 1777 | | | | | |

```
        057332 ORCC WW Oct 29 @ 5:53pm
OCT29  POS PURCHASE                                   7.49               3572.96
        WALGREEN COMPANY EL PASO TX
        930200431085 W0527431
        Oct 29 @ 6:49pm
OCT30  US TREASURY 220/VA BENEFIT/103009/                       1835.00   5407.96
        PPD/
OCT30  DFAS-CLEVELAND/FED SALARY/103009/P                       2319.49   7727.45
        PD/ACH DIST TOTAL $2,319.49
OCT30  BILL PAY WITHDRAWAL                           95.00               7632.45
        EL PASO WATE
        987134 ORCC WW Oct 30 @ 11:14am
OCT29# DEBIT PURCHASE                                 5.92               7626.53
     #  FEDEX KINKO'S #0564 EL PASO T
     #  930204173592 75671240 Oct 29
OCT30  DEBIT PURCHASE                                47.91               7578.62
        CKT*CRICKETCOMM 800-274-2538 C
        930303647184  Oct 30
OCT29# DEBIT PURCHASE                                25.19               7553.43
     #  FT BLISS CASSIDY GAS FORT BLISS T
     #  930200412841 00B62799 Oct 29
OCT29# DEBIT PURCHASE                               808.23               6745.20
     #  STATE FARM INSURANCE 800-956-6310 I
     #  930201113584  Oct 29
OCT31  Closing Date...New Balance                                        6745.20
```

Cleared Share Draft Recap

| Draft # | Date | Amount | Draft # | Date | Amount | Draft # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 500 | OCT07 | 325.00 | *4959 | OCT13 | 30.00 | 5041 | OCT15 | 125.80 |
| 501 | OCT07 | 325.00 | *5011 | OCT15 | 13.23 | 5042 | OCT15 | 100.00 |
| *4879 | OCT27 | 75.00 | *5040 | OCT14 | 61.45 | 5043 | OCT29 | 281.44 |

```
Overdraft Fees-Period to Date        0.00
Overdraft Fees-Year to Date          0.00
Return Fees-Period to Date           0.00
Return Fees-Year to Date             0.00

     L4 LOAN A/C - SHARE/CD SECURED (OPEN-END)
OCT1   Previous Balance                                                    0.00
OCT31  Closing Date...New Balance                                          0.00
```

Continued on page 7

ALL ACCOUNTS, EXCEPT SHARE DRAFT ACCOUNTS, ARE NOT TRANSFERABLE AS DEFINED IN REGULATION D.



FIRSTLIGHT
FEDERAL CREDIT UNION

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
** **** ** *****




| Member No. | Social Secur |
|---|---|
| ******* | ******* |

Statement Period: 01OCT09 to

```
Tran E   # - Means Effective Dated        Periodic Late     Debits     Credits New
Date F                                    Finance  Payment                     Balance
     F   Description                      Charge   Charge

     L92 LOAN A/C - USED INDIRECT TEXAS
     (Co-Borrower ROSANA E MONGE DEBTOR-IN-POSSESSION-09-30881-LMC)
OCT1   Previous Balance                                                    0.00
```