**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| IN RE:<br><br>JOE JESSE MONGE and<br>ROSANA ELENA MONGE,<br><br>Debtors. | Case No.: 09-30881-lmc<br><br>Chapter 11 Proceedings |

**DEBTOR JOE JESSE MONGE AND ROSANA ELENA MONGE'S SEVENTH MONTHLY OPERATING REPORT (11/01/09 - 11/30/09)**

**TO THE HONORABLE LEIF M. CLARK, UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW, Joe Jesse Monge and Rosana Elena Monge, Debtors in the above entitled and numbered case by and through their attorney of record, Sidney J. Diamond of Sidney Diamond, P.C. and files this their Seventh Monthly Operating Report (11/01/2009 - 11/30/2009) of the operation of their business, pursuant to 11 U.S.C. §704(8) and Bankruptcy Rule 2015(a)(3); such report being attached hereto as Exhibit "A" and incorporated herein by reference.

**DATED**: January 14, 2010.

Respectfully submitted,

SIDNEY DIAMOND, P.C.

/s/ Sidney J. Diamond

By: Sidney J. Diamond
Attorney for Debtors
Texas Bar Card No.: 5803000
3800 N. Mesa, Suite C-4
El Paso, Texas 79902
(915) 532-3327 Voice
(915) 532-3355 Fax
Sidney@sidneydiamond.com

# CERTIFICATE OF SERVICE

I, Sidney J. Diamond, do hereby certify that on January 14, 2010, a true and correct copy of the foregoing Seventh Monthly Operating Report (11/01/2009-11/30/2009) was served by depositing the same in the United States Mail, properly addressed and postage prepaid, Electronic Mail Service, or by Facsimile to the following parties:

**THE DEBTORS:**
Joe Jesse Monge and
Rosana Elena Monge
51 Sierra Crest Dr.
El Paso, TX 79902

**UNITED STATES TRUSTEE:**
Kevin Epstein, Esq.
Office of the U.S. Trustee
P.O. Box 1539
San Antonio, TX 78295-1539
**By Email: USTPRegion07.SN.ECF@usdoj.gov**

**PARTIES PREVIOUSLY REQUESTING NOTICE:**

David Alvoet
Linebarger, Goggan, Blair & Sampsom, LLP
711 Navarro, Suite 300
San Antonio, TX 78205
Attorney for City of El Paso

Carlos A. Miranda, III
5915 Silver Springs, Bldg. 3A
El Paso, TX 79912
Attorney for El Paso Area Teachers FCU

Lance C. Reedman
4171 N. Mesa St., Suite B-201
El Paso, TX 79902
Attorney for Francisco Jayme & Alicia Rojas

/s/ Sidney J. Diamond
Sidney J. Diamond

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re Joe Jesse and Rosana Monge
Debtor

Case No. 09-30881-LMC

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: 11/01/2009 to 11/31/2009

Date filed:

Line of Business: Closed

NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

Rosana E Monge
Original Signature of Responsible Party

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☐ | ☒ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☒ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☒ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☒ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☒ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☐ | ☒ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☐ | ☒ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☐ | ☒ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☐ | ☒ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

# Banking Summary

**11/1/2009 Through 11/30/2009**

1/13/2010 

| Category Description | 11/1/2009-11/30/2009 |
|---|---|
| **INCOME** | |
| Uncategorized | 1,065.67 |
| Invest Inc | 400.33 |
| Other Inc | 4,137.22 |
| Salary Spouse | 4,617.73 |
| **TOTAL INCOME** | **10,220.95** |
| **EXPENSES** | |
| Uncategorized | 103.06 |
| Auto | 43.26 |
| Fuel | 120.50 |
| TOTAL Auto | 163.76 |
| Cell Phone | 100.00 |
| Clothing | 30.28 |
| Entertainment | 600.67 |
| Groceries | 312.63 |
| Home Repair | 63.73 |
| Homeowner's Fees | 175.00 |
| Household | 499.73 |
| Insurance | |
| Life Insurance | 937.31 |
| TOTAL Insurance | 937.31 |
| Joes Income | 2,247.89 |
| Lunch | 445.08 |
| Meals & Entertn | 128.18 |
| Medical | 12.54 |
| Medicine | 40.72 |
| TOTAL Medical | 53.26 |
| Mortgage Int | 2,085.51 |
| One Two Three, Bussiness | 7.95 |
| Postage and Delivery | 7.51 |
| Rental Expenses | |
| Mortgage Interest Expense | 3,544.03 |
| TOTAL Rental Expenses | 3,544.03 |
| Tax | 0.47 |
| Utilities | 100.00 |
| Gas & Electric | 154.89 |
| Water | 189.82 |
| TOTAL Utilities | 444.71 |
| Utilities, Bus | |
| Telephone, Bus | 75.57 |
| TOTAL Utilities, Bus | 75.57 |
| **TOTAL EXPENSES** | **12,026.33** |
| **OVERALL TOTAL** | **-1,805.38** |

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☒ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☒ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☒ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☒ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☒ | ☐ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME** $ 10220.95

**SUMMARY OF CASH ON HAND**

Cash on Hand at Start of Month Savings Money market $ 27.92

Cash on Hand at End of Month Share Acct $ 51.36

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU **TOTAL** $ 10,300.23

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ 12 026.33

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* $ 10 300.23

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* $ 12 026.33

*(Subtract Line C from Line B)* **CASH PROFIT FOR THE MONTH** $ – 1,726.10

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ —

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

Pending Court Decision on Alicia Rojas Back Rent

**TOTAL RECEIVABLES** $ —

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

Attached Bank Statement

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? —

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ —

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ —

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ —

**PROJECTIONS**

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

| | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 18 000.00 | $ 10 300.63 | $ 7699.37 |
| EXPENSES | $ 18 000.00 | $ 12 026.33 | $ 5973.67 |
| CASH PROFIT | $ – | $ – 1,726.10 | $ 1725.70 |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 18000.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 18000.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ – |

**ADDITIONAL INFORMATION**

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**



FIRSTLIGHT
FEDERAL CREDIT UNION

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
** **** ** *****



| Member No. | Social Secu |
|---|---|
| ******* | ******* |

Statement Period: 27NOV09 to

| Tran Date | E F F | # - Means Effective Dated Description | Periodic Finance Charge | Late Payment Charge | Debits | Credits | New Balance |
|---|---|---|---|---|---|---|---|
| | | fb0s50 | | | | | |
| | | S1 SHARE A/C - SHARE ACCOUNT | | | | | |
| | | (Joint with ROSANA E MONGE DEBTOR-IN-POSSESSION-09-30881-LMC) | | | | | |
| NOV27 | | Previous Balance | | | | | 51.36 |
| DEC31 | | Closing Date...New Balance | | | | | 51.36 |
| | | S66 SHARE A/C - MONEY MARKET | | | | | |
| | | (Joint with ROSANA E MONGE DEBTOR-IN-POSSESSION-09-30881-LMC) | | | | | |
| NOV27 | | Previous Balance | | | | | 27.92 |
| DEC1 | | DIVIDEND CREDIT | | | | 0.01 | 27.93 |
| DEC1 | | Annual Percentage Yield Earned: 0.44% | | | | | |
| DEC1 | | For the Period from 11/01 through 11/30. | | | | | |
| DEC31 | | Closing Date...New Balance | | | | | 27.93 |
| | | S74 SHARE A/C - SIMPLY 50 SHAREDRAFT | | | | | |
| | | (Joint with ROSANA E MONGE DEBTOR-IN-POSSESSION-09-30881-LMC) | | | | | |
| NOV27 | | Previous Balance | | | | | 4804.93 |
| NOV27 | | DFAS-CLEVELAND/FED SALARY/112709/P PD/ACH DIST TOTAL $2,298.24 | | | | 2298.24 | 7103.17 |
| NOV24 | # | DEBIT PURCHASE | | | 35.15 | | 7068.02 |
| | # | FT BLISS CASSIDY GAS FORT BLISS T | | | | | |
| | # | 932800461814 00B62799 Nov 24 | | | | | |
| NOV24 | # | DEBIT PURCHASE | | | 9.39 | | 7058.63 |
| | # | AAFES CASSIDY BURGER K FT BLISS T | | | | | |
| | # | 932800461815 00IA1200 Nov 24 | | | | | |
| NOV24 | # | DEBIT PURCHASE | | | 15.96 | | 7042.67 |
| | # | TACO BELL1787900178798 EL PASO T | | | | | |
| | # | 932800173043 008 Nov 24 | | | | | |
| NOV24 | # | DEBIT PURCHASE | | | 53.63 | | 6989.04 |
| | # | U-HAUL CT NORTHEAST EL PASO T | | | | | |
| | # | 932800591981 Nov 24 | | | | | |
| NOV25 | # | DEBIT PURCHASE | | | 3.14 | | 6985.90 |
| | # | VETERANS CANTEEN #756 EL PASO T | | | | | |
| | # | 932904510044 Nov 25 | | | | | |
| NOV24 | # | DEBIT PURCHASE | | | 4.67 | | 6981.23 |
| | # | CIRCLE K 01418 Q47 EL PASO T | | | | | |
| | # | 932801211956 101 Nov 24 | | | | | |
| NOV25 | # | DEBIT PURCHASE | | | 36.29 | | 6944.94 |
| | # | YOUNG VIN RESTAURANT EL PASO T | | | | | |
| | # | 932901860219 90158112 Nov 25 | | | | | |
| NOV27 | | BILL PAY WITHDRAWAL HOME 1777 003787 ORCC WW Nov 27 @ 5:12pm | | | 2085.51 | | 4859.43 |
| NOV26 | # | DEBIT PURCHASE | | | 11.40 | | 4848.03 |
| | # | FT. BLISS CASSIDY SHOP FORT BLISS T | | | | | |
| | # | 933004476041 00B62700 Nov 26 | | | | | |
| NOV27 | # | DEBIT PURCHASE | | | 46.29 | | 4801.74 |
| | # | FORT BLISS EXCH 228 EL PASO T | | | | | |
| | # | 933101592736 00106500 Nov 27 | | | | | |

Continued on page 2

ALL ACCOUNTS, EXCEPT SHARE DRAFT ACCOUNTS, ARE NOT TRANSFERABLE AS DEFINED IN REGULATION D.



FIRSTLIGHT
FEDERAL CREDIT UNION

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
** **** ** *****




| Member No. | Social Secu |
|---|---|
| ******* | ******* |

Statement Period: 27NOV09 to

| Tran Date | E F F | # - Means Effective Dated Description | Periodic Finance Charge | Late Payment Charge | Debits | Credits | New Balance |
|---|---|---|---|---|---|---|---|
| NOV30 | | BILL PAY WITHDRAWAL | | | 95.00 | | 4706.74 |
| | | EL PASO WATE | | | | | |
| | | 967280 ORCC WW Nov 30 @ 11:26am | | | | | |
| NOV27 | # | DEBIT PURCHASE | | | 13.80 | | 4692.94 |
| | # | 3 GARCIA'S EL PASO T | | | | | |
| | # | 933102325705 00282954 Nov 27 | | | | | |
| DEC1 | | US TREASURY 220/VA BENEFIT/120109/ | | | | 1835.00 | 6527.94 |
| | | PPD/ | | | | | |
| DEC1 | | DFAS-CLEVELAND/CRSC PAY/112309/PPD | | | | 1064.00 | 7591.94 |
| | | ACH DIST TOTAL $1,064.00 | | | | | |
| DEC1 | | DIVIDEND CREDIT | | | | 1.34 | 7593.28 |
| DEC1 | | Annual Percentage Yield Earned: 0.25% | | | | | |
| DEC1 | | For the Period from 11/01 through 11/30. | | | | | |
| DEC1 | | FED W/H TAX | | | 0.38 | | 7592.90 |
| DEC1 | | NEW YORK LIFE/INS. PREM./DEC 09/PP | | | 14.25 | | 7578.65 |
| | | D/ | | | | | |
| DEC1 | | NEW YORK LIFE/INS. PREM./DEC 09/PP | | | 50.75 | | 7527.90 |
| | | D/ | | | | | |
| NOV30 | # | DEBIT PURCHASE | | | 6.58 | | 7521.32 |
| | # | WALGREENS #4679 EL PASO T | | | | | |
| | # | 933404119499 Nov 30 | | | | | |
| NOV30 | # | DEBIT PURCHASE | | | 14.00 | | 7507.32 |
| | # | WALGREENS #4679 EL PASO T | | | | | |
| | # | 933404226929 Nov 30 | | | | | |
| DEC2 | | DEBIT PURCHASE | | | 47.91 | | 7459.41 |
| | | CKT*CRICKETCOMM 800-274-2538 C | | | | | |
| | | 933604326205 Dec 2 | | | | | |
| DEC2 | | POS PURCHASE | | | 18.19 | | 7441.22 |
| | | AAFES EL PASO XX | | | | | |
| | | 933600064231 00047647 Dec 2 @ 7:31pm | | | | | |
| DEC3 | | AMERICAN EXPRESS/COLLECTION/091203 | | | 7.95 | | 7433.27 |
| | | /CCD/ | | | | | |
| DEC2 | # | DEBIT PURCHASE | | | 64.96 | | 7368.31 |
| | # | VETERANS CANTEEN #756 EL PASO T | | | | | |
| | # | 933604391259 75962407 Dec 2 | | | | | |
| DEC2 | # | DEBIT PURCHASE | | | 19.88 | | 7348.43 |
| | # | UNCLE BAOS EL PASO T | | | | | |
| | # | 933603844094 79777039 Dec 2 | | | | | |
| DEC4 | | ATM WITHDRAWAL | | | 201.50 | | 7146.93 |
| | | VA - EL PASO EL PASO TX | | | | | |
| | | 000000075705 LK746968 Dec 4 @ 3:07pm | | | | | |
| DEC2 | # | DEBIT PURCHASE | | | 26.24 | | 7120.69 |
| | # | AAFES JEB STUART SHOPP FORT BLISS T | | | | | |
| | # | 933600509019 00B70099 Dec 2 | | | | | |
| DEC2 | # | DEBIT PURCHASE | | | 369.00 | | 6751.69 |
| | # | FORT BLISS EXCH 228 EL PASO T | | | | | |
| | # | 933600509020 00106500 Dec 2 | | | | | |
| DEC2 | # | DEBIT PURCHASE | | | 15.40 | | 6736.29 |
| | # | 3 GARCIA'S EL PASO T | | | | | |
| | # | 933601750061 00282954 Dec 2 | | | | | |
| DEC3 | # | DEBIT PURCHASE | | | 33.47 | | 6702.82 |
| | # | AAFES JEB STUART SHOPP FORT BLISS T | | | | | |
| | # | 933704903965 00B70099 Dec 3 | | | | | |

| Tran Date | E F F | Description | Debits | New Balance |
|---|---|---|---|---|
| DEC3 | # | DEBIT PURCHASE | 21.65 | 6681.17 |
| | # | PIZZA HUT # 0286336369 EL PASO T | | |
| | # | 933704643693 010 Dec 3 | | |
| DEC5 | # | DEBIT PURCHASE | 12.00 | 6669.17 |

Continued on page 3

ALL ACCOUNTS, EXCEPT SHARE DRAFT ACCOUNTS, ARE NOT TRANSFERABLE AS DEFINED IN REGULATION D.



FIRSTLIGHT
FEDERAL CREDIT UNION

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
** **** ** *****




| Member No. | Social Secu |
|---|---|
| ******* | ******* |

Statement Period: 27NOV09 to

| Tran Date | E F F | # - Means Effective Dated Description | Periodic Finance Charge | Late Payment Charge | Debits | Credits | New Balance |
|---|---|---|---|---|---|---|---|
| | # | PRECISE CUTS EL PASO T | | | | | |
| | # | 933903109295 001 Dec 5 | | | | | |
| DEC5 | # | DEBIT PURCHASE | | | 8.50 | | 6660.67 |
| | # | VETERANS CANTEEN #756 EL PASO T | | | | | |
| | # | 933902036653 50986856 Dec 5 | | | | | |
| DEC5 | # | DEBIT PURCHASE | | | 267.96 | | 6392.71 |
| | # | VETERANS CANTEEN #756 EL PASO T | | | | | |
| | # | 933902036654 50986864 Dec 5 | | | | | |
| DEC4 | # | DEBIT PURCHASE | | | 89.00 | | 6303.71 |
| | # | INTERVA*New Members 800-828-8200 F | | | | | |
| | # | 933804771193 Dec 4 | | | | | |
| DEC4 | # | DEBIT PURCHASE | | | 54.00 | | 6249.71 |
| | # | INTERVA*New Members 800-828-8200 F | | | | | |
| | # | 933804771194 Dec 4 | | | | | |
| DEC4 | # | DEBIT PURCHASE | | | 15.96 | | 6233.75 |
| | # | 3 GARCIA'S EL PASO T | | | | | |
| | # | 933802938930 00282954 Dec 4 | | | | | |
| DEC5 | # | DEBIT PURCHASE | | | 45.72 | | 6188.03 |
| | # | RED LOBSTER US00062141 EL PASO T | | | | | |
| | # | 933901948537 007 Dec 5 | | | | | |
| DEC7 | # | ATM WITHDRAWAL | | | 140.00 | | 6048.03 |
| | # | Cardtronics CCSB EL PASO TX | | | | | |
| | # | 934100280595 CW000038 Dec 7 @ 8:29pm | | | | | |
| DEC7 | # | DEBIT PURCHASE | | | 4.80 | | 6043.23 |
| | # | VETERANS CANTEEN #756 EL PASO T | | | | | |
| | # | 934104467580 10895208 Dec 7 | | | | | |
| DEC9 | | BILL PAY WITHDRAWAL | | | 175.00 | | 5868.23 |
| | | HOMEOWNERS A | | | | | |
| | | 910672 ORCC WW Dec 9 @ 11:12am | | | | | |
| DEC7 | # | DEBIT PURCHASE | | | 5.99 | | 5862.24 |
| | # | FORT BLISS EXCH 228 EL PASO T | | | | | |
| | # | 934100513040 00106500 Dec 7 | | | | | |
| DEC8 | # | DEBIT PURCHASE | | | 19.88 | | 5842.36 |
| | # | UNCLE BAOS EL PASO T | | | | | |
| | # | 934203611735 79777039 Dec 8 | | | | | |
| DEC8 | # | PURCHASE RETURN | | | | 259.98 | 6102.34 |
| | # | VETERANS CANTEEN #756 EL PASO T | | | | | |
| | # | 934204206838 53641286 Dec 8 | | | | | |
| DEC8 | # | DEBIT PURCHASE | | | 39.99 | | 6062.35 |
| | # | VETERANS CANTEEN #756 EL PASO T | | | | | |
| | # | 934204310790 53641294 Dec 8 | | | | | |
| DEC9 | # | POS PURCHASE | | | 225.49 | | 5836.86 |
| | # | AAFES EL PASO XX | | | | | |

| Tran Date | EFF | Description | Debits | Credits | New Balance |
|---|---|---|---|---|---|
| | # | 934300026442 00047647 Dec 9 @ 9:10pm | | | |
| DEC8 | # | DEBIT PURCHASE | 27.13 | | 5809.73 |
| | # | FT BLISS CASSIDY GAS FORT BLISS T | | | |
| | # | 934200501792 00B62799 Dec 8 | | | |
| DEC9 | # | DEBIT PURCHASE | 35.22 | | 5774.51 |
| | # | PRONTO LUBE #2 HAY EL PASO T | | | |
| | # | 934302623812 LK721176 Dec 9 | | | |
| DEC7 | # | DEBIT PURCHASE | 25.69 | | 5748.82 |
| | # | IHOP 3020 00030205 EL PASO T | | | |
| | # | 934100019248 001 Dec 7 | | | |
| DEC9 | # | DEBIT PURCHASE | 4.09 | | 5744.73 |
| | # | SUN CITY DAIRY QUEEN I EL PASO T | | | |
| | # | 934303218996 001 Dec 9 | | | |
| DEC11 | | DFAS-CLEVELAND/FED SALARY/121109/P | | 2194.50 | 7939.23 |

Continued on page 4

ALL ACCOUNTS, EXCEPT SHARE DRAFT ACCOUNTS, ARE NOT TRANSFERABLE AS DEFINED IN REGULATION D.



FIRSTLIGHT
FEDERAL CREDIT UNION

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
** **** ** *****




| Member No. | Social Secu |
|---|---|
| ******* | ******* |

**Statement Period:** 27NOV09 to

| Tran Date | E F F | # - Means Effective Dated Description | Periodic Finance Charge | Late Payment Charge | Debits | Credits | New Balance |
|---|---|---|---|---|---|---|---|
| | | PD/ACH DIST TOTAL $2,194.50 | | | | | |
| DEC9 | # | DEBIT PURCHASE | | | 45.74 | | 7893.49 |
| | # | FT BLISS CASSIDY GAS FORT BLISS T | | | | | |
| | # | 934300527976 00B62799 Dec 9 | | | | | |
| DEC9 | # | DEBIT PURCHASE | | | 2.49 | | 7891.00 |
| | # | AAFES BLISS TACO BELL FORT BLISS T | | | | | |
| | # | 934300528012 00B65300 Dec 9 | | | | | |
| DEC10 | # | DEBIT PURCHASE | | | 69.45 | | 7821.55 |
| | # | VETERANS CANTEEN #756 EL PASO T | | | | | |
| | # | 934404465986 38254160 Dec 10 | | | | | |
| DEC12 | | POS PURCHASE | | | 86.85 | | 7734.70 |
| | | #00936 ALBERTSONS EL PASO TX | | | | | |
| | | 934633616200 81086701 | | | | | |
| | | Dec 12 @ 5:01pm | | | | | |
| DEC8 | # | DEBIT PURCHASE | | | 69.28 | | 7665.42 |
| | # | CKT CRICKETCOMM EL PASO T | | | | | |
| | # | 934208343322 Dec 8 | | | | | |
| DEC11 | # | DEBIT PURCHASE | | | 19.36 | | 7646.06 |
| | # | CKT CRICKETCOMM EL PASO T | | | | | |
| | # | 934508445057 Dec 11 | | | | | |
| DEC11 | # | DEBIT PURCHASE | | | 59.99 | | 7586.07 |
| | # | VETERANS CANTEEN #756 EL PASO T | | | | | |
| | # | 934509293688 89613669 Dec 11 | | | | | |
| DEC11 | # | DEBIT PURCHASE | | | 8.27 | | 7577.80 |
| | # | ORIENTAL GARDEN EL PASO T | | | | | |
| | # | 934508572849 52794401 Dec 11 | | | | | |
| DEC11 | # | PURCHASE RETURN | | | | 54.00 | 7631.80 |
| | # | INTERVAL TRA* 800-828-8200 F | | | | | |
| | # | 934504862963 Dec 11 | | | | | |
| DEC11 | # | PURCHASE RETURN | | | | 89.00 | 7720.80 |
| | # | INTERVAL TRA* 800-828-8200 F | | | | | |
| | # | 934504862962 Dec 11 | | | | | |
| DEC12 | # | DEBIT PURCHASE | | | 10.88 | | 7709.92 |

| Tran Date | Description | Debits | Credits | New Balance |
|---|---|---|---|---|
| # | 3 GARCIA'S EL PASO T | | | |
| # | 934602981706 00282954 Dec 12 | | | |
| DEC15 | NEW YORK LIFE/INS. PREM./DEC 09/PP D/ | 365.50 | | 7344.42 |
| DEC15 | NEW YORK LIFE/INS. PREM./DEC 09/PP D/ | 506.81 | | 6837.61 |
| DEC14# | DEBIT PURCHASE | 45.96 | | 6791.65 |
| # | VETERANS CANTEEN #756 EL PASO T | | | |
| # | 934804351139 63311721 Dec 14 | | | |
| DEC16 | US TREASURY 303/SOC SEC/121609/PPD | | 1494.00 | 8285.65 |
| DEC16 | BILL PAY WITHDRAWAL AT AND T 912356 ORCC WW Dec 16 @ 11:14am | 75.57 | | 8210.08 |
| DEC15# | DEBIT PURCHASE | 14.01 | | 8196.07 |
| # | ORIENTAL GARDEN EL PASO T | | | |
| # | 934904364894 52794401 Dec 15 | | | |
| DEC14# | DEBIT PURCHASE | 16.13 | | 8179.94 |
| # | YOUNG VIN RESTAURANT EL PASO T | | | |
| # | 934801713757 90158112 Dec 14 | | | |
| DEC16 | BILL PAY WITHDRAWAL ELECTRIC COM 026862 ORCC WW Dec 16 @ 6:44pm | 300.00 | | 7879.94 |
| DEC15# | DEBIT PURCHASE | 31.72 | | 7848.22 |
| # | FT BLISS CASSIDY GAS FORT BLISS T | | | |

Continued on page 5

ALL ACCOUNTS, EXCEPT SHARE DRAFT ACCOUNTS, ARE NOT TRANSFERABLE AS DEFINED IN REGULATION D.

FIRSTLIGHT
FEDERAL CREDIT UNION

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
** **** ** *****




| Member No. | Social Secu |
|---|---|
| ******* | ******* |

**Statement Period:** 27NOV09 to

| Tran Date | E F F | # - Means Effective Dated Description | Periodic Finance Charge | Late Payment Charge | Debits | Credits | New Balance |
|---|---|---|---|---|---|---|---|
| # | | 934900562966 00B62799 Dec 15 | | | | | |
| DEC15# | | DEBIT PURCHASE | | | 14.12 | | 7834.10 |
| # | | 3 GARCIA'S EL PASO T | | | | | |
| # | | 934902049690 00282954 Dec 15 | | | | | |
| DEC18 | | ATM WITHDRAWAL PROMOCION Y OP CD. JUAREZ MX 000000004969 NM1592 Dec 18 @ 3:52pm | | | 234.21 | | 7599.89 |
| DEC18 | | ATM NETWORK FEE | | | 1.00 | | 7598.89 |
| DEC16# | | DEBIT PURCHASE | | | 29.93 | | 7568.96 |
| # | | SORRENTO INC EL PASO T | | | | | |
| # | | 935001485408 00396315 Dec 16 | | | | | |
| DEC16# | | DEBIT PURCHASE | | | 13.91 | | 7555.05 |
| # | | 3 GARCIA'S EL PASO T | | | | | |
| # | | 935002066252 00282954 Dec 16 | | | | | |
| DEC16# | | DEBIT PURCHASE | | | 41.07 | | 7513.98 |
| # | | FT BLISS CASSIDY GAS FORT BLISS T | | | | | |
| # | | 935000556328 00B62799 Dec 16 | | | | | |
| DEC16# | | DEBIT PURCHASE | | | 19.12 | | 7494.86 |
| # | | OREILLY AUTO 00027953 EL PASO T | | | | | |
| # | | 935001094975 025 Dec 16 | | | | | |
| DEC17# | | DEBIT PURCHASE | | | 151.74 | | 7343.12 |
| # | | VETERANS CANTEEN #756 EL PASO T | | | | | |
| # | | 935105063046 47143740 Dec 17 | | | | | |

| Tran Date | Description | Debits | Credits | New Balance |
|---|---|---|---|---|
| DEC17# | DEBIT PURCHASE | 15.27 | | 7327.85 |
| # | ORIENTAL GARDEN EL PASO T | | | |
| # | 935104163044 52794401 Dec 17 | | | |
| DEC17# | PURCHASE RETURN | | 84.99 | 7412.84 |
| # | VETERANS CANTEEN #756 EL PASO T | | | |
| # | 935104919000 47143732 Dec 17 | | | |
| DEC19 | POS PURCHASE | 203.57 | | 7209.27 |
| | AAFES EL PASO XX | | | |
| | 935300054843 00047647 | | | |
| | Dec 19 @ 3:39pm | | | |
| DEC20# | BILL PAY WITHDRAWAL | 100.00 | | 7109.27 |
| # | TEXAS GAS SE | | | |
| # | 928275 ORCC WW Dec 20 @ 11:07am | | | |
| DEC19# | DEBIT PURCHASE | 6.05 | | 7103.22 |
| # | MCDONALD'S M7639 OF TX EL PASO T | | | |
| # | 935304377954 1 Dec 19 | | | |
| DEC19# | DEBIT PURCHASE | 15.12 | | 7088.10 |
| # | LOWES #01152* EL PASO T | | | |
| # | 935303356286 Dec 19 | | | |
| DEC19# | DEBIT PURCHASE | 61.96 | | 7026.14 |
| # | VETERANS CANTEEN #756 EL PASO T | | | |
| # | 935302026225 19491272 Dec 19 | | | |
| DEC18# | DEBIT PURCHASE | 42.00 | | 6984.14 |
| # | USCUSTOMS TRUSTEDTRAVE 317-614-4887 | | | |
| # | 935210050158 18699694 Dec 18 | | | |
| DEC21 | POS PURCHASE | 101.70 | | 6882.44 |
| | BCF - 6020 NORTH MESA STR EL PASO | | | |
| | TX935536518097 34502 Dec 21 @ | | | |
| | 4:59pm | | | |
| DEC19# | DEBIT PURCHASE | 100.27 | | 6782.17 |
| # | THE HOME DEPOT 523 EL PASO T | | | |
| # | 935302619047 Dec 19 | | | |
| DEC20# | DEBIT PURCHASE | 5.07 | | 6777.10 |
| # | VISTA QUALITY MARKE EL PASO T | | | |

Continued on page 6

ALL ACCOUNTS, EXCEPT SHARE DRAFT ACCOUNTS, ARE NOT TRANSFERABLE AS DEFINED IN REGULATION D.




JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
** **** ** *****




| Member No. | Social Secu |
|---|---|
| ******* | ******* |

Statement Period: 27NOV09 to

| Tran Date | E F F | # - Means Effective Dated Description | Periodic Finance Charge | Late Payment Charge | Debits | Credits | New Balance |
|---|---|---|---|---|---|---|---|
| | # | 935402371144 1 Dec 20 | | | | | |
| DEC19 | # | DEBIT PURCHASE | | | 7.99 | | 6769.11 |
| | # | AAFES CHARLEY'S STEAKE FT BLISS T | | | | | |
| | # | 935300496245 00A01200 Dec 19 | | | | | |
| DEC19 | # | DEBIT PURCHASE | | | 4.39 | | 6764.72 |
| | # | AAFES BASKIN ROBBINS FT BLISS T | | | | | |
| | # | 935300496246 00A01300 Dec 19 | | | | | |
| DEC21 | # | DEBIT PURCHASE | | | 10.00 | | 6754.72 |
| | # | DIAMOND 1359 SHAMROCK EL PASO T | | | | | |
| | # | 935502579944 1 Dec 21 | | | | | |
| DEC22 | # | DEBIT PURCHASE | | | 66.89 | | 6687.83 |
| | # | FERGUSON ENT #1398 915-581-3076 T | | | | | |
| | # | 935603441304 Dec 22 | | | | | |

| Date | Description | Debits | Credits | New Balance |
|---|---|---|---|---|
| DEC22# | DEBIT PURCHASE<br># FAMILY DOLLAR #4986 EL PASO T<br># 935605344778 96123510 Dec 22 | 15.16 | | 6672.67 |
| DEC22# | DEBIT PURCHASE<br># LOWES #01152* EL PASO T<br># 935601705418 Dec 22 | 3.64 | | 6669.03 |
| DEC21# | DEBIT PURCHASE<br># RED LOBSTER US00008870 EL PASO T<br># 935501147124 006 Dec 21 | 49.47 | | 6619.56 |
| DEC24 | DFAS-CLEVELAND/FED SALARY/122409/P<br>PD/ACH DIST TOTAL $2,241.89 | | 2241.89 | 8861.45 |
| DEC22# | DEBIT PURCHASE<br># VISTA QUALITY MARKE EL PASO T<br># 935603424034 1 Dec 22 | 1.99 | | 8859.46 |
| DEC25# | BILL PAY WITHDRAWAL<br># ELECTRIC COM<br># 976942 ORCC WW Dec 25 @ 11:08am | 154.89 | | 8704.57 |
| DEC23# | DEBIT PURCHASE<br># FT BLISS CASSIDY GAS FORT BLISS T<br># 935700687260 00B62799 Dec 23 | 37.41 | | 8667.16 |
| DEC23# | DEBIT PURCHASE<br># FT BLISS COMMISSARY FORT BLISS T<br># 935700191725 98932015 Dec 23 | 79.32 | | 8587.84 |
| DEC23# | DEBIT PURCHASE<br># BLISS ITR FT BLISS T<br># 935700558598 Dec 23 | 136.00 | | 8451.84 |
| DEC22# | ATM WITHDRAWAL<br># FNB TX-YARBROUGH EL PASO T<br># 935602277969 72569413 Dec 22 | 80.00 | | 8371.84 |
| DEC26 | BILL PAY WITHDRAWAL<br>Home Insuran<br>090231 ORCC WW Dec 26 @ 11:55am | 808.23 | | 7563.61 |
| DEC26 | POS PURCHASE<br>MEXICO LINDO TUCSON AZ<br>936092355500 53995001<br>Dec 26 @ 9:54am | 26.18 | | 7537.43 |
| DEC27# | PAYMENT/TRANSFER DEBIT<br># VESTA *AT&T 866 608-3007 OR<br># 936180516491 VESTA002<br># Dec 27 @ 5:42am | 54.13 | | 7483.30 |
| DEC28 | ATM NETWORK FEE | 1.00 | | 7482.30 |
| DEC24# | DEBIT PURCHASE<br># MONTANA CAR WASH EL PASO T<br># 935803939810 2642001 Dec 24 | 20.00 | | 7462.30 |

Continued on page 7

ALL ACCOUNTS, EXCEPT SHARE DRAFT ACCOUNTS, ARE NOT TRANSFERABLE AS DEFINED IN REGULATION D.



FIRSTLIGHT
FEDERAL CREDIT UNION

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
** **** ** *****




| Member No. | Social Secu |
|---|---|
| ******* | ******* |

Statement Period: 27NOV09 to

| Tran Date | E F F | # - Means Effective Dated Description | Periodic Finance Charge | Late Payment Charge | Debits | Credits | New Balance |
|---|---|---|---|---|---|---|---|
| DEC25# | | DEBIT PURCHASE<br># REDBOX *DVD RENTAL OAKBRKTERRACE I<br># 935904794246 Dec 25 | | | 3.24 | | 7459.06 |

| | | | | |
|---|---|---|---|---|
| DEC26# | DEBIT PURCHASE | 172.87 | | 7286.19 |
| # | ORB*BKBPJJ 888-922-8849 I | | | |
| # | 936001048222 Dec 26 | | | |
| DEC26# | DEBIT PURCHASE | 42.94 | | 7243.25 |
| # | LOVE S COUNTRY00002659 CASA GRANDE | | | |
| # | A936001013683 009 Dec 26 | | | |
| DEC26# | DEBIT PURCHASE | 38.70 | | 7204.55 |
| # | CHEVRON 00091657 EL CENTRO C | | | |
| # | 936001496502 13 Dec 26 | | | |
| DEC26# | DEBIT PURCHASE | 5.62 | | 7198.93 |
| # | LOVE S COUNTRY00002659 CASA GRANDE | | | |
| # | A936001013685 009 Dec 26 | | | |
| DEC27# | DEBIT PURCHASE | 16.25 | | 7182.68 |
| # | VESTA *AT&T 866-6083007 O | | | |
| # | 936101714547 00000001 Dec 27 | | | |
| DEC27# | DEBIT PURCHASE | 28.00 | | 7154.68 |
| # | SUBWAY 00028845 ANAHEIM C | | | |
| # | 936100095865 001 Dec 27 | | | |
| DEC27# | DEBIT PURCHASE | 30.16 | | 7124.52 |
| # | NAVY EXCHANGE 00001107 SAN DIEGO C | | | |
| # | 936100175134 001 Dec 27 | | | |
| DEC27# | DEBIT PURCHASE | 247.00 | | 6877.52 |
| # | SEAWORLD-CA 6192253284 SAN DIEGO C | | | |
| # | 936100822241 001 Dec 27 | | | |
| DEC27# | DEBIT PURCHASE | 28.16 | | 6849.36 |
| # | NAVY EXCHANGE 110110 SAN DIEGO V | | | |
| # | 936100516445 00039463 Dec 27 | | | |
| DEC27# | DEBIT PURCHASE | 63.53 | | 6785.83 |
| # | NAVY EXCHANGE 110110 SAN DIEGO V | | | |
| # | 936100516447 00039463 Dec 27 | | | |
| DEC27# | DEBIT PURCHASE | 324.98 | | 6460.85 |
| # | NAVY EXCHANGE 110110 SAN DIEGO V | | | |
| # | 936100516448 00039463 Dec 27 | | | |
| DEC28# | DEBIT PURCHASE | 6.30 | | 6454.55 |
| # | QUALITY INNS & SUITES ANAHEIM C | | | |
| # | 936202197174 Dec 28 | | | |
| DEC27# | PURCHASE RETURN | | 324.98 | 6779.53 |
| # | NAVY EXCHANGE 110110 SAN DIEGO V | | | |
| # | 936100516446 00039463 Dec 27 | | | |
| DEC30 | BILL PAY WITHDRAWAL | 95.00 | | 6684.53 |
| | EL PASO WATE | | | |
| | 901097 ORCC WW Dec 30 @ 11:20am | | | |
| DEC28# | DEBIT PURCHASE | 29.76 | | 6654.77 |
| # | SIZZLER #28 GARDEN GROVE C | | | |
| # | 936201185213 00522210 Dec 28 | | | |
| DEC28# | DEBIT PURCHASE | 42.00 | | 6612.77 |
| # | NAVY GATEWAY I81990046 SAN DIEGO C | | | |
| # | 936200038867 247 Dec 28 | | | |
| DEC31 | US TREASURY 220/VA BENEFIT/123109/ | | 1835.00 | 8447.77 |
| | PPD/ | | | |
| DEC31 | BILL PAY WITHDRAWAL | 1600.00 | | 6847.77 |
| | SIERRA C 2 | | | |
| | 060502 ORCC WW Dec 31 @ 4:09pm | | | |
| DEC31 | BILL PAY WITHDRAWAL | 4600.00 | | 2247.77 |

Continued on page 8

ALL ACCOUNTS, EXCEPT SHARE DRAFT ACCOUNTS, ARE NOT TRANSFERABLE AS DEFINED IN REGULATION D.



FIRSTLIGHT
FEDERAL CREDIT UNION

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
** **** ** *****

| Member No. | Social Secu |
|---|---|
| ******* | ******* |



Statement Period: 27NOV09 to

| Tran Date | E F F | # - Means Effective Dated Description | Periodic Finance Charge | Late Payment Charge | Debits | Credits | New Balance |
|---|---|---|---|---|---|---|---|
| | | SIERRA CREST | | | | | |
| | | 060503 ORCC WW Dec 31 @ 4:09pm | | | | | |
| DEC29 | # | DEBIT PURCHASE | | | 60.01 | | 2187.76 |
| | # | SHELL OIL 57442743001 IMPERIAL C | | | | | |
| | # | 936300807878 S1D0726 Dec 29 | | | | | |
| DEC29 | # | DEBIT PURCHASE | | | 41.93 | | 2145.83 |
| | # | DENNY'S #7990 COLTON C | | | | | |
| | # | 936302290117 1 Dec 29 | | | | | |
| DEC31 | | Closing Date...New Balance | | | | | 2145.83 |
| | | Overdraft Fees-Period to Date | 0.00 | | | | |
| | | Overdraft Fees-Year to Date | 0.00 | | | | |
| | | Return Fees-Period to Date | 0.00 | | | | |
| | | Return Fees-Year to Date | 0.00 | | | | |
| | | L4 LOAN A/C - SHARE/CD SECURED (OPEN-END) | | | | | |
| NOV27 | | Previous Balance | | | | | 0.00 |
| DEC31 | | Closing Date...New Balance | | | | | 0.00 |
| | | L92 LOAN A/C - USED INDIRECT TEXAS | | | | | |
| | | (Co-Borrower ROSANA E MONGE DEBTOR-IN-POSSESSION-09-30881-LMC) | | | | | |
| NOV27 | | Previous Balance | | | | | 0.00 |
| DEC31 | | Closing Date...New Balance | | | | | 0.00 |

ALL ACCOUNTS, EXCEPT SHARE DRAFT ACCOUNTS, ARE NOT TRANSFERABLE AS DEFINED IN REGULATION D.