UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| IN RE:<br><br>JOE JESSE MONGE and<br>ROSANA ELENA MONGE,<br><br>Debtors. | Case No.: 09-30881-lmc<br><br>Chapter 11 Proceedings |

### DEBTOR JOE JESSE MONGE AND ROSANA ELENA MONGE'S EIGHTH MONTHLY OPERATING REPORT (12/01/09 - 12/31/09)

**TO THE HONORABLE LEIF M. CLARK, UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW, Joe Jesse Monge and Rosana Elena Monge, Debtors in the above entitled and numbered case by and through their attorney of record, Sidney J. Diamond of Sidney Diamond, P.C. and files this their Eighth Monthly Operating Report (12/01/2009 - 12/31/2009) of the operation of their business, pursuant to 11 U.S.C. §704(8) and Bankruptcy Rule 2015(a)(3); such report being attached hereto as Exhibit "A" and incorporated herein by reference.

**DATED**: January 14, 2010.

Respectfully submitted,

SIDNEY DIAMOND, P.C.

/s/ Sidney J. Diamond
By: Sidney J. Diamond
Attorney for Debtors
Texas Bar Card No.: 5803000
3800 N. Mesa, Suite C-4
El Paso, Texas 79902
(915) 532-3327 Voice
(915) 532-3355 Fax
Sidney@sidneydiamond.com

**EIGHTH MONTHLY OPERATING REPORT (12/01/2009 - 12/31/2009), Page 1**
J:\Monge, Joe Jesse Monge, Rosana Elena\100114 8th MOR.wpd

## CERTIFICATE OF SERVICE

I, Sidney J. Diamond, do hereby certify that on January 14, 2010, a true and correct copy of the foregoing Eighth Monthly Operating Report (12/01/2009-12/31/2009) was served by depositing the same in the United States Mail, properly addressed and postage prepaid, Electronic Mail Service, or by Facsimile to the following parties:

**THE DEBTORS:**
Joe Jesse Monge and
Rosana Elena Monge
51 Sierra Crest Dr.
El Paso, TX 79902

**UNITED STATES TRUSTEE:**
Kevin Epstein, Esq.
Office of the U.S. Trustee
P.O. Box 1539
San Antonio, TX 78295-1539
**By Email: USTPRegion07.SN.ECF@usdoj.gov**

**PARTIES PREVIOUSLY REQUESTING NOTICE:**

David Alvoet
Linebarger, Goggan, Blair & Sampsom, LLP
711 Navarro, Suite 300
San Antonio, TX 78205
Attorney for City of El Paso

Carlos A. Miranda, III
5915 Silver Springs, Bldg. 3A
El Paso, TX 79912
Attorney for El Paso Area Teachers FCU

Lance C. Reedman
4171 N. Mesa St., Suite B-201
El Paso, TX 79902
Attorney for Francisco Jayme & Alicia Rojas

/s/ Sidney J. Diamond
Sidney J. Diamond

**EIGHTH MONTHLY OPERATING REPORT (12/01/2009 - 12/31/2009), Page 2**
J:\Monge, Joe Jesse Monge, Rosana Elena\100114 8th MOR.wpd

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re **Joe Jesse and Roama Monge**
_____Debtor_____

Case No. **09-30-881-LMC**

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **12/01/2009 — 12/31/2009**       Date filed: _____

Line of Business: **Closed**       NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

_____
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☐ | ☒ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☒ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☒ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☒ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☒ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☐ | ☒ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☐ | ☒ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☐ | ☒ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☐ | ☒ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☒ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☒ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☒ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☒ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☒ | ☐ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐   ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 11,478.68

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month     $ 27.93
Cash on Hand at End of Month       $ 51.36

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL  $ 11,557.97

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $ 14,408.40

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*        $ 11,478.68
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*      $ 14,408.40

*(Subtract Line C from Line B)*   CASH PROFIT FOR THE MONTH   $ −2929.72

Page 3

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ _____

*Pending Court Decision on Acct Alicia Rojas Book Rent*

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*Attached*

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? _____

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? _____

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ _____

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ _____

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ _____

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ _____

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|             | Projected    | Actual      | Difference  |
|-------------|--------------|-------------|-------------|
| INCOME      | $ 18000.00   | $ 11557.97  | $ 6442.03   |
| EXPENSES    | $ 18000.00   | $ 14408.40  | $ 3591.60   |
| CASH PROFIT | $  —         | $ 2850.43   | $ 2850.43   |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 18000.00
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 18000.00
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $  —

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

## Banking Summary
12/1/2009 Through 12/31/2009

1/5/2010 Page 1

| Category Description | 12/1/2009-12/31/2009 |
|---|---:|
| **INCOME** | |
| Uncategorized | 144.34 |
| Other Inc | 2,163.95 |
| Salary Spouse | 4,436.39 |
| USA CRC RETIREMENT | 1,064.00 |
| VADISABILITY | 3,670.00 |
| **TOTAL INCOME** | **11,478.68** |
| **EXPENSES** | |
| Uncategorized | 95.12 |
| Auto | 93.92 |
|     Fuel | 294.04 |
|     Service | 19.12 |
|   TOTAL Auto | 407.08 |
| Cash | 1.00 |
| Cell Phone | 136.55 |
| Dining | 29.78 |
| Entertainment | 559.11 |
| Groceries | 443.09 |
| Home Repair | 165.65 |
| Homeowner's Fees | 175.00 |
| Household | 2,447.66 |
| Insurance | |
|     Home Insurance | 808.23 |
|     Life Insurance | 923.06 |
|   TOTAL Insurance | 1,731.29 |
| Lunch | 471.51 |
| Meals & Entertn | 53.86 |
| Misc | 407.24 |
| Mortgage Int | 6,100.00 |
| One Two Three, Bussiness | 7.95 |
| Recreation | 143.00 |
| SCHOOL | 543.50 |
| Utilities | 100.00 |
|     Gas & Electric | 154.89 |
|     Water | 95.00 |
|   TOTAL Utilities | 349.89 |
| Utilities, Bus | |
|     Telephone, Bus | 91.82 |
|   TOTAL Utilities, Bus | 91.82 |
| Vacation | |
|     Lodging | 48.30 |
|   TOTAL Vacation | 48.30 |
| **TOTAL EXPENSES** | **14,408.40** |
| **OVERALL TOTAL** | **-2,929.72** |

## JOE AND ROSANA MONGE

Checking  
1/5/2010  
Page 1

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|---|---|---|---:|---|---:|---:|
| 12/1/2009 | DEP | VADISABILITY<br>cat: VADISABILITY | | R | 1,835.00 | 6,507.36 |
| 12/1/2009 | DEP | Usa CRC RETIREMENT<br>cat: USA CRC RETIREMENT | | R | 1,064.00 | 7,571.36 |
| 12/1/2009 | dev cr... | | | R | 1.34 | 7,572.70 |
| 12/1/2009 | EFT | New YORK LIFE<br>cat: Insurance:Life Insurance | 50.75 | R | | 7,521.95 |
| 12/2/2009 | debit | FT Bliss<br>cat: Misc | 26.24 | R | | 7,495.71 |
| 12/2/2009 | debit | Cricket<br>cat: Cell Phone | 47.91 | R | | 7,447.80 |
| 12/2/2009 | debit | AfEES<br>cat: Groceries | 18.19 | R | | 7,429.61 |
| 12/2/2009 | debit | VetERAN CANTEEN<br>cat: Household | 64.96 | R | | 7,364.65 |
| 12/2/2009 | debit | UnclE Baos<br>cat: Lunch | 19.88 | R | | 7,344.77 |
| 12/2/2009 | debit | FT Bliss<br>cat: Misc | 369.00 | R | | 6,975.77 |
| 12/2/2009 | debit | 3. GARCIA<br>cat: Lunch | 15.40 | R | | 6,960.37 |
| 12/2/2009 | debit | PIZZA Hut<br>cat: Lunch | 21.65 | R | | 6,938.72 |
| 12/3/2009 | debit | Balance Adjustment<br>cat: SCHOOL | 201.50 | R | | 6,737.22 |
| 12/3/2009 | debit | American Express<br>cat: One Two Three, Bussiness | 7.95 | R | | 6,729.27 |
| 12/3/2009 | debit | AFEES<br>cat: Auto:Fuel | 33.47 | R | | 6,695.80 |
| 12/4/2009 | debit | INTERVAL<br>cat: Recreation | 89.00 | R | | 6,606.80 |
| 12/4/2009 | debit | INTERVAL<br>cat: Recreation | 54.00 | R | | 6,552.80 |
| 12/4/2009 | debit | 3. GARCIA<br>cat: Lunch | 15.96 | R | | 6,536.84 |
| 12/5/2009 | debit | PRI CUTS<br>cat: Misc | 12.00 | R | | 6,524.84 |
| 12/7/2009 | debit | WITHDRAW<br>cat: Lunch | 140.00 | R | | 6,384.84 |
| 12/7/2009 | debit | VETERAN CANTEEN<br>cat: Household | 480.00 | R | | 5,904.84 |
| 12/7/2009 | debit | FT BLISS THRIFT<br>cat: Household | 599.00 | R | | 5,305.84 |
| 12/8/2009 | DEP | RETURN CREDIT<br>cat: Other Inc | | R | 259.98 | 5,565.82 |
| 12/8/2009 | debit | UnclE Baos<br>cat: Lunch | 19.88 | R | | 5,545.94 |
| 12/8/2009 | debit | VETERAN CANTEEN | 39.99 | R | | 5,505.95 |
| 12/8/2009 | debit | FT Bliss<br>cat: Auto:Fuel | 27.13 | R | | 5,478.82 |

# JOE AND ROSANA MONGE

Checking                      Page 2
1/5/2010

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|
| 12/8/2009 | debit | PRONTO LUBE<br>cat: Auto | 35.22 | R | | 5,443.60 |
| 12/8/2009 | debit | IHOP<br>cat: Dining | 25.69 | R | | 5,417.91 |
| 12/8/2009 | debit | SUN CITY D Queen<br>cat: Dining | 4.09 | R | | 5,413.82 |
| 12/8/2009 | debit | Cricket<br>cat: Cell Phone | 69.28 | R | | 5,344.54 |
| 12/9/2009 | EFT | HomeOwners Assoc<br>cat: Homeowner's Fees | 175.00 | R | | 5,169.54 |
| 12/9/2009 | debit | AFEES<br>cat: Groceries | 225.49 | R | | 4,944.05 |
| 12/9/2009 | debit | FT Bliss<br>cat: Auto:Fuel | 45.74 | R | | 4,898.31 |
| 12/9/2009 | debit | AFEES<br>cat: Lunch | 2.49 | R | | 4,895.82 |
| 12/9/2009 | debit | VETERAN CANTEEN<br>cat: Household | 69.45 | R | | 4,826.37 |
| 12/11/2009 | DEP | VA<br>cat: Salary Spouse | | R | 2,194.50 | 7,020.87 |
| 12/11/2009 | DEP | CREDIT | | R | 54.00 | 7,074.87 |
| 12/11/2009 | DEP | PURCHASE RETURN | | R | 89.00 | 7,163.87 |
| 12/11/2009 | debit | CRicket<br>cat: Cell Phone | 19.36 | R | | 7,144.51 |
| 12/11/2009 | debit | Va Canteen<br>cat: Household | 59.99 | R | | 7,084.52 |
| 12/11/2009 | debit | ORIENTAL GARDEN<br>cat: Lunch | 8.27 | R | | 7,076.25 |
| 12/12/2009 | debit | AlBERTSONS<br>cat: Groceries | 86.85 | R | | 6,989.40 |
| 12/12/2009 | debit | 3. GARCIA<br>cat: Lunch | 10.88 | R | | 6,978.52 |
| 12/14/2009 | debit | VETERAN CANTEEN<br>cat: Household | 45.96 | R | | 6,932.56 |
| 12/14/2009 | debit | Young<br>cat: Lunch | 16.13 | R | | 6,916.43 |
| 12/15/2009 | debit | New YORK LIFE<br>cat: Insurance:Life Insurance | 365.50 | R | | 6,550.93 |
| 12/15/2009 | debit | NEW YORK LIFE<br>cat: Insurance:Life Insurance | 506.81 | R | | 6,044.12 |
| 12/15/2009 | debit | FT Bliss<br>cat: Auto:Fuel | 31.72 | R | | 6,012.40 |
| 12/15/2009 | debit | 3. GARCIA<br>cat: Lunch | 14.12 | R | | 5,998.28 |
| 12/16/2009 | debit | Social Security<br>cat: Other Inc | | R | 1,494.00 | 7,492.28 |
| 12/16/2009 | debit | AT AND T<br>cat: Utilities, Bus:Telephone, Bus | 75.57 | R | | 7,416.71 |
| 12/16/2009 | debit | ORIENTAL GARDEN<br>cat: Lunch | 14.01 | R | | 7,402.70 |

JOE AND ROSANA MONGE

Checking     Page 3
1/5/2010

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|---|---|---|---:|---|---:|---:|
| 12/16/2009 | debit | WITHDRAW<br>cat: SCHOOL | 300.00 | R | | 7,102.70 |
| 12/16/2009 | debit | Sorrentos<br>cat: Lunch | 29.93 | R | | 7,072.77 |
| 12/16/2009 | debit | 3. GARCIA<br>cat: Lunch | 13.91 | R | | 7,058.86 |
| 12/16/2009 | debit | FT BLISS THRIFT<br>cat: Household | 41.07 | R | | 7,017.79 |
| 12/16/2009 | debit | OREILLI<br>cat: Auto:Service | 19.12 | R | | 6,998.67 |
| 12/17/2009 | DEP | RETURN CREDIT<br>cat: Other Inc | | R | 84.99 | 7,083.66 |
| 12/17/2009 | debit | VETERAN CANTEEN<br>cat: Household | 151.74 | R | | 6,931.92 |
| 12/17/2009 | debit | ORIENTAL GARDEN<br>cat: Lunch | 15.27 | R | | 6,916.65 |
| 12/18/2009 | debit | ATM<br>cat: Cash | 1.00 | R | | 6,915.65 |
| 12/18/2009 | debit | US CUSTOMS PERMIT<br>cat: SCHOOL | 42.00 | R | | 6,873.65 |
| 12/19/2009 | debit | AFEES<br>cat: Household | 203.57 | R | | 6,670.08 |
| 12/19/2009 | debit | MC DONALD<br>cat: Lunch | 6.05 | R | | 6,664.03 |
| 12/19/2009 | debit | LOWES<br>cat: Home Repair | 15.12 | R | | 6,648.91 |
| 12/19/2009 | debit | VETERAN CANTEEN<br>cat: Household | 61.96 | R | | 6,586.95 |
| 12/19/2009 | debit | Home Depo<br>cat: Household | 100.27 | R | | 6,486.68 |
| 12/19/2009 | debit | CHARLIES STEAK<br>cat: Lunch | 7.99 | R | | 6,478.69 |
| 12/19/2009 | debit | BASKIN ROBBINS<br>cat: Meals & Entertn | 4.39 | R | | 6,474.30 |
| 12/20/2009 | debit | TEXAS GAS CO<br>cat: Utilities<br>memo: GAS | 100.00 | R | | 6,374.30 |
| 12/20/2009 | debit | VISTA QUALITY MARKET<br>cat: Groceries | 5.07 | R | | 6,369.23 |
| 12/21/2009 | debit | BURLINGTON<br>cat: Household | 101.70 | R | | 6,267.53 |
| 12/21/2009 | debit | DIAMOND S<br>cat: Auto:Fuel | 10.00 | R | | 6,257.53 |
| 12/22/2009 | debit | FERGUSON<br>cat: Home Repair | 66.89 | R | | 6,190.64 |
| 12/22/2009 | debit | FAMILY DOLLAR<br>cat: Household | 15.16 | R | | 6,175.48 |
| 12/22/2009 | debit | LOWES<br>cat: Home Repair | 3.64 | R | | 6,171.84 |
| 12/22/2009 | debit | RED LOBSTER<br>cat: Meals & Entertn | 49.47 | R | | 6,122.37 |

# JOE AND ROSANA MONGE

**Checking**                                                                              **Page 4**
1/5/2010

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|
| 12/22/2009 | debit | VISTA QUALITY MARKET<br>cat:     Groceries | 1.99 | R | | 6,120.38 |
| 12/22/2009 | debit | Withhold Tax<br>cat:     Home Repair<br>memo:     AL LARA | 80.00 | R | | 6,040.38 |
| 12/23/2009 | debit | FT Bliss<br>cat:     Auto:Fuel | 37.41 | R | | 6,002.97 |
| 12/23/2009 | debit | FT Bliss<br>cat:     Groceries | 79.32 | R | | 5,923.65 |
| 12/23/2009 | debit | FT Bliss<br>cat:     Entertainment | 136.00 | R | | 5,787.65 |
| 12/24/2009 | DEP | VA<br>cat:     Salary Spouse | | R | 2,241.89 | 8,029.54 |
| 12/25/2009 | debit | Electric Company<br>cat:     Utilities:Gas & Electric | 154.89 | R | | 7,874.65 |
| 12/25/2009 | debit | RED BOX<br>cat:     Entertainment | 3.24 | R | | 7,871.41 |
| 12/26/2009 | EFT | STATE FARM INS<br>cat:     Insurance:Home Insurance<br>memo:     Sierra Crest home | 808.23 | R | | 7,063.18 |
| 12/26/2009 | debit | MEXICO LINDO<br>cat:     Groceries | 26.18 | R | | 7,037.00 |
| 12/26/2009 | debit | ORB<br>cat:     Entertainment | 172.87 | R | | 6,864.13 |
| 12/26/2009 | debit | LOVES<br>cat:     Auto:Fuel | 42.94 | R | | 6,821.19 |
| 12/26/2009 | debit | EL CENTRO<br>cat:     Auto | 38.70 | R | | 6,782.49 |
| 12/26/2009 | debit | LOVES<br>cat:     Auto:Fuel | 5.62 | R | | 6,776.87 |
| 12/27/2009 | debit | RETURN CREDIT<br>cat:     Other Inc | | R | 324.98 | 7,101.85 |
| 12/27/2009 | EFT | AT AND T | 54.13 | R | | 7,047.72 |
| 12/27/2009 | ATM | | 1.00 | R | | 7,046.72 |
| 12/27/2009 | debit | MONTANA CAR WASH<br>cat:     Auto | 20.00 | R | | 7,026.72 |
| 12/27/2009 | debit | AT AND T<br>cat:     Utilities, Bus:Telephone, Bus | 16.25 | R | | 7,010.47 |
| 12/27/2009 | debit | SUB WAY<br>cat:     Lunch | 28.00 | R | | 6,982.47 |
| 12/27/2009 | debit | NAVY<br>cat:     Household | 36.16 | R | | 6,946.31 |
| 12/27/2009 | debit | SEA WORLKD<br>cat:     Entertainment | 247.00 | R | | 6,699.31 |
| 12/27/2009 | debit | NAVY<br>cat:     Household | 28.16 | R | | 6,671.15 |
| 12/27/2009 | debit | NAVY<br>cat:     Household | 63.53 | R | | 6,607.62 |
| 12/27/2009 | debit | NAVY<br>cat:     Household | 324.98 | R | | 6,282.64 |

**JOE AND ROSANA MONGE**

Checking 1/5/2010 — Page 5

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|
| 12/28/2009 | debit | QUALITY INN<br>cat: Vacation:Lodging | 6.30 | R | | 6,276.34 |
| 12/28/2009 | debit | SIZZLER<br>cat: Lunch | 29.76 | R | | 6,246.58 |
| 12/28/2009 | debit | NAVY GATE<br>cat: Vacation:Lodging | 42.00 | R | | 6,204.58 |
| 12/29/2009 | debit | SHELL OIL<br>cat: Auto:Fuel | 60.01 | R | | 6,144.57 |
| 12/29/2009 | debit | DeNNYS<br>cat: Lunch | 41.93 | R | | 6,102.64 |
| 12/30/2009 | EFT | El Paso Water<br>cat: Utilities:Water | 95.00 | R | | 6,007.64 |
| 12/31/2009 | DEP | VADISABILITY<br>cat: VADISABILITY | | R | 1,835.00 | 7,842.64 |
| 12/31/2009 | EFT | BANK Of America<br>cat: Mortgage Int<br>memo: SIERRA CREST DRIVE | 1,500.00 | R | | 6,342.64 |
| 12/31/2009 | EFT | BANK Of America<br>cat: Mortgage Int<br>memo: SIERRA CREST DRIVE | 4,600.00 | R | | 1,742.64 |

| | | | |
|---|---|---|---|
| ✓ NOV27 | DFAS-CLEVELAND/FED SALARY/112709/P PD/ACH DIST TOTAL $2,298.24 | 2298.24 ✓ | 7103.17 |
| ✓ NOV24# | DEBIT PURCHASE<br># FT BLISS CASSIDY GAS FORT BLISS T<br># 932800461814 00B62799 Nov 24 | ✓ 35.15 ✓ | 7068.02 |
| ✓ NOV24# | DEBIT PURCHASE<br># AAFES CASSIDY BURGER K FT BLISS T<br># 932800461815 00IA1200 Nov 24 | ✓ 9.39 ✓ | 7058.63 |
| ✓ NOV24# | DEBIT PURCHASE<br># TACO BELL1787900178798 EL PASO T<br># 932800173043 008 Nov 24 | 15.96 ✓ | 7042.67 |
| ✓ NOV24# | DEBIT PURCHASE<br># U-HAUL CT NORTHEAST EL PASO T<br># 932800591981 Nov 24 | 53.63 ✓ | 6989.04 |
| ✓ NOV25# | DEBIT PURCHASE<br># VETERANS CANTEEN #756 EL PASO T<br># 932904510044 Nov 25 | 3.14 ✓ | 6985.90 |
| ✓ NOV24# | DEBIT PURCHASE<br># CIRCLE K 01418 Q47 EL PASO T<br># 932801211956 101 Nov 24 | ✓ 4.67 ✓ | 6981.23 |
| ✓ NOV25# | DEBIT PURCHASE<br># YOUNG VIN RESTAURANT EL PASO T<br># 932901860219 90158112 Nov 25 | 36.29 ✓ | 6944.94 |
| ✓ NOV27 | BILL PAY WITHDRAWAL<br>HOME 1777<br>003787 ORCC WW Nov 27 @ 5:12pm | 2085.51 ✓ | 4859.43 |
| ✓ NOV26# | DEBIT PURCHASE<br># FT. BLISS CASSIDY SHOP FORT BLISS T<br># 933004476041 00B62700 Nov 26 | 11.40 ✓ | 4848.03 |
| ✓ NOV27# | DEBIT PURCHASE<br># FORT BLISS EXCH 228 EL PASO T<br># 933101592736 00106500 Nov 27 | ✓ 46.29 ✓ | 4801.74 |
| ✓ NOV30 | BILL PAY WITHDRAWAL<br>EL PASO WATE<br>967280 ORCC WW Nov 30 @ 11:26am | ✓ 95.00 ✓ | 4706.74 |
| ✓ NOV27# | DEBIT PURCHASE<br># 3 GARCIA'S EL PASO T<br># 933102325705 00282954 Nov 27 | ✓ 13.80 ✓ | 4692.94  OK |
| → ✓ DEC1 | US TREASURY 220/VA BENEFIT/120109/ PPD/ | ✓ 1835.00 | 6527.94 |
| DEC1 | DFAS-CLEVELAND/CRSC PAY/112309/PPD ACH DIST TOTAL $1,064.00 | ✓ 1064.00 | 7591.94 |
| DEC1 | DIVIDEND CREDIT | 1.34 | 7593.28 |
| DEC1 | Annual Percentage Yield Earned: 0.25% | | |

Continued on page 7

```
✓ DEC1    D/
          NEW YORK LIFE/INS. PREM./DEC 09/PP       ✓ 50.75      7527.90
          D/
✓ NOV30#  DEBIT PURCHASE                           ✓  6.58      7521.32
       #    WALGREENS #4679 EL PASO T
       #    933404119499   Nov 30
✓ NOV30#  DEBIT PURCHASE                           ✓ 14.00      7507.32
       #    WALGREENS #4679 EL PASO T
       #    933404226929   Nov 30
✓ DEC2    DEBIT PURCHASE                           ✓ 47.91      7459.41
            CKT*CRICKETCOMM 800-274-2538 C
            933604326205   Dec 2
✓ DEC2    POS PURCHASE                             ✓ 18.19      7441.22
            AAFES EL PASO XX
            933600064231 00047647 Dec 2 @ 7:31pm
✓ DEC3    AMERICAN EXPRESS/COLLECTION/091203       ✓  7.95      7433.27
            /CCD/
✓ DEC2 #  DEBIT PURCHASE                           ✓ 64.96      7368.31
       #    VETERANS CANTEEN #756 EL PASO T
       #    933604391259 75962407 Dec 2
✓ DEC2 #  DEBIT PURCHASE                           ✓ 19.88      7348.43
       #    UNCLE BAOS EL PASO T
       #    933603844094 79777039 Dec 2
✓ DEC4    ATM WITHDRAWAL                           ✓ 201.50     7146.93
            VA - EL PASO EL PASO TX
            000000075705 LK746968 Dec 4 @ 3:07pm
✓ DEC2 #  DEBIT PURCHASE                           ✓ 26.24      7120.69
       #    AAFES JEB STUART SHOPP FORT BLISS T
       #    933600509019 00B70099 Dec 2
✓ DEC2 #  DEBIT PURCHASE                           ✓ 369.00     6751.69
       #    FORT BLISS EXCH 228 EL PASO T
       #    933600509020 00106500 Dec 2
✓ DEC2 #  DEBIT PURCHASE                           ✓ 15.40      6736.29
       #    3 GARCIA'S EL PASO T
       #    933601750061 00282954 Dec 2
✓ DEC3 #  DEBIT PURCHASE                           ✓ 33.47      6702.82
       #    AAFES JEB STUART SHOPP FORT BLISS T
       #    933704903965 00B70099 Dec 3
✓ DEC3 #  DEBIT PURCHASE                           ✓ 21.65      6681.17
       #    PIZZA HUT # 0286336369 EL PASO T
       #    933704643693 010 Dec 3
✓ DEC5 #  DEBIT PURCHASE                           ✓ 12.00      6669.17
       #    PRECISE CUTS EL PASO T
       #    933903109295 001 Dec 5
✓ DEC5 #  DEBIT PURCHASE                           ✓  8.50      6660.67
       #    VETERANS CANTEEN #756 EL PASO T
       #    933902036653 50986856 Dec 5
✓ DEC5 #  DEBIT PURCHASE                           ✓ 267.96     6392.71
       #    VETERANS CANTEEN #756 EL PASO T
       #    933902036654 50986864 Dec 5
✓ DEC4 #  DEBIT PURCHASE                           ✓ 89.00      6303.71
       #    INTERVA*New Members 800-828-8200 F
       #    933804771193   Dec 4
✓ DEC4 #  DEBIT PURCHASE                           ✓ 54.00      6249.71
```

Continued on page 8

ALL ACCOUNTS, EXCEPT SHARE DRAFT ACCOUNTS, ARE NOT TRANSFERABLE AS DEFINED IN REGULATION D.

FIRSTLIGHT

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
** **** ** *****

Member No. ******   Social Nmer *******

https://rbserver.fbfcu.org/scripts/ibank.dll                1/3/2010



Statement Period: 28OCT09 to (

| Tran Date | E F | # - Means Effective Dated Description | Periodic Finance Charge | Late Payment Charge | Debits | Credits | New Balance |
|---|---|---|---|---|---|---|---|
| | # # | INTERVA*New Members 800-828-8200 F 933804771194 Dec 4 | | | | | |
| DEC4 | # # | DEBIT PURCHASE 3 GARCIA'S EL PASO T | | | 15.96 | | 6233.75 |
| | # | 933802938930 00282954 Dec 4 | | | | | |
| DEC5 | # # | DEBIT PURCHASE RED LOBSTER US00062141 EL PASO T | | | 45.72 | | 6188.03 |
| | # | 933901948537 007 Dec 5 | | | | | |
| DEC7 | # # | ATM WITHDRAWAL Cardtronics CCSB EL PASO TX | | | 140.00 | | 6048.03 |
| | # | 934100280595 CW000038 Dec 7 @ 8:29pm | | | | | |
| DEC7 | # # | DEBIT PURCHASE VETERANS CANTEEN #756 EL PASO T | | | 4.80 | | 6043.23 |
| | # | 934104467580 10895208 Dec 7 | | | | | |
| DEC9 | | BILL PAY WITHDRAWAL HOMEOWNERS A 910672 ORCC WW Dec 9 @ 11:12am | | | 175.00 | | 5868.23 |
| DEC7 | # # | DEBIT PURCHASE FORT BLISS EXCH 228 EL PASO T | | | 5.99 | | 5862.24 |
| | # | 934100513040 00106500 Dec 7 | | | | | |
| DEC8 | # # | DEBIT PURCHASE UNCLE BAOS EL PASO T | | | 19.88 | | 5842.36 |
| | # | 934203611735 79777039 Dec 8 | | | | | |
| DEC8 | # # | PURCHASE RETURN VETERANS CANTEEN #756 EL PASO T | | | | 259.98 | 6102.34 |
| | # | 934204206838 53641286 Dec 8 | | | | | |
| DEC8 | # # | DEBIT PURCHASE VETERANS CANTEEN #756 EL PASO T | | | 39.99 | | 6062.35 |
| | # | 934204310790 53641294 Dec 8 | | | | | |
| DEC9 | # # | POS PURCHASE AAFES EL PASO XX | | | 225.49 | | 5836.86 |
| | # | 934300026442 00047647 Dec 9 @ 9:10pm | | | | | |
| DEC8 | # # | DEBIT PURCHASE FT BLISS CASSIDY GAS FORT BLISS T | | | 27.13 | | 5809.73 |
| | # | 934200501792 00B62799 Dec 8 | | | | | |
| DEC9 | # # | DEBIT PURCHASE PRONTO LUBE #2 HAY EL PASO T | | | 35.22 | | 5774.51 |
| | # | 934302623812 LK721176 Dec 9 | | | | | |
| DEC7 | # # | DEBIT PURCHASE IHOP 3020 00030205 EL PASO T | | | 25.69 | | 5748.82 |
| | # | 934100019248 001 Dec 7 | | | | | |
| DEC9 | # # | DEBIT PURCHASE SUN CITY DAIRY QUEEN I EL PASO T | | | 4.09 | | 5744.73 |
| | # | 934303218996 001 Dec 9 | | | | | |
| DEC11 | | DFAS-CLEVELAND/FED SALARY/121109/P PD/ACH DIST TOTAL $2,194.50 | | | | 2194.50 | 7939.23 |
| DEC9 | # # | DEBIT PURCHASE FT BLISS CASSIDY GAS FORT BLISS T | | | 45.74 | | 7893.49 |
| | # | 934300527976 00B62799 Dec 9 | | | | | |
| DEC9 | # # | DEBIT PURCHASE AAFES BLISS TACO BELL FORT BLISS T | | | 2.49 | | 7891.00 |
| | # | 934300528012 00B65300 Dec 9 | | | | | |
| DEC10 | # # | DEBIT PURCHASE VETERANS CANTEEN #756 EL PASO T | | | 69.45 | | 7821.55 |
| | # | 934404465986 38254160 Dec 10 | | | | | |
| DEC12 | | POS PURCHASE #00936 ALBERTSONS EL PASO TX | | | 86.85 | | 7734.70 |

Continued on page 9

ALL ACCOUNTS, EXCEPT SHARE DRAFT ACCOUNTS, ARE NOT TRANSFERABLE AS DEFINED IN REGULATION D.

FIRSTLIGHT

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
** **** ** *****



Member No. *******  Social Security ********

Statement Period 28OCT09 to (

| Tran Date | E F F | # - Means Effective Dated Description | Periodic Finance Charge | Late Payment Charge | Debits | Credits | New Balance |
|---|---|---|---|---|---|---|---|
| | | 934633616200 81086701 Dec 12 @ 5:01pm | | | | | |
| DEC8 | # | DEBIT PURCHASE | | | 69.28 | | 7665.42 |
| | # | CKT CRICKETCOMM EL PASO T | | | | | |
| | # | 934208343322  Dec 8 | | | | | |
| DEC11 | # | DEBIT PURCHASE | | | 19.36 | | 7646.06 |
| | # | CKT CRICKETCOMM EL PASO T | | | | | |
| | # | 934508445057  Dec 11 | | | | | |
| DEC11 | # | DEBIT PURCHASE | | | 59.99 | | 7586.07 |
| | # | VETERANS CANTEEN #756 EL PASO T | | | | | |
| | # | 934509293688 89613669 Dec 11 | | | | | |
| DEC11 | # | DEBIT PURCHASE | | | 8.27 | | 7577.80 |
| | # | ORIENTAL GARDEN EL PASO T | | | | | |
| | # | 934508572849 52794401 Dec 11 | | | | | |
| DEC11 | # | PURCHASE RETURN | | | | 54.00 | 7631.80 |
| | # | INTERVAL TRA* 800-828-8200 F | | | | | |
| | # | 934504862963  Dec 11 | | | | | |
| DEC11 | # | PURCHASE RETURN | | | | 89.00 | 7720.80 |
| | # | INTERVAL TRA* 800-828-8200 F | | | | | |
| | # | 934504862962  Dec 11 | | | | | |
| DEC12 | # | DEBIT PURCHASE | | | 10.88 | | 7709.92 |
| | # | 3 GARCIA'S EL PASO T | | | | | |
| | # | 934602981706 00282954 Dec 12 | | | | | |
| DEC15 | | NEW YORK LIFE/INS. PREM./DEC 09/PP D/ | | | 365.50 | | 7344.42 |
| DEC15 | | NEW YORK LIFE/INS. PREM./DEC 09/PP D/ | | | 506.81 | | 6837.61 |
| DEC14 | # | DEBIT PURCHASE | | | 45.96 | | 6791.65 |
| | # | VETERANS CANTEEN #756 EL PASO T | | | | | |
| | # | 934804351139 63311721 Dec 14 | | | | | |
| DEC16 | | US TREASURY 303/SOC SEC/121609/PPD | | | | 1494.00 | 8285.65 |
| DEC16 | | BILL PAY WITHDRAWAL | | | 75.57 | | 8210.08 |
| | | AT AND T | | | | | |
| | | 912356 ORCC WW Dec 16 @ 11:14am | | | | | |
| DEC15 | # | DEBIT PURCHASE | | | 14.01 | | 8196.07 |
| | # | ORIENTAL GARDEN EL PASO T | | | | | |
| | # | 934904364894 52794401 Dec 15 | | | | | |
| DEC14 | # | DEBIT PURCHASE | | | 16.13 | | 8179.94 |
| | # | YOUNG VIN RESTAURANT EL PASO T | | | | | |
| | # | 934801713757 90158112 Dec 14 | | | | | |
| DEC16 | | BILL PAY WITHDRAWAL | | | 300.00 | | 7879.94 |
| | | ELECTRIC COM | | | | | |
| | | 026862 ORCC WW Dec 16 @ 6:44pm | | | | | |
| DEC15 | # | DEBIT PURCHASE | | | 31.72 | | 7848.22 |
| | # | FT BLISS CASSIDY GAS FORT BLISS T | | | | | |
| | # | 934900562966 00B62799 Dec 15 | | | | | |
| DEC15 | # | DEBIT PURCHASE | | | 14.12 | | 7834.10 |
| | # | 3 GARCIA'S EL PASO T | | | | | |
| | # | 934902049690 00282954 Dec 15 | | | | | |
| DEC18 | | ATM WITHDRAWAL | | | 234.21 | | 7599.89 |
| | | PROMOCION Y OP CD. JUAREZ   MX | | | | | |
| | | 000000004969 NM1592 Dec 18 @ 3:52pm | | | | | |
| DEC18 | | ATM NETWORK FEE | | | 1.00 | | 7598.89 |
| DEC16 | # | DEBIT PURCHASE | | | 29.93 | | 7568.96 |
| | # | SORRENTO INC EL PASO T | | | | | |
| | # | 935001485408 00396315 Dec 16 | | | | | |
| DEC16 | # | DEBIT PURCHASE | | | 13.91 | | 7555.05 |

Continued on page 10

https://rbserver.fbfcu.org/scripts/ibank.dll                                                    1/3/2010

ALL ACCOUNTS, EXCEPT SHARE DRAFT ACCOUNTS, ARE NOT TRANSFERABLE AS DEFINED IN REGULATION D.

FIRSTLIGHT

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
** **** ** *****



Number: ******
Statement Period: 28OCT09 to

```
Tran E    # - Means Effective Dated    Periodic  Late     Debits    Credits  New
Date F                                 Finance   Payment                     Balance
      F    Description                 Charge    Charge

       #   3 GARCIA'S EL PASO T
       #    935002066252 00282954 Dec 16
DEC16# DEBIT PURCHASE                                       41.07             7513.98
       #    FT BLISS CASSIDY GAS FORT BLISS T
       #    935000556328 00B62799 Dec 16
DEC16# DEBIT PURCHASE                                       19.12             7494.86
       #    OREILLY AUTO 00027953 EL PASO T
       #    935001094975 025 Dec 16
DEC17# DEBIT PURCHASE                                      151.74             7343.12
       #    VETERANS CANTEEN #756 EL PASO T
       #    935105063046 47143740 Dec 17
DEC17# DEBIT PURCHASE                                       15.27             7327.85
       #    ORIENTAL GARDEN EL PASO T
       #    935104163044 52794401 Dec 17
DEC17# PURCHASE RETURN                                              84.99     7412.84
       #    VETERANS CANTEEN #756 EL PASO T
       #    935104919000 47143732 Dec 17
DEC19  POS PURCHASE                                        203.57             7209.27
            AAFES EL PASO XX
            935300054843 00047647
            Dec 19 @ 3:39pm
DEC20# BILL PAY WITHDRAWAL                                 100.00             7109.27
       #    TEXAS GAS SE
       #    928275 ORCC WW Dec 20 @ 11:07am
DEC19# DEBIT PURCHASE                                        6.05             7103.22
       #    MCDONALD'S M7639 OF TX EL PASO T
       #    935304377954 1 Dec 19
DEC19# DEBIT PURCHASE                                       15.12             7088.10
       #    LOWES #01152* EL PASO T
       #    935303356286  Dec 19
DEC19# DEBIT PURCHASE                                       61.96             7026.14
       #    VETERANS CANTEEN #756 EL PASO T
       #    935302026225 19491272 Dec 19
DEC18# DEBIT PURCHASE                                       42.00             6984.14
       #    USCUSTOMS TRUSTEDTRAVE 317-614-4887
       #    935210050158 18699694 Dec 18
DEC21  POS PURCHASE                                        101.70             6882.44
            BCF - 6020 NORTH MESA STR EL PASO
            TX935536518097 34502 Dec 21 @
            4:59pm
DEC19# DEBIT PURCHASE                                      100.27             6782.17
       #    THE HOME DEPOT 523 EL PASO T
       #    935302619047  Dec 19
DEC20# DEBIT PURCHASE                                        5.07             6777.10
       #    VISTA QUALITY MARKE EL PASO T
       #    935402371144 1 Dec 20
DEC19# DEBIT PURCHASE                                        7.99             6769.11
       #    AAFES CHARLEY'S STEAKE FT BLISS T
       #    935300496245 00A01200 Dec 19
```

```
✓ DEC19# DEBIT PURCHASE                              ✓ 4.39        6764.72
      #    AAFES BASKIN ROBBINS FT BLISS T
      #    935300496246 00A01300 Dec 19
✓ DEC21# DEBIT PURCHASE                              ✓ 10.00       6754.72
      #    DIAMOND 1359 SHAMROCK EL PASO T
      #    935502579944 1 Dec 21
✓ DEC22# DEBIT PURCHASE                              ✓ 66.89       6687.83
      #    FERGUSON ENT #1398 915-581-3076 T

           Continued on page 11
```

Continued on page 11

---

ALL ACCOUNTS, EXCEPT SHARE DRAFT ACCOUNTS, ARE NOT TRANSFERABLE AS DEFINED IN REGULATION D.

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
** **** ** *****

   NCUA

Member No. ******   ********

28OCT09 to (

| Tran Date | E F | # - Means Effective Dated Description | Periodic Finance Charge | Late Payment Charge | Debits | Credits | New Balance |
|---|---|---|---|---|---|---|---|
|  | # | 935603441304  Dec 22 |  |  |  |  |  |
| ✓ DEC22 | # | DEBIT PURCHASE |  |  | 15.16 |  | 6672.67 |
|  | # | FAMILY DOLLAR #4986 EL PASO T |  |  |  |  |  |
|  | # | 935605344778 96123510 Dec 22 |  |  |  |  |  |
| ✓ DEC22 | # | DEBIT PURCHASE |  |  | 3.64 |  | 6669.03 |
|  | # | LOWES #01152* EL PASO T |  |  |  |  |  |
|  | # | 935601705418 Dec 22 |  |  |  |  |  |
| ✓ DEC21 | # | DEBIT PURCHASE |  |  | 49.47 |  | 6619.56 |
|  | # | RED LOBSTER US00008870 EL PASO T |  |  |  |  |  |
|  | # | 935501147124 006 Dec 21 |  |  |  |  |  |
| ✓ DEC24 |  | DFAS-CLEVELAND/FED SALARY/122409/P |  |  |  | 2241.89 | 8861.45 |
|  |  | PD/ACH DIST TOTAL $2,241.89 |  |  |  |  |  |
| ✓ DEC22 | # | DEBIT PURCHASE |  |  | 1.99 |  | 8859.46 |
|  | # | VISTA QUALITY MARKE EL PASO T |  |  |  |  |  |
|  | # | 935603424034 1 Dec 22 |  |  |  |  |  |
| ✓ DEC25 | # | BILL PAY WITHDRAWAL |  |  | 154.89 |  | 8704.57 |
|  | # | ELECTRIC COM |  |  |  |  |  |
|  | # | 976942 ORCC WW Dec 25 @ 11:08am |  |  |  |  |  |
| ✓ DEC23 | # | DEBIT PURCHASE |  |  | 37.41 |  | 8667.16 |
|  | # | FT BLISS CASSIDY GAS FORT BLISS T |  |  |  |  |  |
|  | # | 935700687260 00B62799 Dec 23 |  |  |  |  |  |
| ✓ DEC23 | # | DEBIT PURCHASE |  |  | 79.32 |  | 8587.84 |
|  | # | FT BLISS COMMISSARY FORT BLISS T |  |  |  |  |  |
|  | # | 935700191725 98932015 Dec 23 |  |  |  |  |  |
| ✓ DEC23 | # | DEBIT PURCHASE |  |  | 136.00 |  | 8451.84 |
|  | # | BLISS ITR FT BLISS T |  |  |  |  |  |
|  | # | 935700558598 Dec 23 |  |  |  |  |  |
| ✓ DEC22 | # | ATM WITHDRAWAL |  |  | 80.00 |  | 8371.84 |
|  | # | FNB TX-YARBROUGH EL PASO T |  |  |  |  |  |
|  | # | 935602277969 72569413 Dec 22 |  |  |  |  |  |
| ✓ DEC26 |  | BILL PAY WITHDRAWAL |  |  | 808.23 |  | 7563.61 |
|  |  | Home Insuran |  |  |  |  |  |
|  |  | 090231 ORCC WW Dec 26 @ 11:55am |  |  |  |  |  |
| ✓ DEC26 |  | POS PURCHASE |  |  | 26.18 |  | 7537.43 |
|  |  | MEXICO LINDO TUCSON AZ |  |  |  |  |  |
|  |  | 936092355500 53995001 |  |  |  |  |  |
|  |  | Dec 26 @ 9:54am |  |  |  |  |  |
| ✓ DEC27 | # | PAYMENT/TRANSFER DEBIT |  |  | 54.13 |  | 7483.30 |
|  | # | VESTA *AT&T 866 608-3007 OR |  |  |  |  |  |

```
          #     936180516491 VESTA002
          #     Dec 27 @ 5:42am
  DEC28 ATM NETWORK FEE                                       1.00           7482.30
  DEC24# DEBIT PURCHASE                                      20.00           7462.30
       #     MONTANA CAR WASH EL PASO T
       #     935803939810 2642001 Dec 24
  DEC25# DEBIT PURCHASE                                       3.24           7459.06
       #     REDBOX *DVD RENTAL OAKBRKTERRACE I
       #     935904794246   Dec 25
  DEC26# DEBIT PURCHASE                                     172.87           7286.19
       #     ORB*BKBPJJ 888-922-8849 I
       #     936001048222   Dec 26
  DEC26# DEBIT PURCHASE                                      42.94           7243.25
       #     LOVE S COUNTRY00002659 CASA GRANDE
       #     A936001013683 009 Dec 26
  DEC26# DEBIT PURCHASE                                      38.70           7204.55
       #     CHEVRON 00091657 EL CENTRO C
       #     936001496502 13 Dec 26

          Continued on page 12
```

Continued on page 12

ALL ACCOUNTS, EXCEPT SHARE DRAFT ACCOUNTS, ARE NOT TRANSFERABLE AS DEFINED IN REGULATION D.

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
** **** ** *****



Member No. *******

Statement Period: 28OCT09 to (

```
Tran  E   # - Means Effective Dated    Periodic  Late      Debits    Credits  New
Date  F                                Finance   Payment                      Balance
      F   Description                  Charge    Charge

DEC26# DEBIT PURCHASE                                       5.62            7198.93
     #     LOVE S COUNTRY00002659 CASA GRANDE
     #     A936001013685 009 Dec 26
DEC27# DEBIT PURCHASE                                      16.25            7182.68
     #     VESTA *AT&T 866-6083007 O
     #     936101714547 00000001 Dec 27
DEC27# DEBIT PURCHASE                                      28.00            7154.68
     #     SUBWAY 00028845 ANAHEIM C
     #     936100095865 001 Dec 27
DEC27# DEBIT PURCHASE                                      30.16            7124.52
     #     NAVY EXCHANGE 00001107 SAN DIEGO C
     #     936100175134 001 Dec 27
DEC27# DEBIT PURCHASE                                     247.00            6877.52
     #     SEAWORLD-CA 6192253284 SAN DIEGO C
     #     936100822241 001 Dec 27
DEC27# DEBIT PURCHASE                                      28.16            6849.36
     #     NAVY EXCHANGE 110110 SAN DIEGO V
     #     936100516445 00039463 Dec 27
DEC27# DEBIT PURCHASE                                      63.53            6785.83
     #     NAVY EXCHANGE 110110 SAN DIEGO V
     #     936100516447 00039463 Dec 27
DEC27# DEBIT PURCHASE                                     324.98            6460.85
     #     NAVY EXCHANGE 110110 SAN DIEGO V
     #     936100516448 00039463 Dec 27
DEC28# DEBIT PURCHASE                                       6.30            6454.55
     #     QUALITY INNS & SUITES ANAHEIM C
     #     936202197174 Dec 28
DEC27# PURCHASE RETURN                                               324.98 6779.53
     #     NAVY EXCHANGE 110110 SAN DIEGO V
```

https://rbserver.fbfcu.org/scripts/ibank.dll                                1/3/2010

```
    #      936100516446 00039463 Dec 27
DEC30  BILL PAY WITHDRAWAL                            95.00        6684.53
           EL PASO WATE
           901097 ORCC WW Dec 30 @ 11:20am
DEC28# DEBIT PURCHASE                                 29.76        6654.77
    #      SIZZLER #28 GARDEN GROVE C
    #      936201185213 00522210 Dec 28
DEC28# DEBIT PURCHASE                                 42.00        6612.77
    #      NAVY GATEWAY I81990046 SAN DIEGO C
    #      936200038867 247 Dec 28
DEC31  US TREASURY 220/VA BENEFIT/123109/                 1835.00  8447.77
           PPD/
DEC31  BILL PAY WITHDRAWAL                          1600.00        6847.77
           SIERRA C 2
           060502 ORCC WW Dec 31 @ 4:09pm
DEC31  BILL PAY WITHDRAWAL                          4600.00        2247.77
           SIERRA CREST
           060503 ORCC WW Dec 31 @ 4:09pm
DEC29# DEBIT PURCHASE                                 60.01        2187.76
    #      SHELL OIL 57442743001 IMPERIAL C
    #      936300807878 S1D0726 Dec 29
DEC29# DEBIT PURCHASE                                 41.93        2145.83
    #      DENNY'S #7990 COLTON C
    #      936302290117 1 Dec 29
JAN1 # DIVIDEND CREDIT                                          1.44  2147.27
JAN2       Annual Percentage Yield Earned: 0.25%
JAN2       For the Period from 12/01 through 12/31.
JAN1 # FED W/H TAX                                    0.40        2146.87

           Continued on page 13
```

ALL ACCOUNTS, EXCEPT SHARE DRAFT ACCOUNTS, ARE NOT TRANSFERABLE AS DEFINED IN REGULATION D.

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
** **** ** *****



****** *******

Statement Period: 28OCT09 to 0

```
Tran E   # - Means Effective Dated    Periodic  Late     Debits    Credits  New
Date F                                 Finance   Payment                    Balance
     F   Description                   Charge    Charge

DEC30# DEBIT PURCHASE                                      26.40            2120.47
    #      LOVES COUNTRY 00003749 BARSTOW C
    #      936400185560 009 Dec 30
DEC30# DEBIT PURCHASE                                     124.50            1995.97
    #      NELAF LODGING NELLIS AFB N
    #      936400329134  Dec 30
DEC31# DEBIT PURCHASE                                      76.70            1919.27
    #      LEGGS HANES BALI OUTLE LAS VEGAS N
    #      936503586454  Dec 31
JAN1 # DEBIT PURCHASE                                      47.91            1871.36
    #      CKT*CRICKETCOMM 800-274-2538 C
    #      000103590138  Jan 1
JAN1 # PAYMENT/TRANSFER DEBIT                              81.20            1790.16
    #      VESTA *AT&T 866 608-3007 OR
    #      000181134972 VESTA002
    #      Jan 1 @ 11:02pm
JAN2   ATM NETWORK FEE                                      1.00            1789.16
JAN2   POS PURCHASE                                        41.67            1747.49
           MEXICO LINDO FOODMARKET L TUCSON AZ
```

https://rbserver.fbfcu.org/scripts/ibank.dll                              1/3/2010