UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CHARLES F. MCVAY
UNITED STATES TRUSTEE
KEVIN M. EPSTEIN
TRIAL ATTORNEY
615 E. Houston, Rm. 533
P.O. Box 1539
San Antonio, TX 78295-1539
Telephone: (210) 472-4640
Fax: (210) 472-4649

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOE JESSE MONGE AND | § | CASE NO. 09-30881-LMC |
| ROSANA ELENA MONGE | § | CHAPTER 11 |
| | § | |
| | § | Hearing Date: None Requested |
| DEBTOR | § | |

**MOTION OF THE UNITED STATES TRUSTEE TO DISMISS CASE**

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

TO THE HONORABLE LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CHARLES F. MCVAY, THE UNITED STATES TRUSTEE for Region 7 ("UST"), through the undersigned counsel, pursuant to 11 U.S.C. § 1112(b) and respectfully moves for an order dismissing the case and represents as follows:

1. This case was commenced upon the filing of a voluntary petition on April 27, 2009. As of the date the case was filed, Ms. Monge was working as a nurse practitioner and attending medical school. Mr. Monge was not working at the time. According to their schedules, he was receiving pension and VA disability payments. The schedules show that the debtors own interests in various entities and own a piece of real estate, other than their house, valued at $702,150.00.

2. Pursuant to section 1121 of the Bankruptcy Code, the debtors were granted the exclusive right to file a plan of reorganization within 120 days from the petition date. The case is now more than nine months old, and the debtors have still not filed a plan of reorganization. Moreover, the bankruptcy docket does not reveal that they have taken any other action to move the case forward.

3. Under section 1112(b) of the Bankruptcy Code, the Bankruptcy Court shall convert a case to chapter 7 or dismiss a case, whichever is in the best interest of the estate, if the movant establishes cause, unless the court finds unusual circumstances that establish that conversion or dismissal of the case is not in the best interest of creditors and the estates. 11 U.S.C. § 1112(b).

4. In this case, cause exists to dismiss this case. Creditors have had to wait patiently for more than nine months, but no plan has come forward from the debtors. They should not be required to continue to wait. Moreover, the monthly operating reports filed in this case reveal that the debtors have had negative cash flow over each

of the last three months of the case. A continuing loss or diminution of the estate along with the absence of a reasonable likelihood of rehabilitation also provides cause for dismissing the case. 11 U.S.C. 1112(b)(4)(A) For these reasons, cause exists to dismiss the case, and the case should be dismissed.

5. In the event of dismissal, the UST requests that the Order provide for payment of any quarterly fees owed to the UST and any noticing fees owed to the Clerk of the Bankruptcy Court at the time of dismissal of the case. 28 U.S.C. § 1930.

WHEREFORE, the UST prays that the Court enter an Order dismissing the case, and for any and all further relief as is equitable and just.

                                              Respectfully submitted,

                                              CHARLES F. MCVAY
                                              UNITED STATES TRUSTEE
                                              REGION 7

                                              By: /s/Kevin M. Epstein
                                              Kevin M. Epstein
                                              Trial Attorney
                                              Texas Bar No. 00790647
                                              615 E. Houston St., Room 533
                                              P.O. Box 1539
                                              San Antonio, TX 78295-1539
                                              (210) 472-4640
                                              (210) 472-4649 Fax
                                              E-mail: Kevin.M.Epstein@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE, was served upon the parties listed on the attached Service List by United States Mail, first class, postage prepaid and/or by electronic means for all Pacer System participants on this the 28th day of January, 2010.

                                            /s/ Kevin M. Epstein
                                            Kevin M. Epstein
                                            Trial Attorney

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-3<br>Case 09-30881-lmc<br>Western District of Texas<br>El Paso<br>Fri Jan 29 13:39:45 CST 2010 | U.S. BANKRUPTCY COURT<br>P.O. BOX 971040<br>EL PASO, TX 79997-1040 | AAFES/MIL STAR/EXCHANGE<br>P O Box 740933<br>Dallas,Tx 75374-0933 |
| AT&T<br>Attn: Bankruptcy Dept<br>P O Box 57907<br>Salt Lake City, UT 84157 | Alicia Rojas<br>105 Thoroughbred<br>Santa Teresa, NM 88008-9130 | Alicia Rojas and Francisco Jayme<br>c/o Lane C. Reedman<br>4171 North Mesa Street, Suite B-201<br>El Paso, TX 79902-1431 |
| Ascension Capital Group, Inc.<br>Attn: Onyx Acceptance Corp Dept.<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | BAC Home Loans Servicing, L.P.<br>7105 Corporate Drive<br>PTX-B-35<br>Plano, TX 75024-4100 | BAC Home Loans Servicing, L.P.<br>Polk, Prober 7 Raphael<br>A Law Corportation<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, CA 91364-6207 |
| Bill Issac<br>5880 Kingfield Ave<br>El Paso, TX 79912 | Capital One Auto Finance<br>3901 N Dallas Pkwy<br>Plano, TX 75093-7864 | Carlos Mata<br>5019 Alabama<br>El Paso, TX 79930-2601 |
| Citi<br>Attn: Centralized Bankruptcy<br>PO Box 20507<br>Kansas City, MO 64195-0507 | City of El Paso<br>El Paso Tax Assessor/Collector<br>PO Box 2992<br>El Paso, TX 79999-2992 | City of El Paso<br>c/o David G. Aelvoet<br>711 Navarro, Suite 300<br>San Antonio, TX 78205-1749 |
| City of El Paso Tax Assessor Collector<br>c/o Linebarger, Goggan Blair & Sampson<br>711 Navarro, Ste. 200<br>San Antonio, TX 78205-1711 | City of El Paso Tax Assessor/Collector<br>P. O. Box 2992<br>El Paso, TX 79999-2992 | Countrywide Home Lending<br>Attention: Bankruptcy SV-314B<br>PO Box 5170<br>Simi Valley, CA 93062-5170 |
| Credit Management<br>4200 International Pwy<br>Carrolton, TX 75007-1912 | Dona Ana County<br>Jim D. Schoonover, Treasurer<br>Property Tax Assessor<br>845 N. Motel Blvd.<br>Las Cruces, NM 88007-8100 | Dona Ana County Treasurer<br>David Gutierrez, Treasurer<br>845 N. Motel Blvd<br>Las Cruces, NM 88007-8100 |
| El Paso Area Tchrs Fcu<br>12020 Rojas Dr<br>El Paso, TX 79936-7711 | El Paso Area Teachers Federal<br>Credit Union<br>c/o Carlos A. Miranda III, P.C.<br>5915 Silver Springs, Bldg. 3A<br>El Paso, TX 79912-4126 | El Paso Area Teachers Federal Credit Union<br>Attn: Linda Aldeis, Collections Manager<br>12020 Rojas Drive<br>El Paso, Texas 79936-7711 |
| Hector Phillips, P.C.<br>1017 Montana Avenue<br>El Paso, Texas 79902-5411 | Hudspeth Appraisal District<br>P. O. Box 429<br>Sierra Blanca, TX 79851-0429 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 |
| Javier Francisco Jayme<br>105 Thoroughbred<br>Santa Teresa, NM 88008-9130 | Joe Jesse Monge<br>51 Sierra Crest Dr.<br>El Paso, TX 79902-1928 | Kevin Epstein<br>United States Trustee<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 |

| | | |
|---|---|---|
| LFG Lease Finance Group, LLC<br>P. O. Box 1027<br>Sioux Falls, SD 57101-1027 | Lease Finance Group, LLC<br>132 West 31st Street<br>14th Floor<br>New York, NY 10001-3406 | Lease Financial Group1<br>233 N Michigan Ave Ste 1<br>Chicago, IL 60601-5502 |
| Los Ranchos Del Rio<br>Property Owners Assoc.<br>P. O. Box 2914<br>SUNLAND PARK, NM 88063-2914 | Margarita Maria Mata Flores<br>5019 Alabama<br>El Paso, TX 79930-2601 | Military Star<br>Attention: Bankruptcy<br>PO Box 650062<br>Dallas, TX 75265-0062 |
| New Century Mortgage Corporation<br>c/o BAC Home Loans Servicing, LP<br>7105 Corporate Drive<br>PTX-B-35<br>Plano, TX 75024-4100 | Onyx Acceptance Corp (Serviced by Capital On<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | Onyx Acceptance Corp, c/o Ascension Capital<br>P.O. Box 201347<br>Arlington, TX 76006-1347 |
| Pablo Aguirre Jr.<br>1012 Chiricahua Dr.<br>El Paso, TX 79912-1267 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Rosana Elena Monge<br>51 Sierra Crest Dr.<br>El Paso, TX 79902-1928 |
| Sitework Engineering<br>444 Executive Center, Ste. 134<br>El Paso, TX 79902-1030 | Southwest Credit Systems, L.P.<br>5910 W Plano Parkway, Suite 100<br>Plano, TX 75093-2202 | Speesoil Inc.<br>3600 Esper Drive<br>El Paso, TX 79936-1373 |
| State Farm Lloyds<br>8900 Amberglen Blvd.<br>Austin, TX 78729-1193 | State of New Mexico<br>Taxation and Revenue Department<br>PO Box 8390<br>Santa Fe, NM 87504-8390 | State of New Mexico Taxation and<br>Revenue Department<br>P.O. Box 8575<br>Albuquerque, NM 87198-8575 |
| Sysco<br>601 Comanche Rd. N.E.<br>Albuquerque, NM 87107-4103 | U.S. Attorney<br>FHZ/HUD/VA/IRS<br>601 N.W. Loop 410, Suite 600<br>San Antonio, TX 78216-5512 | United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 |
| Vacation Break Resorts & Club<br>Star Island Condominium Association<br>P. O. Box 850001<br>Orlando, FL 32885-0001 | Verizon Wireless<br>15900 Se Eastgate Way<br>Bellevue, WA 98008-5757 | Verizon Wireless West<br>Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702-3397 |
| Wyndham Vacation Resorts<br>P. O. Box 3630<br>Boston, MA 02241-3630 | (p)WYNDHAM CONSUMER FINANCE INC<br>P O BOX 97474<br>LAS VEGAS NV 89195-0001 | Wyndham Vacation Resorts, Inc.<br>10750 W Charleston Blvd Ste 130<br>Las Vegas, NV 89135-1049 |
| Sidney J. Diamond<br>3800 N Mesa C-4<br>El Paso, TX 79902-1535 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>INSOLVENCY OFFICE<br>300 E.8TH ST. M/S 5026AUS<br>AUSTIN, TX 78701 | (d)IRS - Special Procedures Staff<br>Stop 5022 AUS<br>300 E. 8th Street<br>Austin, TX 78701 | Wyndham Vacation Resorts<br>P. O. Box 98940<br>Las Vegas, NV 89193-8940 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Joe Jesse Monge<br>51 Sierra Crest Dr.<br>El Paso, TX 79902-1928 | (d)Rosana Elena Monge<br>51 Sierra Crest Dr.<br>El Paso, TX 79902-1928 | End of Label Matrix<br>Mailable recipients    57<br>Bypassed recipients     2<br>Total                  59 |