**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| IN RE:<br><br>JOE MONGE, and<br>ROSANA MONGE,<br><br>　Debtors. | CASE NO. 08-30881-LMC<br><br>CHAPTER 11 |

### MOTION FOR EXPEDITED HEARING ON MOTION FOR EXTENSION OF TIME TO FILE AND CONFIRM CHAPTER 11 PLAN

**TO THE HONORABLE LEIF M. CLARK, UNITED STATES BANKRUPTCY JUDGE**:

**NOW COMES Joe Monge and Rosana Monge,** Debtors in the above entitled and numbered case by and through Sidney J. Diamond of Sidney Diamond, P.C, their attorney of record and files this Motion to Expedite Hearing on Motion for Extension of Time to File and Confirm Chapter 11 Plan and would respectfully show the Court the following:

1.　The Debtors filed a Petition For Relief Under Chapter 11 of Title 11, United States Code on May 27, 2009. The Debtors remain in possession of their property and are operating their business. The Debtors case is a small business case.

2.　The time period within which to file and confirm a Chapter 11 Plan will expire on February 22, 2010. As such, Debtor respectfully requests that an expedited hearing before this Honorable Court be scheduled, prior to the expiration of the aforementioned deadline.

3.　The basis for such relief is set forth in the Motion for Extension of Time to File and Confirm Chapter 11 Plan

**WHEREFORE, PREMISES CONSIDERED**, Debtors Pray:

1.　That the Debtor's Motion for Extension of Time to File and Confirm Chapter 11 Plan be set for an expedited hearing; and

2.　For such other and relief as the Debtors may show themselves to be justly entitled.

**MOTION FOR EXPEDITED HEARING ON MOTION FOR EXTENSION OF TIME TO FILE AND CONFIRM CHAPTER 11 PLAN, Page 1**

**DATED:** February 2, 2010.

Respectfully submitted,

SIDNEY DIAMOND, P.C.

By: /s/ Sidney J. Diamond
    Sidney J. Diamond
    Attorney For Debtor
    Texas Bar Card No.: 5803000
    3800 N. Mesa, Suite C-4
    El Paso, Texas 79902
    915-532-3327 Voice
    915-532-3355 Fax
    Sidney@sidneydiamond.com   Email

**CERTIFICATE OF SERVICE**

      I, Sidney J. Diamond, do hereby certify that on May 22, 2009, a true and correct copy of the foregoing Motion for Expedited Hearing of Motion for Extension of Time to File and Confirm Chapter 11 Plan, by depositing the same in the United States Mail, properly addressed and postage prepaid, or by fax or email as noted, to the following parties:

**DEBTORS:**
Joe and Rosana Monge
51 Sierra Crest Drive
El Paso, Texas 79902

**UNITED STATES TRUSTEE**:
Office of the U.S. Trustee
P.O. Box 1539
San Antonio, TX 78295-1539

**PARTIES IN INTEREST
PREVIOUSLY REQUESTING NOTICE:**

City of El Paso
c/o David G. Aelvoet
711 Navarro, Suite 300
San Antonio, TX 78205

Lane C. Reedman
Attorney for Francisco Jayme & Alicia Rojas
4171 N. Mesa, Suite B-201
El Paso, TX 79902

Ascension Capital Group
ONYX Acceptance Corp.
Capital One Bank
PO Box 20137
Arlington, TX 76006

El Paso Area Teachers Federal Credit Union
c/o Carlos Miranda III, PC
5915 Silver Springs, Bldg. 3A
El Paso, TX 79912

**MOTION FOR EXPEDITED HEARING ON MOTION FOR EXTENSION OF TIME TO FILE AND CONFIRM CHAPTER 11 PLAN, Page 2**
G:\BankruptcyPRO\Monge, Joe Jesse Monge, Rosana Elena\100202 Motion Expedite Extend Time Plan.wpd

**THE TWENTY LARGEST UNSECURED CREDITORS:**

| | |
|---|---|
| Bill Issac<br>5880 Kingfield Ave.<br>El Paso, TX 79912 | Pablo Aguirre, Jr.<br>1012 Chiricahua Dr.<br>El Paso, TX 79912 |
| State of New Mexico<br>Taxation and Revenue Dept.<br>PO Box 8390<br>Santa Fe, NM 87504-8390 | Citi<br>Attn: Centralized Bankruptcy<br>PO Box 20507<br>Kansas City, MO 64915 |
| LFG Lease Finance Group, LLC<br>PO Box 1027<br>Sioux Fallls, SD 57101 | State Farm Insurance Companies<br>PO Box 2329<br>Bloomington, IL 61702-2329 |
| Lease Financial Group<br>233 N. Michigan Ave., Ste. 1<br>Chicago, IL 60601 | Military Star<br>Attn: Bankruptcy<br>PO Box 650062<br>Dallas, TX 75313 |
| Sitework Engineering<br>444 Executive Center, Ste. 134<br>El Paso, TX 79902 | New York Life Ins. Co.<br>PO Box 130539<br>Dallas, TX 75313 |
| Speesoil, Inc.<br>3600 Esper Drive<br>El Paso, TX 79936 | Hector Phillips, PC<br>1017 Montana Ave.<br>El Paso, TX 79902 |
| Los Ranchos Del Rio<br>Property Owners Assoc<br>PO Box 2914<br>Sunland Park, NM 88063 | Southwest Credit Systems, LP<br>5910 W. Plano Parkway, Suite 100<br>Plano, TX 75093-4638 |
| Credit Management<br>4200 International Parkway<br>Carrolton, TX 75007 | Sysco<br>601 Comanche Rd., NE<br>Albuquerque, NM 87125 |
| Verizon Wireless<br>15900 S. Eastgate Way<br>Bellevue, WA 98008 | |

                /s/ Sidney J. Diamond
                Sidney J. Diamond