UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| IN RE:<br><br>JOE MONGE, and<br>ROSANA MONGE,<br><br>Debtors. | CASE NO. 08-30881-LMC<br><br>CHAPTER 11 |

## NOTICE OF HEARING ON MOTION FOR EXTENSION OF TIME TO FILE AND CONFIRM CHAPTER 11 PLAN

TO ALL CREDITORS AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Debtor's Motion for Extension of Time to File and Confirm Chapter 11 Plan has been set for February 11, 2010 at 8:30 o'clock a.m. Mountain Standard Time, in the United States Bankruptcy Court, 8515 Lockheed, El Paso, TX 79925.

DATED: February 3, 2010

Respectfully submitted,

SIDNEY J. DIAMOND, P.C.

/s/ Sidney J. Diamond
By: Sidney J. Diamond
Attorney for Debtor
Texas Bar Card No.: 5803000
3800 N. Mesa, Suite C-4
El Paso, Texas 79902
(915) 532-3327 Voice
(915) 532-3355 Fax
sidney@sidneydiamond.com

## CERTIFICATE OF SERVICE

I, Sidney J. Diamond, do hereby certify that on February 3, 2010 a true and correct copy of the foregoing Notice of Hearing on Motion for Extension of Time to File and Confirm Chapter 11 Plan was served, by depositing the same in the United States Mail, properly addressed and postage prepaid, to the following parties:

**THE DEBTORS:**
Joe and Rosana Monge
51 Sierra Crest Drive
El Paso, Texas 79902


**UNITED STATES TRUSTEE:**
Kevin Epstein
Office of the U.S. Trustee          VIA EMAIL: USTPRegion07.SN.ECF@usdoj.gov
P.O. Box 1539
San Antonio, TX 78295-1539

ALL CREDITORS AS CONTAINED IN THE MAILING LIST ON FILE WITH THE CLERK OF THIS COURT, A COPY ATTACHED HERETO AS EXHIBIT "A"

**OTHER PARTIES IN INTEREST PREVIOUSLY REQUESTING NOTICE:**

City of El Paso
c/o David G. Aelvoet
711 Navarro, Suite 300
San Antonio, TX 78205

Ascension Capital Group
ONYX Acceptance Corp.
Capital One Bank
PO Box 20137
Arlington, TX 76006

Lane C. Reedman
Attorney for Francisco Jayme & Alicia Rojas
4171 N. Mesa, Suite B-201
El Paso, TX 79902

El Paso Area Teachers Federal Credit Union
c/o Carlos Miranda III, PC
5915 Silver Springs, Bldg. 3A
El Paso, TX 79912


/s/ Sidney J. Diamond
Sidney J. Diamond

| | | |
|---|---|---|
| Alicia Rojas<br>105 Thoroughbred<br>Santa Teresa, NM 88008 | City of El Paso Tax Assessor Co<br>c/o Linebarger, Goggan Blair &<br>711 Navarro, Ste. 200<br>San Antonio, TX 78205 | IRS - Special Procedures Staff<br>Stop 5022 AUS<br>300 E. 8th Street<br>Austin, TX 78701 |
| Ascension Capital Group, Inc.<br>Attn: Onyx Acceptance Corp.<br>for Capital One Auto Finance<br>P. O. Box 201347<br>Arlington, TX 76006 | City of El Paso Tax Assessor/Co<br>P. O. Box 2992<br>El Paso, TX 79999-2992 | Javier Francisco Jayme<br>105 Thoroughbred<br>Santa Teresa, NM 88008 |
| AT&T<br>Attn: Bankruptcy Dept<br>P O Box 57907<br>Salt Lake City, UT 84157 | Countrywide Home Lending<br>Attention: Bankruptcy SV-314B<br>PO Box 5170<br>Simi Valley, CA 93062 | Joe Jesse Monge<br>51 Sierra Crest Dr.<br>El Paso, TX 79902 |
| Bernardo Vela<br>317 Poplar Ct<br>Sunland Park, NM 88063 | Credit Management<br>4200 International Pwy<br>Carrolton, TX 75007 | Kevin Epstein<br>United States Trustee<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 |
| Bill Issac<br>5880 Kingfield Ave<br>El Paso, TX 79912 | Dona Ana County<br>Jim D. Schoonover, Treasurer<br>Property Tax Assessor<br>845 N. Motel Blvd.<br>Las Cruces, NM 88007 | Lease Financial Group1<br>233 N Michigan Ave Ste 1<br>Chicago, IL 60601 |
| Capital One Auto Finance<br>3901 N Dallas Pkwy<br>Plano, TX 75093 | El Paso Area Teachers Federal C<br>C/o Carlos Miranda<br>5915 Silver Springs, Bldg 3A<br>El Paso, TX 79912 | LFG Lease Finance Group, LLC<br>P. O. Box 1027<br>Sioux Falls, SD 57101 |
| Carlos Mata<br>5019 Alabama<br>El Paso, TX 79930 | Guevara Baumann Coldwell Reedma<br>4171 N. Mesa Street, Ste. B-201<br>El Paso, TX 79902 | Linebarger, Goggan Blair & Samp<br>711 Navarro, Ste. 200<br>San Antonio, TX 78205<br>Attn: David G. Aelvoet<br>Attn: Don Stecker |
| Carlos Rivera Mata<br>6733 Morningside Circle<br>El Paso, TX 79904 | Hector Phillips, P.C.<br>1017 Montana Avenue<br>El Paso, Texas 79902 | Los Ranchos Del Rio<br>Property Owners Assoc.<br>P. O. Box 2914<br>SUNLAND PARK, NM 88063 |
| Citi<br>Attn: Centralized Bankruptcy<br>PO Box 20507<br>Kansas City, MO 64915 | Hudspeth Appraisal District<br>P. O. Box 429<br>Sierra Blanca, TX 79851 | Margarita Maria Mata Flores<br>5019 Alabama<br>El Paso, TX 79930 |
| City of El Paso<br>El Paso Tax Assessor/Collector<br>PO Box 2992<br>El Paso, TX 79999-2992 | Hugo Maynez Maldonado<br>5401 Thread Gill<br>El Paso, TX 79924 | Metal Buidling Specialites, LLC<br>c/o Alfonso L. Flores |



EXHIBIT A

Debtor(s): Joe Jesse Monge
Rosana Elena Monge

Case No: 09-30881
Chapter: 11

WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

09-30881-hcm Doc#52 Filed 02/03/10 Entered 02/03/10 14:24:17 Main Document Pg 4 of 4

Military Star  
Attention: Bankruptcy  
PO Box 650062  
Dallas, TX 75236  

State Farm Insurance Companies  
PO Box 2329  
Bloomington, IL 61702-2329  

New York Life Ins. Co.  
PO Box 130539  
Dallas, TX 75313  

State Farm Lloyds  
8900 Amberglen Blvd.  
Austin, TX 78729  

Pablo Aguirre  
1012 Chiricahua Dr.  
El Paso, TX 79912  

State of New Mexico  
Taxation and Revenue Department  
PO Box 8390  
Santa Fe, NM 87504-8390  

Pablo Aguirre Jr.  
1012 Chiricahua Dr.  
El Paso, TX 79912  

Sysco  
601 Comanche Rd. N.E.  
Albuquerque, NM 87125  

Polk, Prober & Raphael  
A Law Corporation  
20750 Ventura Blvd. #100  
Woodland Hills, CA 91364  
Attn: Dean Prober, Esq.  

U.S. Attorney  
FHZ/HUD/VA/IRS  
601 N.W. Loop 410, Suite 600  
San Antonio, TX 78216  

Ramesh Singh  
Recovery Management Systems  
25 SE 2nd Ave, Ste. 1120  
Miami, FL 33131  

Vacation Break Resorts & Club  
Star Island Condominium Associa  
P. O. Box 850001  
Orlando, FL 32885  

Rosana Elena Monge  
51 Sierra Crest Dr.  
El Paso, TX 79902  

Verizon Wireless  
15900 Se Eastgate Way  
Bellevue, WA 98008  

Sitework Engineering  
444 Executive Center, Ste. 134  
El Paso, TX 79902  

Wyndham Vacation Resorts  
P. O. Box 98940  
Las Vegas, NV 89193-8940  

Southwest Credit Systems, L.P.  
5910 W Plano Parkway, Suite 100  
Plano, TX 75093-4638  

Wyndham Vacation Resorts  
P. O. Box 3630  
Boston, MA 02241  

Speesoil Inc.  
3600 Esper Drive  
El Paso, TX 79936