Hearing shall be held on 2/11/2010 at 08:30 in El Paso Courtroom 1.
Movant is responsible for notice.

**SO ORDERED.**

**SIGNED this 05th day of February, 2010.**

_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE:

JOE MONGE, and
ROSANA MONGE,

    Debtors.

CASE NO. 08-30881-LMC

CHAPTER 11

### ORDER GRANTING MOTION FOR EXPEDITED HEARING ON MOTION FOR EXTENSION OF TIME TO FILE AND CONFIRM CHAPTER 11 PLAN

On this date came on to be considered Debtors Joe Monge and Rosana Monge's Motion to Expedite Hearing on Motion for Extension of Time to File and Confirm Chapter 11 Plan. The Court after having considered such Motion finds that it is well taken and should be approved, **IT IS ACCORDINGLY**

**ORDERED** that a hearing on Debtors Joe Monge and Rosana Monge's Motion to Expedite Hearing is scheduled for _____, 2010 at ____ o'clock __.m. Mountain Standard Time.

####

**Prepared and Submitted By:**

    **Sidney J. Diamond**
    **3800 N. Mesa, Suite C–4**
    **El Paso, TX  79902**
    **915-532-3327        Voice**
    **915-532-3355        fax**
    **Sidney@sidneydiamond.com**

**ORDER GRANTING MOTION FOR EXPEDITED HEARING ON MOTION FOR EXTENSION OF TIME TO FILE AND CONFIRM CHAPTER 11 PLAN, Page 2**
G:\BankruptcyPRO\Monge, Joe Jesse Monge, Rosana Elena\100202 Order Motion Expedite Extend Time Plan.wpd