**Hearing shall be held on 2/11/2010 at 09:30 in El Paso Courtroom 1.
Movant is responsible for notice.**

**SO ORDERED.**

**SIGNED this 05th day of February, 2010.**

_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE

_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 08-30881-LMC |
| JOE MONGE, and ROSANA MONGE, | CHAPTER 11 |
| Debtors. | |

**ORDER GRANTING MOTION FOR EXPEDITED HEARING ON MOTION FOR EXTENSION OF TIME TO FILE AND CONFIRM CHAPTER 11 PLAN**

On this date came on to be considered Debtors Joe Monge and Rosana Monge's Motion to Expedite Hearing on Motion for Extension of Time to File and Confirm Chapter 11 Plan. The Court after having considered such Motion finds that it is well taken and should be approved, **IT IS ACCORDINGLY**

**ORDERED** that a hearing on Debtors Joe Monge and Rosana Monge's Motion to Expedite Hearing is scheduled for _____, 2010 at ____ o'clock __.m. Mountain Standard Time.

####

**ORDER GRANTING MOTION FOR EXPEDITED HEARING ON MOTION FOR EXTENSION OF TIME TO FILE AND CONFIRM CHAPTER 11 PLAN, Page 1**
G:\BankruptcyPRO\Monge, Joe Jesse Monge, Rosana Elena\100202 Order Motion Expedite Extend Time Plan.wpd

**Prepared and Submitted By:**

**Sidney J. Diamond**
**3800 N. Mesa, Suite C–4**
**El Paso, TX 79902**
**915-532-3327     Voice**
**915-532-3355     fax**
**Sidney@sidneydiamond.com**

**ORDER GRANTING MOTION FOR EXPEDITED HEARING ON MOTION FOR EXTENSION OF TIME TO FILE AND CONFIRM CHAPTER 11 PLAN, Page 2**
G:\BankruptcyPRO\Monge, Joe Jesse Monge, Rosana Elena\100202 Order Motion Expedite Extend Time Plan.wpd

# CERTIFICATE OF NOTICE

```
District/off: 0542-3           User: yarbrough              Page 1 of 1                   Date Rcvd: Feb 05, 2010
Case: 09-30881                 Form ID: pdfintp             Total Noticed: 1
```

The following entities were noticed by first class mail on Feb 07, 2010.
 db/db        +Joe Jesse Monge,   Rosana Elena Monge,   51 Sierra Crest Dr.,   El Paso, TX 79902-1928

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 07, 2010**                          **Signature:** *Joseph Speetjens*