**SO ORDERED.**

**SIGNED this 18th day of February, 2010.**

_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOE JESSE MONGE AND | § | CASE NO. 09-30881-LMC |
| ROSANA ELENA MONGE | § | CHAPTER 11 |
| | § | |
| | § | Hearing Date: February 11, 2010 |
| DEBTOR | § | |

**AGREED ORDER ON MOTION FOR EXTENSION OF TIME TO FILE AND CONFIRM CHAPTER 11 PLAN**

CAME ON to be considered the Motion for Extension of Time to File and Confirm Chapter 11 Plan, and the Court finds that based on the agreement between the U.S. Trustee and the debtors the following extensions should be approved.

**IT IS THEREFORE ORDERED THAT:**

1. Pursuant to Section 1121(e) of the Bankruptcy Code, the time period for the debtors to file a plan shall be extended through April 8, 2010.

2. Pursuant to Section 1121(e) and 1129(e) of the Bankruptcy Code, if a plan is filed by April 8, 2010, the time period for the debtors to confirm a plan shall be extended through June 17, 2010.

###

Agreed:

 /s/ Sidney Diamond (with permission)
Sidney Diamond
3800 N. Mesa, Suite C - 4
El Paso, Texas 79902
(915) 532-3327
Fax : (915) 496-0653
Counsel for the Debtor

Submitted by:

Kevin M. Epstein
Trial Attorney
State Bar No. 00790647
615 E. Houston St., Room 533
P.O. Box 1539
San Antonio, TX 78295-1539
(210) 472-4640
(210) 472-4649 Fax