**SO ORDERED.**

**SIGNED this 18th day of February, 2010.**

_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOE JESSE MONGE AND | § | CASE NO. 09-30881-LMC |
| ROSANA ELENA MONGE | § | CHAPTER 11 |
| | § | |
| | § | Hearing Date: February 11, 2010 |
| DEBTOR | § | |

**AGREED ORDER ON MOTION FOR EXTENSION OF TIME TO FILE AND
CONFIRM CHAPTER 11 PLAN**

CAME ON to be considered the Motion for Extension of Time to File and Confirm Chapter 11 Plan, and the Court finds that based on the agreement between the U.S. Trustee and the debtors the following extensions should be approved.

**IT IS THEREFORE ORDERED THAT:**

1. Pursuant to Section 1121(e) of the Bankruptcy Code, the time period for the debtors to file a plan shall be extended through April 8, 2010.

2

2. Pursuant to Section 1121(e) and 1129(e) of the Bankruptcy Code, if a plan is filed by April 8, 2010, the time period for the debtors to confirm a plan shall be extended through June 17, 2010.

###

Agreed:

/s/ Sidney Diamond (with permission)
Sidney Diamond
3800 N. Mesa, Suite C - 4
El Paso, Texas 79902
(915) 532-3327
Fax : (915) 496-0653
Counsel for the Debtor


Submitted by:

Kevin M. Epstein
Trial Attorney
State Bar No. 00790647
615 E. Houston St., Room 533
P.O. Box 1539
San Antonio, TX 78295-1539
(210) 472-4640
(210) 472-4649 Fax

# CERTIFICATE OF NOTICE

```
District/off: 0542-3          User: yarbrough           Page 1 of 1              Date Rcvd: Feb 18, 2010
Case: 09-30881                Form ID: pdfintp          Total Noticed: 1

The following entities were noticed by first class mail on Feb 20, 2010.
db/db         +Joe Jesse Monge,   Rosana Elena Monge,   51 Sierra Crest Dr.,   El Paso, TX 79902-1928
The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 20, 2010**                                   **Signature:** _Joseph Speetjens_