**SO ORDERED.**

**SIGNED this 26th day of February, 2010.**

_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOE JESSE MONGE AND | § | CASE NO. 09-30881-LMC |
| ROSANA ELENA MONGE | § | CHAPTER 11 |
| | § | |
| | § | |
| DEBTOR | § | |

**AGREED ORDER ON MOTION OF
THE UNITED STATES TRUSTEE TO DISMISS CASE**

CAME ON to be considered the Motion of the United States Trustee to Dismiss Case, and the Court finds that the agreement of the parties to set certain deadlines should be approved.

**IT IS THEREFORE ORDERED THAT:**

1. The debtors shall file a plan by April 8, 2010.

2. The debtors shall obtain court approval of a disclosure statement in this case on or before May 17, 2010.

3. The debtors shall obtain confirmation of a Plan of Reorganization in this case on or before June 17, 2010.

4. The debtors shall become current on all monthly operating reports by February 23, 2010 and remain current thereafter in the filing of Monthly Operating Reports

5. The debtors shall become current on the payment of United States Trustee quarterly fees by February 23, 2010 and remain current thereafter.

6. The debtor's failure to comply with any provision of this order will result in dismissal of this case, without further notice and hearing, upon filing of a certificate of non-compliance to this Court by the Office of the United States Trustee.

###

Agreed:

 /s/ Sidney Diamond (with permission)
Sidney Diamond
3800 N. Mesa, Suite C - 4
El Paso, Texas 79902
(915) 532-3327
Fax : (915) 496-0653
Counsel for the Debtor


Submitted by:

Kevin M. Epstein
Trial Attorney
State Bar No. 00790647
615 E. Houston St., Room 533
P.O. Box 1539
San Antonio, TX 78295-1539
(210) 472-4640
(210) 472-4649 Fax