UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| IN RE:<br><br>JOE JESSE MONGE and<br>ROSANA ELENA MONGE,<br>Debtors. | CASE NO. 09-30881-lmc<br><br>CHAPTER 11 |

### APPLICATION TO EMPLOY STEVEN A. ROTH CPA
### AS ACCOUNTANT FOR DEBTOR-IN-POSSESSION

**TO THE HONORABLE LEIF M. CLARK, UNITED STATES BANKRUPTCY JUDGE:**

THIS PLEADING REQUESTS RELIEF WHICH MAY BE ADVERSE TO YOUR INTEREST
IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD
A TIMELY RESPONSE IS NECESSARY FOR A HEARING TO BE HELD:

**COMES NOW**, Joe Jesse Monge and Rosana Elena Monge, Debtors in this case and files this Application to Approve the Employment of Steven A. Roth, CPA, as the accountant for Debtors as Debtors-In-Possession and would respectfully show the Court as follows:

1. The Debtors filed a Petition for Relief under Chapter 11 of Title 11 on April 27, 2009, in the above captioned case.

2. The Debtors have continued in possession of their property and, as Debtors-in-Possession are now operating their business and managing their property pursuant to the provisions of 11 USC § 1101.

3. The Debtors, as Debtors-in-Possession, have employed Steven A. Roth, CPA as their regular accountant, subject to Court approval, at the hourly rates set forth on Exhibit "A" attached hereto.

APPLICATION TO EMPLOY STEVEN A. ROTH AS ACCOUNTANT, Page - 1

4. The Debtors have selected this accountant for the reasons that this accountant has considerable experience in matters of this character, and the Debtors believe that this accountant is well qualified to represent them as Debtors-in-Possession in this case.

5. The professional services to be performed by this accountant are:

   a) To prepare appropriate tax returns for the Debtors;
   b) To aid the Debtors' attorneys in all negotiations; and,
   c) To perform all of the accounting services for the Debtors as Debtors-in-Possession which may be necessary herein.

6. It is necessary for the Debtors, as Debtors-in-Possession, to employ Steven A. Roth, CPA an accountant to perform the professional services described in the preceding paragraph.

7. To the best of Debtors' knowledge, Steven A. Roth, CPA has no connection with the creditors or any other party in interest of the Debtors-in-Possession, other than as set forth in the attached Exhibit "B".

8. It is necessary and essential that the Debtors-in-Possession employ, Steven A. Roth to be employed with compensation as approved by the Court upon application for allowance of payment of fees and expenses.

9. Steven A. Roth, CPA represents no interest adverse to the Debtors as Debtors-in-Possession or to the estate in matters upon which he is to be engaged by the Debtors, and Debtors' employment of this attorney would be in the best interest of this estate except as set forth on Exhibit "B."

10. The Debtors-in-Possession have not paid a retainer to Steven A. Roth, CPA.

**WHEREFORE,** the Debtors pray:

**APPLICATION TO EMPLOY STEVEN A. ROTH AS ACCOUNTANT, Page - 2**

1. That the employment of Steven A. Roth, CPA to represent the Debtors-in-Possession, on an hourly basis as set forth on Exhibit "A" be approved; and,

2. For such other and further relief as the Debtors may show themselves to be justly entitled.

**DATED:** April 9, 2010.

Respectfully submitted,

_____
JOE JESSE MONGE

_____
ROSANA ELENA MONGE

## CERTIFICATE OF SERVICE

I, Sidney J. Diamond, do hereby certify that on April 9, 2010, a true and correct copy of the foregoing Application to Employ Steven A. Roth, CPA as Accountant for the Debtors-In-Possession was served, by depositing the same in the United States Mail, properly addressed and postage prepaid, or by fax or email as noted, to the following parties:

**THE DEBTORS:**

Joe Jesse & Rosana Elena Monge
51 Sierra Crest Dr..
El Paso, TX 79902

**UNITED STATES TRUSTEE:**

Kevin Epstein
Office of the U.S. Trustee                VIA EMAIL: USTPRegion07.SN.ECF@usdoj.gov
P.O. Box 1539
San Antonio, TX 78295-1539

**APPLICATION TO EMPLOY STEVEN A. ROTH AS ACCOUNTANT FOR DEBTORS IN POSSESSION, Page - 3**

**PARTIES IN INTEREST PREVIOUSLY REQUESTING NOTICE:**

David Alvoet
Linebarger, Goggan, Blair & Sampsom, LLP
711 Navarro, Suite 300
San Antonio, TX 78205
Attorney for City of El Paso

Carlos A. Miranda, III
5915 Silver Springs, Bldg. 3A
El Paso, TX 79912
Attorney for El Paso Area Teachers FCU

Lance C. Reedman
4171 N. Mesa St., Suite B-201
El Paso, TX 79902
Attorney for Francisco Jayme & Alicia Rojas

**ALL CREDITORS AND PARTIES IN INTEREST ON THE COURT'S MATRIX ATTACHED HERETO AS EXHIBIT "C":**

             /s/ Sidney J. Diamond
             Sidney J. Diamond

## EXHIBIT "A"

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

IN RE:

JOE JESSE MONGE and
ROSANA ELENA MONGE,

Debtors.

CASE NO. 09-30881-lmc

CHAPTER 11

### STEVEN A. ROTH, CPA

**HOURLY RATES:**

| | |
|---|---|
| Steven A. Roth, CPA, | $150.00 per hour |
| Secretary | $ 80.00 per hour |
| Postage | Actual |
| Copies | $0.10/page |
| Mileage | Federal Rate, Currently $0.55/mile |

EXHIBIT "A" & "B"

## EXHIBIT "B"

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

### AFFIDAVIT OF ST ROTH

| | |
|---|---|
| THE STATE OF CALIFORNIA | § |
| | § |
| COUNTY OF | § |

Steven A. Roth, CPA, being duly sworn, deposes and says as follows:

1. **QUALIFICATIONS**: I am a Certified Public Accountant, duly licensed to practice in the State of California.

2. **OFFICE**: I maintain an office at N. Bloomfield Road, Nevada City, CA 95959, and my telephone number is (530) 478-5696, fax number (530)478-5696.

3. **CONNECTION WITH DEBTOR**: I have not previously been employed as accountant for Joe Jesse Monge and Rosana Elena Monge, the Debtors in this case and have prepared their tax returns. I have no connection with Joe Jesse Monge and Rosana Elena Monge, the Debtor in this case, their creditors or any other party in interest herein, their respective attorneys or accountants.

4. **NO ADVERSE INTEREST**: I represent no interest adverse to the Debtors herein, or their estate in the matters upon which I am to be engaged.

Steven A. Roth, CPA

SUBSCRIBED AND SWORN TO BEFORE ME, on January 20, 2010

CHRIS CROCKETT
Notary Public for the State of California
Commission Expires: MAY 12 2011

CHRIS CROCKETT
COMM. #1743682
NOTARY PUBLIC - CALIFORNIA
NEVADA COUNTY
COMM. EXPIRES MAY 12, 2011

EXHIBIT "A" & "B"

| | | |
|---|---|---|
| AAFES/Military Star/Exchange<br>Attention: Bankruptcy<br>PO Box 740933<br>Dallas, TX 75374 | City of El Paso Tax Assessor Co<br>c/o Linebarger, Goggan Blair &<br>711 Navarro, Ste. 200<br>San Antonio, TX 78205 | INTERNAL REVENUE SERVICE<br>300 E. 8TH ST. STOP 5026AUS<br>AUSTIN, TX 78701 |
| Alicia Rojas<br>105 Thoroughbred<br>Santa Teresa, NM 88008 | City of El Paso Tax Assessor/Co<br>P. O. Box 2992<br>El Paso, TX 79999-2992 | IRS - Special Procedures Staff<br>Stop 5022 AUS<br>300 E. 8th Street<br>Austin, TX 78701 |
| Ascension Capital Group, Inc.<br>Attn: Onyx Acceptance Corp.<br>for Capital One Auto Finance<br>P. O. Box 201347<br>Arlington, TX 76006 | Countrywide Home Lending<br>Attention: Bankruptcy SV-314B<br>PO Box 5170<br>Simi Valley, CA 93062 | Javier Francisco Jayme<br>105 Thoroughbred<br>Santa Teresa, NM 88008 |
| AT&T<br>Attn: Bankruptcy Dept<br>P O Box 57907<br>Salt Lake City, UT 84157 | Credit Management<br>4200 International Pwy<br>Carrolton, TX 75007 | Joe Jesse Monge<br>51 Sierra Crest Dr.<br>El Paso, TX 79902 |
| Bernardo Vela<br>317 Poplar Ct<br>Sunland Park, NM 88063 | Dona Ana County<br>David Gutierrez, Treasurer<br>Property Tax Assessor<br>845 N. Motel Blvd.<br>Las Cruces, NM 88007 | Kevin Epstein<br>United States Trustee<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 |
| Bill Issac<br>5880 Kingfield Ave<br>El Paso, TX 79912 | El Paso Area Teachers Federal C<br>c/o Linda Aldeis, Collections M<br>12020 Rojas Drive<br>El Paso, TX 79930 | Lease Finance Group, LLC<br>132 West 31st St., 14th Floor<br>New York, NY 10011 |
| Carlos Mata<br>5019 Alabama<br>El Paso, TX 79930 | Guevara Baumann Coldwell Reedma<br>4171 N. Mesa Street, Ste. B-201<br>El Paso, TX 79902 | LFG Lease Finance Group, LLC<br>P. O. Box 1027<br>Sioux Falls, SD 57101 |
| Carlos Rivera Mata<br>6733 Morningside Circle<br>El Paso, TX 79904 | Hector Phillips, P.C.<br>1017 Montana Avenue<br>El Paso, Texas 79902 | Linebarger, Goggan Blair & Samp<br>711 Navarro, Ste. 200<br>San Antonio, TX 78205<br>Attn: David G. Aelvoet<br>Attn: Don Stecker |
| Citi<br>Attn: Centralized Bankruptcy<br>PO Box 20507<br>Kansas City, MO 64915 | Hudspeth Appraisal District<br>P. O. Box 429<br>Sierra Blanca, TX 79851 | Los Ranchos Del Rio<br>Property Owners Assoc.<br>P. O. Box 2914<br>SUNLAND PARK, NM 88063 |
| City of El Paso<br>El Paso Tax Assessor/Collector<br>PO Box 2992<br>El Paso, TX 79999-2992 | Hugo Maynez Maldonado<br>5401 Thread Gill<br>El Paso, TX 79924 | Margarita Maria Mata Flores<br>5019 Alabama<br>El Paso, TX 79930 |


EXHIBIT A

Metal Buidling Specialites, LLC
c/o Alfonso L. Flores

Sitework Engineering
444 Executive Center, Ste. 134
El Paso, TX 79902

Verizon Wireless
15900 Se Eastgate Way
Bellevue, WA 98008

New Century Mortgage Corp.
c/o BAC Home Loans Servicing
7105 Corporate Drive
PTX-B-35
Plano, TX 75024

Southwest Credit Systems, L.P.
5910 W Plano Parkway, Suite 100
Plano, TX 75093-4638

Verizon Wireless West
PO Box 3397
Bloomington, IL 61702

New Century Mortgage Corp.
c/o BAC Home Loans Servicing LP
7105 Corporate Drive PTX-B-35
Plano, TX 75024

Speesoil Inc.
3600 Esper Drive
El Paso, TX 79936

Wyndham Vacation Resorts
10750 W. Charleston Blvd, Ste
Las Vegas, NV 89135

New York Life Ins. Co.
PO Box 130539
Dallas, TX 75313

State Farm Insurance Companies
PO Box 2329
Bloomington, IL 61702-2329

Wyndham Vacation Resorts
P. O. Box 3630
Boston, MA 02241

Onyx Acceptance Corp.
c/o Ascension Capital Group
PO Box 201347
Arlington, TX 76006

State Farm Lloyds
8900 Amberglen Blvd.
Austin, TX 78729

Wyndham Vacation Resorts
10750 W. Charleston Blvd Ste 1
Las Vegas, NV 89135

Pablo Aguirre
1012 Chiricahua Dr.
El Paso, TX 79912

State of New Mexico
Taxation and Revenue Dept.
PO Box 8575
Albuquerque, NM 87198-8575

Pablo Aguirre Jr.
1012 Chiricahua Dr.
El Paso, TX 79912

State of New Mexico
Taxation and Revenue Department
PO Box 8390
Santa Fe, NM 87504-8390

Polk, Prober & Raphael
A Law Corporation
20750 Ventura Blvd. #100
Woodland Hills, CA 91364
Attn: Dean Prober, Esq.

Sysco
601 Comanche Rd. N.E.
Albuquerque, NM 87125

Ramesh Singh
Recovery Management Systems
25 SE 2nd Ave, Ste. 1120
Miami, FL 33131

U.S. Attorney
FHZ/HUD/VA/IRS
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216

Rosana Elena Monge
51 Sierra Crest Dr.
El Paso, TX 79902

Vacation Break Resorts & Club
Star Island Condominium Associa
P. O. Box 850001
Orlando, FL 32885