**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| IN RE:<br><br>JOE MONGE, and<br>ROSANA MONGE,<br><br>    Debtors. | CASE NO. 08-30881-LMC<br><br>CHAPTER 11 |

**EXPEDITED MOTION FOR SETTING HEARING**
**ON DEBTORS' DISCLOSURE STATEMENT**

**TO THE HONORABLE LEIF M. CLARK, UNITED STATES BANKRUPTCY JUDGE**:

    **NOW COMES Joe Monge and Rosana Monge,** Debtors in the above entitled and numbered case by and through Sidney J. Diamond of Sidney Diamond, P.C, their attorney of record and files this Expedited Motion for Setting Hearing on the Debtors' Disclosure Statement and would respectfully show the Court the following:

    1.    The Debtors filed a Petition For Relief Under Chapter 11 of Title 11, United States Code on May 27, 2009. The Debtors remain in possession of their property and are operating their business. The Debtors case is a small business case.

    2.    Debtors filed their Disclosure Statement and Chapter 11 Plan of Reorganization on April 8, 2010, but the Disclosure Statement has not been set for hearing..

    3.    Pursuant to the order of this Court dated February 25, 2010, Debtors are required to obtain Court approval of their Disclosure Statement on or before May 17, 2010. Debtors request that the Court set a hearing on the Disclosure Statement filed by the Debtors on April 8, 2010, at the earliest possible setting in order to allow them enough time to obtain approval of the Disclosure Statement before May 17, 2010, or in the alternative the Court should extend the time within which the Debtors must obtain approval of the Disclosure Statement.

    **WHEREFORE, PREMISES CONSIDERED**, Debtors Pray:

    1.    That the Debtors' Disclosure Statement be set for hearing at the earliest possible

**EXPEDITED MOTION FOR SETTING HEARING DEBTORS' DISCLOSURE**
**STATEMENT, Page 1**
G:\BankruptcyPRO\Monge, Joe Jesse Monge, Rosana Elena\100428 Motion Setting Disclosure Stmt.wpd

setting; and

    2.    For such other and relief as the Debtors may show themselves to be entitled.

**DATED:**    April 28, 2010.

    Respectfully submitted,

    SIDNEY DIAMOND, P.C.

    By: /s/ Sidney J. Diamond
        Sidney J. Diamond
        Attorney For Debtor
        Texas Bar Card No.: 5803000
        3800 N. Mesa, Suite C-4
        El Paso, Texas 79902
        915-532-3327 Voice
        915-532-3355 Fax
        Sidney@sidneydiamond.com Email

## CERTIFICATE OF SERVICE

I, Sidney J. Diamond, do hereby certify that on April 28, 2010, a true and correct copy of the foregoing Expedited Motion for Setting Hearing on Debtors' Disclosure Statement, was served via electronic means as listed on the Court's ECF noticing system or by depositing the same in the United States Mail, properly addressed and postage prepaid, to the following parties:

**DEBTORS:**
Joe and Rosana Monge
51 Sierra Crest Drive
El Paso, Texas 79902

**THE UNITED STATES TRUSTEE:**
Kevin Epstein
PO Box 1539
San Antonio, TX 78295-1539

**PARTIES IN INTEREST
PREVIOUSLY REQUESTING NOTICE:**

City of El Paso
c/o David G. Aelvoet
711 Navarro, Suite 300
San Antonio, TX 78205

Lane C. Reedman
Attorney for Francisco Jayme & Alicia Rojas
4171 N. Mesa, Suite B-201
El Paso, TX 79902

Ascension Capital Group
ONYX Acceptance Corp.
Capital One Bank
PO Box 20137
Arlington, TX 76006

El Paso Area Teachers Federal Credit Union
c/o Carlos Miranda III, PC
5915 Silver Springs, Bldg. 3A
El Paso, TX 79912

    /s/ Sidney J. Diamond
    Sidney J. Diamond

**EXPEDITED MOTION FOR SETTING HEARING DEBTORS' DISCLOSURE STATEMENT, Page 2**
G:\BankruptcyPRO\Monge, Joe Jesse Monge, Rosana Elena\100428 Motion Setting Disclosure Stmt.wpd