Expedited hearing shall be held on 5/12/2010 at 03:00 PM in El Paso Courtroom 1. Movant is responsible for notice.

**SO ORDERED.**

**SIGNED this 04th day of May, 2010.**

_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE

---

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 09-30881-LMC |
| JOE MONGE, and ROSANA MONGE, | CHAPTER 11 |
| Debtors. | |

### CORRECTED ORDER SETTING HEARING ON DEBTORS' DISCLOSURE STATEMENT

On this date came on to be considered the Debtors' Emergency Motion for Setting Hearing on the Debtors' Disclosure Statement and the Court being of the opinion that said Motion is well taken and should be approved. **IT IS THEREFORE**

**ORDERED** that the Debtor's Disclosure Statement is set for hearing on the ____ day of May, 2010, at ___:___ o'clock ___.m. Mountain Standard Time; and **IT IS FURTHER**

**ORDERED** that counsel for the Debtor is responsible for notice to all parties of the Disclosure Statement hearing.

####

ORDER SETTING HEARING DEBTORS' DISCLOSURE STATEMENT, Page 1
G:\BankruptcyPRO\Monge, Joe Jesse Monge, Rosana Elena\100428 Order Setting Disclosure Stmt.wpd

This order was prepared and is being submitted by:
Sidney J. Diamond
Attorney at Law
3800 N. Mesa, Suite C-4
El Paso, TX 79903
(915) 532-3327
(915) 532-3355 (fax)
sidney@sidneydiamond.com