Expedited hearing shall be held on 5/12/2010 at 03:00 PM in El Paso Courtroom 1. Movant is responsible for notice.

**SO ORDERED.**

**SIGNED this 04th day of May, 2010.**

LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 09-30881-LMC |
| JOE MONGE, and ROSANA MONGE, | CHAPTER 11 |
| Debtors. | |

### CORRECTED ORDER SETTING HEARING ON DEBTORS' DISCLOSURE STATEMENT

On this date came on to be considered the Debtors' Emergency Motion for Setting Hearing on the Debtors' Disclosure Statement and the Court being of the opinion that said Motion is well taken and should be approved. **IT IS THEREFORE**

**ORDERED** that the Debtor's Disclosure Statement is set for hearing on the ____ day of May, 2010, at ___:___ o'clock ___.m. Mountain Standard Time; and **IT IS FURTHER**

**ORDERED** that counsel for the Debtor is responsible for notice to all parties of the Disclosure Statement hearing.

####

ORDER SETTING HEARING DEBTORS' DISCLOSURE STATEMENT, Page 1
G:\BankruptcyPRO\Monge, Joe Jesse\Monge, Rosana Elena\100428 Order Setting Disclosure Stmt.wpd

This order was prepared and is being submitted by:
Sidney J. Diamond
Attorney at Law
3800 N. Mesa, Suite C-4
El Paso, TX 79903
(915) 532-3327
(915) 532-3355 (fax)
sidney@sidneydiamond.com

**ORDER SETTING HEARING DEBTORS' DISCLOSURE STATEMENT, Page 2**
G:\BankruptcyPRO\Monge, Joe Jesse Monge, Rosana Elena\100428 Order Setting Disclosure Stmt.wpd

# CERTIFICATE OF NOTICE

```
District/off: 0542-3           User: yarbrough              Page 1 of 1            Date Rcvd: May 04, 2010
Case: 09-30881                 Form ID: pdfintp             Total Noticed: 2
```

The following entities were noticed by first class mail on May 06, 2010.
```
db           +Joe Jesse Monge,    51 Sierra Crest Dr.,   El Paso, TX 79902-1928
db           +Rosana Elena Monge,    51 Sierra Crest Dr.,   El Paso, TX 79902-1928
```
The following entities were noticed by electronic transmission.
NONE.                                                                                             TOTAL: 0
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 06, 2010**              **Signature:**    *Joseph Speetjens*