# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

IN RE:

JOE JESSE MONGE and
ROSANA ELENA MONGE,

        Debtors.

Case No.:  09-30881-lmc

Chapter 11 Proceedings

## DEBTOR JOE JESSE MONGE AND ROSANA ELENA MONGE'S AMENDED SIXTH MONTHLY OPERATING REPORT (10/01/09 - 10/31/09)

**TO THE HONORABLE LEIF M. CLARK, UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW, Joe Jesse Monge and Rosana Elena Monge, Debtors in the above entitled

and numbered case by and through their attorney of record, Sidney J. Diamond of Sidney Diamond,

P.C. and files this their Amended Sixth Monthly Operating Report (10/01/2009 - 10/31/2009) of the

operation of their business, pursuant to 11 U.S.C. §704(8) and Bankruptcy Rule 2015(a)(3); such

report being attached hereto as Exhibit "A" and incorporated herein by reference.

**DATED**: May 10, 2010.

        Respectfully submitted,

        SIDNEY DIAMOND, P.C.

        /s/ Sidney J. Diamond
        By: Sidney J. Diamond
        Attorney for Debtors
        Texas Bar Card No.: 5803000
        3800 N. Mesa, Suite C-4
        El Paso, Texas  79902
        (915) 532-3327 Voice
        (915) 532-3355 Fax
        Sidney@sidneydiamond.com

## CERTIFICATE OF SERVICE

I, Sidney J. Diamond, do hereby certify that on May 10, 2010, a true and correct copy of the foregoing Amended Sixth Monthly Operating Report (10/01/2009-10/31/2009) was served, by depositing the same in the United States Mail, properly addressed and postage prepaid, Electronic Mail Service, or by Facsimile to the following parties:

**THE DEBTORS:**
Joe Jesse Monge and
Rosana Elena Monge
51 Sierra Crest Dr.
El Paso, TX  79902

**UNITED STATES TRUSTEE:**
Kevin Epstein, Esq.
Office of the U.S. Trustee
P.O. Box 1539
San Antonio, TX  78295-1539
**By Email: USTPRegion07.SN.ECF@usdoj.gov**

**PARTIES PREVIOUSLY
REQUESTING NOTICE:**

David Alvoet
Linebarger, Goggan, Blair & Sampsom, LLP
711 Navarro, Suite 300
San Antonio, TX 78205
Attorney for City of El Paso

Carlos A. Miranda, III
5915 Silver Springs, Bldg. 3A
El Paso, TX 79912
Attorney for El Paso Area Teachers FCU

Lance C. Reedman
4171 N. Mesa St., Suite B-201
El Paso, TX 79902
Attorney for Francisco Jayme & Alicia Rojas


    /s/ Sidney J. Diamond
    Sidney J. Diamond

**AMENDED SIXTH MONTHLY OPERATING REPORT (10/01/2009 - 10/31/2009), Page 2**
G:\BankruptcyPRO\Monge, Joe Jesse Monge, Rosana Elena\100114 6th MOR.wpd

**JOE JESSE MONGE**

**AND**

**ROSANA ELENA MONGE**

**CASE NO. 09-30881**

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re   Joe Jesse Monge, Rosana Elena Monge   ,          Case No.   09-30881
                        *Debtor*

                                                          Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   October 2009                          Date filed:   05/07/2010

Line of Business: _____          NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*Joe J Monge*

Original Signature of Responsible Party

*Joe J. Monge*

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☐ | ☒ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? *NA* | ☐ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT *NA* THIS MONTH? | ☐ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☒ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☐ | ☒ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? *NA* | ☐ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY *NA* ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☐ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

Page 2

B 25C (Official Form 25C) (12/08)

| | | |
|---|---|---|
| 14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

| | | |
|---|---|---|
| DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? | ☑ | ☐ |

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 8,001.42 |
| **SUMMARY OF CASH ON HAND** | | |
| Cash on Hand at Start of Month | $ | 18,281.42 |
| Cash on Hand at End of Month | $ | 7,434.49 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL** | $ | 7,434.49 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 18,848.35 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 8,001.42 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 18,848.35 |
| *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** | $ | -10,846.93 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES  $ _____**

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES  $ _____**

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 11,800.00 | $ 8,001.42 | $ -3,798.50 |
| EXPENSES | $ 11,030.00 | $ 18,848.35 | $ -7,818.35 |
| CASH PROFIT | $ 770.00 | $ -10,846.93 | $ -11,616.93 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:                    $  11,800.00

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:                  $  11,030.00

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:              $     770.00

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

Joe Jesse Monge and Rosana Elena Monge
B 25C (Official Form 25C)


# Exhibit A – Past Due Tax Returns


Federal and state individual income tax returns have not been filed for 2007, 2008 or 2009.  Returns are expected to be completed within the next month and any balances paid from debtor's funds.

## Exhibit B – Cash Currently Available

**Bank Statement 10/4/09 thorough 11/3/09**

| | | Balance as of<br>10/4/2009 | Balance as of<br>11/3/2009 |
|---|---|---|---|
| **First Light Federal Credit Union:** | | | |
| <u>Saving S1:</u> | | | |
| Balance Last Statement | | 3,851.36 | |
| Transfer to checking | (3,800.00) | | |
| | | | |
| **Balance Current Statement** | | | **51.36** |
| | | | |
| | | | |
| <u>Saving S66:</u> | | | |
| Balance Last Statement | | 27.91 | |
| Interest Earned | 0.01 | | |
| | | | |
| **Balance Current Statement** | | | **27.92** |
| | | | |
| | | | |
| <u>Checking S74:</u> | | | |
| Balance Last Statement | | 14,402.15 | |
| Cash In | 11,801.41 (includes $3,800 transfer) | | |
| Cash Out | (18,848.35) | | |
| | | | |
| **Balance Current Statement** | | | **7,355.21** |
| | | | |
| | | | |
| **Total Cash in First Light Federal Credit Union:** | | **$ 18,281.42** | **$ 7,434.49** |

# Exhibit C – Expenses Paid

**Oct 2009 Expenditures Detail**
(In order of clearing bank)

| | | | |
|---|---|---:|---|
| Debit: | Kohl's | 22.35 | Clothing/Household |
| | American Express | 7.95 | Bank Fees |
| | USPS | 3.24 | Work Expense |
| | Canales Watch & Jewelry | 87.89 | Clothing/Household |
| | McCoy's | 6.38 | Clothing/Household |
| | Cappettos Italian Rest | 25.00 | Meals/Entertainment |
| | Pizza Hut | 30.12 | Meals/Entertainment |
| | Expedition | 288.73 | Car pymnt |
| | Pot-Au-Feu | 45.11 | Clothing/Household |
| | Red Lobster | 26.58 | Meals/Entertainment |
| | Ft. Bliss Gas | 33.25 | Auto/Gas |
| | Big Lots | 50.72 | Clothing/Household |
| | Check# 500 | 325.00 | Unclassified Expense |
| | Check#501 | 325.00 | Unclassified Expense |
| | Dollar-General | 25.98 | Clothing/Household |
| | 3 Garcia's | 13.07 | Meals/Entertainment |
| | Home Sierra | 1,044.03 | Mortgage Payment |
| | Valero | 34.89 | Auto/Gas |
| | Gussies Tamales | 5.04 | Meals/Entertainment |
| | Uncle Bao's | 19.45 | Meals/Entertainment |
| | Home 1777 | 4,585.51 | Mortgage Payment |
| | Homeowners A | 175.00 | Insurance-Home |
| | Sorrento | 19.64 | Meals/Entertainment |
| | El Taco Tote | 19.81 | Meals/Entertainment |
| | Dane Stk House | 33.69 | Meals/Entertainment |
| | State Farm Insurance | 64.57 | Home Insurance |
| | Burger King | 14.92 | Meals/Entertainment |
| | Lowe's | 92.27 | Clothing/Household |
| | Lowe's | 5.66 | Clothing/Household |
| | Chk# 4959 | 30.00 | Unclassified Expense |
| | Chk# 5040 | 61.45 | Unclassified Expense |
| | Burger King | 8.48 | Meals/Entertainment |
| | Ft. Bliss Gas | 29.46 | Auto/Gas |
| | AAFES | 2.95 | Clothing/Household |
| | Uncle Bao's | 19.88 | Meals/Entertainment |
| | Fedex Kinko's | 8.04 | Work Expense |
| | Ft. Bliss Exchg | 157.57 | Utilities |
| | Baskin Robbins | 4.39 | Meals/Entertainment |
| | Chk# 5011 | 13.23 | Unclassified Expense |
| | Chk# 5041 | 125.80 | Unclassified Expense |
| | NY Life | 365.50 | Insurance-Life |
| | NY Life | 506.81 | Insurance-Life |
| | Chk#5042 | 100.00 | Unclassified Expense |
| | SW Airlines | 232.20 | Travel |
| | SW Airlines | 232.20 | Travel |
| | Expedia Travel | 148.02 | Travel |
| | AT&T | 75.57 | Telephone |

| | | |
|---|---|---|
| Taco Bell | 9.28 | Meals/Entertainment |
| Veterans Canteen | 2.50 | Meals/Entertainment |
| Burlington Coat Factory | 33.53 | Clothing/Household |
| Office Depot | 97.41 | Work Expense |
| Walgreens | 29.96 | Clothing/Household |
| Tierra Del Sol Mexican | 8.96 | Meals/Entertainment |
| Amtrak | 73.95 | Travel |
| Amtrak | 90.10 | Travel |
| Petsmart | 3.38 | groceries |
| 3 Garcia's | 14.48 | Meals/Entertainment |
| Texas Gas Service | 100.00 | Utilities |
| Red Lobster | 32.00 | Meals/Entertainment |
| T-Mobile | 170.54 | Work Expense |
| AT&T | 136.84 | Telephone |
| Ft. Bliss Gas | 36.56 | Auto/Gas |
| Young Vin | 16.13 | Meals/Entertainment |
| Gussies Tamales | 19.21 | Meals/Entertainment |
| Diamond Shamrock | 20.55 | Auto/Gas |
| T-Mobile | 104.96 | Work Expense |
| Veterans Canteen | 36.98 | Meals/Entertainment |
| Uncle Bao's | 17.88 | Meals/Entertainment |
| Veterans Canteen | 6.00 | Meals/Entertainment |
| Veterans Canteen | 2.25 | Meals/Entertainment |
| Electric Com. | 154.89 | Utilities |
| ATM Withdrawal | 100.00 | Unclassified Expense |
| ATM Withdrawal | 2.50 | Bank Fees |
| Terillis Dallas | 118.56 | Meals/Entertainment |
| TGI Friday's | 32.46 | Meals/Entertainment |
| Hotel.com | 79.49 | Travel |
| Office Depot | 33.53 | Work Expense |
| Chk# 4879 | 75.00 | Unclassified Expense |
| Pappadeaux Seafood | 73.60 | Meals/Entertainment |
| Sorrento | 21.71 | Meals/Entertainment |
| Yolis Fine Jewelry | 165.90 | Clothing/Household |
| Chk#5043 | 281.44 | Unclassified Expense |
| Taco Bell | 6.25 | Meals/Entertainment |
| Taco Bell | 1.93 | Meals/Entertainment |
| Denny's | 10.77 | Meals/Entertainment |
| Home 1658 | 1,044.03 | Mortgage Payment |
| Home 1777 | 4,585.51 | Mortgage Payment |
| Walgreens | 7.49 | Clothing/Household |
| El Paso Water | 95.00 | Utilities |
| Fedex Kinko's | 5.92 | Work Expense |
| Cricketcomm | 47.91 | Work Expense |
| Ft. Bliss Gas | 25.19 | Auto/Gas |
| St. Farm Insurance | 808.23 | Insurance |
| AAFES | 156.68 | Clothing/Household |
| Chk# 5044 | 62.40 | Unclassified Expense |
| NY Life | 14.25 | Insurance-Life |
| NY Life | 50.75 | Insurnce-Life |
| Albertson's | 27.38 | groceries |
| Barnes & Noble | 25.00 | Work Expense |
| Family Dollar | 16.40 | Clothing/Household |
| Ft. Bliss Commissary | 75.83 | groceries |
| 101 Ft. Bliss | 18.55 | Clothing/Household |
| American Express | 7.95 | Bank Fees |

**Total Expenditures** 18,848.35

**Joe Jesse Monge and Rosana Elena Monge**

|  |  |  |  | Previous Balance on Account | **$ 14,402.15** |
|---|---|---|---|---|---|

**Checking Account: 10/4/09 through 11/3/09**

|  | Joe Monge | Rosana Monge | Joint |  |  |
|---|---|---|---|---|---|
| DFAS-CRSC | 36.87 |  |  |  |  |
| DFAS-VA Salary |  | 2,319.49 |  |  |  |
| Installment Sale, Real Property |  |  | 425.36 |  |  |
| SSI | 1,064.00 |  |  |  |  |
| DFAS-VA Salary |  | 2,319.49 |  |  |  |
| UST-VA Benefit | 1,835.00 |  |  |  |  |
| DFAS-VA Salary |  |  |  |  |  |
| Net Interest on Account |  |  | 1.20 |  |  |
| Transfer |  |  | 3,800.00 |  |  |
| **Cash In:** | **$ 2,935.87** | **$ 4,638.98** | **$ 4,226.56** | **$ 11,801.41** | (less $3,800 transfer) |

| | |
|---|---|
| Auto/Gas | 179.90 |
| Bank Fees | 18.40 |
| Car Payment | 288.73 |
| Cash |  |
| Clothing/Household | 767.82 |
| Education |  |
| Groceries | 106.59 |
| Insurance-St. Farm | 872.80 |
| Homeowner Association Fee | 175.00 |
| Home Mortgage | 11,259.08 |
| Insurance-Life | 937.31 |
| Meals/Entertainment | 671.02 |
| Telephone (AT&T) | 212.41 |
| Travel | 855.96 |
| Utilities | 507.46 |
| Work Expense | 496.55 |

**Unclassified Expenses**

| | |
|---|---|
| Check# 500 | 325.00 |
| Check#501 | 325.00 |
| Chk# 4959 | 30.00 |
| Chk# 5040 | 61.45 |
| Chk# 5011 | 13.23 |
| Chk# 5041 | 125.80 |
| Chk#5042 | 100.00 |
| ATM Withdrawal | 100.00 |
| Chk# 4879 | 75.00 |
| Chk#5043 | 281.44 |
| Chk# 5044 | 62.40 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| **Cash Out:** |  |  |  | **$ 18,848.35** |  |
|  |  | **Ending Balance in Account** |  | **$ 7,355.21** |  |

# Account Statement

# FIRSTLIGHT
## FEDERAL CREDIT UNION

El Paso branches: 1741 Marshall Rd. 79906 • 9993 Kenworthy St., 79924
1555 N. Lee Treviño 79936 • William Beaumont Army Medical Center, 1st floor
5050 N. Desert Blvd., 79912 • 20727 Constitution Dr., 79918
Las Cruces branches: 3105 Del Rey Blvd., 88012 • 300 E. Foster Rd. 88005
3791 E. Lohman Ave., 88011
ABA transit/routing #312080941

El Paso: (915) 562-1172 • Las Cruces: (575) 526-4401
Email: cumail@firstlightfcu.org • Website: www.firstlightfcu.org
Toll-free: 1-800-351-1670

| | Account# | SSN | Page |
|---|---|---|---|
| | 5357450 | -3212 | 1 |

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
EL PASO TX 79902

Branch 1

Statement Date
04OCT09 03NOV09
Mail Code 90

| Transaction Date | Description | Debits | Credits | New Balance |
|---|---|---|---|---|

fbs50r

**S1 SHARE A/C – SHARE ACCOUNT**
-----------------------------
(Joint with ROSANA E MONGE DEBTOR-IN-POSSESSION-09-30881-LMC)

| | | | | |
|---|---|---|---|---|
| OCT4 | Previous Balance | | | 3851.36 |
| OCT29 | T'FER TO 5357450S74 HB | 3800.00 | | 51.36 |
| NOV3 | Closing Date...New Balance | | | 51.36 |

**S66 SHARE A/C – MONEY MARKET**
-----------------------------
(Joint with ROSANA E MONGE DEBTOR-IN-POSSESSION-09-30881-LMC)

| | | | | |
|---|---|---|---|---|
| OCT4 | Previous Balance | | | 27.91 |
| NOV1 # | DIVIDEND CREDIT | | 0.01 | 27.92 |
| NOV2 | Annual Percentage Yield Earned: 0.42% | | | |
| NOV2 | For the Period from 10/01 through 10/31. | | | |
| NOV3 | Closing Date...New Balance | | | 27.92 |

**S74 SHARE A/C – SIMPLY 50 SHAREDRAFT**
--------------------------------------
(Joint with ROSANA E MONGE DEBTOR-IN-POSSESSION-09-30881-LMC)

| | | | | |
|---|---|---|---|---|
| OCT4 | Previous Balance | | | 14402.15 |
| OCT3 # | POS PURCHASE | 22.35 | | 14379.80 |
| # | KOHL'S #1356 EL PASO TX | | | |
| # | 927600001057 00000012 Oct 3 @ 6:58pm | | | |
| OCT5 | AMERICAN EXPRESS/COLLECTION/091003 | 7.95 | | 14371.85 |
| | /CCD/ | | | |
| OCT2 # | DEBIT PURCHASE | 3.24 | | 14368.61 |
| # | USPS 48285201034815621 EL PASO T | | | |
| # | 927507749760 098 Oct 2 | | | |
| OCT1 # | DEBIT PURCHASE | 87.89 | | 14280.72 |
| # | CANALES WATCH AND JEWE EL PASO T | | | |
| # | 927405831042 46199303 Oct 1 | | | |
| OCT3 # | DEBIT PURCHASE | 6.38 | | 14274.34 |
| # | MCCOYS #75 EL PASO T | | | |
| # | 927602890081 00178735 Oct 3 | | | |
| OCT3 # | DEBIT PURCHASE | 25.00 | | 14249.34 |
| # | CAPPETTOS ITALIAN REST EL PASO T | | | |
| # | 927601668363 00502118 Oct 3 | | | |
| OCT1 # | DEBIT PURCHASE | 30.12 | | 14219.22 |
| # | PIZZA HUT # 0286336369 EL PASO T | | | |
| # | 927404133446 010 Oct 1 | | | |

Continued on page 2

# FIRST LIGHT

**FEDERAL CREDIT UNION**

## Account Statement

El Paso: (915) 562-1172 • Las Cruces: (575) 526-4401
Email: cumail@firstlightfcu.org • Website: www.firstlightfcu.org
Toll-free: 1-800-351-1670

El Paso branches: 1741 Marshall Rd. 79906 • 9993 Kenworthy St., 79924
1555 N. Lee Treviño 79936 • William Beaumont Army Medical Center, 1st floor
5050 N. Desert Blvd., 79912 • 20727 Constitution Dr., 79918
Las Cruces branches: 3105 Del Rey Blvd., 88012 • 300 E. Foster Rd. 88005
3791 E. Lohman Ave., 88011
ABA transit/routing #312080941

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
EL PASO TX 79902

Branch 1

| Account# | SSN | Page |
|---|---|---|
| 5357450 | ▬▬▬-3212 | 2 |

Statement Date
04OCT09    03NOV09
Mail Code 90

Transaction (continued)

| Date | Description | Debits | Credits | New Balance |
|---|---|---|---|---|
| OCT5 | BILL PAY WITHDRAWAL | 288.73 | | 13930.49 |
| | EXPEDITION | | | |
| | 935942 ORCC WW Oct 5 @ 11:14am | | | |
| OCT4 # | DEBIT PURCHASE | 45.11 | | 13885.38 |
| # | POT-AU-FEU EL PASO T | | | |
| | 927704694898 LK752536 Oct 4 | | | |
| OCT3 # | DEBIT PURCHASE | 26.58 | | 13858.80 |
| # | RED LOBSTER US00062141 EL PASO T | | | |
| | 927601658133 007 Oct 3 | | | |
| OCT3 # | DEBIT PURCHASE | 33.25 | | 13825.55 |
| # | FT BLISS CASSIDY GAS FORT BLISS T | | | |
| | 927600365995 00B62799 Oct 3 | | | |
| OCT4 # | DEBIT PURCHASE | 50.72 | | 13774.83 |
| # | BIG LOTS #042400042457 EL PASO T | | | |
| | 927700078752 001 Oct 4 | | | |
| OCT7 | SHARE DRAFT 500 | 325.00 | | 13449.83 |
| OCT7 | SHARE DRAFT 501 | 325.00 | | 13124.83 |
| OCT5 # | DEBIT PURCHASE | 25.98 | | 13098.85 |
| # | DOLLAR-GENERAL #6131 EL PASO T | | | |
| | 927800545501 48405186 Oct 5 | | | |
| OCT5 # | DEBIT PURCHASE | 13.07 | | 13085.78 |
| # | 3 GARCIA'S EL PASO T | | | |
| # | 927801705871 00282954 Oct 5 | | | |
| OCT8 | BILL PAY WITHDRAWAL | 1044.03 | | 12041.75 |
| | HOME SIERRA | | | |
| | 060850 ORCC WW Oct 8 @ 12:42pm | | | |
| OCT6 # | DEBIT PURCHASE | 34.89 | | 12006.86 |
| # | VALERO 1746 EL PASO T | | | |
| # | 927901918856 1 Oct 6 | | | |
| OCT6 # | DEBIT PURCHASE | 5.04 | | 12001.82 |
| # | GUSSIES TAMALES AND BA EL PASO T | | | |
| # | 927901198273 00519886 Oct 6 | | | |
| OCT7 # | DEBIT PURCHASE | 19.45 | | 11982.37 |
| # | UNCLE BAOS EL PASO T | | | |
| # | 928003390624 79777039 Oct 7 | | | |
| OCT8 | BILL PAY WITHDRAWAL | 4585.51 | | 7396.86 |
| | HOME 1777 | | | |
| | 070660 ORCC WW Oct 8 @ 6:14pm | | | |
| OCT9 | BILL PAY WITHDRAWAL | 175.00 | | 7221.86 |
| | HOMEOWNERS A | | | |
| | 997520 ORCC WW Oct 9 @ 11:14am | | | |
| OCT7 # | DEBIT PURCHASE | 19.64 | | 7202.22 |
| # | SORRENTO INC EL PASO T | | | |

Continued on page 3

## Account Statement

# FIRSTLIGHT

### FEDERAL CREDIT UNION

El Paso: (915) 562-1172 • Las Cruces: (575) 526-4401
Email: cumail@firstlightfcu.org • Website: www.firstlightfcu.org
Toll-free: 1-800-351-1670

El Paso branches: 1741 Marshall Rd. 79906 • 9993 Kenworthy St., 79924
1555 N. Lee Treviño 79936 • William Beaumont Army Medical Center, 1st floor
5050 N. Desert Blvd., 79912 • 20727 Constitution Dr., 79918
Las Cruces branches: 3105 Del Rey Blvd., 88012 • 300 E. Foster Rd. 88005
3791 E. Lohman Ave., 88011
ABA transit/routing #312080941

| | | | |
|---|---|---|---|
| Account# | | SSN | Page |
| 5357450 | | ████-3212 | 3 |

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
EL PASO TX 79902

Branch 1

Statement Date
04OCT09    03NOV09
Mail Code 90

| Transaction Date | Description (continued) | Debits | Credits | New Balance |
|---|---|---|---|---|
| | #   928001119800 00396315 Oct 7 | | | |
| OCT8 # | DEBIT PURCHASE | 19.81 | | 7182.41 |
| # | EL TACO TOTE Q24 EL PASO T | | | |
| | #   928103901532 00481846 Oct 8 | | | |
| OCT9 # | DEBIT PURCHASE | 33.69 | | 7148.72 |
| # | DANE STK HOUSE EL PASO T | | | |
| | #   928201930845 LK657466 Oct 9 | | | |
| OCT8 # | DEBIT PURCHASE | 64.57 | | 7084.15 |
| # | STATE FARM INSURANCE 800-956-6310 I | | | |
| | #   928105361399  Oct 8 | | | |
| OCT9 # | DEBIT PURCHASE | 14.92 | | 7069.23 |
| # | BURGER KING #4439 EL PASO T | | | |
| | #   928207610082 00388527 Oct 9 | | | |
| OCT11# | POS PURCHASE | 92.27 | | 6976.96 |
| # | LOWE'S #1137 EL PASO TX | | | |
| | #   928410781158 001 Oct 11 @ 7:04pm | | | |
| OCT11# | POS PURCHASE | 5.66 | | 6971.30 |
| # | LOWE'S #1137 EL PASO TX | | | |
| | #   928410782685 001 Oct 11 @ 7:04pm | | | |
| OCT13 | SHARE DRAFT 4959 | 30.00 | | 6941.30 |
| OCT14 | DFAS-CLEVELAND/CRSC PAY/100809/PPD | | 36.87 | 6978.17 |
| | ACH DIST TOTAL $36.87 | | | |
| OCT14 | SHARE DRAFT 5040 | 61.45 | | 6916.72 |
| OCT11# | DEBIT PURCHASE | 8.48 | | 6908.24 |
| # | AAFES CASSIDY BURGER K FT BLISS T | | | |
| | #   928400430423 00IA1200 Oct 11 | | | |
| OCT11# | DEBIT PURCHASE | 29.46 | | 6878.78 |
| # | FT BLISS CASSIDY GAS FORT BLISS T | | | |
| | #   928400430421 00B62799 Oct 11 | | | |
| OCT11# | DEBIT PURCHASE | 2.95 | | 6875.83 |
| # | AAFES FT. BLISS PXTRA FORT BLISS T | | | |
| | #   928400430422 00I09200 Oct 11 | | | |
| OCT13# | DEBIT PURCHASE | 19.88 | | 6855.95 |
| # | UNCLE BAOS EL PASO T | | | |
| | #   928603413397 79777039 Oct 13 | | | |
| OCT13# | DEBIT PURCHASE | 8.04 | | 6847.91 |
| # | FEDEX KINKO'S #0564 EL PASO T | | | |
| | #   928604213057 22518407 Oct 13 | | | |
| OCT11# | DEBIT PURCHASE | 157.57 | | 6690.34 |
| # | FORT BLISS EXCH 228 EL PASO T | | | |
| | #   928400430473 00106500 Oct 11 | | | |
| OCT11# | DEBIT PURCHASE | 4.39 | | 6685.95 |
| # | AAFES BASKIN ROBBINS FT BLISS T | | | |

Continued on page 4

# Account Statement

# FIRSTLIGHT
## FEDERAL CREDIT UNION

El Paso: (915) 562-1172 • Las Cruces: (575) 526-4401
Email: cumail@firstlightfcu.org • Website: www.firstlightfcu.org
Toll-free: 1-800-351-1670

El Paso branches: 1741 Marshall Rd. 79906 • 9993 Kenworthy St., 79924
1555 N. Lee Treviño 79936 • William Beaumont Army Medical Center, 1st floor
5050 N. Desert Blvd., 79912 • 20727 Constitution Dr., 79918
Las Cruces branches: 3105 Del Rey Blvd., 88012 • 300 E. Foster Rd. 88005
3791 E. Lohman Ave., 88011
ABA transit/routing #312080941

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
EL PASO TX 79902

Branch 1

| Account# | SSN | Page |
|---|---|---|
| 5357450 | -3212 | 4 |

Statement Date
04OCT09    03NOV09
Mail Code 90

Transaction (continued)
Date

| # | Description | Debits | Credits | New Balance |
|---|---|---|---|---|
| | 928400430474 00A01300 Oct 11 | | | |
| OCT15 | SHARE DRAFT 5011 | 13.23 | | 6672.72 |
| OCT15 | SHARE DRAFT 5041 | 125.80 | | 6546.92 |
| OCT15 | NEW YORK LIFE/INS. PREM./OCT 09/PP D/ | 365.50 | | 6181.42 |
| OCT15 | NEW YORK LIFE/INS. PREM./OCT 09/PP D/ | 506.81 | | 5674.61 |
| OCT15 | SHARE DRAFT 5042 | 100.00 | | 5574.61 |
| OCT13# | DEBIT PURCHASE | 232.20 | | 5342.41 |
| # | SOUTHWESTAIR5262159376 DALLAS T | | | |
| # | 928603290732 86 Oct 13 | | | |
| OCT13# | DEBIT PURCHASE | 232.20 | | 5110.21 |
| # | SOUTHWESTAIR5262159376 DALLAS T | | | |
| # | 928603290733 86 Oct 13 | | | |
| OCT14# | DEBIT PURCHASE | 148.02 | | 4962.19 |
| # | EXPEDIA*TRAVEL 800-367-3476 N | | | |
| # | 928700344361 Oct 14 | | | |
| OCT16 | DFAS-CLEVELAND/FED SALARY/101609/P | | 2319.49 | 7281.68 |
| | PD/ACH DIST TOTAL $2,319.49 | | | |
| OCT16 | BILL PAY WITHDRAWAL | 75.57 | | 7206.11 |
| | AT AND T | | | |
| | 911923 ORCC WW Oct 16 @ 11:15am | | | |
| OCT14# | DEBIT PURCHASE | 9.28 | | 7196.83 |
| # | TACO BELL1787900178798 EL PASO T | | | |
| # | 928700129868 008 Oct 14 | | | |
| OCT15# | DEBIT PURCHASE | 2.50 | | 7194.33 |
| # | VETERANS CANTEEN #756 EL PASO T | | | |
| # | 928804192284 74801261 Oct 15 | | | |
| OCT18# | POS PURCHASE | 33.53 | | 7160.80 |
| # | BCF - 6020 NORTH MESA STR EL PASO | | | |
| # | TX929196487867 34502 Oct 18 @ | | | |
| # | 1:33pm | | | |
| OCT18# | POS PURCHASE | 97.41 | | 7063.39 |
| # | OFFICE DEPOT EL PASO TX | | | |
| # | 929100010121 022301 Oct 18 @ 2:17pm | | | |
| OCT18# | POS PURCHASE | 29.96 | | 7033.43 |
| # | WALGREEN COMPANY EL PASO TX | | | |
| # | 929100428141 W0527428 | | | |
| # | Oct 18 @ 4:15pm | | | |
| OCT15# | DEBIT PURCHASE | 8.96 | | 7024.47 |
| # | TIERRA DEL SOL MEXICAN EL PASO T | | | |
| # | 928805616504 00027553 Oct 15 | | | |
| OCT16# | DEBIT PURCHASE | 73.95 | | 6950.52 |

Continued on page 5

# FIRSTLIGHT

**FEDERAL CREDIT UNION**

El Paso: (915) 562-1172 • Las Cruces: (575) 526-4401
Email: cumail@firstlightfcu.org • Website: www.firstlightfcu.org
Toll-free: 1-800-351-1670

**Account Statement**

El Paso branches: 1741 Marshall Rd. 79906 • 9993 Kenworthy St., 79924
1555 N. Lee Treviño 79936 • William Beaumont Army Medical Center, 1st floor
5050 N. Desert Blvd., 79912 • 20727 Constitution Dr., 79918
Las Cruces branches: 3105 Del Rey Blvd., 88012 • 300 E. Foster Rd. 88005
3791 E. Lohman Ave., 88011
ABA transit/routing #312080941

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
EL PASO TX 79902

| Account# | SSN | Page |
|----------|-----|------|
| 5357450 | -3212 | 5 |

Statement Date
04OCT09    03NOV09
Mail Code 90

Branch 1

ransaction (continued)
Date     Description

| | Description | Debits | Credits | New Balance |
|---|---|---|---|---|
| # | AMTRAK .COM 2898256340 WASHINGTON D | | | |
| # | 928902821793 00000001 Oct 16 | | | |
| OCT16# | DEBIT PURCHASE | 90.10 | | 6860.42 |
| # | AMTRAK .COM 2898256315 WASHINGTON D | | | |
| # | 928902821794 00000001 Oct 16 | | | |
| OCT18# | DEBIT PURCHASE | 3.38 | | 6857.04 |
| # | PETSMART INC 212 EL PASO T | | | |
| # | 929104278919  Oct 18 | | | |
| OCT16# | DEBIT PURCHASE | 14.48 | | 6842.56 |
| # | 3 GARCIA'S EL PASO T | | | |
| # | 928902536212 00282954 Oct 16 | | | |
| OCT20 | BILL PAY WITHDRAWAL | 100.00 | | 6742.56 |
| | TEXAS GAS SE | | | |
| | 937125 ORCC WW Oct 20 @ 11:11am | | | |
| OCT18# | DEBIT PURCHASE | 32.00 | | 6710.56 |
| # | RED LOBSTER US00008870 EL PASO T | | | |
| # | 929100997744 006 Oct 18 | | | |
| OCT21 | T-MOBILE IVR/PCS SVC/091020/TEL | 170.54 | | 6540.02 |
| OCT22 | ATT/Payment/102009/TEL | 136.84 | | 6403.18 |
| OCT19# | DEBIT PURCHASE | 36.56 | | 6366.62 |
| # | AAFES BRIGGS SHOP GAS FT BLISS T | | | |
| # | 929200520040 00206A99 Oct 19 | | | |
| OCT19# | DEBIT PURCHASE | 16.13 | | 6350.49 |
| # | YOUNG VIN RESTAURANT EL PASO T | | | |
| # | 929201414005 90158112 Oct 19 | | | |
| OCT19# | DEBIT PURCHASE | 19.21 | | 6331.28 |
| # | GUSSIES TAMALES AND BA EL PASO T | | | |
| # | 929202737553 00519886 Oct 19 | | | |
| OCT20# | DEBIT PURCHASE | 20.55 | | 6310.73 |
| # | DIAMOND 1256 SHAMROCK EL PASO T | | | |
| # | 929302176462 1 Oct 20 | | | |
| OCT20# | DEBIT PURCHASE | 104.96 | | 6205.77 |
| # | T-MOBILE #346 EL PASO T | | | |
| # | 929300293765 00000001 Oct 20 | | | |
| OCT21# | DEBIT PURCHASE | 36.98 | | 6168.79 |
| # | VETERANS CANTEEN #756 EL PASO T | | | |
| # | 929404138926 48704328 Oct 21 | | | |
| OCT21# | DEBIT PURCHASE | 17.88 | | 6150.91 |
| # | UNCLE BAOS EL PASO T | | | |
| # | 929403469347 79777039 Oct 21 | | | |
| OCT21# | DEBIT PURCHASE | 6.00 | | 6144.91 |
| # | VETERANS CANTEEN #756 EL PASO T | | | |
| # | 929404255372 48704336 Oct 21 | | | |

Continued on page 6

# Account Statement

# FIRSTLIGHT
## FEDERAL CREDIT UNION

El Paso branches: 1741 Marshall Rd. 79906 • 9993 Kenworthy St., 79924
1555 N. Lee Treviño 79936 • William Beaumont Army Medical Center, 1st floor
5050 N. Desert Blvd., 79912 • 20727 Constitution Dr., 79918
Las Cruces branches: 3105 Del Rey Blvd., 88012 • 300 E. Foster Rd. 88005
3791 E. Lohman Ave., 88011
ABA transit/routing #312080941

El Paso: (915) 562-1172 • Las Cruces: (575) 526-4401
Email: cumail@firstlightfcu.org • Website: www.firstlightfcu.org
Toll-free: 1-800-351-1670

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
EL PASO TX 79902

| Account# | SSN | Page |
|---|---|---|
| 5357450 | -3212 | 6 |

Statement Date
04OCT09   03NOV09
Mail Code 90
Branch 1

## Transaction (continued)

| Date | Description | Debits | Credits | New Balance |
|---|---|---|---|---|
| OCT22# | DEBIT PURCHASE | 2.25 | | 6142.66 |
| # | VETERANS CANTEEN #756 EL PASO T | | | |
| # | 929504237453 74908008 Oct 22 | | | |
| OCT25# | BILL PAY WITHDRAWAL | 154.89 | | 5987.77 |
| # | ELECTRIC COM | | | |
| # | 919200 ORCC WW Oct 25 @ 11:08am | | | |
| OCT25# | ATM WITHDRAWAL | 102.50 | | 5885.27 |
| # | 6701 CONVAIR RD. EL PASO TX | | | |
| # | 929800009522 0180182 Oct 25 @ 6:07pm | | | |
| OCT25# | DEBIT PURCHASE | 118.56 | | 5766.71 |
| # | TERILLIS DALLAS DALLAS T | | | |
| # | 929802030425 00251707 Oct 25 | | | |
| OCT24# | DEBIT PURCHASE | 32.46 | | 5734.25 |
| # | TGI FRIDAYS #0064 DALLAS T | | | |
| # | 929701441468 93204154 Oct 24 | | | |
| OCT25# | DEBIT PURCHASE | 79.49 | | 5654.76 |
| # | Hotels.com 800-219-4606 T | | | |
| # | 929801038375  Oct 25 | | | |
| OCT26 | POS PURCHASE | 33.53 | | 5621.23 |
| | OFFICE DEPOT EL PASO TX | | | |
| | 929900010032 019501 Oct 26 @ 6:43pm | | | |
| OCT27 | SHARE DRAFT 4879 | 75.00 | | 5546.23 |
| OCT25# | DEBIT PURCHASE | 73.60 | | 5472.63 |
| # | PAPPADEAUX SEAFOOD KIT DALLAS T | | | |
| # | 929802321424  Oct 25 | | | |
| OCT26# | DEBIT PURCHASE | 21.71 | | 5450.92 |
| # | SORRENTO INC EL PASO T | | | |
| # | 929901467855 00396315 Oct 26 | | | |
| OCT26# | DEBIT PURCHASE | 165.90 | | 5285.02 |
| # | YOLIS FINE JEWELRY EL PASO T | | | |
| # | 929901688372 00056718 Oct 26 | | | |
| OCT29 | SHARE DRAFT 5043 | 281.44 | | 5003.58 |
| OCT29 | DEPOSIT TR#481 | | 425.36 | 5428.94 |
| OCT27# | DEBIT PURCHASE | 6.25 | | 5422.69 |
| # | TACO BELL 164400164475 EL PASO T | | | |
| # | 930000094648 008 Oct 27 | | | |
| OCT27# | DEBIT PURCHASE | 1.93 | | 5420.76 |
| # | TACO BELL 164400164475 EL PASO T | | | |
| # | 930000094649 008 Oct 27 | | | |
| OCT27# | DEBIT PURCHASE | 10.77 | | 5409.99 |
| # | DENNY'S #6910 EL PASO T | | | |
| # | 930002069266 1 Oct 27 | | | |
| OCT29 | T'FER FROM 5357450S1 HB | | 3800.00 | 9209.99 |

Continued on page 7

# FIRSTLIGHT
## FEDERAL CREDIT UNION

**Account Statement**

El Paso **branches:** 1741 Marshall Rd. 79906 • 9993 Kenworthy St., 79924
1555 N. Lee Treviño 79936 • William Beaumont Army Medical Center, 1st floor
5050 N. Desert Blvd., 79912 • 20727 Constitution Dr., 79918
Las Cruces **branches:** 3105 Del Rey Blvd., 88012 • 300 E. Foster Rd. 88005
3791 E. Lohman Ave., 88011
ABA transit/routing #312080941

El Paso: (915) 562-1172 • Las Cruces: (575) 526-4401
Email: cumail@firstlightfcu.org • Website: www.firstlightfcu.org
Toll-free: 1-800-351-1670

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
EL PASO TX 79902

Branch 1

| Account# | SSN | Page |
|---|---|---|
| 5357450 | -3212 | 7 |

Statement Date
04OCT09   03NOV09
Mail Code 90

Transaction (continued)
Date        Description

| Date | Description | Debits | Credits | New Balance |
|---|---|---|---|---|
| OCT29 | BILL PAY WITHDRAWAL<br>HOME 1658<br>057329 ORCC WW Oct 29 @ 5:53pm | 1044.03 | | 8165.96 |
| OCT29 | BILL PAY WITHDRAWAL<br>HOME 1777<br>057332 ORCC WW Oct 29 @ 5:53pm | 4585.51 | | 3580.45 |
| OCT29 | POS PURCHASE<br>WALGREEN COMPANY EL PASO TX<br>930200431085 W0527431<br>Oct 29 @ 6:49pm | 7.49 | | 3572.96 |
| OCT30 | US TREASURY 220/VA BENEFIT/103009/<br>PPD/ | | 1835.00 | 5407.96 |
| OCT30 | DFAS-CLEVELAND/FED SALARY/103009/P<br>PD/ACH DIST TOTAL $2,319.49 | | 2319.49 | 7727.45 |
| OCT30 | BILL PAY WITHDRAWAL<br>EL PASO WATE<br>987134 ORCC WW Oct 30 @ 11:14am | 95.00 | | 7632.45 |
| OCT29# | DEBIT PURCHASE<br># FEDEX KINKO'S #0564 EL PASO T<br># 930204173592 75671240 Oct 29 | 5.92 | | 7626.53 |
| OCT30 | DEBIT PURCHASE<br>CKT*CRICKETCOMM 800-274-2538 C<br>930303647184 Oct 30 | 47.91 | | 7578.62 |
| OCT29# | DEBIT PURCHASE<br># FT BLISS CASSIDY GAS FORT BLISS T<br># 930200412841 00B62799 Oct 29 | 25.19 | | 7553.43 |
| OCT29# | DEBIT PURCHASE<br># STATE FARM INSURANCE 800-956-6310 I<br># 930201113584 Oct 29 | 808.23 | | 6745.20 |
| OCT31# | POS PURCHASE<br># AAFES EL PASO XX<br># 930400060248 00047647<br># Oct 31 @ 5:14pm | 156.68 | | 6588.52 |
| NOV2 | DFAS-CLEVELAND/CRSC PAY/102309/PPD<br>ACH DIST TOTAL $1,064.00 | | 1064.00 | 7652.52 |
| NOV1 # | DIVIDEND CREDIT | | 1.67 | 7654.19 |
| NOV2 | Annual Percentage Yield Earned: 0.25% | | | |
| NOV2 | For the Period from 10/01 through 10/31. | | | |
| NOV1 # | FED W/H TAX | 0.47 | | 7653.72 |
| NOV2 | SHARE DRAFT 5044 | 62.40 | | 7591.32 |
| NOV2 | NEW YORK LIFE/INS. PREM./NOV 09/PP<br>D/ | 14.25 | | 7577.07 |
| NOV2 | NEW YORK LIFE/INS. PREM./NOV 09/PP | 50.75 | | 7526.32 |

Continued on page 8

# FIRSTLIGHT
## FEDERAL CREDIT UNION

**Account Statement**

El Paso branches: 1741 Marshall Rd. 79906 • 9993 Kenworthy St., 79924
1555 N. Lee Treviño 79936 • William Beaumont Army Medical Center, 1st floor
5050 N. Desert Blvd., 79912 • 20727 Constitution Dr., 79918
Las Cruces branches: 3105 Del Rey Blvd., 88012 • 300 E. Foster Rd. 88005
3791 E. Lohman Ave., 88011
ABA transit/routing #312080941

El Paso: (915) 562-1172 • Las Cruces: (575) 526-4401
Email: cumail@firstlightfcu.org • Website: www.firstlightfcu.org
Toll-free: 1-800-351-1670

| | | |
|---|---|---|
| Account# | SSN | Page |
| 5357450 | -3212 | 8 |

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
EL PASO TX 79902

Statement Date
04OCT09    03NOV09
Mail Code 90

Branch 1

Transaction
Date    (continued)
Description

| Date | Description | Debits | Credits | New Balance |
|---|---|---|---|---|
| | D/ | | | |
| NOV2 | POS PURCHASE | 27.38 | | 7498.94 |
| | #00936 ALBERTSONS EL PASO TX | | | |
| | 930690795300 81086701 Nov 2 @ 6:54pm | | | |
| NOV1 # | DEBIT PURCHASE | 25.00 | | 7473.94 |
| # | B&N MEMBERSHIP RENEWAL 866-238-7323 | | | |
| # | 930500327002  Nov 1 | | | |
| OCT31# | DEBIT PURCHASE | 16.40 | | 7457.54 |
| # | FAMILY DOLLAR #8014 EL PASO T | | | |
| # | 930400327775  Oct 31 | | | |
| OCT31# | DEBIT PURCHASE | 75.83 | | 7381.71 |
| # | FT BLISS COMMISSARY FORT BLISS T | | | |
| # | 930400327776  Oct 31 | | | |
| OCT31# | DEBIT PURCHASE | 18.55 | | 7363.16 |
| # | 101 FT BLISS FT BLISS T | | | |
| # | 930400412718 00000001 Oct 31 | | | |
| NOV3 | AMERICAN EXPRESS/COLLECTION/091103 | 7.95 | | 7355.21 |
| | /CCD/ | | | |
| NOV3 | Closing Date...New Balance | | | 7355.21 |

| Draft # | Date | Amount | Cleared Share Draft Recap Draft # | Date | Amount | Draft # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 500 | OCT07 | 325.00 | *5011 | OCT15 | 13.23 | 5043 | OCT29 | 281.44 |
| 501 | OCT07 | 325.00 | *5040 | OCT14 | 61.45 | 5044 | NOV02 | 62.40 |
| *4879 | OCT27 | 75.00 | 5041 | OCT15 | 125.80 | | | |
| *4959 | OCT13 | 30.00 | 5042 | OCT15 | 100.00 | | | |

Overdraft Fees-Period to Date        0.00
Overdraft Fees-Year to Date          0.00
Return Fees-Period to Date           0.00
Return Fees-Year to Date             0.00

| YEAR TO DATE DIV/INT | | WITHHOLDING |
|---|---|---|
| S1 | 25.78 | 7.99 |
| S66 | 0.13 | |
| S74 | 17.45 | 4.79 |
| Total | 43.36 | 12.78 |

fb0001