UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| IN RE:<br><br>JOE JESSE MONGE and<br>ROSANA ELENA MONGE,<br><br>Debtors. | Case No.: 09-30881-lmc<br><br>Chapter 11 Proceedings |

## DEBTOR JOE JESSE MONGE AND ROSANA ELENA MONGE'S AMENDED SEVENTH MONTHLY OPERATING REPORT (11/01/09 - 11/30/09)

**TO THE HONORABLE LEIF M. CLARK, UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW, Joe Jesse Monge and Rosana Elena Monge, Debtors in the above entitled and numbered case by and through their attorney of record, Sidney J. Diamond of Sidney Diamond, P.C. and files this their Amended Seventh Monthly Operating Report (11/01/2009 - 11/30/2009) of the operation of their business, pursuant to 11 U.S.C. §704(8) and Bankruptcy Rule 2015(a)(3); such report being attached hereto as Exhibit "A" and incorporated herein by reference.

**DATED**: May 10, 2010.

> Respectfully submitted,
>
> SIDNEY DIAMOND, P.C.
>
> /s/ Sidney J. Diamond
> By: Sidney J. Diamond
> Attorney for Debtors
> Texas Bar Card No.: 5803000
> 3800 N. Mesa, Suite C-4
> El Paso, Texas 79902
> (915) 532-3327 Voice
> (915) 532-3355 Fax
> Sidney@sidneydiamond.com

**AMENDED SEVENTH MONTHLY OPERATING REPORT (11/01/2009-11/30/2009), Page 1**
G:\BankruptcyPRO\Monge, Joe Jesse Monge, Rosana Elena\100114 7th MOR.wpd

## CERTIFICATE OF SERVICE

I, Sidney J. Diamond, do hereby certify that on May 10, 2010, a true and correct copy of the foregoing Amended Seventh Monthly Operating Report (11/01/2009-11/30/2009) was served by depositing the same in the United States Mail, properly addressed and postage prepaid, Electronic Mail Service, or by Facsimile to the following parties:

**THE DEBTORS:**
Joe Jesse Monge and
Rosana Elena Monge
51 Sierra Crest Dr.
El Paso, TX 79902

**UNITED STATES TRUSTEE:**
Kevin Epstein, Esq.
Office of the U.S. Trustee
P.O. Box 1539
San Antonio, TX 78295-1539
**By Email: USTPRegion07.SN.ECF@usdoj.gov**

**PARTIES PREVIOUSLY
REQUESTING NOTICE:**

David Alvoet
Linebarger, Goggan, Blair & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205
Attorney for City of El Paso

Carlos A. Miranda, III
5915 Silver Springs, Bldg. 3A
El Paso, TX 79912
Attorney for El Paso Area Teachers FCU

Lance C. Reedman
4171 N. Mesa St., Suite B-201
El Paso, TX 79902
Attorney for Francisco Jayme & Alicia Rojas

/s/ Sidney J. Diamond
Sidney J. Diamond

**AMENDED SEVENTH MONTHLY OPERATING REPORT (11/01/2009-11/30/2009),
Page 2**
G:\BankruptcyPRO\Monge, Joe Jesse Monge, Rosana Elena\100114 7th MOR.wpd

**JOE JESSE MONGE**
**AND**
**ROSANA ELENA MONGE**
**CASE NO. 09-30881**

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re   Joe Jesse Monge, Rosana Elena Monge   ,
*Debtor*

Case No.  09-30881

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   November 2009            Date filed:   05/07/2010

Line of Business:                              NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

_____
Printed Name of Responsible Party   Joe J Monge

| | Questionnaire: *(All questions to be answered on behalf of the debtor.)* | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☐ | ☑ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? N/A | ☐ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT N/A THIS MONTH? | ☐ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☑ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☐ | ☑ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? N/A | ☐ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY N/A ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☐ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

Page 2

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

| | Yes | No |
|---|---|---|
| DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? | ☑ | ☐ |

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| TOTAL INCOME | $ | 12,055.25 |

**SUMMARY OF CASH ON HAND**

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 7,434.49 |
| Cash on Hand at End of Month | $ | 7,427.72 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU  TOTAL | $ | 7,427.72 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| TOTAL EXPENSES | $ | 12,062.02 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 12,055.25 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 12,062.02 |
| *(Subtract Line C from Line B)* **CASH PROFIT FOR THE MONTH** | $ | -6.77 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES  $ _____

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---:|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---:|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---:|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 11,800.00 | $ 12,055.25 | $ 255.25 |
| EXPENSES | $ 11,030.00 | $ 12,062.02 | $ -1,032.02 |
| CASH PROFIT | $ 770.00 | $ -6.77 | $ -776.77 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 11,800.00

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 11,030.00

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 770.00

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

Joe Jesse Monge and Rosana Elena Monge
B 25C (Official Form 25C)

## Exhibit A – Past Due Tax Returns

      Federal and state individual income tax returns have not been filed for 2007, 2008 or 2009. Returns are expected to be completed within the next month and any balances paid from debtor's funds.

**Joe Jesse Monge and Rosana Elena Monge**
**B 25C (Official Form 25C)**

## Exhibit B – Cash Currently Available

**Bank Statement 11/4/09 thorough 12/3/09**

|  |  | Balance as of 11/4/2009 | Balance as of 12/3/2009 |
|---|---|---|---|
| **First Light Federal Credit Union:** |  |  |  |
| **Saving S1:** |  |  |  |
| Balance Last Statement |  | $ 51.36 |  |
| **Balance Current Statement** |  |  | **$ 51.36** |
|  |  |  |  |
| **Saving S66:** |  |  |  |
| Balance Last Statement |  | $ 27.92 |  |
| Interest Earned | 0.01 |  |  |
| **Balance Current Statement** |  |  | **$ 27.93** |
|  |  |  |  |
| **Checking S74:** |  |  |  |
| Balance Last Statement |  | $ 7,355.21 |  |
| Cash In | 12055.24 |  |  |
| Cash Out | -12062.02 |  |  |
| **Balance Current Statement** |  |  | **$ 7,348.43** |
|  |  |  |  |
| **Total Cash in First Light Federal Credit Union:** |  | **$ 7,434.49** | **$ 7,427.72** |

Joe Jesse Monge and Rosana Elena Monge
B 25C (Official Form 25C)

# Exhibit C – Expenses Paid

**Nov 2009 Expenditures Detail**
(in order of occurrence)

| | | | |
|---|---|---:|---|
| **Debits:** | Valero | 15.66 | Auto/Gas |
| | Uncle Bao's | 19.89 | Meals/Entertainment |
| | Albertsons | 169.98 | Groceries |
| | Seven-eleven | 10.25 | Auto/Gas |
| | Ft. Bliss Gas | 35.15 | Auto/Gas |
| | 3 Garcia's | 13.72 | Meals/Entertainment |
| | Red Lobster | 24.33 | Meals/Entertainment |
| | DTV-DirectTV | 557.18 | Clothing/Household |
| | Homeowners | 175.00 | Insurance-Home |
| | Albertsons | 21.51 | Groceries |
| | Young Vin | 19.37 | Meals/Entertainment |
| | USPS | 7.51 | Work Expense |
| | MJM Designer | 30.28 | Clothing/Household |
| | Carmike | 20.00 | Meals/Entertainment |
| | El Taco Tote | 18.93 | Meals/Entertainment |
| | Tierra Del Sol Mexican | 19.48 | Meals/Entertainment |
| | Applebees | 18.91 | Meals/Entertainment |
| | CattleBaron | 24.78 | Meals/Entertainment |
| | Veterans Canteen | 8.95 | Meals/Entertainment |
| | NY Life | 365.50 | Insurance-Life |
| | NY Life | 506.81 | Insurance-Life |
| | AT&T | 75.57 | Telephone-Home |
| | Ft. Bliss Gas | 25.07 | Auto/Gas |
| | Golden Corral | 12.54 | Groceries |
| | AAFES | 29.50 | Clothing/Household |
| | Ft. Bliss Exchg | 93.22 | Clothing/Household |
| | Baskin Robbins | 4.89 | Meals/Entertainment |
| | Charley's Steak | 7.99 | Meals/Entertainment |
| | Stayton Theatre | 8.00 | Meals/Entertainment |
| | Stayton Theatre | 7.50 | Meals/Entertainment |
| | El Paso Water | 89.41 | Utilities |
| | El Paso Water | 5.41 | Utilities |
| | Home 1777 | 2,500.00 | Home Mortgage |
| | Home 1658 | 1,044.03 | Home Mortgage |
| | RCK 9352 | 2,247.89 | Unclassified Expense |
| | Ft. Bliss Gas | 25.13 | Auto/Gas |
| | Texas Gas Service | 100.00 | Utilities |
| | Pizza Hut | 21.93 | Meals/Entertainment |
| | Walmart Supercenter | 4.78 | Groceries |
| | The Brown Bag Deli | 10.00 | Meals/Entertainment |
| | T-Mobile Tel | 100.00 | Work Expense |
| | Wal-Mart | 27.94 | Groceries |
| | ATM Withdrawal | 200.00 | Unclassified Expense |
| | Lowe's | 63.73 | Clothing/Household |
| | Ft. Bliss Exchg | 21.68 | Clothing/Household |

| | | |
|---|---:|---|
| Walmart Supercenter | 4.00 | Groceries |
| Ft. Bliss Commissary | 25.19 | Groceries |
| Pro's Ranch Market | 26.34 | Groceries |
| Dollar General | 24.36 | Clothing/Household |
| Veterans Canteen | 59.99 | Meals/Entertainment |
| Veterans Canteen | 184.97 | Meals/Entertainment |
| Circle K | 38.59 | Auto/Gas |
| Wal-Mart | 4.00 | Groceries |
| Red Lobster | 33.32 | Meals/Entertainment |
| Electric Com | 154.89 | Utilities |
| Dollar-General | 12.45 | Clothing/Household |
| Sorrento | 29.82 | Meals/Entertainment |
| Ft. Bliss Gas | 35.15 | Auto/Gas |
| Burger King | 9.39 | Meals/Entertainment |
| Taco Bell | 15.96 | Meals/Entertainment |
| U-Haul | 53.63 | Clothing/Household |
| Veterans Canteen | 3.14 | Meals/Entertainment |
| Circle K | 4.67 | Auto/Gas |
| Young Vin | 36.29 | Meals/Entertainment |
| Home 1777 | 2,085.51 | Home Mortgage |
| Ft. Bliss shop | 11.40 | Clothing/Household |
| Ft. Bliss Exchg | 46.29 | Clothing/Household |
| El Paso Water | 95.00 | Utilities |
| 3 Garcia's | 13.80 | Meals/Entertainment |
| NY Life | 14.25 | Insurance-Life |
| NY Life | 50.75 | Insurance-Life |
| Walgreens | 6.58 | Clothing/Household |
| Walgreens | 14.00 | Clothing/Household |
| Cricketcomm | 47.91 | Work Expense |
| AAFES | 18.19 | Clothing/Household |
| American Express | 7.95 | Bank Fees |
| Veterans Canteen | 64.96 | Meals/Entertainment |
| Uncle Bao's | 19.88 | Meals/Entertainment |

**Total Expenditures**     **$ 12,062.02**

**Joe Jesse Monge and Rosana Elena Monge**

|  |  |  | Previous Balance on Account | **$ 7,355.21** |
|---|---|---|---|---|

**Checking Account: 11/4/09 through 12/3/09**

|  | Joe Monge | Rosana Monge | Joint |  |
|---|---|---|---|---|
| DFAS-CRSC | 1,064.00 |  |  |  |
| DFAS-VA Salary |  | 2,319.49 |  |  |
| Installment Sale, Real Property |  |  | 400.33 |  |
| Personal Deposit |  |  | 2,643.22 |  |
| SSI | 1,494.00 |  |  |  |
| DFAS-VA Salary |  | 2,298.24 |  |  |
| UST-VA Benefit | 1,835.00 |  |  |  |
| DFAS-VA Salary |  |  |  |  |
| Net Interest on Account |  |  | 0.96 |  |
| **Cash In:** | **$ 4,393.00** | **$ 4,617.73** | **$ 3,044.51** | **$ 12,055.24** |

| Auto/Gas | 189.67 |
|---|---|
| Bank Fees | 7.95 |
| Cash |  |
| Clothing/Household | 982.49 |
| Education |  |
| Groceries | 296.28 |
| Home Mortgage | 5,629.54 |
| Homeowners Assoc. Fee | 175.00 |
| Insurance-Life | 937.31 |
| Meals/Entertainment | 720.19 |
| Utilities | 444.71 |
| Work Expense | 155.42 |
| Travel | 75.57 |
| Unclassified |  |
| RCK 9352 | 2,247.89 |
| ATM Withdrawal | 200.00 |

|  |  | **Expenses Paid** |  | 12,062.02 |
|---|---|---|---|---|
|  |  |  | **Ending Balance in Account** | **$7,348.43** |

# FirstLight
### FEDERAL CREDIT UNION

El Paso: (915) 562-1172 • Las Cruces: (575) 526-4401
Email: cumail@firstlightfcu.org • Website: www.firstlightfcu.org
Toll-free: 1-800-351-1670

## Account Statement

El Paso branches: 1741 Marshall Rd. 79906 • 9993 Kenworthy St., 79924
1555 N. Lee Treviño 79936 • William Beaumont Army Medical Center, 1st floor
5050 N. Desert Blvd., 79912 • 20727 Constitution Dr., 79918
Las Cruces branches: 3105 Del Rey Blvd., 88012 • 300 E. Foster Rd. 88005
3791 E. Lohman Ave., 88011
ABA transit/routing #312080941

```
JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
EL PASO TX 79902
```

```
Account#        SSN             Page
5357450         ███-3212        1
        Statement Date
04NOV09         03DEC09
        Mail Code 90
Branch 1
```

| Transaction Date | Description | Debits | Credits | New Balance |
|---|---|---|---|---|

```
fbs50r

S1 SHARE A/C - SHARE ACCOUNT
---------------------------
        (Joint with ROSANA E MONGE DEBTOR-IN-POSSESSION-09-30881-LMC)
NOV4    Previous Balance                                        51.36
NOV22#  BALANCE INQUIRY
    #       Cardtronics CCSB EL PASO TX
    #       932600887384 CW000038
    #       Nov 22 @ 12:06pm
DEC3    Closing Date...New Balance                              51.36

S66 SHARE A/C - MONEY MARKET
---------------------------
        (Joint with ROSANA E MONGE DEBTOR-IN-POSSESSION-09-30881-LMC)
NOV4    Previous Balance                                        27.92
DEC1    DIVIDEND CREDIT                          0.01           27.93
DEC1    Annual Percentage Yield Earned: 0.44%
DEC1     For the Period from 11/01 through 11/30.
DEC3    Closing Date...New Balance                              27.93

S74 SHARE A/C - SIMPLY 50 SHAREDRAFT
-----------------------------------
        (Joint with ROSANA E MONGE DEBTOR-IN-POSSESSION-09-30881-LMC)
NOV4    Previous Balance                                       7355.21
NOV2 #  DEBIT PURCHASE                  15.66                  7339.55
    #       VALERO 1746 EL PASO T
    #       930601912005 1 Nov 2
NOV4 #  DEBIT PURCHASE                  19.89                  7319.66
    #       UNCLE BAOS EL PASO T
    #       930803358138 79777039 Nov 4
NOV8 #  POS PURCHASE                   169.98                  7149.68
    #       #00936 ALBERTSONS EL PASO TX
    #       931230517800 81086701
    #       Nov 8 @ 10:23am
NOV5 #  DEBIT PURCHASE                  10.25                  7139.43
    #       7-11 #57608 EL PASO T
    #       930905674565  Nov 5
NOV6 #  DEBIT PURCHASE                  35.15                  7104.28
    #       FT BLISS CASSIDY GAS FORT BLISS T
    #       931001183545 00B62799 Nov 6
NOV5 #  DEBIT PURCHASE                  13.72                  7090.56
```

Continued on page 2

# FirstLight
### FEDERAL CREDIT UNION

El Paso: (915) 562-1172 • Las Cruces: (575) 526-4401
Email: cumail@firstlightfcu.org • Website: www.firstlightfcu.org
Toll-free: 1-800-351-1670

## Account Statement

El Paso branches: 1741 Marshall Rd. 79906 • 9993 Kenworthy St., 79924
1555 N. Lee Treviño 79936 • William Beaumont Army Medical Center, 1st floor
5050 N. Desert Blvd., 79912 • 20727 Constitution Dr., 79918
Las Cruces branches: 3105 Del Rey Blvd., 88012 • 300 E. Foster Rd. 88005
3791 E. Lohman Ave., 88011
ABA transit/routing #312080941

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
EL PASO TX 79902

Account# 5357450
SSN -3212
Page 2
Statement Date 04NOV09 03DEC09
Mail Code 90
Branch 1

| Transaction Date | Description (continued) | Debits | Credits | New Balance |
|---|---|---|---|---|
| | # 3 GARCIA'S EL PASO T | | | |
| | # 930905362616 00282954 Nov 5 | | | |
| NOV6 | # DEBIT PURCHASE | 24.33 | | 7066.23 |
| | # RED LOBSTER US00062141 EL PASO T | | | |
| | # 931001355648 006 Nov 6 | | | |
| NOV7 | # DEBIT PURCHASE | 557.18 | | 6509.05 |
| | # DTV*DIRECTV SERVICE 800-347-3288 C | | | |
| | # 931101543647 Nov 7 | | | |
| NOV9 | BILL PAY WITHDRAWAL | 175.00 | | 6334.05 |
| | HOMEOWNERS A | | | |
| | 936506 ORCC WW Nov 9 @ 11:22am | | | |
| NOV8 | # DEBIT PURCHASE | 21.51 | | 6312.54 |
| | # ALBERTSONS #0936 EL PASO T | | | |
| | # 931205302478 1 Nov 8 | | | |
| NOV6 | # DEBIT PURCHASE | 19.37 | | 6293.17 |
| | # YOUNG VIN RESTAURANT EL PASO T | | | |
| | # 931002452489 90158112 Nov 6 | | | |
| NOV9 | # DEBIT PURCHASE | 7.51 | | 6285.66 |
| | # USPS 48285900934802751 EL PASO T | | | |
| | # 931302999159 096 Nov 9 | | | |
| NOV9 | # DEBIT PURCHASE | 30.28 | | 6255.38 |
| | # MJM DESIGNER S00003830 EL PASO T | | | |
| | # 931303945015 001 Nov 9 | | | |
| NOV8 | # DEBIT PURCHASE | 20.00 | | 6235.38 |
| | # CARMIKE 078587 Q61 EL PASO T | | | |
| | # 931200890644 010 Nov 8 | | | |
| NOV12 | DEPOSIT TR#2089 | | 400.33 | 6635.71 |
| NOV11 | # DEBIT PURCHASE | 18.93 | | 6616.78 |
| | # EL TACO TOTE Q24 EL PASO T | | | |
| | # 931503866609 00495960 Nov 11 | | | |
| NOV10 | # DEBIT PURCHASE | 19.48 | | 6597.30 |
| | # TIERRA DEL SOL MEXICAN EL PASO T | | | |
| | # 931401457630 00027553 Nov 10 | | | |
| NOV13 | DFAS-CLEVELAND/FED SALARY/111309/P | | 2319.49 | 8916.79 |
| | PD/ACH DIST TOTAL $2,319.49 | | | |
| NOV11 | # DEBIT PURCHASE | 18.91 | | 8897.88 |
| | # APPLEBEES 888501000033 EL PASO T | | | |
| | # 931500236776 001 Nov 11 | | | |
| NOV13 | # DEBIT PURCHASE | 24.78 | | 8873.10 |
| | # CATTLE BARON-EL PASO-0 EL PASO T | | | |
| | # 931702282347 00338330 Nov 13 | | | |
| NOV13 | # DEBIT PURCHASE | 8.95 | | 8864.15 |
| | # VETERANS CANTEEN #756 EL PASO T | | | |

Continued on page 3

# FIRSTLIGHT
### FEDERAL CREDIT UNION

El Paso: (915) 562-1172 • Las Cruces: (575) 526-4401
Email: cumail@firstlightfcu.org • Website: www.firstlightfcu.org
Toll-free: 1-800-351-1670

## Account Statement

El Paso branches: 1741 Marshall Rd. 79906 • 9993 Kenworthy St., 79924
1555 N. Lee Treviño 79936 • William Beaumont Army Medical Center, 1st floor
5050 N. Desert Blvd., 79912 • 20727 Constitution Dr., 79918
Las Cruces branches: 3105 Del Rey Blvd., 88012 • 300 E. Foster Rd. 88005
3791 E. Lohman Ave., 88011
ABA transit/routing #312080941

```
JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
EL PASO TX 79902
```

Account# 5357450   SSN -3212   Page 3
Statement Date
04NOV09   03DEC09
Mail Code 90
Branch 1

| Transaction Date | Description (continued) | Debits | Credits | New Balance |
|---|---|---|---|---|
| | # 931708615342 Nov 13 | | | |
| NOV16 | NEW YORK LIFE/INS. PREM./NOV 09/PP D/ | 365.50 | | 8498.65 |
| NOV16 | NEW YORK LIFE/INS. PREM./NOV 09/PP D/ | 506.81 | | 7991.84 |
| NOV16 | BILL PAY WITHDRAWAL AT AND T 957232 ORCC WW Nov 16 @ 11:05am | 75.57 | | 7916.27 |
| NOV16 | DEPOSIT TR#3228 | | 2643.22 | 10559.49 |
| NOV15# | DEBIT PURCHASE # FT BLISS CASSIDY GAS FORT BLISS T # 931900439975 00B62799 Nov 15 | 25.07 | | 10534.42 |
| NOV16# | DEBIT PURCHASE # GOLDEN CORRAL 537 EL PASO T # 932003498234 LK498906 Nov 16 | 12.54 | | 10521.88 |
| NOV15# | DEBIT PURCHASE # AAFES FT. BLISS PXTRA FORT BLISS T # 931900439976 00I09200 Nov 15 | 29.50 | | 10492.38 |
| NOV15# | DEBIT PURCHASE # FORT BLISS EXCH 228 EL PASO T # 931900440014 00106500 Nov 15 | 93.22 | | 10399.16 |
| NOV15# | DEBIT PURCHASE # AAFES BASKIN ROBBINS FT BLISS T # 931900440016 00A01300 Nov 15 | 4.89 | | 10394.27 |
| NOV15# | DEBIT PURCHASE # AAFES CHARLEY'S STEAKE FT BLISS T # 931900440015 00A01200 Nov 15 | 7.99 | | 10386.28 |
| NOV15# | DEBIT PURCHASE # FT BLISS STAYTON THEAT FT BLISS T # 931900440017 00980358 Nov 15 | 8.00 | | 10378.28 |
| NOV15# | DEBIT PURCHASE # FT BLISS STAYTON THEAT FT BLISS T # 931900440018 00980358 Nov 15 | 7.50 | | 10370.78 |
| NOV18 | US TREASURY 303/SOC SEC/111809/PPD | | 1494.00 | 11864.78 |
| NOV18 | BILL PAY WITHDRAWAL EL PASO WATE 021725 ORCC WW Nov 18 @ 5:17pm | 89.41 | | 11775.37 |
| NOV18 | BILL PAY WITHDRAWAL EL PASO WATE 021726 ORCC WW Nov 18 @ 5:17pm | 5.41 | | 11769.96 |
| NOV18 | BILL PAY WITHDRAWAL HOME 1777 023661 ORCC WW Nov 18 @ 7:10pm | 2500.00 | | 9269.96 |

Continued on page 4

# FirstLight
## FEDERAL CREDIT UNION

El Paso: (915) 562-1172 • Las Cruces: (575) 526-4401
Email: cumail@firstlightfcu.org • Website: www.firstlightfcu.org
Toll-free: 1-800-351-1670

## Account Statement

El Paso branches: 1741 Marshall Rd. 79906 • 9993 Kenworthy St., 79924
1555 N. Lee Treviño 79936 • William Beaumont Army Medical Center, 1st floor
5050 N. Desert Blvd., 79912 • 20727 Constitution Dr., 79918
Las Cruces branches: 3105 Del Rey Blvd., 88012 • 300 E. Foster Rd. 88005
3791 E. Lohman Ave., 88011
ABA transit/routing #312080941

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
EL PASO TX 79902

Account# 5357450   SSN -3212   Page 4
Statement Date
04NOV09   03DEC09
Mail Code 90
Branch 1

| Transaction Date | Description (continued) | Debits | Credits | New Balance |
|---|---|---|---|---|
| NOV18 | BILL PAY WITHDRAWAL<br>HOME 1658<br>023665 ORCC WW Nov 18 @ 7:10pm | 1044.03 | | 8225.93 |
| NOV19 | RCK 9352 PIF | 2247.89 | | 5978.04 |
| NOV17# | DEBIT PURCHASE<br># FT BLISS CASSIDY GAS FORT BLISS T<br># 932100623769 00B62799 Nov 17 | 25.13 | | 5952.91 |
| NOV20 | BILL PAY WITHDRAWAL<br>TEXAS GAS SE<br>978367 ORCC WW Nov 20 @ 11:16am | 100.00 | | 5852.91 |
| NOV18# | DEBIT PURCHASE<br># PIZZA HUT # 0286336369 EL PASO T<br># 932200139292 010 Nov 18 | 21.93 | | 5830.98 |
| NOV19# | DEBIT PURCHASE<br># WM SUPERCENTER EL PASO C T<br># 932303394101 22010013 Nov 19 | 4.78 | | 5826.20 |
| NOV19# | DEBIT PURCHASE<br># THE BROWN BAG DELI EL PASO T<br># 932303407217 79846217 Nov 19 | 10.00 | | 5816.20 |
| NOV19# | DEBIT PURCHASE<br># T-MOBILE TEL PAYMENT 800-937-8997 W<br># 932302808567 Nov 19 | 100.00 | | 5716.20 |
| NOV21# | POS PURCHASE<br># WAL-MART #2201 EL PASO TX<br># 932500003732 42201001<br># Nov 21 @ 9:13pm | 27.94 | | 5688.26 |
| NOV22# | BALANCE INQUIRY<br># Cardtronics CCSB EL PASO TX<br># 932600887392 CW000038<br># Nov 22 @ 12:06pm | | | |
| NOV22# | ATM WITHDRAWAL<br># Cardtronics CCSB EL PASO TX<br># 932600887743 CW000038<br># Nov 22 @ 12:07pm | 200.00 | | 5488.26 |
| NOV22# | POS PURCHASE<br># LOWE'S #1137 EL PASO TX<br># 932605592016 001 Nov 22 @ 1:48pm | 63.73 | | 5424.53 |
| NOV20# | DEBIT PURCHASE<br># FORT BLISS EXCH 228 EL PASO T<br># 932401493963 00106500 Nov 20 | 21.68 | | 5402.85 |
| NOV20# | DEBIT PURCHASE<br># WM SUPERCENTER EL PASO C T<br># 932407669642 22010029 Nov 20 | 4.00 | | 5398.85 |

Continued on page 5

# FirstLight
## FEDERAL CREDIT UNION

El Paso: (915) 562-1172 • Las Cruces: (575) 526-4401
Email: cumail@firstlightfcu.org • Website: www.firstlightfcu.org
Toll-free: 1-800-351-1670

## Account Statement

El Paso branches: 1741 Marshall Rd. 79906 • 9993 Kenworthy St., 79924
1555 N. Lee Treviño 79936 • William Beaumont Army Medical Center, 1st floor
5050 N. Desert Blvd., 79912 • 20727 Constitution Dr., 79918
Las Cruces branches: 3105 Del Rey Blvd., 88012 • 300 E. Foster Rd. 88005
3791 E. Lohman Ave., 88011
ABA transit/routing #312080941

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
EL PASO TX 79902

Branch 1

| Account# | SSN | Page |
|---|---|---|
| 5357450 | -3212 | 5 |
| Statement Date | | |
| 04NOV09   03DEC09 | | |
| Mail Code 90 | | |

| Transaction Date | Description (continued) | Debits | Credits | New Balance |
|---|---|---|---|---|
| NOV20# | DEBIT PURCHASE | 25.19 | | 5373.66 |
| # | FT BLISS COMMISSARY FORT BLISS T | | | |
| # | 932408733505  Nov 20 | | | |
| NOV20# | DEBIT PURCHASE | 26.34 | | 5347.32 |
| # | PRO'S RANCH MARKET EL PASO T | | | |
| # | 932402752296 1 Nov 20 | | | |
| NOV19# | DEBIT PURCHASE | 24.36 | | 5322.96 |
| # | DOLLAR-GENERAL #6131 EL PASO T | | | |
| # | 932304635592  Nov 19 | | | |
| NOV20# | DEBIT PURCHASE | 59.99 | | 5262.97 |
| # | VETERANS CANTEEN #756 EL PASO T | | | |
| # | 932408733506  Nov 20 | | | |
| NOV20# | DEBIT PURCHASE | 184.97 | | 5078.00 |
| # | VETERANS CANTEEN #756 EL PASO T | | | |
| # | 932408823902  Nov 20 | | | |
| NOV20# | DEBIT PURCHASE | 38.59 | | 5039.41 |
| # | CIRCLE K 08743 Q47 EL PASO T | | | |
| # | 932401102988 102 Nov 20 | | | |
| NOV19# | DEBIT PURCHASE | 4.00 | | 5035.41 |
| # | WAL-MART #2201 EL PASO T | | | |
| # | 932307868344 1 Nov 19 | | | |
| NOV21# | DEBIT PURCHASE | 33.32 | | 5002.09 |
| # | RED LOBSTER US00062141 EL PASO T | | | |
| # | 932501622510 007 Nov 21 | | | |
| NOV25 | BILL PAY WITHDRAWAL | 154.89 | | 4847.20 |
| | ELECTRIC COM | | | |
| | 916522 ORCC WW Nov 25 @ 11:14am | | | |
| NOV23# | DEBIT PURCHASE | 12.45 | | 4834.75 |
| # | DOLLAR-GENERAL #6131 EL PASO T | | | |
| # | 932700567509  Nov 23 | | | |
| NOV23# | DEBIT PURCHASE | 29.82 | | 4804.93 |
| # | SORRENTO INC EL PASO T | | | |
| # | 932701086581 00396315 Nov 23 | | | |
| NOV27 | DFAS-CLEVELAND/FED SALARY/112709/P | | 2298.24 | 7103.17 |
| | PD/ACH DIST TOTAL $2,298.24 | | | |
| NOV24# | DEBIT PURCHASE | 35.15 | | 7068.02 |
| # | FT BLISS CASSIDY GAS FORT BLISS T | | | |
| # | 932800461814 00B62799 Nov 24 | | | |
| NOV24# | DEBIT PURCHASE | 9.39 | | 7058.63 |
| # | AAFES CASSIDY BURGER K FT BLISS T | | | |
| # | 932800461815 00IA1200 Nov 24 | | | |
| NOV24# | DEBIT PURCHASE | 15.96 | | 7042.67 |
| # | TACO BELL1787900178798 EL PASO T | | | |

Continued on page 6

# FIRSTLIGHT
## FEDERAL CREDIT UNION

El Paso: (915) 562-1172 • Las Cruces: (575) 526-4401
Email: cumail@firstlightfcu.org • Website: www.firstlightfcu.org
Toll-free: 1-800-351-1670

## Account Statement

El Paso branches: 1741 Marshall Rd. 79906 • 9993 Kenworthy St., 79924
1555 N. Lee Treviño 79936 • William Beaumont Army Medical Center, 1st floor
5050 N. Desert Blvd., 79912 • 20727 Constitution Dr., 79918
Las Cruces branches: 3105 Del Rey Blvd., 88012 • 300 E. Foster Rd. 88005
3791 E. Lohman Ave., 88011
ABA transit/routing #312080941

```
JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
EL PASO TX 79902
```

Account# 5357450  SSN ▬▬-3212  Page 6
Statement Date 04NOV09 – 03DEC09
Mail Code 90
Branch 1

| Transaction Date | Description (continued) | Debits | Credits | New Balance |
|---|---|---|---|---|
| | # 932800173043 008 Nov 24 | | | |
| NOV24# | DEBIT PURCHASE | 53.63 | | 6989.04 |
| # | U-HAUL CT NORTHEAST EL PASO T | | | |
| # | 932800591981 Nov 24 | | | |
| NOV25# | DEBIT PURCHASE | 3.14 | | 6985.90 |
| # | VETERANS CANTEEN #756 EL PASO T | | | |
| # | 932904510044 Nov 25 | | | |
| NOV24# | DEBIT PURCHASE | 4.67 | | 6981.23 |
| # | CIRCLE K 01418 Q47 EL PASO T | | | |
| # | 932801211956 101 Nov 24 | | | |
| NOV25# | DEBIT PURCHASE | 36.29 | | 6944.94 |
| # | YOUNG VIN RESTAURANT EL PASO T | | | |
| # | 932901860219 90158112 Nov 25 | | | |
| NOV27 | BILL PAY WITHDRAWAL | 2085.51 | | 4859.43 |
| | HOME 1777 | | | |
| | 003787 ORCC WW Nov 27 @ 5:12pm | | | |
| NOV26# | DEBIT PURCHASE | 11.40 | | 4848.03 |
| # | FT. BLISS CASSIDY SHOP FORT BLISS T | | | |
| # | 933004476041 00B62700 Nov 26 | | | |
| NOV27# | DEBIT PURCHASE | 46.29 | | 4801.74 |
| # | FORT BLISS EXCH 228 EL PASO T | | | |
| # | 933101592736 00106500 Nov 27 | | | |
| NOV30 | BILL PAY WITHDRAWAL | 95.00 | | 4706.74 |
| | EL PASO WATE | | | |
| | 967280 ORCC WW Nov 30 @ 11:26am | | | |
| NOV27# | DEBIT PURCHASE | 13.80 | | 4692.94 |
| # | 3 GARCIA'S EL PASO T | | | |
| # | 933102325705 00282954 Nov 27 | | | |
| DEC1 | US TREASURY 220/VA BENEFIT/120109/ | | 1835.00 | 6527.94 |
| | PPD/ | | | |
| DEC1 | DFAS-CLEVELAND/CRSC PAY/112309/PPD | | 1064.00 | 7591.94 |
| | ACH DIST TOTAL $1,064.00 | | | |
| DEC1 | DIVIDEND CREDIT | | 1.34 | 7593.28 |
| DEC1 | Annual Percentage Yield Earned: 0.25% | | | |
| DEC1 | For the Period from 11/01 through 11/30. | | | |
| DEC1 | FED W/H TAX | 0.38 | | 7592.90 |
| DEC1 | NEW YORK LIFE/INS. PREM./DEC 09/PP | 14.25 | | 7578.65 |
| | D/ | | | |
| DEC1 | NEW YORK LIFE/INS. PREM./DEC 09/PP | 50.75 | | 7527.90 |
| | D/ | | | |
| NOV30# | DEBIT PURCHASE | 6.58 | | 7521.32 |
| # | WALGREENS #4679 EL PASO T | | | |
| # | 933404119499 Nov 30 | | | |

Continued on page 7

# FIRSTLIGHT
## FEDERAL CREDIT UNION

El Paso: (915) 562-1172 • Las Cruces: (575) 526-4401
Email: cumail@firstlightfcu.org • Website: www.firstlightfcu.org
Toll-free: 1-800-351-1670

## Account Statement

El Paso branches: 1741 Marshall Rd. 79906 • 9993 Kenworthy St., 79924
1555 N. Lee Treviño 79936 • William Beaumont Army Medical Center, 1st floor
5050 N. Desert Blvd., 79912 • 20727 Constitution Dr., 79918
Las Cruces branches: 3105 Del Rey Blvd., 88012 • 300 E. Foster Rd. 88005
3791 E. Lohman Ave., 88011
ABA transit/routing #312080941

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
EL PASO TX 79902

Account# 5357450
SSN -3212
Page 7
Statement Date 04NOV09   03DEC09
Mail Code 90
Branch 1

| Transaction Date | Description (continued) | Debits | Credits | New Balance |
|---|---|---|---|---|
| NOV30 # | DEBIT PURCHASE | 14.00 | | 7507.32 |
| # | WALGREENS #4679 EL PASO T | | | |
| # | 933404226929  Nov 30 | | | |
| DEC2 | DEBIT PURCHASE | 47.91 | | 7459.41 |
| | CKT*CRICKETCOMM 800-274-2538 C | | | |
| | 933604326205  Dec 2 | | | |
| DEC2 | POS PURCHASE | 18.19 | | 7441.22 |
| | AAFES EL PASO XX | | | |
| | 933600064231 00047647 Dec 2 @ 7:31pm | | | |
| DEC3 | AMERICAN EXPRESS/COLLECTION/091203 | 7.95 | | 7433.27 |
| | /CCD/ | | | |
| DEC2 # | DEBIT PURCHASE | 64.96 | | 7368.31 |
| # | VETERANS CANTEEN #756 EL PASO T | | | |
| # | 933604391259 75962407 Dec 2 | | | |
| DEC2 # | DEBIT PURCHASE | 19.88 | | 7348.43 |
| # | UNCLE BAOS EL PASO T | | | |
| # | 933603844094 79777039 Dec 2 | | | |
| DEC3 | Closing Date...New Balance | | | 7348.43 |
| | Overdraft Fees-Period to Date  0.00 | | | |
| | Overdraft Fees-Year to Date   0.00 | | | |
| | Return Fees-Period to Date    0.00 | | | |
| | Return Fees-Year to Date      0.00 | | | |

| YEAR TO DATE DIV/INT | WITHHOLDING |
|---|---|
| S1    25.78 | 7.99 |
| S66    0.14 | |
| S74   18.79 | 5.17 |
| Total  44.71 | 13.16 |

fb0001