## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

IN RE:

JOE JESSE MONGE and
ROSANA ELENA MONGE,

        Debtors.

Case No.:  09-30881-lmc

Chapter 11 Proceedings

### DEBTOR JOE JESSE MONGE AND ROSANA ELENA MONGE'S NINTH MONTHLY OPERATING REPORT (01/01/2010 - 01/31/2010)

**TO THE HONORABLE LEIF M. CLARK, UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW, Joe Jesse Monge and Rosana Elena Monge, Debtors in the above entitled and numbered case by and through their attorney of record, Sidney J. Diamond of Sidney Diamond, P.C. and files this their Ninth Monthly Operating Report (01/01/2010 - 01/31/2010) of the operation of their business, pursuant to 11 U.S.C. §704(8) and Bankruptcy Rule 2015(a)(3); such report being attached hereto as Exhibit "A" and incorporated herein by reference.

**DATED**: May 10, 2010.

Respectfully submitted,

SIDNEY DIAMOND, P.C.

/s/ Sidney J. Diamond
By: Sidney J. Diamond
Attorney for Debtors
Texas Bar Card No.: 5803000
3800 N. Mesa, Suite C-4
El Paso, Texas  79902
(915) 532-3327 Voice
(915) 532-3355 Fax
Sidney@sidneydiamond.com

**NINTH MONTHLY OPERATING REPORT (01/01/2010-01/31/2010),Page 1**

## CERTIFICATE OF SERVICE

I, Sidney J. Diamond, do hereby certify that on May 10, 2010, a true and correct copy of the foregoing Ninth Monthly Operating Report (01/01/2010-01/31/2010) was served by depositing the same in the United States Mail, properly addressed and postage prepaid, Electronic Mail Service, or by Facsimile to the following parties:

**THE DEBTORS:**
 Joe Jesse Monge and
Rosana Elena Monge
51 Sierra Crest Dr.
El Paso, TX   79902

**UNITED STATES TRUSTEE:**
Kevin Epstein, Esq.
Office of the U.S. Trustee
P.O. Box 1539
San Antonio, TX  78295-1539
**By Email: USTPRegion07.SN.ECF@usdoj.gov**

**PARTIES PREVIOUSLY**
**REQUESTING NOTICE:**

David Alvoet
Linebarger, Goggan, Blair & Sampsom, LLP
711 Navarro, Suite 300
San Antonio, TX 78205
Attorney for City of El Paso

Carlos A. Miranda, III
5915 Silver Springs, Bldg. 3A
El Paso, TX 79912
Attorney for El Paso Area Teachers FCU

Lance C. Reedman
4171 N. Mesa St., Suite B-201
El Paso, TX 79902
Attorney for Francisco Jayme & Alicia Rojas

_____/s/ Sidney J. Diamond_____
Sidney J. Diamond

**NINTH MONTHLY OPERATING REPORT (01/01/2010-01/31/2010),Page 2**
G:\BankruptcyPRO\Monge, Joe Jesse Monge, Rosana Elena\100510 9th MOR.wpd

**JOE JESSE MONGE**

**AND**

**ROSANA ELENA MONGE**

**CASE NO. 09-30881**

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re   Joe Jesse Monge, Rosana Elena Monge   ,                    Case No.   09-30881

_Debtor_

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   January 2010                           Date filed:   05/07/2010

Line of Business: _____        NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_Joe J. Monge_

Original Signature of Responsible Party

_Joe J. Monge_

Printed Name of Responsible Party

**Questionnaire:** _(All questions to be answered on behalf of the debtor.)_

| | | Yes | No |
|---|---|:---:|:---:|
| 1. | IS THE BUSINESS STILL OPERATING? | ☐ | ☒ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? _NA_ | ☐ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT _NA_ THIS MONTH? | ☐ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☒ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☐ | ☒ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? _NA_ | ☐ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY _NA_ ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☐ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

Page 2

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?                          ☑    ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 10,428.62 |

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 1,827.60 |
| Cash on Hand at End of Month | $ | 3,879.04 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL** | $ | 3,879.04 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 8,377.18 |

*(Exhibit C)*

## CASH PROFIT

| | | | |
|---|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | | $ | 10,428.62 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | | $ | 8,377.18 |
| *(Subtract Line C from Line B)* | **CASH PROFIT FOR THE MONTH** | $ | 2,051.44 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES**  $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES**  $ _____

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---:|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---:|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---:|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $        9,951.00 | $       10,428.62 | $          477.62 |
| EXPENSES | $       11,092.00 | $        8,377.18 | $       -2,714.82 |
| CASH PROFIT | $       -1,141.00 | $        2,051.44 | $       -2,237.20 |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $        9,951.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $       11,092.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $       -1,141.00 |

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

Joe Jesse Monge and Rosana Elena Monge
B 25C (Official Form 25C)

## Exhibit A – Past Due Tax Returns

Federal and state individual income tax returns have not been filed for 2007, 2008 or 2009. Returns are expected to be completed within the next month and any balances paid from debtor's funds.

**Joe Jesse Monge and Rosana Elena Monge**
**B 25C (Official Form 25C)**


### Exhibit B – Cash Currently Available

Bank Statement 1/4/10 thorough 2/3/10

| | | Balance as of 1/4/2010 | Balance as of 2/3/2010 |
|---|---|---|---|
| **First Light Federal Credit Union:** | | | |
| <u>Saving S1:</u> | | | |
| Balance Last Statement | | $ 52.17 | |
| Balance Current Statement | | | $ 52.17 |
| | | | |
| <u>Saving S66:</u> | | | |
| Balance Last Statement | | $ 27.94 | |
| Interest Earned | 0.01 | | |
| Balance Current Statement | | | $ 27.95 |
| | | | |
| <u>Checking S74:</u> | | | |
| Balance Last Statement | | $ 1,747.49 | |
| Cash In | 10428.61 | | |
| Cash Out | -8377.18 | | |
| Balance Current Statement | | | $3,798.92 |
| | | | |
| **Total Cash in First Light Federal Credit Union:** | | **$ 1,827.60** | **$3,879.04** |

Joe Jesse Monge and Rosana Elena Monge
B 25C (Official Form 25C)

# Exhibit C - Expenses Paid

**January 2010 Expenditures Detail**

| Debits: | | | |
|---|---|---|---|
| Applebees | 48.15 | Meals/Entertainment |
| Fossil #450 | 43.23 | Meals/Entertainment |
| Cravings | 80.91 | Meals/Entertainment |
| NY Life | 14.25 | Insurance |
| NY Life | 50.75 | Insurance |
| American Express | 7.95 | Bank Fees |
| Circle K | 28.12 | Auto/Gas |
| Peter Piper Pizza | 31.62 | Meals/Entertainment |
| Love's | 45.11 | Auto/Gas |
| Victoria Secret | 130.98 | Clothing/Household |
| LJ's | 20.52 | Meals/Entertainment |
| Express Car Title | 60.27 | Auto/Gas |
| Uncle Bao's | 18.88 | Meals/Entertainment |
| Quality Inn & Suites | 45.00 | Travel |
| AAFES | 307.67 | Clothing/Household |
| 3 Garcia's | 15.34 | Meals/Entertainment |
| Veteran's Canteen | 13.18 | Meals/Entertainment |
| Valero | 15.67 | Auto/Gas |
| Popeye's | 15.45 | Meals/Entertainment |
| 3 Garcia's | 7.06 | Meals/Entertainment |
| Valero | 10.48 | Auto/Gas |
| El Sarape | 16.91 | Meals/Entertainment |
| Ft. Bliss Gas | 25.85 | Auto/Gas |
| Ft. Bliss Exch | 4.76 | Meals/Entertainment |
| Gussies Tamales | 25.98 | Meals/Entertainment |
| CPI Sales | 88.00 | Work Expense |
| Burlington Coat | 222.80 | Clothing/Household |
| ATM Withdrawal | 62.00 | Cash |
| ATM Fee | 1.00 | Bank Fees |
| Walgreens | 27.02 | Clothing/Household |
| Jay's Automotive | 680.07 | Auto/Gas |
| Bed, Bath & Beyond | 233.86 | Clothing/Household |
| Red Lobster | 38.95 | Meals/Entertainment |
| Veteran's Canteen | 5.35 | Meals/Entertainment |
| Jay's Automotive | 259.54 | Auto/Gas |
| McDonald's | 3.90 | Meals/Entertainment |
| El Paso Cmty College | 650.00 | Education |
| Walgreens | 10.58 | Clothing/Household |
| Circle K | 26.01 | Meals/Entertainment |
| NY Life | 365.50 | Insurance |
| NY Life | 506.81 | Insurance |
| AAFES | 38.65 | Clothing/Household |
| IHOP | 16.04 | Meals/Entertainment |
| VCC Repl Fee | 5.00 | Bank Fees |
| Pizza Hut | 23.18 | Meals/Entertainment |

| | | |
|---|---:|---|
| Valero | 13.70 | Auto/Gas |
| Signature Uniforms | 41.11 | Work Expense |
| E-Follett | 203.22 | Education |
| LJ's | 6.05 | Meals/Entertainment |
| Bed, Bath & Beyond | 181.80 | Clothing/Household |
| Office Depot | 16.04 | Work Expense |
| Bed, Bath & Beyond | (12.98) | Clothing/Household |
| Ft. Bliss Commissary | 25.62 | Groceries |
| Texas Gas Service | 100.00 | Utilities |
| Walgreens | 3.69 | Clothing/Household |
| US Trustee | 653.00 | Legal |
| Ft. Bliss Exch | 30.90 | Clothing/Household |
| AAFES | 30.73 | Clothing/Household |
| Cash Withdrawal | 40.00 | Cash |
| Pizza Hut | 28.11 | Meals/Entertainment |
| AAFES | 20.27 | Clothing/Household |
| Tri-Care | 115.00 | Medical |
| AAFES | 48.99 | Clothing/Household |
| Ft. Bliss Gas | 20.59 | Auto/Gas |
| 3 Garcia's | 13.80 | Meals/Entertainment |
| Grand Asia Buffet | 25.38 | Meals/Entertainment |
| El Paso Electric | 154.89 | Utilities |
| Burger King | 3.25 | Meals/Entertainment |
| Red Lobster | 30.93 | Meals/Entertainment |
| Campus Book Alt. | 88.09 | Education |
| Campus Book Alt. | 86.60 | Education |
| Campus Book Alt. | 48.71 | Education |
| Ft. Bliss Exch | 314.67 | Clothing/Household |
| UTEP | 129.52 | Education |
| Bkst-El Paso-CC | 165.62 | Meals/Entertainment |
| El Taco Tote | 22.07 | Meals/Entertainment |
| Campus Book Alt. | 114.47 | Education |
| Anna's linens | 22.67 | Clothing/Household |
| El Paso Water | 95.00 | Utilities |
| Seven-Eleven | 31.36 | Auto/Gas |
| IHOP | 19.21 | Meals/Entertainment |
| Pizza Hut | 12.98 | Meals/Entertainment |
| Seven-Eleven | 10.45 | Auto/Gas |
| Walgreens | 36.23 | Clothing/Household |
| Boards Ecommerce | 60.00 | Work Expense |
| NY Life | 14.25 | Insurance |
| NY Life | 50.75 | Insurance |
| Albertsons | 19.29 | Meals/Entertainment |
| Valero | 15.43 | Auto/Gas |
| Target | 12.42 | Clothing/Household |
| Red Lobster | 45.69 | Meals/Entertainment |
| GCR Tire Centers | 26.75 | Auto/Gas |
| Hollywood video | 3.20 | Meals/Entertainment |
| Ft. Bliss Exch | 285.60 | Clothing/Household |
| American Express | 7.95 | Bank Fees |
| Burger King | 12.88 | Meals/Entertainment |
| Seven-Eleven | 25.76 | Auto/Gas |
| Office Depot | 57.12 | Work Expense |
| Installment Sale Monies | 400.00 | Unclassified Expenses |

**Total Expenditures**          $   8,377.18

**Joe Jesse Monge and Rosana Elena Monge**

|                                          | Previous Balance on Account |              |              | $1,747.49  |
| ---------------------------------------- | --------------------------- | ------------ | ------------ | ---------- |

**Bank Statement 1/4/10 through 2/3/10**

|                                          | Joe Monge | Rosana Monge | Joint     |           |
| ---------------------------------------- | --------- | ------------ | --------- | --------- |
| DFAS-CRSC                                | 1,064.00  |              |           |           |
| DFAS-VA Salary                           |           | 2,254.64     |           |           |
| Deposit-personal                         |           |              | 200.00    |           |
| Installment Sale, Real Property          |           |              | 400.00    |           |
| SSI                                      | 1,384.00  |              |           |           |
| DFAS-VA Salary                           |           | 2,226.81     |           |           |
| UST-VA Benefit                           | 1,835.00  |              |           |           |
| DFAS-CRSC                                | 1,064.00  |              |           |           |
| Net Interest on Account                  |           |              | 0.16      |           |
|                                          | 5,347.00  | 4,481.45     | 600.16    | 10,428.61 |
|                                          |           |              |           |           |
| Auto/Gas                                 |           |              | 1,269.15  |           |
| Bank Fees                                |           |              | 21.90     |           |
| Cash                                     |           |              | 102.00    |           |
| Clothing/Household                       |           |              | 1,946.55  |           |
| Education                                |           |              | 987.87    |           |
| Groceries                                |           |              | 358.36    |           |
| Health                                   |           |              | 115.00    |           |
| Insurance                                |           |              | 1,002.31  |           |
| U.S. Trustee                             |           |              | 653.00    |           |
| Meals/Entertainment                      |           |              | 863.88    |           |
| Travel                                   |           |              | 45.00     |           |
| Utilities                                |           |              | 349.89    |           |
| Work Expense                             |           |              | 262.27    |           |
| Unclassified Expenses                    |           |              |           |           |
| Installment Sale (cash from deposit above) |         |              | 400.00    | 8,377.18  |

|                                          | Ending Balance in Account |  |  | $3,798.92 |
| ---------------------------------------- | ------------------------- |--|--| --------- |

# FIRSTLIGHT

**FEDERAL CREDIT UNION**

**Account Statement**

El Paso: (915) 562-1172 • Las Cruces: (575) 526-4401
Email: cumail@firstlightfcu.org • Website: www.firstlightfcu.org
Toll-free: 1-800-351-1670

El Paso branches: 1741 Marshall Rd. 79906 • 9993 Kenworthy St., 79924
1555 N. Lee Treviño 79936 • William Beaumont Army Medical Center, 1st floor
5050 N. Desert Blvd., 79912 • 20727 Constitution Dr., 79918
Las Cruces branches: 3105 Del Rey Blvd., 88012 • 300 E. Foster Rd. 88005
3791 E. Lohman Ave., 88011
ABA transit/routing #312080941

| | Account# | SSN | Page |
|---|---|---|---|
| | 5357450 | -3212 | 1 |
| | Statement Date | | |
| JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC | 04JAN10 | 03FEB10 | |
| 51 SIERRA CREST DR | | Mail Code 90 | |
| EL PASO TX 79902 | | | |
| Branch 1 | | | |

| Transaction Date | Description | Debits | Credits | New Balance |
|---|---|---|---|---|

fb0s50

**S1 SHARE A/C – SHARE ACCOUNT**
------------------------------
(Joint with ROSANA E MONGE DEBTOR-IN-POSSESSION-09-30881-LMC)

| | | | | |
|---|---|---|---|---|
| JAN4 | Previous Balance | | | 52.17 |
| FEB3 | Closing Date...New Balance | | | 52.17 |

**S66 SHARE A/C – MONEY MARKET**
------------------------------
(Joint with ROSANA E MONGE DEBTOR-IN-POSSESSION-09-30881-LMC)

| | | | | |
|---|---|---|---|---|
| JAN4 | Previous Balance | | | 27.94 |
| FEB1 | DIVIDEND CREDIT | | 0.01 | 27.95 |
| FEB1 | Annual Percentage Yield Earned: 0.42% | | | |
| FEB1 | For the Period from 01/01 through 01/31. | | | |
| FEB3 | Closing Date...New Balance | | | 27.95 |

**S74 SHARE A/C – SIMPLY 50 SHAREDRAFT**
---------------------------------------
(Joint with ROSANA E MONGE DEBTOR-IN-POSSESSION-09-30881-LMC)

| | | | | |
|---|---|---|---|---|
| JAN4 | Previous Balance | | | 1747.49 |
| JAN4 | DFAS-CLEVELAND/CRSC PAY/122209/PPD | | 1064.00 | 2811.49 |
| | ACH DIST TOTAL $1,064.00 | | | |
| JAN2 # | DEBIT PURCHASE | 48.15 | | 2763.34 |
| # | APPLEBEES 905900005090 PHOENIX A | | | |
| # | 000200254225 001 Jan 2 | | | |
| DEC31# | DEBIT PURCHASE | 43.23 | | 2720.11 |
| # | FOSSIL #450 LAS VEGAS N | | | |
| # | 936503102930 74500001 Dec 31 | | | |
| DEC31# | DEBIT PURCHASE | 80.91 | | 2639.20 |
| # | CRAVINGS LAS VEGAS N | | | |
| # | 936505877507 Dec 31 | | | |
| JAN4 | NEW YORK LIFE/INS. PREM./JAN 10/PP | 14.25 | | 2624.95 |
| | D/ | | | |
| JAN4 | NEW YORK LIFE/INS. PREM./JAN 10/PP | 50.75 | | 2574.20 |
| | D/ | | | |
| JAN4 | AMERICAN EXPRESS/COLLECTION/100104 | 7.95 | | 2566.25 |
| | /CCD/ | | | |
| JAN2 # | DEBIT PURCHASE | 28.12 | | 2538.13 |
| # | CIRCLE K 08596 Q47 PHOENIX A | | | |
| # | 000201769119 102 Jan 2 | | | |
| JAN2 # | DEBIT PURCHASE | 31.62 | | 2506.51 |

Continued on page 2

# FIRSTLIGHT
## FEDERAL CREDIT UNION

**Account Statement**

El Paso: (915) 562-1172 • Las Cruces: (575) 526-4401
Email: cumail@firstlightfcu.org • Website: www.firstlightfcu.org
Toll-free: 1-800-351-1670

<u>El Paso branches:</u> 1741 Marshall Rd. 79906 • 9993 Kenworthy St., 79924
1555 N. Lee Treviño 79936 • William Beaumont Army Medical Center, 1st floor
5050 N. Desert Blvd., 79912 • 20727 Constitution Dr., 79918
<u>Las Cruces branches:</u> 3105 Del Rey Blvd., 88012 • 300 E. Foster Rd. 88005
3791 E. Lohman Ave., 88011
ABA transit/routing #312080941

| | |
|---|---|
| JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC<br>51 SIERRA CREST DR<br>EL PASO TX 79902 | **Account#**  **SSN**  **Page**<br>5357450  ████-3212  2<br>**Statement Date**<br>04JAN10  03FEB10<br>Mail Code 90<br>Branch 1 |

**Transaction (continued)**

| Date | | Description | Debits | Credits | New Balance |
|---|---|---|---|---|---|
| | # | PETER PIPER PIZZA TUCSON A | | | |
| | | 000202890167  Jan 2 | | | |
| JAN2 | # | DEBIT PURCHASE | 45.11 | | 2461.40 |
| | # | LOVE S COUNTRY00002766 LORDSBURG N | | | |
| | # | 000201175739 009 Jan 2 | | | |
| JAN3 | # | DEBIT PURCHASE | 130.98 | | 2330.42 |
| | # | VICTORIA SECRET 800-888-1500 O | | | |
| | # | 000301020247  Jan 3 | | | |
| JAN2 | # | DEBIT PURCHASE | 20.52 | | 2309.90 |
| | # | LJS 31289 16912891 EL PASO T | | | |
| | # | 000201177169 002 Jan 2 | | | |
| JAN4 | # | DEBIT PURCHASE | 60.27 | | 2249.63 |
| | # | EXPRESS CAR TITLIN EL PASO T | | | |
| | # | 000402341485 LK628087 Jan 4 | | | |
| JAN4 | # | DEBIT PURCHASE | 18.88 | | 2230.75 |
| | # | UNCLE BAOS EL PASO T | | | |
| | # | 000403037112 79777039 Jan 4 | | | |
| DEC29 | # | DEBIT PURCHASE | 45.00 | | 2185.75 |
| | # | QUALITY INNS & SUITES ANAHEIM C | | | |
| | # | 936302295829  Dec 29 | | | |
| JAN5 | | POS PURCHASE | 307.67 | | 1878.08 |
| | | AAFES EL PASO XX | | | |
| | | 000500017095 00047647 Jan 5 @ 7:04pm | | | |
| JAN4 | # | DEBIT PURCHASE | 15.34 | | 1862.74 |
| | # | 3 GARCIA'S EL PASO T | | | |
| | # | 000401616589 00282954 Jan 4 | | | |
| JAN6 | # | DEBIT PURCHASE | 13.18 | | 1849.56 |
| | # | VETERANS CANTEEN #756 EL PASO T | | | |
| | # | 000604137773 91051266 Jan 6 | | | |
| JAN5 | # | DEBIT PURCHASE | 15.67 | | 1833.89 |
| | # | VALERO 1746 EL PASO T | | | |
| | # | 000501861512 1 Jan 5 | | | |
| JAN5 | # | DEBIT PURCHASE | 15.45 | | 1818.44 |
| | # | POPEYE'S #3052 Q43 FT BLISS T | | | |
| | # | 000500454118 01725183 Jan 5 | | | |
| JAN8 | | DFAS-CLEVELAND/FED SALARY/010810/P | | 2254.64 | 4073.08 |
| | | PD/ACH DIST TOTAL $2,254.64 | | | |
| JAN6 | # | DEBIT PURCHASE | 7.06 | | 4066.02 |
| | # | 3 GARCIA'S EL PASO T | | | |
| | # | 000601437565 00282954 Jan 6 | | | |
| JAN6 | # | DEBIT PURCHASE | 10.48 | | 4055.54 |
| | # | VALERO 1746 EL PASO T | | | |
| | # | 000601855546 1 Jan 6 | | | |

Continued on page 3

# Account Statement

# FIRSTLIGHT

### FEDERAL CREDIT UNION

El Paso branches: 1741 Marshall Rd. 79906 • 9993 Kenworthy St., 79924
1555 N. Lee Treviño 79936 • William Beaumont Army Medical Center, 1st floor
5050 N. Desert Blvd., 79912 • 20727 Constitution Dr., 79918
Las Cruces branches: 3105 Del Rey Blvd., 88012 • 300 E. Foster Rd. 88005
3791 E. Lohman Ave., 88011
ABA transit/routing #312080941

El Paso: (915) 562-1172 • Las Cruces: (575) 526-4401
Email: cumail@firstlightfcu.org • Website: www.firstlightfcu.org
Toll-free: 1-800-351-1670

| | Account# | SSN | Page |
|---|---|---|---|
| JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC | 5357450 | ███-3212 | 3 |
| 51 SIERRA CREST DR | Statement Date | | |
| EL PASO TX 79902 | 04JAN10    03FEB10 | | |
| | Mail Code 90 | | |
| Branch 1 | | | |

Transaction (continued)

| Date | | Description | Debits | Credits | New Balance |
|---|---|---|---|---|---|
| JAN7 | # | DEBIT PURCHASE | 16.91 | | 4038.63 |
| | # | EL SARAPE DEL VALLE EL PASO T | | | |
| | # | 000703307406 79422523 Jan 7 | | | |
| JAN7 | # | DEBIT PURCHASE | 25.85 | | 4012.78 |
| | # | FT BLISS CASSIDY GAS FORT BLISS T | | | |
| | # | 000703920303 00B62799 Jan 7 | | | |
| JAN7 | # | DEBIT PURCHASE | 4.76 | | 4008.02 |
| | # | FORT BLISS EXCH 228 EL PASO T | | | |
| | # | 000703920304 00106500 Jan 7 | | | |
| JAN6 | # | DEBIT PURCHASE | 25.98 | | 3982.04 |
| | # | GUSSIES TAMALES AND BA EL PASO T | | | |
| | # | 000605877444 00519886 Jan 6 | | | |
| JAN7 | # | DEBIT PURCHASE | 88.00 | | 3894.04 |
| | # | CPI SALES OCEANSIDE C | | | |
| | # | 000704702054 73393607 Jan 7 | | | |
| JAN10 | # | POS PURCHASE | 222.80 | | 3671.24 |
| | # | BCF - 6020 NORTH MESA STR EL PASO | | | |
| | # | TX001117027377 34502 Jan 10 @ | | | |
| | # | 6:13pm | | | |
| JAN12 | | ATM WITHDRAWAL | 62.00 | | 3609.24 |
| | | Cardtronics CCSC EL PASO TX | | | |
| | | 001200495960 CK026130 | | | |
| | | Jan 12 @ 8:35am | | | |
| JAN12 | | ATM NETWORK FEE | 1.00 | | 3608.24 |
| JAN10 | # | DEBIT PURCHASE | 27.02 | | 3581.22 |
| | # | WALGREENS #5274 EL PASO T | | | |
| | # | 001000552805 23954904 Jan 10 | | | |
| JAN11 | # | DEBIT PURCHASE | 680.07 | | 2901.15 |
| | # | JAYS AUTOMOTIVE II EL PASO T | | | |
| | # | 001102923047 00554043 Jan 11 | | | |
| JAN10 | # | DEBIT PURCHASE | 233.86 | | 2667.29 |
| | # | BED BATH & BEYOND #129 EL PASO T | | | |
| | # | 001000469728 00511291 Jan 10 | | | |
| JAN10 | # | DEBIT PURCHASE | 38.95 | | 2628.34 |
| | # | RED LOBSTER US00008870 EL PASO T | | | |
| | # | 001001248537 006 Jan 10 | | | |
| JAN11 | # | DEBIT PURCHASE | 5.35 | | 2622.99 |
| | # | VETERANS CANTEEN #756 EL PASO T | | | |
| | # | 001103625374 04783972 Jan 11 | | | |
| JAN12 | # | DEBIT PURCHASE | 259.54 | | 2363.45 |
| | # | JAYS AUTOMOTIVE II EL PASO T | | | |
| | # | 001202955178 00554043 Jan 12 | | | |
| JAN12 | # | DEBIT PURCHASE | 3.90 | | 2359.55 |

Continued on page 4

# Account Statement

# FIRSTLIGHT

### FEDERAL CREDIT UNION

El Paso: (915) 562-1172 • Las Cruces: (575) 526-4401
Email: cumail@firstlightfcu.org • Website: www.firstlightfcu.org
Toll-free: 1-800-351-1670

El Paso branches: 1741 Marshall Rd. 79906 • 9993 Kenworthy St., 79924
1555 N. Lee Treviño 79936 • William Beaumont Army Medical Center, 1st floor
5050 N. Desert Blvd., 79912 • 20727 Constitution Dr., 79918
Las Cruces branches: 3105 Del Rey Blvd., 88012 • 300 E. Foster Rd. 88005
3791 E. Lohman Ave., 88011
ABA transit/routing #312080941

| Account# | SSN | Page |
|---|---|---|
| 5357450 | ▮▮▮-3212 | 4 |

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
EL PASO TX 79902

Branch 1

Statement Date
04JAN10    03FEB10
Mail Code 90

| Transaction Date | (continued) Description | Debits | Credits | New Balance |
|---|---|---|---|---|
| # | MCDONALD'S M7621 OF TX EL PASO T | | | |
| # | 001204006807 1 Jan 12 | | | |
| JAN11# | DEBIT PURCHASE | 650.00 | | 1709.55 |
| # | EL PASO CMTY COLLEGE 915-831-2226 T | | | |
| # | 001101263586 00738711 Jan 11 | | | |
| JAN13# | DEBIT PURCHASE | 10.58 | | 1698.97 |
| # | WALGREENS #4679 EL PASO T | | | |
| # | 001304008164 51433198 Jan 13 | | | |
| JAN12# | DEBIT PURCHASE | 26.01 | | 1672.96 |
| # | CIRCLE K 06130 Q47 EL PASO T | | | |
| # | 001200895041 102 Jan 12 | | | |
| JAN15 | NEW YORK LIFE/INS. PREM./JAN 10/PP | 365.50 | | 1307.46 |
| | D/ | | | |
| JAN15 | NEW YORK LIFE/INS. PREM./JAN 10/PP | 506.81 | | 800.65 |
| | D/ | | | |
| JAN13# | DEBIT PURCHASE | 38.65 | | 762.00 |
| # | AAFES JEB STUART SHOPP FORT BLISS T | | | |
| # | 001300445330 00B70099 Jan 13 | | | |
| JAN13# | DEBIT PURCHASE | 16.04 | | 745.96 |
| # | IHOP 3020 00030205 EL PASO T | | | |
| # | 001300022532 001 Jan 13 | | | |
| JAN16 | VCC REPL FEE | 5.00 | | 740.96 |
| JAN14# | DEBIT PURCHASE | 23.18 | | 717.78 |
| # | PIZZA HUT # 0286336369 EL PASO T | | | |
| # | 001403982825 010 Jan 14 | | | |
| JAN15# | DEBIT PURCHASE | 13.70 | | 704.08 |
| # | VALERO 1746 EL PASO T | | | |
| # | 001502057833 1 Jan 15 | | | |
| JAN14# | DEBIT PURCHASE | 41.11 | | 662.97 |
| # | SIGNATURE UNIFORMS ELPASO T | | | |
| # | 001404981256 42842062 Jan 14 | | | |
| JAN15# | DEBIT PURCHASE | 203.22 | | 459.75 |
| # | E-FOLLETT #3011 800-621-4345 I | | | |
| # | 001508071345 05791177 Jan 15 | | | |
| JAN14# | DEBIT PURCHASE | 6.05 | | 453.70 |
| # | LJS 31287 16912875 EL PASO T | | | |
| # | 001400347845 034 Jan 14 | | | |
| JAN16# | DEBIT PURCHASE | 181.80 | | 271.90 |
| # | BED BATH & BEYOND #129 EL PASO T | | | |
| # | 001601108055 00511291 Jan 16 | | | |
| JAN16# | DEBIT PURCHASE | 16.04 | | 255.86 |
| # | OFFICE DEPOT #195 EL PASO T | | | |
| # | 001601429250 86134726 Jan 16 | | | |

Continued on page 5

# Account Statement

# FIRSTLIGHT
### FEDERAL CREDIT UNION

El Paso branches: 1741 Marshall Rd. 79906 • 9993 Kenworthy St., 79924
1555 N. Lee Treviño 79936 • William Beaumont Army Medical Center, 1st floor
5050 N. Desert Blvd., 79912 • 20727 Constitution Dr., 79918
Las Cruces branches: 3105 Del Rey Blvd., 88012 • 300 E. Foster Rd. 88005
3791 E. Lohman Ave., 88011
ABA transit/routing #312080941

El Paso: (915) 562-1172 • Las Cruces: (575) 526-4401
Email: cumail@firstlightfcu.org • Website: www.firstlightfcu.org
Toll-free: 1-800-351-1670

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
EL PASO TX 79902

Branch 1

| Account# | SSN | Page |
|---|---|---|
| 5357450 | ■■■■-3212 | 5 |

Statement Date
04JAN10    03FEB10
Mail Code 90

## Transaction Date (continued)

| Description | Debits | Credits | New Balance |
|---|---|---|---|
| JAN16# PURCHASE RETURN | | 12.98 | 268.84 |
| #  BED BATH & BEYOND #129 EL PASO T | | | |
| #  001601108057 12910051 Jan 16 | | | |
| AN18# DEBIT PURCHASE | 25.62 | | 243.22 |
| #  FT BLISS COMMISSARY FORT BLISS T | | | |
| #  001803652745 80627681 Jan 18 | | | |
| JAN19 DEPOSIT TR#5031 | | 200.00 | 443.22 |
| AN20 US TREASURY 303/SOC SEC/012010/PPD | | 1384.00 | 1827.22 |
| AN20 BILL PAY WITHDRAWAL | 100.00 | | 1727.22 |
| TEXAS GAS SE | | | |
| 911536 ORCC WW Jan 20 @ 11:20am | | | |
| ˉAN18# DEBIT PURCHASE | 3.69 | | 1723.53 |
| #  WALGREENS #5274 EL PASO T | | | |
| #  001800576986 24037830 Jan 18 | | | |
| JAN20 SHARE DRAFT 5015 | 653.00 | | 1070.53 |
| JAN20 SHARE DRAFT 5017 | 30.90 | | 1039.63 |
| AN19# DEBIT PURCHASE | 30.73 | | 1008.90 |
| #  AAFES JEB STUART SHOPP FORT BLISS T | | | |
| #  001900461106 00B70099 Jan 19 | | | |
| JAN22 DFAS-CLEVELAND/FED SALARY/012010/P | | 2226.81 | 3235.71 |
| PD/ACH DIST TOTAL $2,226.81 | | | |
| AN22 CASH WITHDRAWAL | 40.00 | | 3195.71 |
| AN20# DEBIT PURCHASE | 28.11 | | 3167.60 |
| #  PIZZA HUT # 0286336369 EL PASO T | | | |
| #  002000176059 010 Jan 20 | | | |
| AN20# DEBIT PURCHASE | 20.27 | | 3147.33 |
| #  AAFES JEB STUART SHOPP FORT BLISS T | | | |
| #  002000448282 00B70099 Jan 20 | | | |
| JAN22 SHARE DRAFT 5016 | 115.00 | | 3032.33 |
| ˉAN22 SHARE DRAFT 5018 | 48.99 | | 2983.34 |
| AN22# DEBIT PURCHASE | 20.59 | | 2962.75 |
| #  FT BLISS CASSIDY GAS FORT BLISS T | | | |
| #  002201120470 00B62799 Jan 22 | | | |
| JAN21# DEBIT PURCHASE | 13.80 | | 2948.95 |
| #  3 GARCIA'S EL PASO T | | | |
| #  002105412728 00282954 Jan 21 | | | |
| JAN22# DEBIT PURCHASE | 25.38 | | 2923.57 |
| #  GRAND ASIA BUFFET INC EL PASO T | | | |
| #  002207830080 02018428 Jan 22 | | | |
| AN25 BILL PAY WITHDRAWAL | 154.89 | | 2768.68 |
| ELECTRIC COM | | | |
| 962311 ORCC WW Jan 25 @ 11:15am | | | |
| JAN23# DEBIT PURCHASE | 3.25 | | 2765.43 |

Continued on page 6

# FIRSTLIGHT

### FEDERAL CREDIT UNION

El Paso: (915) 562-1172 • Las Cruces: (575) 526-4401
Email: cumail@firstlightfcu.org • Website: www.firstlightfcu.org
Toll-free: 1-800-351-1670

## Account Statement

El Paso branches: 1741 Marshall Rd. 79906 • 9993 Kenworthy St., 79924
1555 N. Lee Treviño 79936 • William Beaumont Army Medical Center, 1st floor
5050 N. Desert Blvd., 79912 • 20727 Constitution Dr., 79918
Las Cruces branches: 3105 Del Rey Blvd., 88012 • 300 E. Foster Rd. 88005
3791 E. Lohman Ave., 88011
ABA transit/routing #312080941

| | Account# | SSN | Page |
|---|---|---|---|
| | 5357450 | ▮▮▮-3212 | 6 |
| | **Statement Date** | | |
| | 04JAN10 | 03FEB10 | |
| Branch 1 | Mail Code 90 | | |

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
EL PASO TX 79902

## Transaction (continued)

| Date | Description | Debits | Credits | New Balance |
|---|---|---|---|---|
| # | BURGER KING #11076 EL PASO T | | | |
| # | 002304095528 00150990 Jan 23 | | | |
| JAN23# | DEBIT PURCHASE | 30.93 | | 2734.50 |
| # | RED LOBSTER US00062141 EL PASO T | | | |
| # | 002302060189 003 Jan 23 | | | |
| JAN23# | DEBIT PURCHASE | 88.09 | | 2646.41 |
| # | CAMPUS BOOK ALTERNATIV EL PASO T | | | |
| # | 002302018049 72490623 Jan 23 | | | |
| JAN23# | DEBIT PURCHASE | 86.60 | | 2559.81 |
| # | CAMPUS BOOK ALTERNATIV EL PASO T | | | |
| # | 002302018087 72490621 Jan 23 | | | |
| JAN23# | DEBIT PURCHASE | 48.71 | | 2511.10 |
| # | CAMPUS BOOK ALTERNATIV EL PASO T | | | |
| # | 002302018089 72490621 Jan 23 | | | |
| JAN26 | SHARE DRAFT 5019 | 314.67 | | 2196.43 |
| JAN26 | SHARE DRAFT 5020 | 129.52 | | 2066.91 |
| JAN26# | DEBIT PURCHASE | 165.62 | | 1901.29 |
| # | BKST-ELPASO-CC #6770 EL PASO T | | | |
| # | 002603780548 81704396 Jan 26 | | | |
| JAN26# | DEBIT PURCHASE | 22.07 | | 1879.22 |
| # | EL TACO TOTE Q24 EL PASO T | | | |
| # | 002603623462 00481846 Jan 26 | | | |
| JAN26# | DEBIT PURCHASE | 114.47 | | 1764.75 |
| # | CAMPUS BOOK ALTERNATIV EL PASO T | | | |
| # | 002603103779 72490621 Jan 26 | | | |
| JAN27 | SHARE DRAFT 5021 | 22.67 | | 1742.08 |
| JAN29 | BILL PAY WITHDRAWAL | 95.00 | | 1647.08 |
| | EL PASO WATE | | | |
| | 987636 ORCC WW Jan 29 @ 11:15am | | | |
| JAN28# | DEBIT PURCHASE | 31.36 | | 1615.72 |
| # | 7-11 #57637 EL PASO T | | | |
| # | 002803314854 LK764163 Jan 28 | | | |
| JAN28# | DEBIT PURCHASE | 19.21 | | 1596.51 |
| # | IHOP 3020 00030205 EL PASO T | | | |
| # | 002800011007 001 Jan 28 | | | |
| JAN29# | DEBIT PURCHASE | 12.98 | | 1583.53 |
| # | PIZZA HUT # 0286336369 EL PASO T | | | |
| # | 002901469971 010 Jan 29 | | | |
| JAN29# | DEBIT PURCHASE | 10.45 | | 1573.08 |
| # | 7-11 #57608 EL PASO T | | | |
| # | 002905552891 LK763726 Jan 29 | | | |
| JAN29# | DEBIT PURCHASE | 36.23 | | 1536.85 |
| # | WALGREENS #5274 EL PASO T | | | |

Continued on page 7

# Account Statement

# FIRSTLIGHT
## FEDERAL CREDIT UNION

El Paso branches: 1741 Marshall Rd. 79906 • 9993 Kenworthy St., 79924
1555 N. Lee Treviño 79936 • William Beaumont Army Medical Center, 1st floor
5050 N. Desert Blvd., 79912 • 20727 Constitution Dr., 79918
Las Cruces branches: 3105 Del Rey Blvd., 88012 • 300 E. Foster Rd. 88005
3791 E. Lohman Ave., 88011
ABA transit/routing #312080941

El Paso: (915) 562-1172 • Las Cruces: (575) 526-4401
Email: cumail@firstlightfcu.org • Website: www.firstlightfcu.org
Toll-free: 1-800-351-1670

| | |
|---|---|
| JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC<br>51 SIERRA CREST DR<br>EL PASO TX 79902 | Account# 5357450  SSN -3212  Page 7<br>Statement Date<br>04JAN10  03FEB10<br>Mail Code 90<br>Branch 1 |

## Transaction (continued)

| Date | Description | Debits | Credits | New Balance |
|---|---|---|---|---|
| | # 002900588239 08421580 Jan 29 | | | |
| JAN29 | # DEBIT PURCHASE | 60.00 | | 1476.85 |
| | # BOARDS ECOMMERCE 505-4764603 N | | | |
| | # 002907368023 00000001 Jan 29 | | | |
| FEB1 | DIVIDEND CREDIT | | 0.22 | 1477.07 |
| FEB1 | Annual Percentage Yield Earned: 0.15% | | | |
| FEB1 | For the Period from 01/01 through 01/31. | | | |
| FEB1 | FED W/H TAX | 0.06 | | 1477.01 |
| FEB1 | US TREASURY 220/VA BENEFIT/020110/<br>PPD/ | | 1835.00 | 3312.01 |
| FEB1 | DFAS-CLEVELAND/CRSC PAY/012210/PPD<br>ACH DIST TOTAL $1,064.00 | | 1064.00 | 4376.01 |
| FEB1 | NEW YORK LIFE/INS. PREM./FEB 10/PP<br>D/ | 14.25 | | 4361.76 |
| FEB1 | NEW YORK LIFE/INS. PREM./FEB 10/PP<br>D/ | 50.75 | | 4311.01 |
| JAN31 | # DEBIT PURCHASE | 19.29 | | 4291.72 |
| | # ALBERTSONS #0936 EL PASO T | | | |
| | # 003104634705 1 Jan 31 | | | |
| JAN30 | # DEBIT PURCHASE | 15.43 | | 4276.29 |
| | # VALERO 1746 EL PASO T | | | |
| | # 003002552589 1 Jan 30 | | | |
| FEB2 | ACH CHECK 5023 | 12.42 | | 4263.87 |
| | TARGET T0849/PURCHASE/100130/BOC | | | |
| JAN31 | # DEBIT PURCHASE | 45.69 | | 4218.18 |
| | # RED LOBSTER US00008870 EL PASO T | | | |
| | # 003101240179 005 Jan 31 | | | |
| FEB1 | # DEBIT PURCHASE | 26.75 | | 4191.43 |
| | # GCR TIRE CENTERS AUSTIN T | | | |
| | # 003202180634 001 Feb 1 | | | |
| JAN31 | # DEBIT PURCHASE | 3.20 | | 4188.23 |
| | # HOLLYWOOD VIDEO EL PASO T | | | |
| | # 003102833111 Jan 31 | | | |
| FEB2 | SHARE DRAFT 5024 | 285.60 | | 3902.63 |
| FEB3 | AMERICAN EXPRESS/COLLECTION/100203<br>/CCD/ | 7.95 | | 3894.68 |
| FEB1 | # DEBIT PURCHASE | 12.88 | | 3881.80 |
| | # AAFES CASSIDY BURGER K FT BLISS T | | | |
| | # 003200482395 00IA1200 Feb 1 | | | |
| FEB2 | # DEBIT PURCHASE | 25.76 | | 3856.04 |
| | # 7-11 #57637 EL PASO T | | | |
| | # 003301680657 LK764163 Feb 2 | | | |
| FEB1 | # DEBIT PURCHASE | 57.12 | | 3798.92 |

Continued on page 8

# FIRSTLIGHT

## FEDERAL CREDIT UNION

**Account Statement**

El Paso branches: 1741 Marshall Rd. 79906 • 9993 Kenworthy St., 79924
1555 N. Lee Treviño 79936 • William Beaumont Army Medical Center, 1st floor
5050 N. Desert Blvd., 79912 • 20727 Constitution Dr., 79918
Las Cruces branches: 3105 Del Rey Blvd., 88012 • 300 E. Foster Rd. 88005
3791 E. Lohman Ave., 88011
ABA transit/routing #312080941

El Paso: (915) 562-1172 • Las Cruces: (575) 526-4401
Email: cumail@firstlightfcu.org • Website: www.firstlightfcu.org
Toll-free: 1-800-351-1670

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
EL PASO TX 79902

| Account# | SSN | Page |
|---|---|---|
| 5357450 | ▮-3212 | 8 |

Statement Date
04JAN10    03FEB10
Mail Code 90

Branch 1

| Transaction Date | Description | Debits | Credits | New Balance |
|---|---|---|---|---|
| | (continued) | | | |
| # | OFFICE DEPOT #195 EL PASO T | | | |
| # | 003200586636 88582449 Feb 1 | | | |
| FEB3 | Closing Date...New Balance | | | 3798.92 |

| Draft # | Date | Amount | Cleared Share Draft Recap Draft # | Date | Amount | Draft # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 5015 | JAN20 | 653.00 | 5018 | JAN22 | 48.99 | 5021 | JAN27 | 22.67 |
| 5016 | JAN22 | 115.00 | 5019 | JAN26 | 314.67 | *5023 | FEB02 | 12.42 |
| 5017 | JAN20 | 30.90 | 5020 | JAN26 | 129.52 | 5024 | FEB02 | 285.60 |
| Overdraft Fees-Period to Date | | | 0.00 | | | | | |
| Overdraft Fees-Year to Date | | | 0.00 | | | | | |
| Return Fees-Period to Date | | | 0.00 | | | | | |
| Return Fees-Year to Date | | | 0.00 | | | | | |

| YEAR TO DATE DIV/INT | | WITHHOLDING |
|---|---|---|
| S1 | 1.18 | 0.37 |
| S66 | 0.02 | |
| S74 | 1.66 | 0.46 |
| Total | 2.86 | 0.83 |

fb0001

**Cleared Check Image(s)** [ Zoom In ] [ Zoom Out ] [ Zoom Reset ]



Joe and Rosana Monge
51 Sierra Crest Drive
El Paso, TX 79902
599-2735

5015

Date 01/12/2010

Pay to the Order of  US TRUSTEE          $ 653.00

Six Hundred and fifty Three          Dollars

**FIRSTLIGHT**
FEDERAL CREDIT UNION

For 4230-930-881

Rosana E Monge

⑈312080941⑈ 740005357450⑈ 5015

FRB-Cleveland
>0410-1567-2<

Taxes

[ OK ]

**Cleared Check Image(s)**

Zoom In | Zoom Out | Zoom Reset

5017

*Joe and Rosana Monge*
*51 Sierra Crest Drive*
*El Paso, TX 79902*
*539-2735*

88-8094/3120
1

Date 01/18/2010

Pay to the Order of BLISS EXCHANGE 3770-10[illegible] $ 30.90

Thirty and 90/100 Dollars

FIRSTLIGHT FEDERAL CREDIT UNION
Offices in El Paso, TX and Las Cruces, NM
PO Box 24901
El Paso, TX 79914-9001
1 800 361-1670
www.firstlightfcu.org

For SFC USA Ret 553583212 — Rosana Monge

⑆312080941⑆ 74000053574 50⑈ 5017

5880907290 01/19/2010 <101108319>

01/18/2010 14:58
1801 07 000166 7945
CHECK $30.90
FOR DEPOSIT ONLY
- FORT BLISS MAIN STORE 3770100100
ARMED FORCES BANK
Account 2802783
Account# 74000053574 50
Routing# 312080941 Check# 5017
>041000124<
RETURN CHECKS TO
>41000124<
NATIONAL CITY BANK
>041000124<
CLEVELAND, OHIO
>041000124<
ACCT#:0300000412
>041000124<

OK

**Cleared Check Image(s)**    Zoom In   Zoom Out   Zoom Reset

Joe and Rosana Monge
51 Sierra Crest Drive
El Paso, TX 79902
539-2735

5016

Date 1/13/10

Pay to the
Order of _Tri-Care_ $ 115.00

One Hundred & Fifteen 00/100 Dollars

FIRSTLIGHT
FEDERAL CREDIT UNION

Offices in El Paso, TX and
Las Cruces, NM
PO Box 24901
El Paso, TX 79914-0001
1-800-351-1670
www.firstlightfcu.org

For _Tri-Care Family_

Joe J Monge

⑈312080941⑈740000535745011 5016

FOR DEPOSIT ONLY
TRIWEST HEALTHCARE ALLI
ACCOUNT 05333*6335

OK

4/30/2010



**Cleared Check Image(s)**

Zoom In | Zoom Out | Zoom Reset

*Joe and Rosana Monge*
*51 Sierra Crest Drive*
*El Paso, TX 79902*
*539-2735*

5018

88-8094/3120

Date 01/19/2010

Pay to the Order of AFES CASSIDY SHOPPETTE $48.99

Forty Eight and 99/100 Dollars

FIRSTLIGHT FEDERAL CREDIT UNION
Offices in El Paso, TX and Las Cruces, NM
PO Box 24901
El Paso, TX 79914-9001
1-800-351-1670
www.firstlightfcu.org

For SFC USA Ret 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

Rosana Monge

⑆312080941⑆7400005357450⑈ 5018

5085042185 01/21/2010 <101108319>

01/19/2010 13:23
1896 02 000222 0450
CHECK $48.99
FOR DEPOSIT ONLY
ACCOUNT NBR 3751048473
BANK OF AMERICA
ES FACILITY NBR 3730-080400-004-20
Account# 7400005357450
Routing# 312080941 Check# 5018

>041000124<
RETURN CHECKS TO
>41000124<
>041000124<
NATIONAL CITY BANK
CLEVELAND, OHIO
>041000124<
ACCT#:0000000412
>041000124<

OK

**Cleared Check Image(s)**

Zoom In | Zoom Out | Zoom Reset

Joe and Rosana Monge
51 Sierra Crest Drive
El Paso, TX 79902
539-2735

Army RET

5019

88-8094/3120
1

Date 01/22/2010

Pay to the Order of FORT BLISS EXCHANGE 0779-1001 $ 314.67

Three hundred and fourteen and 67/100 Dollars

FIRSTLIGHT FEDERAL CREDIT UNION
Offices in El Paso, TX and Las Cruces NM
PO Box 24901
El Paso, TX 79914-9001
1-800-351-1670
www.firstlightfcu.org

For SFC USA Retired 553583212

Joe J Monge

⑆312080941⑆7400000535745⑈ 5019

5880915715 01/25/2010 <101108319

01/22/2010 19:48
1801 03 000151 3779
CHECK $314.67
FOR DEPOSIT ONLY
- FORT BLISS MAIN STORE 37701D0100
ARMED FORCES BANK
Account 2802793
Account# 74000005357450
Routing# 312080941 Check# 5019
>041000124<
RETURN CHECKS TO
>41000124<
NATIONAL CITY BANK
>041000124<
CLEVELAND, OHIO
>041000124<
ACCT#:0300000412
>041000124<

OK

**Cleared Check Image(s)**     Zoom In   Zoom Out   Zoom Reset



OK

4/30/2010

**Cleared Check Image(s)**

Zoom In | Zoom Out | Zoom Reset

NM 103386802

Joe and Rosana Monge
51 Sierra Crest Drive
El Paso, TX 79902
539-2735

8-12-58
7446
351-670

5021

88-8034/3128
1

Date 01/24/2010

Pay to the Order of Anita's $ 22.67

Twenty two and 67/100 Dollars

FIRSTLIGHT FEDERAL CREDIT UNION
Offices in El Paso, TX and Las Cruces, NM
PO Box 24901
El Paso TX 79914-4001
1-800-351-1670
www.firstlightfcu.org

For

Rosana Monge

⑆312080941⑆7400005357450⑈ 5021

FOR DEPOSIT ONLY
ANNA'S LINENS
Wells Fargo Bank
Bank#:41216-03666
Check#:5021
Amount: $22.67
Auth Code:7446
1/24/10 1537 198 02

OK

**Cleared Check Image(s)**

Zoom In | Zoom Out | Zoom Reset

Joe and Rosana Monge
51 Sierra Crest Drive
El Paso, TX 79902
539-2735

5024

Date 01/31/2010 88-8094/3120

Pay to the Order of FT. BLISS EXCHANGE 3770100100 $ 285.60

Two hundred and eighty five and 60/100 Dollars

FIRSTLIGHT FEDERAL CREDIT UNION
Offices in El Paso, TX and Las Cruces, NM
PO Box 24901
El Paso, TX 79914-9001
1-800-351-1670
www.firstlightfcu.org

For SFC USA Act 553583212 Joe J Monge

⑆312080941⑆7400005357450⑈ 5024

5880934840 02/01/2010 <101108319>

01/31/2010 17:45
1801 09 000171 1289
CHECK $285.60
FOR DEPOSIT ONLY
- FORT BLISS MAIN STORE 3770100100
ARMED FORCES BANK
Account 2802783
Account# 7400005357450
Routing# 312080941 Check# 5024
>041000124<
RETURN CHECKS TO
>41000124<
>041000124<
NATIONAL CITY BANK
>041000124<
CLEVELAND, OHIO
>041000124<
ACCT#:030000412
>041000124<

OK

