# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

IN RE:

JOE JESSE MONGE and
ROSANA ELENA MONGE,

        Debtors.

Case No.:  09-30881-lmc

Chapter 11 Proceedings

## DEBTOR JOE JESSE MONGE AND ROSANA ELENA MONGE'S ELEVENTH MONTHLY OPERATING REPORT (03/01/2010 - 03/31/2010)

**TO THE HONORABLE LEIF M. CLARK, UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW, Joe Jesse Monge and Rosana Elena Monge, Debtors in the above entitled and numbered case by and through their attorney of record, Sidney J. Diamond of Sidney Diamond, P.C. and files this their Eleventh Monthly Operating Report (03/01/2010 - 03/31/2010) of the operation of their business, pursuant to 11 U.S.C. §704(8) and Bankruptcy Rule 2015(a)(3); such report being attached hereto as Exhibit "A" and incorporated herein by reference.

**DATED**: May 10, 2010.

Respectfully submitted,

SIDNEY DIAMOND, P.C.

/s/ Sidney J. Diamond
By: Sidney J. Diamond
Attorney for Debtors
Texas Bar Card No.: 5803000
3800 N. Mesa, Suite C-4
El Paso, Texas 79902
(915) 532-3327 Voice
(915) 532-3355 Fax
Sidney@sidneydiamond.com

## CERTIFICATE OF SERVICE

I, Sidney J. Diamond, do hereby certify that on May 10, 2010, a true and correct copy of the foregoing Eleventh Monthly Operating Report (03/01/2010-03/31/2010) was served by depositing the same in the United States Mail, properly addressed and postage prepaid, Electronic Mail Service, or by Facsimile to the following parties:

**THE DEBTORS:**
Joe Jesse Monge and
Rosana Elena Monge
51 Sierra Crest Dr.
El Paso, TX   79902

**UNITED STATES TRUSTEE:**
Kevin Epstein, Esq.
Office of the U.S. Trustee
P.O. Box 1539
San Antonio, TX  78295-1539
**By Email: USTPRegion07.SN.ECF@usdoj.gov**

**PARTIES PREVIOUSLY**
**REQUESTING NOTICE:**

David Alvoet
Linebarger, Goggan, Blair & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205
Attorney for City of El Paso

Carlos A. Miranda, III
5915 Silver Springs, Bldg. 3A
El Paso, TX 79912
Attorney for El Paso Area Teachers FCU

Lance C. Reedman
4171 N. Mesa St., Suite B-201
El Paso, TX 79902
Attorney for Francisco Jayme & Alicia Rojas


           /s/ Sidney J. Diamond
          Sidney J. Diamond


**ELEVENTH MONTHLY OPERATING REPORT (03/01/2010-03/31/2010),Page 2**
G:\BankruptcyPRO\Monge, Joe Jesse Monge, Rosana Elena\100510 10th MOR.wpd

**JOE JESSE MONGE**

**AND**

**ROSANA ELENA MONGE**

**CASE NO. 09-30881**

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re   Joe Jesse Monge, Rosana Elena Monge  ,                    Case No.   09-30881
_____
                         *Debtor*

                                                                Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   March 2010                                   Date filed:  _____

Line of Business:  _____             NAISC Code:  _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

_____
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☐ | ☒ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | N/A ☐ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | N/A ☐ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☒ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☐ | ☒ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☐ | ☒ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | N/A ☐ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | N/A ☐ | ☐ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

B 25C (Official Form 25C) (12/08)

| | | |
|---|---|---|
| 14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?     ☑     ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| TOTAL INCOME | $ | 13,199.92 |
| **SUMMARY OF CASH ON HAND** | | |
| Cash on Hand at Start of Month | $ | 20,046.80 |
| Cash on Hand at End of Month | $ | 27,323.74 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU  TOTAL | $ | 27,323.74 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT.  *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| TOTAL EXPENSES | $ | 5,922.98 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 13,199.92 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 5,922.98 |
| *(Subtract Line C from Line B)*  **CASH PROFIT FOR THE MONTH** | $ | 7,276.94 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES  $ _____

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?                                                                                   $      0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?                                                                          $ _____

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?                                                                        $      0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?                                                                      $      0.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 13,000.00 | $ 13,199.92 | $ -199.92 |
| EXPENSES | $ 14,500.00 | $ 5,922.98 | $ -8,577.02 |
| CASH PROFIT | $ -1,500.00 | $ 7,276.94 | $ -8,776.94 |

| | | |
|---|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ | 13,000.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ | 14,500.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ | -1,500.00 |

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.**

Joe Jesse Monge and Rosana Elena Monge
B 25C (Official Form 25C)

## Exhibit A – Past Due Tax Returns

Federal and state individual income tax returns have not been filed for 2007, 2008 or 2009.  Returns are expected to be completed within the next month and any balances paid from debtor's funds.

**Joe Jesse Monge and Rosana Elena Monge**
**B 25C (Official Form 25C)**

## Exhibit B – Cash Currently Available

**Bank Statement 3/4/10 thorough 4/3/10**

|  | Balance as of 3/4/2010 | Balance as of 4/3/2010 |
|---|---|---|
| **First Light Federal Credit Union:** | | |
| **Saving S1:** | | |
| Balance Last Statement | $ 52.17 | |
| Balance Current Statement | | $ 52.17 |
| **Saving S66:** | | |
| Balance Last Statement | $ 8,028.73 | |
| Net Interest Earned 3.95 | | |
| Transfer from Checking 5,000.00 | | |
| Balance Current Statement | | $ 13,032.68 |
| **Checking S74:** | | |
| Balance Last Statement | $ 11,965.90 | |
| Cash In 13195.97 | | |
| Cash Out (10922.98) (includes $5,000 transfer to savings) | | |
| Balance Current Statement | | $ 14,238.89 |
| **Total Cash in First Light Federal Credit Union:** | $ 20,046.80 | $ 27,323.74 |

# Exhibit C - Expenses Paid

**March 2010 Expenditures Detail**
(in order cleared bank)

| Debits: | | | |
|---|---|---:|---|
| | Circle K | 20.00 | Auto/Gas |
| | CattleBaron | 29.17 | Meals/Entertainment |
| | Seven-Eleven | 21.47 | Auto/Gas |
| | Real Burrito | 10.39 | Meals/Entertainment |
| | Veranda, Flwrs, Wine | 91.99 | Clothing/Household |
| | Golden Corral | 14.27 | Meals/Entertainment |
| | McDonald's | 3.45 | Meals/Entertainment |
| | Walgreens | 21.49 | Clothing/Household |
| | Walgreens | 16.48 | Clothing/Household |
| | Hospital Gift Shop | 10.63 | Clothing/Household |
| | Albertsons | 33.27 | Groceries |
| | Petsmart | 2.86 | Groceries |
| | Red Lobster | 67.83 | Meals/Entertainment |
| | Bed Bath & Beyond | 77.85 | Clothing/Household |
| | Valero | 8.75 | Auto/Gas |
| | Valero | 20.01 | Auto/Gas |
| | Veterans Canteen | 3.99 | Meals/Entertainment |
| | Cricketcom | 67.83 | Work Expense |
| | Tierra Del Sol Mexican | 7.04 | Meals/Entertainment |
| | Dairy Queen | 3.56 | Meals/Entertainment |
| | Albertsons | 36.44 | Groceries |
| | Albertsons | 16.06 | Groceries |
| | El Nuevo Ciros | 13.52 | Meals/Entertainment |
| | Smart Rio Grande | 24.70 | Groceries |
| | Gas Ft. Bliss | 27.02 | Auto/Gas |
| | O'Reilly Auto | 80.05 | Auto/Gas |
| | Burger King | 4.32 | Meals/Entertainment |
| | Circle K | 12.19 | Auto/Gas |
| | AAFES | 45.46 | Clothing/Household |
| | Peter Piper | 9.62 | Meals/Entertainment |
| | Peter Piper | 11.44 | Meals/Entertainment |
| | Pelicans Restaurant | 56.36 | Meals/Entertainment |
| | Ft. Bliss Exchg | 56.17 | Clothing/Household |
| | Uncle Bao's | 15.45 | Meals/Entertainment |
| | NY Life | 365.50 | Insurance |
| | NY Life | 506.81 | Insurance |
| | McDonald's | 4.96 | Meals/Entertainment |
| | Lai Wah Yen Rest | 34.92 | Meals/Entertainment |
| | Transfer to Savings | 5,000.00 | |
| | GCR Tires | 285.61 | Auto/Gas |
| | Gas Ft. Bliss | 40.38 | Auto/Gas |
| | Express Car Titlin | 60.26 | Auto/Gas |
| | El Gallegos | 8.00 | Meals/Entertainment |
| | Costco | 221.76 | Groceries |
| | Ft. Bliss Exchg | 217.97 | Clothing/Household |
| | El Paso's Bakery | 4.45 | Meals/Entertainment |
| | Veterans Canteen | 3.83 | Meals/Entertainment |

| | | |
|---|---:|---|
| Burger King | 3.50 | Meals/Entertainment |
| Vista Quality Market | 6.89 | Groceries |
| Young Vin | 16.13 | Meals/Entertainment |
| Oriental Garden | 16.40 | Meals/Entertainment |
| Gas Ft. Bliss | 21.05 | Auto/Gas |
| Burger King | 11.98 | Meals/Entertainment |
| Veterans Canteen | 4.55 | Meals/Entertainment |
| Texas Gas Service | 100.00 | Utilities |
| Subway | 12.76 | Meals/Entertainment |
| Vista Quality Market | 13.23 | Groceries |
| Red Lobster | 55.97 | Meals/Entertainment |
| Suds & Scuds | 8.00 | Meals/Entertainment |
| AAFES | 26.97 | Clothing/Household |
| Ft. Bliss Exchg | 174.74 | Clothing/Household |
| Baskin Robbins | 5.59 | Meals/Entertainment |
| Burlington Coat Factory | 184.97 | Clothing/Household |
| Burlington Coat Factory | 20.56 | Clothing/Household |
| Taco Bell | 4.08 | Meals/Entertainment |
| MJM Designer | 165.79 | Clothing/Household |
| Gas Ft. Bliss | 35.89 | Auto/Gas |
| Dairy Queen | 7.45 | Meals/Entertainment |
| Smart Rio Grande | 41.74 | Groceries |
| Smart Rio Grande | 10.85 | Groceries |
| El Paso Electric | 154.89 | Utilities |
| Denny's | 8.40 | Meals/Entertainment |
| Gas Ft. Bliss | 50.03 | Auto/Gas |
| El Paso Water | 95.00 | Utilities |
| Pizza Hut | 8.41 | Meals/Entertainment |
| McDonald's | 4.85 | Meals/Entertainment |
| Valero | 15.09 | Auto/Gas |
| Walgreens | 2.58 | Clothing/Household |
| Walgreens | 6.48 | Clothing/Household |
| Walgreens | 11.85 | Clothing/Household |
| Veterans Canteen | 5.55 | Meals/Entertainment |
| Veterans Canteen | 14.99 | Meals/Entertainment |
| Veterans Canteen | 1.90 | Meals/Entertainment |
| Red Lobster | 43.96 | Meals/Entertainment |
| Luby's | 25.35 | Meals/Entertainment |
| Gas Ft. Bliss | 33.78 | Auto/Gas |
| Ft. Bliss Cassidy | 10.28 | Auto/Gas |
| Texas Gas Service | 182.51 | Auto/Gas |
| Ft. Bliss Exchg | 300.00 | Clothing/Household |
| Albertsons | 12.72 | Groceries |
| El Taco Tote | 19.81 | Meals/Entertainment |
| Check# 4197 | 80.00 | Unclassified Expenses |
| NY Life | 14.25 | Insurance |
| NY Life | 50.75 | Insurance |
| Texas Gas Service | 298.31 | Utilities |
| O'Reilly Auto | 21.64 | Auto/Gas |
| Vista Quality Market | 40.10 | Groceries |
| UTEP Registration | 300.00 | Education |
| Ay Caramba Tacos | 19.57 | Meals/Entertainment |
| Veterans Canteen | 10.33 | Meals/Entertainment |
| Gussies Tamales | 13.95 | Meals/Entertainment |
| Installment Sales Monies | 400.00 | Unclassified Expenses |

| | |
|---|---:|
| Total Expenditures | 10,922.98 |
| Less Transfer to Savings | (5,000.00) |
| Total Expenditures | 5,922.98 |

Joe Jesse Monge and Rosana Elena Monge

Previous Balance on Account $ 11,965.90

**Bank Statement 3/4/10 thorough 4/3/10**

|  | Joe Monge | Rosana Monge | Joint |  |
|---|---|---|---|---|
| DFAS-CRSC | 1,579.00 |  |  |  |
| DFAS-VA Salary |  | 2,313.68 |  |  |
| Deposit-personal |  |  | 0.33 |  |
| Installment Sale-Real Property |  |  | 400.00 |  |
| SSI | 1,384.00 |  |  |  |
| DFAS-VA Salary |  | 2,279.05 |  |  |
| UST-VA Benefit | 2,919.00 |  |  |  |
| DFAS-VA Salary |  | 2,319.28 |  |  |
| Net Interest on Account |  |  | 1.63 |  |
|  | 5,882.00 | 6,912.01 | 401.96 | 13,195.97 |

| | | |
|---|---|---|
| Auto/Gas |  | 966.90 |
| Bank Fees |  |  |
| Cash |  |  |
| Clothing/Household |  | 1,431.98 |
| Education |  | 300.00 |
| Groceries |  | 460.71 |
| Insurance |  | 937.31 |
| Meals/Entertainment |  | 630.05 |
| Transfer to Savings |  | 5,000.00 |
| Utilities |  | 648.20 |
| Work Expense |  | 67.83 |
| Unclassified Expenses |  |  |
| GECU |  | 80.00 |
| Installment Sale (cash from deposit above) |  | 400.00 |

10,922.98 (less $5,000 transfer)

Ending Balance in Account          $ 14,238.89

# FIRSTLIGHT

### FEDERAL CREDIT UNION

**Account Statement**

El Paso: (915) 562-1172 • Las Cruces: (575) 526-4401
Email: cumail@firstlightfcu.org • Website: www.firstlightfcu.org
Toll-free: 1-800-351-1670

El Paso branches: 1741 Marshall Rd. 79906 • 9993 Kenworthy St., 79924
1555 N. Lee Treviño 79936 • William Beaumont Army Medical Center, 1st floor
5050 N. Desert Blvd., 79912 • 20727 Constitution Dr., 79918
Las Cruces branches: 3105 Del Rey Blvd., 88012 • 300 E. Foster Rd. 88005
3791 E. Lohman Ave., 88011
ABA transit/routing #312080941

| | |
|---|---|
| JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC<br>51 SIERRA CREST DR<br>EL PASO TX 79902 | Account# 5357450  SSN -3212  Page 1<br>Statement Date<br>04MAR10  03APR10<br>Mail Code 90<br>Branch 1 |

| Transaction Date | Description | Debits | Credits | New Balance |
|---|---|---|---|---|
| | fbs50r | | | |
| | **S1 SHARE A/C - SHARE ACCOUNT** | | | |
| | (Joint with ROSANA E MONGE DEBTOR-IN-POSSESSION-09-30881-LMC) | | | |
| MAR4 | Previous Balance | | | 52.17 |
| APR3 | Closing Date...New Balance | | | 52.17 |
| | **S66 SHARE A/C - MONEY MARKET** | | | |
| | (Joint with ROSANA E MONGE DEBTOR-IN-POSSESSION-09-30881-LMC) | | | |
| MAR4 | Previous Balance | | | 8028.73 |
| MAR15 | T'FER FROM 5357450S74 HB | | 5000.00 | 13028.73 |
| APR1 | DIVIDEND CREDIT | | 5.49 | 13034.22 |
| APR1 | Annual Percentage Yield Earned: 0.60% | | | |
| APR1 | For the Period from 03/01 through 03/31. | | | |
| APR1 | FED W/H TAX | 1.54 | | 13032.68 |
| APR3 | Closing Date...New Balance | | | 13032.68 |
| | **S74 SHARE A/C - SIMPLY 50 SHAREDRAFT** | | | |
| | (Joint with ROSANA E MONGE DEBTOR-IN-POSSESSION-09-30881-LMC) | | | |
| MAR4 | Previous Balance | | | 11965.90 |
| MAR2 | # DEBIT PURCHASE | 20.00 | | 11945.90 |
| | # CIRCLE K 01418 Q47 EL PASO T | | | |
| | # 006100944564 102 Mar 2 | | | |
| MAR2 | # DEBIT PURCHASE | 29.17 | | 11916.73 |
| | # CATTLE BARON-EL PASO-0 EL PASO T | | | |
| | # 006102390297 00338330 Mar 2 | | | |
| MAR3 | # DEBIT PURCHASE | 21.47 | | 11895.26 |
| | # 7-11 # 57606 EL PASO T | | | |
| | # 006203375203 LK765111 Mar 3 | | | |
| MAR5 | DFAS-CLEVELAND/FED SALARY/030510/P | | 2313.68 | 14208.94 |
| | PD/ACH DIST TOTAL $2,313.68 | | | |
| MAR3 | # DEBIT PURCHASE | 10.39 | | 14198.55 |
| | # REAL BURRITO EL PASO T | | | |
| | # 006201485999 00109636 Mar 3 | | | |
| MAR3 | # DEBIT PURCHASE | 91.99 | | 14106.56 |
| | # TLF*VERANDA,FLWRS,WINE EL PASO T | | | |
| | # 006202989491 00560274 Mar 3 | | | |
| MAR5 | # DEBIT PURCHASE | 14.27 | | 14092.29 |
| | # GOLDEN CORRAL 537 EL PASO T | | | |

Continued on page 2

# FIRSTLIGHT

## FEDERAL CREDIT UNION

El Paso: (915) 562-1172 • Las Cruces: (575) 526-4401
Email: cumail@firstlightfcu.org • Website: www.firstlightfcu.org
Toll-free: 1-800-351-1670

El Paso branches: 1741 Marshall Rd. 79906 • 9993 Kenworthy St., 79924
1555 N. Lee Treviño 79936 • William Beaumont Army Medical Center, 1st floor
5050 N. Desert Blvd., 79912 • 20727 Constitution Dr., 79918
Las Cruces branches: 3105 Del Rey Blvd., 88012 • 300 E. Foster Rd. 88005
3791 E. Lohman Ave., 88011
ABA transit/routing #312080941

| Account# | SSN | Page |
|---|---|---|
| 5357450 | -3212 | 2 |

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
EL PASO TX 79902

Statement Date
04MAR10    03APR10
Mail Code 90

Branch 1

## Transaction (continued)

| Date | | Description | Debits | Credits | New Balance |
|---|---|---|---|---|---|
| | # | 006400258036 LK498906 Mar 5 | | | |
| MAR5 | # | DEBIT PURCHASE | 3.45 | | 14088.84 |
| | # | MCDONALD'S M7621 OF TX EL PASO T | | | |
| | # | 006408541033 1 Mar 5 | | | |
| MAR4 | # | DEBIT PURCHASE | 21.49 | | 14067.35 |
| | # | WALGREENS #5274 EL PASO T | | | |
| | # | 006304620014 25191429 Mar 4 | | | |
| MAR5 | # | DEBIT PURCHASE | 16.48 | | 14050.87 |
| | # | WALGREENS #5274 EL PASO T | | | |
| | # | 006408292501 17010313 Mar 5 | | | |
| MAR4 | # | DEBIT PURCHASE | 10.63 | | 14040.24 |
| | # | HOSPITAL GIFT SHOP 30 EL PASO T | | | |
| | # | 006305323351 001 Mar 4 | | | |
| MAR7 | # | DEBIT PURCHASE | 33.27 | | 14006.97 |
| | # | ALBERTSONS #0936 EL PASO T | | | |
| | # | 006605018307 1 Mar 7 | | | |
| MAR7 | # | DEBIT PURCHASE | 2.86 | | 14004.11 |
| | # | PETSMART INC 212 EL PASO T | | | |
| | # | 006605340933 Mar 7 | | | |
| MAR7 | # | DEBIT PURCHASE | 67.83 | | 13936.28 |
| | # | RED LOBSTER US00008870 EL PASO T | | | |
| | # | 006601040733 003 Mar 7 | | | |
| MAR7 | # | DEBIT PURCHASE | 77.85 | | 13858.43 |
| | # | BED BATH & BEYOND #129 EL PASO T | | | |
| | # | 006600483143 00011291 Mar 7 | | | |
| MAR7 | # | DEBIT PURCHASE | 8.75 | | 13849.68 |
| | # | VALERO 1748 EL PASO T | | | |
| | # | 006601904536 1 Mar 7 | | | |
| MAR7 | # | DEBIT PURCHASE | 20.01 | | 13829.67 |
| | # | VALERO 1748 EL PASO T | | | |
| | # | 006601904545 1 Mar 7 | | | |
| MAR8 | # | DEBIT PURCHASE | 3.99 | | 13825.68 |
| | # | VETERANS CANTEEN #756 EL PASO T | | | |
| | # | 006703924740 22826772 Mar 8 | | | |
| MAR9 | # | DEBIT PURCHASE | 67.83 | | 13757.85 |
| | # | CKT*CRICKETCOMM 800-274-2538 C | | | |
| | # | 006802094499 Mar 9 | | | |
| MAR8 | # | DEBIT PURCHASE | 7.04 | | 13750.81 |
| | # | TIERRA DEL SOL MEXICAN EL PASO T | | | |
| | # | 006701699984 00027553 Mar 8 | | | |
| MAR9 | # | DEBIT PURCHASE | 3.56 | | 13747.25 |
| | # | SUN CITY DAIRY QUEEN I EL PASO T | | | |
| | # | 006803182775 001 Mar 9 | | | |

Continued on page 3

# FIRSTLIGHT

### FEDERAL CREDIT UNION

El Paso: (915) 562-1172 • Las Cruces: (575) 526-4401
Email: cumail@firstlightfcu.org • Website: www.firstlightfcu.org
Toll-free: 1-800-351-1670

**Account Statement**

El Paso branches: 1741 Marshall Rd. 79906 • 9993 Kenworthy St., 79924
1555 N. Lee Treviño 79936 • William Beaumont Army Medical Center, 1st floor
5050 N. Desert Blvd., 79912 • 20727 Constitution Dr., 79918
Las Cruces branches: 3105 Del Rey Blvd., 88012 • 300 E. Foster Rd. 88005
3791 E. Lohman Ave., 88011
ABA transit/routing #312080941

| Account# | SSN | Page |
|---|---|---|
| 5357450 | -3212 | 3 |

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
EL PASO TX 79902

Statement Date
04MAR10   03APR10
Mail Code 90

Branch 1

ransaction (continued)

| Date | Description | Debits | Credits | New Balance |
|---|---|---|---|---|
| MAR9 # | DEBIT PURCHASE | 36.44 | | 13710.81 |
| # | ALBERTSONS #0936 EL PASO T | | | |
| # | 006803811107 1 Mar 9 | | | |
| MAR9 # | DEBIT PURCHASE | 16.06 | | 13694.75 |
| # | ALBERTSONS #0936 EL PASO T | | | |
| # | 006803811112 1 Mar 9 | | | |
| MAR10# | DEBIT PURCHASE | 13.52 | | 13681.23 |
| # | EL NUEVO CIROS EL PASO T | | | |
| # | 006904122278 00460634 Mar 10 | | | |
| MAR6 # | DEBIT PURCHASE | 24.46 | | 13656.77 |
| # | SMART RIO GRANDE CD JUAREZ CHI M | | | |
| # | 006502286777 Mar 6 | | | |
| MAR11 | VCC INTERNATIONAL FEE | 0.24 | | 13656.53 |
| MAR10# | DEBIT PURCHASE | 27.02 | | 13629.51 |
| # | FT BLISS CASSIDY GAS FORT BLISS T | | | |
| # | 006900471665 00B62799 Mar 10 | | | |
| MAR10# | DEBIT PURCHASE | 80.05 | | 13549.46 |
| # | OREILLY AUTO 00027953 EL PASO T | | | |
| # | 006901777968 025 Mar 10 | | | |
| MAR12 | DEBIT PURCHASE | 4.32 | | 13545.14 |
| | BURGER KING #4439 EL PASO T | | | |
| | 007103805486 00388527 Mar 12 | | | |
| MAR10# | DEBIT PURCHASE | 12.19 | | 13532.95 |
| # | CIRCLE K 06130 Q47 EL PASO T | | | |
| # | 006900957346 102 Mar 10 | | | |
| MAR12# | DEBIT PURCHASE | 45.46 | | 13487.49 |
| # | AAFES JEB STUART SHOPP FORT BLISS T | | | |
| # | 007101289605 00B70099 Mar 12 | | | |
| MAR12# | DEBIT PURCHASE | 9.62 | | 13477.87 |
| # | PETER PIPER 85 Q78 EL PASO T | | | |
| # | 007100853140 001 Mar 12 | | | |
| MAR12# | DEBIT PURCHASE | 11.44 | | 13466.43 |
| # | PETER PIPER 85 Q78 EL PASO T | | | |
| # | 007100853141 001 Mar 12 | | | |
| MAR12# | DEBIT PURCHASE | 56.36 | | 13410.07 |
| # | PELICANS RESTAURANT EA EL PASO T | | | |
| # | 007105817445 00375108 Mar 12 | | | |
| MAR12# | DEBIT PURCHASE | 56.17 | | 13353.90 |
| # | FORT BLISS EXCH 228 EL PASO T | | | |
| # | 007101289724 00065000 Mar 12 | | | |
| MAR12# | DEBIT PURCHASE | 15.45 | | 13338.45 |
| # | UNCLE BAOS EL PASO T | | | |
| # | 007106461054 79777039 Mar 12 | | | |

Continued on page 4

# FIRSTLIGHT

## FEDERAL CREDIT UNION

El Paso: (915) 562-1172 • Las Cruces: (575) 526-4401
Email: cumail@firstlightfcu.org • Website: www.firstlightfcu.org
Toll-free: 1-800-351-1670

**Account Statement**

El Paso branches: 1741 Marshall Rd. 79906 • 9993 Kenworthy St., 79924
1555 N. Lee Treviño 79936 • William Beaumont Army Medical Center, 1st floor
5050 N. Desert Blvd., 79912 • 20727 Constitution Dr., 79918
Las Cruces branches: 3105 Del Rey Blvd., 88012 • 300 E. Foster Rd. 88005
3791 E. Lohman Ave., 88011
ABA transit/routing #312080941

| | Account# | SSN | Page |
|---|---|---|---|
| | 5357450 | -3212 | 4 |

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
EL PASO TX 79902

Statement Date
04MAR10    03APR10
Mail Code 90

Branch 1

Transaction (continued)

| Date | Description | Debits | Credits | New Balance |
|---|---|---|---|---|
| MAR15 | NEW YORK LIFE/INS. PREM./MAR 10/PP D√ | 365.50 | | 12972.95 |
| MAR15 | NEW YORK LIFE/INS. PREM./MAR 10/PP D√ | 506.81 | | 12466.14 |
| MAR13# | DEBIT PURCHASE | 4.96 | | 12461.18 |
| # | MCDONALD'S M7621 OF TX EL PASO T | | | |
| # | 007203804449 1 Mar 13 | | | |
| MAR13# | DEBIT PURCHASE | 34.57 | | 12426.61 |
| # | LAI WAH YEN REST CIUDAD JUARE M | | | |
| # | 007203692821  Mar 13 | | | |
| MAR15 | VCC INTERNATIONAL FEE | 0.35 | | 12426.26 |
| MAR15 | T'FER TO 5357450S66 HB | 5000.00 | | 7426.26 |
| MAR15# | DEBIT PURCHASE | 285.61 | | 7140.65 |
| # | GCR TIRE CENTERS AUSTIN T | | | |
| # | 007402492343 001 Mar 15 | | | |
| MAR14# | DEBIT PURCHASE | 40.38 | | 7100.27 |
| # | FT BLISS CASSIDY GAS FORT BLISS T | | | |
| # | 007300458709 00B62799 Mar 14 | | | |
| MAR15# | DEBIT PURCHASE | 60.26 | | 7040.01 |
| # | EXPRESS CAR TITLIN EL PASO T | | | |
| # | 007403434471 LK628087 Mar 15 | | | |
| MAR15# | DEBIT PURCHASE | 8.00 | | 7032.01 |
| # | EL GALLEGOS EL PASO T | | | |
| # | 007403033664 001 Mar 15 | | | |
| MAR16 | SHARE DRAFT 4195 | 221.76 | | 6810.25 |
| MAR16 | SHARE DRAFT 4196 | 217.97 | | 6592.28 |
| MAR17 | US TREASURY 303/SOC SEC/031710/PPD | | 1384.00 | 7976.28 |
| MAR15# | DEBIT PURCHASE | 4.45 | | 7971.83 |
| # | EL PASO'S BAKERY EL PASO T | | | |
| # | 007401413544 30024622 Mar 15 | | | |
| MAR16# | DEBIT PURCHASE | 3.83 | | 7968.00 |
| # | VETERANS CANTEEN #756 EL PASO T | | | |
| # | 007504213444 84590900 Mar 16 | | | |
| MAR16# | DEBIT PURCHASE | 20.89 | | 7947.11 |
| # | AAFES VAN HORNE GAS PU FT BLISS T | | | |
| # | 007500230831 00206799 Mar 16 | | | |
| MAR16# | DEBIT PURCHASE | 3.50 | | 7943.61 |
| # | AAFES CASSIDY BURGER K FT BLISS T | | | |
| # | 007500230832 00IA1200 Mar 16 | | | |
| MAR16# | DEBIT PURCHASE | 6.98 | | 7936.63 |
| # | VISTA QUALITY MARKE EL PASO T | | | |
| # | 007502372624 1 Mar 16 | | | |
| MAR16# | DEBIT PURCHASE | 16.13 | | 7920.50 |

Continued on page 5

# Account Statement

# FIRSTLIGHT

### FEDERAL CREDIT UNION

El Paso: (915) 562-1172 • Las Cruces: (575) 526-4401
Email: cumail@firstlightfcu.org • Website: www.firstlightfcu.org
Toll-free: 1-800-351-1670

El Paso branches: 1741 Marshall Rd. 79906 • 9993 Kenworthy St., 79924
1555 N. Lee Treviño 79936 • William Beaumont Army Medical Center, 1st floor
5050 N. Desert Blvd., 79912 • 20727 Constitution Dr., 79918
Las Cruces branches: 3105 Del Rey Blvd., 88012 • 300 E. Foster Rd. 88005
3791 E. Lohman Ave., 88011
ABA transit/routing #312080941

| Account# | SSN | Page |
|---|---|---|
| 5357450 | -3212 | 5 |

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
EL PASO TX 79902

Statement Date
04MAR10    03APR10
Mail Code 90

Branch 1

| Transaction Date | Description | Debits | Credits | New Balance |
|---|---|---|---|---|
| (continued) | | | | |
| | YOUNG VIN RESTAURANT EL PASO T | | | |
| # | 007501704190 90158112 Mar 16 | | | |
| MAR17# | DEBIT PURCHASE | 16.40 | | 7904.10 |
| | ORIENTAL GARDEN EL PASO T | | | |
| # | 007603527801 52794401 Mar 17 | | | |
| MAR19 | DFAS-CLEVELAND/FED SALARY/031910/P | | 2279.05 | 10183.15 |
| | PD/ACH DIST TOTAL $2,279.05 | | | |
| MAR17# | DEBIT PURCHASE | 21.05 | | 10162.10 |
| | FT BLISS CASSIDY GAS FORT BLISS T | | | |
| # | 007600579300 00B62799 Mar 17 | | | |
| MAR17# | DEBIT PURCHASE | 11.98 | | 10150.12 |
| | AAFES CASSIDY BURGER K FT BLISS T | | | |
| # | 007600579301 00IA1200 Mar 17 | | | |
| MAR18# | DEBIT PURCHASE | 4.55 | | 10145.57 |
| | VETERANS CANTEEN #756 EL PASO T | | | |
| # | 007704321522 52585517 Mar 18 | | | |
| MAR20 | BILL PAY WITHDRAWAL | 100.00 | | 10045.57 |
| | TEXAS GAS SE | | | |
| | 914332 ORCC WW Mar 20 @ 11:06am | | | |
| MAR18# | DEBIT PURCHASE | 12.76 | | 10032.81 |
| | SUBWAY 00063883 EL PASO T | | | |
| # | 007705032896 001 Mar 18 | | | |
| MAR18# | DEBIT PURCHASE | 13.23 | | 10019.58 |
| | VISTA QUALITY MARKE EL PASO T | | | |
| # | 007706947735 1 Mar 18 | | | |
| MAR19# | DEBIT PURCHASE | 55.97 | | 9963.61 |
| | RED LOBSTER US00062141 EL PASO T | | | |
| # | 007801402792 003 Mar 19 | | | |
| MAR19# | DEBIT PURCHASE | 8.00 | | 9955.61 |
| | SUDS & SCUDS EL PASO T | | | |
| # | 007801462389 v7113731 Mar 19 | | | |
| MAR19# | DEBIT PURCHASE | 26.97 | | 9928.64 |
| | AAFES JEB STUART SHOPP FORT BLISS T | | | |
| # | 007801064198 00B70099 Mar 19 | | | |
| MAR19# | DEBIT PURCHASE | 174.74 | | 9753.90 |
| | FORT BLISS EXCH 228 EL PASO T | | | |
| # | 007801064199 00065000 Mar 19 | | | |
| MAR19# | DEBIT PURCHASE | 5.59 | | 9748.31 |
| | AAFES BASKIN ROBBINS FT BLISS T | | | |
| # | 007801064200 00A01300 Mar 19 | | | |
| MAR21# | DEBIT PURCHASE | 184.97 | | 9563.34 |
| | BURLINGTON COA00003459 EL PASO T | | | |
| # | 008004688317 005 Mar 21 | | | |

Continued on page 6

# FIRSTLIGHT

## FEDERAL CREDIT UNION

El Paso: (915) 562-1172 • Las Cruces: (575) 526-4401
Email: cumail@firstlightfcu.org • Website: www.firstlightfcu.org
Toll-free: 1-800-351-1670

El Paso branches: 1741 Marshall Rd. 79906 • 9993 Kenworthy St., 79924
1555 N. Lee Treviño 79936 • William Beaumont Army Medical Center, 1st floor
5050 N. Desert Blvd., 79912 • 20727 Constitution Dr., 79918
Las Cruces branches: 3105 Del Rey Blvd., 88012 • 300 E. Foster Rd. 88005
3791 E. Lohman Ave., 88011
ABA transit/routing #312080941

| Account# | SSN | Page |
|---|---|---|
| 5357450 | -3212 | 6 |

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
EL PASO TX 79902

Statement Date
04MAR10    03APR10
Mail Code 90

Branch 1

## Transaction Date (continued)

| Date | Description | Debits | Credits | New Balance |
|---|---|---|---|---|
| MAR21# | DEBIT PURCHASE | 20.56 | | 9542.78 |
| # | BURLINGTON COA00003459 EL PASO T | | | |
| # | 008004688318 008 Mar 21 | | | |
| MAR20# | DEBIT PURCHASE | 4.08 | | 9538.70 |
| # | TACO BELL #32800003285 EL PASO T | | | |
| # | 007900946290 014 Mar 20 | | | |
| MAR21# | DEBIT PURCHASE | 165.79 | | 9372.91 |
| # | MJM DESIGNER S00003830 EL PASO T | | | |
| # | 008004688621 001 Mar 21 | | | |
| MAR22# | DEBIT PURCHASE | 35.89 | | 9337.02 |
| # | FT BLISS CASSIDY GAS FORT BLISS T | | | |
| # | 008100482974 00B62799 Mar 22 | | | |
| MAR23# | DEBIT PURCHASE | 7.45 | | 9329.57 |
| # | SUN CITY DAIRY QUEEN I EL PASO T | | | |
| # | 008203215132 001 Mar 23 | | | |
| MAR20# | DEBIT PURCHASE | 41.33 | | 9288.24 |
| # | SMART RIO GRANDE CD JUAREZ CHI M | | | |
| # | 007902917810 Mar 20 | | | |
| MAR24 | VCC INTERNATIONAL FEE | 0.41 | | 9287.83 |
| MAR20# | DEBIT PURCHASE | 10.74 | | 9277.09 |
| # | SMART RIO GRANDE CD JUAREZ CHI M | | | |
| # | 007902917814 Mar 20 | | | |
| MAR24 | VCC INTERNATIONAL FEE | 0.11 | | 9276.98 |
| MAR25 | BILL PAY WITHDRAWAL | 154.89 | | 9122.09 |
| | ELECTRIC COM | | | |
| | 963356 ORCC WW Mar 25 @ 11:20am | | | |
| MAR23# | DEBIT PURCHASE | 8.40 | | 9113.69 |
| # | DENNY'S #7157 EL PASO T | | | |
| # | 008202259641 1 Mar 23 | | | |
| MAR24# | DEBIT PURCHASE | 50.03 | | 9063.66 |
| # | FT BLISS CASSIDY GAS FORT BLISS T | | | |
| # | 008300470865 00B62799 Mar 24 | | | |
| MAR28# | BILL PAY WITHDRAWAL | 95.00 | | 8968.66 |
| # | EL PASO WATE | | | |
| # | 943175 ORCC WW Mar 28 @ 11:06am | | | |
| MAR26# | DEBIT PURCHASE | 8.41 | | 8960.25 |
| # | PIZZA HUT # 0286336369 EL PASO T | | | |
| # | 008500218446 010 Mar 26 | | | |
| MAR27# | DEBIT PURCHASE | 4.85 | | 8955.40 |
| # | MCDONALD'S M7621 OF TX EL PASO T | | | |
| # | 008603920092 1 Mar 27 | | | |
| MAR26# | DEBIT PURCHASE | 15.09 | | 8940.31 |
| # | VALERO 1746 EL PASO T | | | |

Continued on page 7

# FIRSTLIGHT

## FEDERAL CREDIT UNION

**Account Statement**

El Paso branches: 1741 Marshall Rd. 79906 • 9993 Kenworthy St., 79924
1555 N. Lee Treviño 79936 • William Beaumont Army Medical Center, 1st floor
5050 N. Desert Blvd., 79912 • 20727 Constitution Dr., 79918
Las Cruces branches: 3105 Del Rey Blvd., 88012 • 300 E. Foster Rd. 88005
3791 E. Lohman Ave., 88011
ABA transit/routing #312080941

El Paso: (915) 562-1172 • Las Cruces: (575) 526-4401
Email: cumail@firstlightfcu.org • Website: www.firstlightfcu.org
Toll-free: 1-800-351-1670

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
EL PASO TX 79902

| Account# | SSN | Page |
|---|---|---|
| 5357450 | -3212 | 7 |

Statement Date
04MAR10 03APR10
Mail Code 90

Branch 1

### Transaction (continued)

| Date | # | Description | Debits | Credits | New Balance |
|---|---|---|---|---|---|
| | # | 008502566392 1 Mar 26 | | | |
| MAR26 | # | DEBIT PURCHASE | 2.58 | | 8937.73 |
| | # | WALGREENS #5274 EL PASO T | | | |
| | # | 008500599128 87381137 Mar 26 | | | |
| MAR25 | # | DEBIT PURCHASE | 6.48 | | 8931.25 |
| | # | WALGREENS #5274 EL PASO T | | | |
| | # | 008404664643 43202717 Mar 25 | | | |
| MAR25 | # | DEBIT PURCHASE | 11.85 | | 8919.40 |
| | # | WALGREENS #5274 EL PASO T | | | |
| | # | 008404664644 43202725 Mar 25 | | | |
| MAR26 | # | DEBIT PURCHASE | 5.55 | | 8913.85 |
| | # | VETERANS CANTEEN #756 EL PASO T | | | |
| | # | 008508156598 37770389 Mar 26 | | | |
| MAR26 | # | DEBIT PURCHASE | 14.99 | | 8898.86 |
| | # | VETERANS CANTEEN #756 EL PASO T | | | |
| | # | 008508156597 37770363 Mar 26 | | | |
| MAR26 | # | DEBIT PURCHASE | 1.90 | | 8896.96 |
| | # | VETERANS CANTEEN #756 EL PASO T | | | |
| | # | 008508670318 37770371 Mar 26 | | | |
| MAR29 | | DEPOSIT TR#2039 | | 0.33 | 8897.29 |
| MAR27 | # | DEBIT PURCHASE | 43.96 | | 8853.33 |
| | # | RED LOBSTER US00062141 EL PASO T | | | |
| | # | 008601409311 003 Mar 27 | | | |
| MAR28 | # | DEBIT PURCHASE | 25.35 | | 8827.98 |
| | # | LUBYS CAFE #0052 Q99 EL PASO T | | | |
| | # | 008705247509 26388158 Mar 28 | | | |
| MAR28 | # | DEBIT PURCHASE | 33.78 | | 8794.20 |
| | # | FT BLISS CASSIDY GAS FORT BLISS T | | | |
| | # | 008700442117 00B62799 Mar 28 | | | |
| MAR28 | # | DEBIT PURCHASE | 10.28 | | 8783.92 |
| | # | FT. BLISS CASSIDY SHOP FORT BLISS T | | | |
| | # | 008700442118 00B62700 Mar 28 | | | |
| MAR30 | | PAYMENT/TRANSFER DEBIT | 182.51 | | 8601.41 |
| | | TEXAS GAS SERVICE AUSTIN TX | | | |
| | | 008924071300 67982601 | | | |
| | | Mar 30 @ 5:32pm | | | |
| MAR30 | | SHARE DRAFT 4199 | 300.00 | | 8301.41 |
| MAR30 | # | DEBIT PURCHASE | 12.72 | | 8288.69 |
| | # | ALBERTSONS #0936 EL PASO T | | | |
| | # | 008904016265 1 Mar 30 | | | |
| MAR30 | # | DEBIT PURCHASE | 19.81 | | 8268.88 |
| | # | EL TACO TOTE Q24 EL PASO T | | | |
| | # | 008904162512 00481846 Mar 30 | | | |

Continued on page 8

# FIRSTLIGHT

### FEDERAL CREDIT UNION

El Paso: (915) 562-1172 • Las Cruces: (575) 526-4401
Email: cumail@firstlightfcu.org • Website: www.firstlightfcu.org
Toll-free: 1-800-351-1670

Account Statement

El Paso branches: 1741 Marshall Rd. 79906 • 9993 Kenworthy St., 79924
1555 N. Lee Treviño 79936 • William Beaumont Army Medical Center, 1st floor
5050 N. Desert Blvd., 79912 • 20727 Constitution Dr., 79918
Las Cruces branches: 3105 Del Rey Blvd., 88012 • 300 E. Foster Rd. 88005
3791 E. Lohman Ave., 88011
ABA transit/routing #312080941

| Account# | | SSN | Page |
|---|---|---|---|
| 5357450 | | -3212 | 8 |

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
EL PASO TX 79902

Statement Date
04MAR10    03APR10
Mail Code 90

Branch 1

## Transaction (continued)

| Date | Description | Debits | Credits | New Balance |
|---|---|---|---|---|
| MAR31 | SHARE DRAFT 4197 | 80.00 | | 8188.88 |
| APR1 | US TREASURY 220/VA BENEFIT/040110/ PPD/ | | 2919.00 | 11107.88 |
| APR1 | DFAS-CLEVELAND/CRSC PAY/032410/PPD/ ACH DIST TOTAL $1,579.00 | | 1579.00 | 12686.88 |
| APR1 | DIVIDEND CREDIT | | 2.27 | 12689.15 |
| APR1 | Annual Percentage Yield Earned: 0.25% | | | |
| APR1 | For the Period from 03/01 through 03/31. | | | |
| APR1 | FED W/H TAX | 0.64 | | 12688.51 |
| APR1 | NEW YORK LIFE/INS. PREM./APR 10/PP D/ | 14.25 | | 12674.26 |
| APR1 | NEW YORK LIFE/INS. PREM./APR 10/PP D/ | 50.75 | | 12623.51 |
| MAR29# | DEBIT PURCHASE | 298.31 | | 12325.20 |
| # | TEXAS GAS SERVICE 866-5592455 T | | | |
| # | 008801616485 00000001 Mar 29 | | | |
| MAR30# | DEBIT PURCHASE | 21.64 | | 12303.56 |
| # | OREILLY AUTO 00028670 EL PASO T | | | |
| # | 008901296282 025 Mar 30 | | | |
| MAR30# | DEBIT PURCHASE | 40.10 | | 12263.46 |
| # | VISTA QUALITY MARKE EL PASO T | | | |
| # | 008902901966 1 Mar 30 | | | |
| MAR29# | DEBIT PURCHASE | 300.00 | | 11963.46 |
| # | UTEP REGISTRATION 915-7477337 T | | | |
| # | 008801543915 00186070 Mar 29 | | | |
| MAR31# | DEBIT PURCHASE | 19.57 | | 11943.89 |
| # | AY CARAMBA TACOS & EL PASO T | | | |
| # | 009001876054 LK734537 Mar 31 | | | |
| MAR31# | DEBIT PURCHASE | 10.33 | | 11933.56 |
| # | VETERANS CANTEEN #756 EL PASO T | | | |
| # | 009004208930 29722720 Mar 31 | | | |
| APR2 | DFAS-CLEVELAND/FED SALARY/040210/P PD/ACH DIST TOTAL $2,319.28 | | 2319.28 | 14252.84 |
| APR1 # | DEBIT PURCHASE | 13.95 | | 14238.89 |
| # | GUSSIES TAMALES AND BA EL PASO T | | | |
| # | 009101465457 00592450 Apr 1 | | | |
| APR3 | Closing Date...New Balance | | | 14238.89 |
| | Overdraft Fees-Period to Date | 0.00 | | |
| | Overdraft Fees-Year to Date | 0.00 | | |
| | Return Fees-Period to Date | 0.00 | | |
| | Return Fees-Year to Date | 0.00 | | |

Continued on page 9

# FIRSTLIGHT
## FEDERAL CREDIT UNION

El Paso: (915) 562-1172 • Las Cruces: (575) 526-4401
Email: cumail@firstlightfcu.org • Website: www.firstlightfcu.org
Toll-free: 1-800-351-1670

**Account Statement**

El Paso branches: 1741 Marshall Rd. 79906 • 9993 Kenworthy St., 79924
1555 N. Lee Treviño 79936 • William Beaumont Army Medical Center, 1st floor
5050 N. Desert Blvd., 79912 • 20727 Constitution Dr., 79918
Las Cruces branches: 3105 Del Rey Blvd., 88012 • 300 E. Foster Rd. 88005
3791 E. Lohman Ave., 88011
ABA transit/routing #312080941

JOE J MONGE DEBTOR-IN-POSSESSION-09-30881-LMC
51 SIERRA CREST DR
EL PASO TX 79902

| Account# | SSN | Page |
|---|---|---|
| 5357450 | -3212 | 9 |

Statement Date
04MAR10    03APR10
Mail Code 90

Branch 1

| Transaction Date | Description (continued) | Debits | Credits | New Balance |
|---|---|---|---|---|

```
YEAR TO DATE DIV/INT              WITHHOLDING
---------------------------------------------
     S1          1.18                0.37
     S66         6.59                1.84
     S74         5.39                1.51
     Total      13.16                3.72

   fb0001
```

**Cleared Check Image(s)** — Zoom In | Zoom Out | Zoom Reset



JOE J. MONGE OR ROSANA E. MONGE
PH. 915-562-3624
2708 FILLMORE AVE.
EL PASO, TX 79930

4195

Date 03/13/2010

Pay to the order of Costco                    $ 221.76

Two hundred and twenty One and 76/100  Dollars

FORT BLISS
FEDERAL CREDIT UNION

OFFICES IN EL PASO, TX
& LAS CRUCES, NM
P.O. BOX 6082 · FT. BLISS
EL PASO, TEXAS 79906
1-800-351-1670
www.fbfcu.org

For _____

Rosana Monge

⑆312080941⑆ 710000535745 0⑈ 4195 ⑈00000221 76⑈

OK

**Cleared Check Image(s)** Zoom In Zoom Out Zoom Reset

JOE J. MONGE OR ROSANA E. MONGE
PH. 915-562-3624
2706 FILLMORE AVE.
EL PASO, TX 79930

4196

Date 3-14-10

Pay to the order of FT BLISS EXCHANGE 3770100100 $217.97/100

Two Hundred & Seventeen 97/100 Dollars

FORT BLISS FEDERAL CREDIT UNION
OFFICES IN EL PASO, TX & LAS CRUCES, NM
P.O. BOX 6662 • FT. BLISS
EL PASO, TEXAS 79906
1-800-351-1670
www.fbfcu.org

For

Joe J Monge

⑆312080941⑆710000535745O⑈ 4196

03/14/2010 17:25
1801 01 000120 2707
CHECK $217.97
FOR DEPOSIT ONLY
- FORT BLISS MAIN STORE 3770100100
ARMED FORCES BANK
Account 2802783
Account# 710000535745O
Routing# 312080941 Check# 4196

>041000124<
RETURN CHECKS TO
>41000124<
NATIONAL CITY BANK
>041000124<
CLEVELAND, OHIO
>041000124<
ACCT#:0300000412
>041000124<

5081034825 03/15/2010 <101108319>

OK

**Cleared Check Image(s)** Zoom In Zoom Out Zoom Reset

JOE J. MONGE OR ROSANA E. MONGE
PH. 915-562-3624
2708 FILLMORE AVE.
EL PASO, TX 79930

4199

351-6701 Date 03/28/2010

88-8094/3120

Pay to the order of FORT BLISS EXCHANGE 3770-1001 $ ~~359.04~~ 300.00

Three hundred and fifty No Cents Dollars

FORT BLISS FEDERAL CREDIT UNION
OFFICES IN EL PASO, TX & LAS CRUCES, NM
P.O. BOX 6082 • FT. BLISS
EL PASO, TEXAS 79906
1-800-351-1670
www.fbfcu.org

For SFC USA Retired

⑆312080941⑆7100005357450⑈ 4199

5881064785 03/29/2010 <101108319>

03/28/2010
1801 03 000166 7199
CHECK $300.00
FOR DEPOSIT ONLY
- FORT BLISS MAIN STORE 3770100100
ARMED FORCES BANK
Account 2802783
Account# 7100005357450
Routing# 312080941 Check# 4199
>041000124<
RETURN CHECKS TO
>41000124<
NATIONAL CITY BANK
>041000124<
CLEVELAND, OHIO
>041000124<
ACCT#:0300000412
>041000124<

OK

