

## MOOT. SO ORDERED.

**SIGNED this 12th day of May, 2010.**

_____
**LEIF M. CLARK**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| IN RE: | |
| JOE MONGE, and | CASE NO. 08-30881-LMC |
| ROSANA MONGE, | CHAPTER 11 |
| Debtors. | |

**ORDER CONDITIONALLY APPROVING DEBTORS' DISCLOSURE STATEMENT PURSUANT TO RULE 3017.1 SETTING FINAL HEARING ON DISCLOSURE STATEMENT, DEADLINES FOR OBJECTIONS TO DISCLOSURE STATEMENT, FOR CONFIRMATION OF PLAN, FOR BALLOTS AND FOR FILING OBJECTIONS TO PLAN OF REORGANIZATION**

ON THIS DATE came on to be considered Debtors' Motion to Conditionally Approve Debtors' Disclosure Statement Pursuant to Rule 3017.1. The joint debtors are a small business. They have requested conditional approval of their disclosure statement, so they can solicit votes in advance of confirmation of their Joint Plan of Reorganization. The Disclosure Statement is conditionally approved pursuant to Rule 3017.1(a) of the Federal Rules of Bankruptcy Procedure.

The hearing to consider final approval of the Debtors' Disclosure Statement, and the hearing on confirmation of the Debtors' Plan of Reorganization, is, by this order, set for the ___

day of June, 2010, at \_\_\_\_ \_\_.m. in the United States Bankruptcy Courthouse, 8515 Lockheed, El Paso, Texas 79925.

The Debtors are directed to send out all Plan solicitation materials by no later than June \_\_\_, 2010.

The time for filing objections to the adequacy of the Disclosure Statement, for filing objections to confirmation, and for submitting ballots regarding the Chapter 11 Plan is the \_\_\_ day of June, 2010 at 5:00 p.m. Mountain Standard Time.

Objections to confirmation shall be filed with the clerk of the court, with a copy served on Debtors' counsel, at the address indicated in the Plan and Disclosure Statement, and upon the U.S. Trustee.

Objections to adequacy of the Disclosure Statement shall be filed with the clerk of the court, with a copy served on the Debtors' counsel, at the address indicated in the Plan and Disclosure Statement and upon the U.S. Trustee.

Ballots shall *not* be filed with the Clerk of the Court. Instead, ballots shall be submitted to counsel for Debtors, at the address indicated in the Disclosure Statement.

####

**This order was prepared and is being submitted by:**
**Sidney J. Diamond**
**Attorney at Law**
**3800 N. Mesa, Suite C-4**
**El Paso, TX 79903**
**(915) 532-3327**
**(915) 532-3355 (fax)**
**sidney@sidneydiamond.com**

**ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT, Page 2**
G:\BankruptcyPRO\Monge, Joe Jesse Monge, Rosana Elena\100507 Order Approve Disclosure Stmt.wpd