**SO ORDERED.**

**SIGNED this 12th day of May, 2010.**

_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE
_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | |
|---|---|
| IN RE: | |
| JOE JESSE MONGE and<br>ROSANA ELENA MONGE,<br><br>    Debtors. | CASE NO. 09-30881-lmc<br><br>CHAPTER 11 |

### ORDER GRANTING APPLICATION TO EMPLOY STEVEN A. ROTH CPA AS ACCOUNTANT FOR DEBTOR-IN-POSSESSION

On this date came on to be considered Debtors' Application to Approve the Employment of Steven A. Roth, CPA as the accountant for Debtors as Debtors-In-Possession, and the Court, being of the opinion that the Application is well taken, will hereby approve same. **IT IS THEREFORE**

**ORDERED** that the employment of Steven A. Roth, CPA as accountant for the Debtors-in-Possession be, and it hereby is, approved.

####

**ORDER GRANTING APPLICATION TO EMPLOY STEVEN A. ROTH AS ACCOUNTANT FOR DEBTORS IN POSSESSION, Page - 1**

**This Order was Prepared and Submitted by:**
**Sidney J. Diamond**
**3800 N. Mesa, Suite C-4**
**El Paso, Texas 79902**
**(915) 532-3327 Voice**
**(915) 532-3355 Fax**
**sidney@sidneydiamond.com**

**ORDER GRANTING APPLICATION TO EMPLOY STEVEN A. ROTH AS ACCOUNTANT FOR DEBTORS IN POSSESSION, Page - 2**