UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| IN RE:<br><br>JOE JESSE MONGE and<br>ROSANA ELENA MONGE,<br><br>Debtors. | CASE NO. 09-30881<br><br>CHAPTER 11 |

EXHIBIT "G" TO AMENDED DISCLOSURE STATEMENT

Attached is Exhibit "G" to Amended Disclosure Statement dated May 10, 2010.

**DATED:** May 13, 2010.

                                          Respectfully submitted,

                                          SIDNEY DIAMOND, P.C.

                                          By: /s/ Sidney J. Diamond
                                                  Sidney J. Diamond
                                                  Attorney for Debtors
                                                  Texas Bar Card No.: 5803000
                                                  3800 N. Mesa, Suite C-4
                                                  El Paso, Texas 79902
                                                  (915) 532-3327 Voice
                                                  (915) 532-3355 Fax
                                                  sidney@sidneydiamond.com

## Joe Jesse Mongen and Rosana Elena Monge

### Summary of comparison of actual income and expenses to the projection for the months of October 2009 through March 2010

### INCOME

| | Projected | Actual | Difference |
|---|---|---|---|
| October 2009 | 11,800.00 | 8,001.42 | 3,798.58 |
| November 2009 | 11,800.00 | 12,055.25 | (255.25) |
| December 2009 | 8,200.00 | 8,167.25 | 32.75 |
| January 2010 | 9,951.00 | 10,428.62 | (477.62) |
| February 2010 | 9,951.00 | 21,060.12 | (11,109.12) |
| March 2010 | 13,000.00 | 13,199.92 | (199.92) |
| Total for 6 months | $ 64,702.00 | $ 72,912.58 | $ (8,210.58) |

### EXPENSE

| | Projected | Actual | Difference |
|---|---|---|---|
| October 2009 | 11,030.00 | 18,848.35 | (7,818.35) |
| November 2009 | 11,030.00 | 12,062.02 | (1,032.02) |
| December 2009 | 14,600.00 | 13,767.37 | 832.63 |
| January 2010 | 11,092.00 | 8,377.18 | 2,714.82 |
| February 2010 | 11,092.00 | 4,892.36 | 6,199.64 |
| March 2010 | 14,500.00 | 5,922.98 | 8,577.02 |
| Total for 6 months | $ 73,344.00 | $ 63,870.26 | $ 9,473.74 |

### CASH PROFIT

| | Projected | Actual | Difference |
|---|---|---|---|
| October 2009 | 770.00 | (10,846.93) | 11,616.93 |
| November 2009 | 770.00 | (6.77) | 776.77 |
| December 2009 | (6,400.00) | (5,600.12) | (799.88) |
| January 2010 | (1,141.00) | 2,051.44 | (3,192.44) |
| February 2010 | (1,141.00) | 16,167.76 | (17,308.76) |
| March 2010 | (1,500.00) | 7,276.94 | (8,776.94) |
| Total for 6 months | $ (8,642.00) | $ 9,042.32 | $ (17,684.32) |