**SO ORDERED.**

**SIGNED this 12th day of May, 2010.**

_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| In re:<br><br>**JOE JESSE MONGE and**<br>**ROSANA ELENA MONGE,**<br><br>Debtors. | Case No.: 09-30881<br><br>Small Business Case<br>Under Chapter 11 |

### ORDER APPROVING AMENDED DISCLOSURE STATEMENT AND FIXING TIME FOR FINAL HEARING ON AMENDED PLAN AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN COMBINED WITH NOTICE THEREOF

**Joe Jesse Monge and Rosana Elena Monge.**, hereinafter referred to as the Debtors, filed in this case their Amended Plan of Reorganization (Amended Plan) And Amended Disclosure Statement (Amended Disclosure Statement) dated May 10, 2010. After notice and hearing the Court, pursuant to the provisions of 11 USC § 1125(f), approved the Amended Disclosure Statement as containing "adequate information" as that term is defined in 11 U.S.C. § 1125 inasmuch as the Debtor had previously elected to be considered a "Small Business" pursuant to 11 USC § 1121(e).

The Court having made such preliminary determination that the Amended Disclosure Statement does contain adequate information, finds that the Debtor should be allowed to solicit acceptances of the Amended Plan, and that a hearing should be held on Confirmation of the Amended Plan.

**ORDER APPROVING AMENDED DISCLOSURE STATEMENT AND FIXING TIME FOR FINAL HEARING ON DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN COMBINED WITH NOTICE THEREOF, Page - 1**

**IT IS THEREFORE ORDERED AND NOTICE IS HEREBY GIVEN THAT:**

1. The Amended Disclosure Statement filed by the Debtors and dated May 10, 2010 is approved.

2. The Debtor and other parties in interest may now solicit acceptances or rejection of the Amended Plan pursuant to 11 U.S.C. § 1125.

3. By no later than May 14, 2010, the Debtors shall transmit by mail to all creditors and other parties in interest (a) a copy of the combined Amended Plan of Reorganization And Amended Disclosure Statement; (b) a copy of this Order; (d) Notice To Creditors; (e) Notice of Transmittal; and (f) appropriate forms conforming to Official Form No. 29 for the acceptance or rejection of the Plan.

4. Acceptances or rejections of the Amended Plan must be filed IN DUPLICATE by no later **5:00 p.m. on the 11th day of June, 2010**, with the proponent of the Amended Plan as follows:

> Sidney J. Diamond
> 3800 N. Mesa, Suite C-4
> El Paso, TX 79902
> (915) 532-3327 Voice
> (915) 532-3355 Fax
> sidney@sidneydiamond.com E-Mail

5. Any objection to Confirmation of the Amended Plan shall be filed with the Clerk of this Court at the United States Bankruptcy Court, 8515 Lockheed, El Paso, TX 79925, on or before **5:00 p.m. on the 11th of June, 2010**, with a copy to counsel for the proponent of the Amended Plan as set forth in paragraph 4 hereof.

6. A hearing for the Confirmation of the Amended Plan and such objections as may have been made to the Confirmation of the Amended Plan will be held on **the 17th day of June, 2010 at 8:30 a.m.** in the United States Bankruptcy Court, Courtroom #1, located at 8515 Lockheed, El Paso, TX 79925, which time period has been shortened by the Court pursuant to Bankruptcy Rule 2002(b).

#####

**ORDER APPROVING AMENDED DISCLOSURE STATEMENT AND FIXING TIME FOR FINAL HEARING ON DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN COMBINED WITH NOTICE THEREOF, Page - 2**