# EXHIBIT G

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | |
|---|---|
| In re:<br><br>MONGE JOE JESSE & ROSANA ELENA<br><br><br>Debtor(s) | Case No. 09-30881<br><br>Chapter  11<br><br>Judge    LEIF M. CLARK |

### MORTGAGE CREDITOR'S NOTICE OF MORTGAGE PAYMENT CHANGE
===============================================================

BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.,

a secured mortgage creditor in the above-captioned bankruptcy case, hereby

gives notice that pursuant to the terms of the note and deed of trust, the post-

petition monthly mortgage payment will change as follows:

| | |
|---|---|
| Effective Date of New Monthly Mortgage Payment: | February 01, 2011 |
| Principal and Interest Payment: | 3182.47 |
| Escrow Payment: | 1479.12 |
| Contract Rate of Interest: | |
| **TOTAL NEW MONTHLY MORTGAGE PAYMENT:** | **4661.59** |

Documentation to support the new Ongoing Mortgage Payments is attached. Any questions regarding this payment change should be directed to:

/s/ Brad Cloud_____     November 18, 2010_____
Signature                                                        Date

Contact:
BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.
Name
2380 Performance Dr. Bldg C Mail Stop: RGV-C-32_____
Address
Richardson, TX, 75082_____
City State Zip
1-800-669-5224_____          bankruptcy.administration@bankofamerica.com
Telephone                                        E-Mail

## CERTIFICATE OF SERVICE

I, Brad Cloud, hereby certify that a true and correct copy of the foregoing Notice of Payment Change has served upon the following parties in interest on November 18, 2010 via the method listed below:

via electronic notification:
Debtor's Attorney
SIDNEY J. DIAMOND
3800 N Mesa St Ste C4
El Paso, TX 799021535

via pre-paid regular U.S. mail:
Primary Debtor

| | |
|---|---|
| MONGE JOE JESSE & ROSANA ELENA<br>3840 BRENTWOOD AVE<br>EL PASO, TX 79902 | MONGE JOE JESSE & ROSANA ELENA<br>51 Sierra Crest Dr<br>El Paso, TX 799021928 |

Chapter 11 Trustee


/s/ Brad Cloud_____

09-30881


Any questions or objections should be directed to and served on
at the address below:

| | |
|---|---|
| Creditor: | BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. |
| Contact: | Customer Service |
| Address 1: | 2380 Performance Dr. Bldg C Mail Stop: RGV-C-32 |
| Address 2: | |
| City: | Richardson |
| State: | TX |
| Zip: | 75082 |
| Telephone: | 1-800-669-5224 |
| Fax: | 972-498-5932 |
| E-mail: | bankruptcy.administration@bankofamerica.com |


**Bank of America**
**Home Loans**

ROSANA E MONGE                                           November 16, 2010
3840 BRENTWOOD AVE
EL PASO          TX 79902

**This statement is being furnished <u>for informational purposes only</u> and should not be construed as an attempt to collect against you personally. While in the future, your obligation to BAC Home Loans Servicing, LP may or may not be discharged by operation of law, BAC Home Loans Servicing, LP will retain the ability to enforce its rights against the property securing this loan should there be a default.**

**If you are presently involved in a Chapter 13 proceeding, please be advised that should this amount conflict with any order or requirement of the Court, you are required to obey all orders of the Court.**

<div style="border:1px solid">

## PAYMENT CHANGE NOTIFICATION

This is to advise you that a recent escrow analysis completed on your loan has resulted in a change to your monthly payment.

</div>

### WHAT THIS MEANS

Due to the change in your escrow payment, your current monthly payment of **$ 4,585.51** has also changed.  Effective **2/1/2011** your new monthly payment amount will be **$4,661.59**

Below is a breakdown of the new payment calculations:

|  |  |
|---|---|
| New Principal & Interest Payment | $3,182.47 |
| New Escrow Payment**\*** | $1,479.12 |
| **New Monthly Payment** | **$4,661.59** |

**\*** If your account is included in a Chapter 13 plan, we have credited the escrow account for the amount included in the proof of claim.

### WHAT YOU NEED TO DO

If you have any questions, please contact our Customer Service Department at 1-800-669-5224.

Cc:     SIDNEY J. DIAMOND                    **Account #:**  ****1777
        3800 N MESA C-4                      **Case #:**  09-30881/TX/W
        EL PASO TX 79902-0000                **ID#:**  77709-3088101115

        NULL
        NULL
        NULL, NULL     -

        POLK, PROBER & RAPHAEL
        20750 VENTURA BLVD STE 100
        WOODLAND HILLS, CA 913640000

This correspondence is from BAC Home Loans Servicing, LP, a subsidiary of Bank of America, N.A.

```
Total amt analyzed: $17,749.48
RV%: $.166    Reserv/Req: $    .00

Lowest possible BAL:       $6,410.18      Prin/Interest:      $3,182.47
Reserve requirements:      $2,946.41      Required esc:       $1,479.12
Short/Overage:             $3,463.77      Shortage pay:       $    .00
Divide short by:           $ 12.00        Reserve req:        $    .00
Escrow change amount:      $-368.27       CR/DIS:             $    .00
Payment change amount:     $-368.27       Rounding amt:       $    .00
Analysis eff date: 2/1/2011               HUD-Asst/BuyDn:     $    .00
                                          New mo. Pay:        $4,661.59
```

This correspondence is from BAC Home Loans Servicing, LP, a subsidiary of Bank of America, N.A.

This correspondence is from BAC Home Loans Servicing, LP, a subsidiary of Bank of America, N.A.