UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
JUDY A. ROBBINS
UNITED STATES TRUSTEE
KEVIN M. EPSTEIN
TRIAL ATTORNEY
615 E. Houston, Rm. 533
P.O. Box 1539
San Antonio, TX 78295-1539
Telephone: (210) 472-4640
Fax: (210) 472-4649

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOE JESSE MONGE | § | CASE NO. 09-30881-HCM |
| ROSANA ELENA MONGE | § | CHAPTER 11 |
| | § | |
| | § | Hearing Date: None Requested |
| DEBTORS | § | |

## MOTION OF THE UNITED STATES TRUSTEE TO DISMISS CASE

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

TO THE HONORABLE H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, JUDY A. ROBBINS, THE UNITED STATES TRUSTEE for Region 7 ("UST"), through the undersigned counsel, pursuant to 11 U.S.C. § 1112(b) and respectfully moves for an order to dismiss the case and represents as follows:

1. On April 27, 2009 the debtors filed a voluntary petition for relief pursuant to Chapter 11, Title 11 of the United States Code.

2. On April 8, 2010, the debtors filed their plan of reorganization. On May 10, 2010, they filed their amended plan of reorganization (the "Amended Plan").

3. On June 17, 2010, the court confirmed the debtors' Amended Plan. An order confirming the Amended Plan was entered on July 13, 2010. The order confirming the Amended Plan provided that the debtors would timely file any required post-confirmation reports.

4. Under section 1112(b) of the Bankruptcy Code, the Bankruptcy Court shall convert a case to chapter 7 or dismiss a case, whichever is in the best interest of the estate, if the movant establishes cause, unless the Court finds unusual circumstances that establish that conversion or dismissal of the case is not in the best interest of creditors and the estate. 11 U.S.C. § 1112(b).

5. In this case, cause exists dismiss this case. The debtors have filed no operating reports in this case since May 2010. The debtors are delinquent on a Monthly Operating Report for June 2010 and owe Post Confirmation Reports for the 3rd Quarter 2010, 4th Quarter 2010, and 1st Quarter 2011.

6. "Timely and accurate financial disclosure is the life blood of the Chapter 11 process." *In re Berryhill*, 127 B.R. 427, 433 (Bankr. N.D. Ind. 1991). Because monthly operating reports are the means by which the creditors, the Court, and the United States Trustee can monitor a debtor's operations, the failure to file monthly operating reports by itself constitutes sufficient cause to warrant dismissal of this chapter 11 case. 11 U.S.C. § 1112(b)(4)(F); *Roma Group, Inc. v. Office of the United*

*States Trustee (In re Roma Group, Inc.)*, 165 B.R. 779, 780 (S.D.N.Y. 1994) (failure to file monthly operating reports "undermines the Chapter 11 process and constitutes cause for dismissal or conversion").

7. In addition, pursuant to Section 1112(b)(4)(N), a material default by debtors with respect to a confirmed plan provides cause to dismiss a case. Here the failure to file the reports as required under the order confirming the plan is a material default. Therefore, cause exists to dismiss the case. Moreover, because the debtors have not filed their post-confirmation reports, the UST does not know whether they are complying with their obligations under the Plan. If the debtors have not complied with other provisions of the Plan, those failures would provide additional cause to dismiss the case.

8. For all the foregoing reasons, the case should be dismissed.

WHEREFORE, the UST prays that the Court enter an order dismissing this case and for any and all further relief as is equitable and just.

                        Respectfully submitted,

                        JUDY A. ROBBINS
                        UNITED STATES TRUSTEE
                        REGION 7

                        By: /s/Kevin M. Epstein
                          Kevin M. Epstein
                          Trial Attorney
                          Texas Bar No. 00790647
                          615 E. Houston St., Room 533
                          P.O. Box 1539
                          San Antonio, TX 78295-1539
                          (210) 472-4640
                          (210) 472-4649 Fax
                          E-mail: kevin.m.epstein@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing MOTION OF THE UNITED STATES TRUSTEE TO DISMISS CASE, was served by electronic means for all Pacer system participants and/or by first class mail, postage prepaid, to all parties listed the Service List on this the 29th day of April, 2011.

                                          /s/ Kevin M. Epstein
                                          Kevin M. Epstein
                                          Trial Attorney

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-3<br>Case 09-30881-hcm<br>Western District of Texas<br>El Paso<br>Fri Apr 29 13:55:15 CDT 2011 | U.S. BANKRUPTCY COURT<br>P.O. BOX 971040<br>EL PASO, TX 79997-1040 | AAFES/MIL STAR/EXCHANGE<br>P O Box 740933<br>Dallas,Tx 75374-0933 |
| AT&T<br>Attn: Bankruptcy Dept<br>P O Box 57907<br>Salt Lake City, UT 84157 | Alicia Rojas<br>105 Thoroughbred<br>Santa Teresa, NM 88008-9130 | Alicia Rojas and Francisco Jayme<br>c/o Lane C. Reedman<br>4171 North Mesa Street, Suite B-201<br>El Paso, TX 79902-1431 |
| Ascension Capital Group, Inc.<br>Attn: Onyx Acceptance Corp Dept.<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | BAC Home Loans Servicing, L.P.<br>7105 Corporate Drive<br>PTX-B-35<br>Plano, TX 75024-4100 | BAC Home Loans Servicing, L.P.<br>Polk, Prober 7 Raphael<br>A Law Corportation<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, CA 91364-6207 |
| Bill Issac<br>5880 Kingfield Ave<br>El Paso, TX 79912 | Capital One Auto Finance<br>3901 N Dallas Pkwy<br>Plano, TX 75093-7864 | Carlos Mata<br>5019 Alabama<br>El Paso, TX 79930-2601 |
| Citi<br>Attn: Centralized Bankruptcy<br>PO Box 20507<br>Kansas City, MO 64195-0507 | City of El Paso<br>El Paso Tax Assessor/Collector<br>PO Box 2992<br>El Paso, TX 79999-2992 | City of El Paso<br>c/o David G. Aelvoet<br>711 Navarro, Suite 300<br>San Antonio, TX 78205-1749 |
| City of El Paso Tax Assessor Collector<br>c/o Linebarger, Goggan Blair & Sampson<br>711 Navarro, Ste. 200<br>San Antonio, TX 78205-1711 | City of El Paso Tax Assessor/Collector<br>P. O. Box 2992<br>El Paso, TX 79999-2992 | Countrywide Home Lending<br>Attention: Bankruptcy SV-314B<br>PO Box 5170<br>Simi Valley, CA 93062-5170 |
| Credit Management<br>4200 International Pwy<br>Carrolton, TX 75007-1912 | Dona Ana County<br>Jim D. Schoonover, Treasurer<br>Property Tax Assessor<br>845 N. Motel Blvd.<br>Las Cruces, NM 88007-8100 | Dona Ana County Treasurer<br>David Gutierrez, Treasurer<br>845 N. Motel Blvd<br>Las Cruces, NM 88007-8100 |
| El Paso Area Tchrs Fcu<br>12020 Rojas Dr<br>El Paso, TX 79936-7711 | El Paso Area Teachers Federal<br>Credit Union<br>c/o Carlos A. Miranda III, P.C.<br>5915 Silver Springs, Bldg. 3A<br>El Paso, TX 79912-4126 | El Paso Area Teachers Federal Credit Union<br>Attn: Linda Aldeis, Collections Manager<br>12020 Rojas Drive<br>El Paso, Texas 79936-7711 |
| Hector Phillips, P.C.<br>1017 Montana Avenue<br>El Paso, Texas 79902-5411 | Hudspeth AD<br>c/o David G. Aelvoet<br>711 Navarro, Suite 300<br>San Antonio, TX 78205-1749 | Hudspeth Appraisal District<br>P. O. Box 429<br>Sierra Blanca, TX 79851-0429 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Javier Francisco Jayme<br>105 Thoroughbred<br>Santa Teresa, NM 88008-9130 | Joe Jesse Monge<br>51 Sierra Crest Dr.<br>El Paso, TX 79902-1928 |

Kevin Epstein
United States Trustee
P.O. Box 1539
San Antonio, TX 78295-1539

LFG Lease Finance Group, LLC
P. O. Box 1027
Sioux Falls, SD 57101-1027

Lease Finance Group, LLC
132 West 31st Street
14th Floor
New York, NY 10001-3406

Lease Financial Groupl
233 N Michigan Ave Ste 1
Chicago, IL 60601-5502

Los Ranchos Del Rio
Property Owners Assoc.
P. O. Box 2914
SUNLAND PARK, NM 88063-2914

Margarita Maria Mata Flores
5019 Alabama
El Paso, TX 79930-2601

Military Star
Attention: Bankruptcy
PO Box 650062
Dallas, TX 75265-0062

New Century Mortgage Corporation
c/o BAC Home Loans Servicing, LP
7105 Corporate Drive
PTX-B-35
Plano, TX 75024-4100

Onyx Acceptance Corp (Serviced by Capital On
P.O. Box 201347
Arlington, TX 76006-1347

Onyx Acceptance Corp, c/o Ascension Capital
P.O. Box 201347
Arlington, TX 76006-1347

Pablo Aguirre Jr.
1012 Chiricahua Dr.
El Paso, TX 79912-1267

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Rosana Elena Monge
51 Sierra Crest Dr.
El Paso, TX 79902-1928

Sitework Engineering
444 Executive Center, Ste. 134
El Paso, TX 79902-1030

Southwest Credit Systems, L.P.
5910 W Plano Parkway, Suite 100
Plano, TX 75093-2202

Speesoil Inc.
3600 Esper Drive
El Paso, TX 79936-1373

State Farm Lloyds
8900 Amberglen Blvd.
Austin, TX 78729-1193

State of New Mexico
Taxation and Revenue Department
PO Box 8390
Santa Fe, NM 87504-8390

State of New Mexico Taxation and
Revenue Department
P.O. Box 8575
Albuquerque, NM 87198-8575

Sysco
601 Comanche Rd. N.E.
Albuquerque, NM 87107-4103

U.S. Attorney
FHZ/HUD/VA/IRS
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216-5512

United States Trustee - EP12
U.S. Trustee's Office
615 E. Houston, Suite 533
P.O. Box 1539
San Antonio, TX 78295-1539

Vacation Break Resorts & Club
Star Island Condominium Association
P. O. Box 850001
Orlando, FL 32885-0001

Verizon Wireless
15900 Se Eastgate Way
Bellevue, WA 98008-5757

Verizon Wireless West
Verizon Wireless
PO Box 3397
Bloomington, IL 61702-3397

Wyndham Vacation Resorts
P. O. Box 3630
Boston, MA 02241-3630

(p)WYNDHAM CONSUMER FINANCE INC
P O BOX 97474
LAS VEGAS NV 89195-0001

Wyndham Vacation Resorts, Inc.
10750 W Charleston Blvd Ste 130
Las Vegas, NV 89135-1049

Sidney J. Diamond
3800 N Mesa B-3
El Paso, TX 79902-1535

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>INSOLVENCY OFFICE<br>300 E.8TH ST. M/S 5026AUS<br>AUSTIN, TX 78701 | (d)IRS - Special Procedures Staff<br>Stop 5022 AUS<br>300 E. 8th Street<br>Austin, TX 78701 | Wyndham Vacation Resorts<br>P. O. Box 98940<br>Las Vegas, NV 89193-8940 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Joe Jesse Monge<br>51 Sierra Crest Dr.<br>El Paso, TX 79902-1928 | (d)Rosana Elena Monge<br>51 Sierra Crest Dr.<br>El Paso, TX 79902-1928 | End of Label Matrix<br>Mailable recipients   58<br>Bypassed recipients    2<br>Total                 60 |